**FILED**

JUN 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Leave to file without
Prepayment of Cost **GRANTED**
6/29/2005

**ABDULRAHIM ABDUL RAZAK AL GINCO**
**Camp Delta**
**Washington, D.C. 20355**

Petitioner

v.

**GEORGE W. BUSH, President**
**of the United States**

**DONALD RUMSFELD, Secretary,**
**United States Department of Defense**

**JAY HOOD, Army Brigadier General,**
**Commander, Joint Task Force-GTMO**

**MICHAEL I. BUMGARNER, Army**
**Colonel, Commander, Joint Detention**
**Operations Group-JTF-GTMO**

Civil Action No.

CASE NUMBER   1:05CV01310

JUDGE: Richard J. Leon

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/30/2005

## PETITION FOR WRIT OF HABEAS CORPUS

1

GUAN-2005-T02681
Writ of Habeas Corpus (written phonetically in Arabic)

To the respected lawyer and to the American court committee

1- The enemy combatant status review Board decided that I am an enemy combatant and that decision has no bases to it, because I was jailed at Al-Qa'eda and Taliban's forces for two years before the events of September eleven, and the evidence for that is the International Committee for the International Red Cross and I was accused of being a spy working for the United States of America

2- I do not pose any threat to the United States and its allies and the proof is the accusation of Al-Qua'eda and Taliban to me stating that I was an American spy and not only that but also that I cooperated with the interrogators for the past three years up to the present time, and I am requesting from the interrogators to make a statement of that.

3- I would like to be present at the meetings and the procedures of the Administrative Board to go over my case and speak for myself.

4- I would like to meet the assistant military officer.

5- I object to the ruling of the committee responsible for reviewing the fighter's position.

6- I would like to ask a civil judge to look into the legality of my imprisonment, I am asking you to look at my case using the logic, because I was supposed to be released after three days but we are in the fourth year in the prison.


Detainee:  Abdulrahim Abdul razak al ginco

GUAN-2005-T 02681

ل ... أن هيبيس كورسس »

**DO NOT WRITE BEYOND HEAVY LINES**

إلى حضرة المحامي وصيته المحك الأمريكية

١- ... قد ... واجبة وضع المقاتل ... عدو مقاتل وذلك شيء لا ...

... لذلك لأنني قد كنت ... جنت عشر سنوات

... قبل الأحداث التي وقعت في ١١ سبتمبر والدليل على هذا

... المحكمة الدولية للصليب الأحمر الدولي ... قد استهدفت بأنني جاسوس

لصالح القوات الأمريكية .

٢- عدم تشكيل خطر على الولايات المتحدة ومحافظاتها والدليل على ...

التي وجهت لي من قبل ... لو قالوا بأنني جاسوس

أو ... و لست ... ذلك من أنني ... عين من المعتقلين

و أطلب من لجنتي ... لدينا هذه ...

٣- أريد حضور جلسات و إجراءات القضية بنفسي و أريد المراجعة وقتي ...

علومات بنفسي .

٤- أريد مقابلة ... العسكري المساعد

٥- أعترض على لجنة مراجعة وضع المقاتل

٦- أريد أن تسأل ... السنظر قانونية اعتباري ...

وأذكروا النظر في قضيتي بينما بعض المعتقلين ... يستطلعون ...

... و أنهم ... لكي ... تحصل ... الرابعة من الدستور .

المحتجز

عبد الرحيم عبد الرزاق جانكو