UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULRAHIM ABDUL RAZAK AL GINCO

Petitioner

v.                                                Civil Action No. 05-1310 (RJL)

GEORGE W. BUSH, et al.

**SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T02789

In the name of Allah the merciful compassionate

Honorable respected lawyer, I write you this letter so that I may be reassured that there is someone to defend me in objecting the military tribunal. I do not need to tell you, that I am and was a victim of Al-Qaida and the Taliban in the past. I have spent two years in their prison that so-called SAREEZAH prison in QANDAHAR, AFGHANISTAN. Then the America forces appeared and apprehended me; from prison they brought me to here, hence the ICRC requested from the American forces to release us. The American forces made promises that they were going to release us three days later. However, they've gone back on their promise and since those three days, here we are approaching the fourth year. How can that be? I was informed that it's my right to object in the America courts. Therefore, I would say with all pride that I'm not a threat to the U.S.A or to any of its allies. I was a university student and I'm wholly prepared to cooperate with the American government this is in addition that I was cooperative and I have been for a period of more than three years. Thus, what do the American forces want with me?

End, Peace be upon you

Abd Al Rahim Adul Rassak Janko

2005/5/26

GUAN-2005-T 02789

**DO NOT WRITE BEYOND HEAVY LINES**

بسم الله الرحمن الرحيم

سعادة المحامي المحترم ، أكتب إليك هذه الرسالة ▓

حقاً أطمئن أن هناك من يدافع عن حقي من الإعتراض على المحكمة

العسكرية ولتعلم أنني كنت ولا أزال ضحية في السابق

لطالبان والقاعدة وقد أمضيت ▓ إسبوعين السجن جزيرة

جزيرة في قندهار أفغانستان عندما جاءت القوات الأمريكية

وقبضت عليّ من السجن وأحضروني إلى جنوانتامو أن اللجنة الدولية

للصليب الأحمر الدولي طالب القوات الأمريكية بفكاك أسرنا

وعدم معاملة القوات الأمريكية بفكاك أسرنا ولكن

خالفوا الوعد وهم ▓ كانت على أبوب ▓

غير ذلك ولمست منكم أنا ضحية الوحدات في الحالين

الأمريكية لذلك أقول وبكل ثقة أنني سأشكل خطر على الولايات المتحدة

الأمريكية أو أي حلفاؤها حيث كنت طالباً حاصماً وعلى طاول الإحضار

للتأمين مع الحكومة الأمريكية وهذا إضافة إلى أنني كنت وتعاوني

ولا زالت لمقاومة الكرمة ▓ ضباط تدريب القوات الأوربية

ومني

وحناكم السلام عليكم

[signature scribble]

م. صوص

GUAN-2005-T02605

To Honorable lawyer and committee members of United States District Court for District of Columbia
333 Constitution Ave. N.W.
Washington, DC.20001

At the beginning I want to know, how you considered me as enemy combatant? I spent two years in Taliban's jail and what is called Al Qaida and I didn't get out of that jail but through the Americans. American Army got me out, so in what basis I am enemy combatant and on what basis I consider enemy to the Americans when I used to have Americans friends in my country. I consider my self a friend to the Americans and I want you to know that I am not a threat at all. I am and still am a cooperative friend for the Americans integrators for almost three years till it got to the point I can't live with them {detainees} in the same cell area because they still in their old mentality. They don't understand that I am not a spy and I won't be one ever. I ask the American democracy and justice to look at me as a cooperative with them and appreciate the sincerity I showed.
This is all I have, this all I got, peace.

Abd al Rahim Abdul Rassak Janko

إلى حضرة المحامي وأعضاء هيئة

United states District court for district of columbia

333 constitution Avenue, N.W.

washington, DC. 20001

أريد في البداية أن تعرف كيف إعتبرتوني عدو مقاتل وأنا قد قضيت ستين من
عمري لا أعلم وما يسمى بالقاعدة ولم أخرج من ذلك السجن إلا عن طريق الركاب
الجيش الأمريكي اخرجني فعلا لأي أساس أنا عدو مقاتل وعلى أي أساس أعتبر
عدو لأمريكا وقد كان لي أصدقاء أمريكان هيلا ومت عنا أعتبر نفسي صديق
لأمريكا و أأكد لكم علماً أنني لا أشكل خطراً على بلا حال و بل إني كنت و مازال
صديقة متعاونة مع المحققين الامريكان منذ ثلاث سنوات تقريباً حقا أنني
لا أستطيع العيش في البر الاحرى ألا في عطني والعدية فلا يفوت
أنني لست جاسوسا على أن يكون أبدا" وأسأل الديمقراطية والعدالة
الأمريكية أن ينظر واليَّ كصديق ومن بعدها الرجوع إلى وطني الحبيب

هذا كل ما عندي وكم جزيل الشكر والاحترام