UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABDULRAHIM ABDUL RAZAK AL GINCO, )
)
Petitioner, )
)
v. ) Civ. Action No. 05-1310 (RJL)
)
GEORGE WALKER BUSH, *et al.*, )
)
Respondents. )

## ORDER

Upon consideration of the respondents' Motion to Stay Proceedings Pending Related Appeals and For Continued Coordination, the lack of any opposition thereto, and the entire record herein, it is, this 21st day of October 2005, hereby

**ORDERED** that the respondents' motion [#2] is **GRANTED**; and it is further

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)) and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in the *In re Guantanamo Bay Detainee Cases* shall apply in the above-captioned case; and it is further

**ORDERED** that the above-captioned matter is stayed pending resolution of all appeals in *Khalid v. Bush*, No. 04-CV- 1142 (RJL), and *Boumediene v. Bush*, No. 04-CV-

1166 (RJL), *see* D.C. Circuit Nos. 05-5062, 05-5063, and in the *In re Guantanamo Bay Detainee Cases*, No. 02-CV-0299, *et al.*, *see* D.C. Circuit No. 05-8003.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge