UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULRAHIM ABDUL RAZAK AL GINCO

           Petitioner

v.                                     Civil Action No. 05-1310 (RJL)

GEORGE W. BUSH, et al.

           Respondent

NOTICE OF FILING

| Type: | Outgoing | Format: | |
|---|---|---|---|
| Letter Number: | GUAN-2005-T04605 | ISN: JJJ | 00489DP |
| Date Translated: | 20050915 | Mail date | 20050912 |
| Sender's Name: | AlJanko, AbdulRahim Abdul Razaq | | |
| Addressee: | United States District Court for the District of Columbia, Civil action#051310-RJL | | |
| Address: | US. Courthouse | | |
| City/Zip code: | Washington DC/20001 | Country: | |
| Language: | Arabic | Family: Yes N | Linguist Code: AD 121 |

GUAN-2005-T04605
To: his honor, the judge.

C. A. No. 05-1310 (RJL)

I have received a letter from your court of justice and have hoped that if it was translated in Arabic, because, I will never understand it. Therefore, I'm requesting your Excellency, to send me a lengthy letter explaining everything having to do with my case, as I want to bring to your attention, that my name was incorrectly written as,
Abdul Rahim AlJanko, however, the correct way to write it would be, AbdulRahim. Further, I wish to let you know, that my relationship with Taliban and the Afghani Arabs had ended since 2000, since they have accused me of espionage and placed me in prison for two years -from 2000-2002-then, you came there and took me out from a prison for life. However, unfortunately, you have accused me of being an enemy combatant at the military tribunal, which was held at the beginning of this year, your decision was based on videotape made by the Taliban, who had forced me then, to say that I shall become a martyr for the sake of Allah.
All this was recorded in videotape; however, I maintain that, I'm innocent of all the accusations against me and wish to let you know, that, I'm poor and have no money, hence, I'm requesting you to waive all my case's costs.


AbdulRahim Abdul Razaq AlJanko


Signature.

12/09/2005.

GUAN-2005-T 04605

إلى عزة القاضي judge leon

أقد استلمت رسالة من محكمتكم العادلة ولقد عنيت لوائها ترجمت بالعربية لأنني لا أستطع فهما باللغة لذلك أرجو من سيادتكم أن ترسلوا لي رسالة ومحاولة تبينوا فيها كل ما يتعلق بقضيتي وأقسم لكم على أنني قد رأيت اسمي مكتوباً بطريقة خاطئة لأنا Abdul Rahim

ولكن الوضع ABdulRahim AL JANKO Ginco

كما أنني أفيدكم بأن علاقتي بالطالبان قد انتهت وكذلك مع العرب وأفغانستان عدن منذ عام ٢٠٠١ منذ أن قاموا بإتهامي بالجاسوسية ولقد أودعوني السجن طلة عامين من عام ٢٠٠٠ إلى عام ٢٠٠١ ثم أنتم جئتم إلى هناك وأخرجتوني من سجن حرب ولكن وللأسف قد قمتم بإبقائي مع أناس مقاتلين مع الحكومة الأمريكية الله أجرى عليّ برامج حملة إعلام وذلك لأنهم قد استمعوا إلى شريط فيديو قد صورني الطالبان وقد أجبروني في ذلك الوقت بأن أقول بأني سوف أجاهد في سبيل الله وكان ذلك مستحيلاً حرجت قسراً ولكن أقول لكم بأنني بريء من كل التهم الموجهة إليّ وأخبركم أيضاً أنني فقير لا أملك أي نقود للدار أرجوا إعفائي من كل تكاليف القضية

عبدالرحيم عبدالرزاق الجنكو

١٢ / ٨ / ٢٠٠٥