GUAN-2005-T 05094
YOND HEAVY LINES

Dear Judge Leon,

this is Abdul Rahim Abdul Razaq Al Janko writing to you and I want to know the new news about my case and I want to let you know that I got very happy when I got your letter from Mrs. M. Higgins In Jul. 22. 2005 and the reason why why I got happy Because I got know that there is people are wor King In my case and I am very thankful to u.S. Gavernment Because you guys are working In my case and taken care of me without prepayment Because you all know that I am poor and I don't have many

Best wishs

Yours
Abdul Rahim Abdul Razaq
Janko
oct, 7, 2005
Civil Action # 1 051310-RJL