Steven T. Wax
Assistant Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

**Attorneys for Petitioner**

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,**<br><br>         Petitioner,<br><br>  v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>         Respondents. | CV 05-1310-RJL<br><br>**NOTICE OF APPEARANCE** |

  Federal Public Defender Steven T. Wax, Chief Deputy Federal Public Defender Stephen R. Sady, and Assistant Federal Public Defender Patrick J. Ehlers hereby give notice of their appearance as counsel for the above-referenced petitioner. On October 14, 2005, an order was entered in this district appointing various Federal Public Defender offices to represent petitioners in approximately 51 habeas corpus cases filed by detainees in Guantánamo Bay, Cuba. The order signed by Chief Judge Thomas F. Hogan identified

individual Federal Public Defender offices as counsel for individual petitioners. That order identified the Federal Public Defender for the Central District of Los Angeles as counsel for Mr. Al Ginco. Subsequently, that office has determined that it cannot undertake the representation. Following consultation with Chief Judge Hogan, he has approved substitution of the Federal Public Defender for the District of Oregon in his order of October 14, 2005, and this office's appearance in this case if that is agreeable with this Court. Terry Marcus Henry, attorney at the United States Department of Justice, has no opposition to the appearance of the Federal Public Defender for the District of Oregon as counsel in this case.

    Respectfully submitted on April 11, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Patrick J. Ehlers Jr.
Patrick J. Ehlers Jr.
Assistant Federal Public Defender