**Steven T. Wax**
**Assistant Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Patrick J. Ehlers**
**Assistant Federal Public Defender**
patrick_ehlers@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

**Attorneys for Petitioner**

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents. | CV 05-1310-RJL<br><br>MOTION TO COMPEL COMPLIANCE WITH FED. R. APP. P. 23 AND FOR PRELIMINARY INJUNCTION FOR 30-DAY NOTICE OF INTENT TO TRANSFER |

The petitioner, Abdulrahim Al Ginco, through his attorneys of record, Steven T. Wax, Stephen R. Sady, and Patrick J. Ehlers, hereby moves the Court for an order pursuant to Federal Rule of Appellate Procedure 23 requiring Respondents to seek advance authorization by the Court prior to transferring or forcibly repatriating him from Guantánamo Bay Naval Base in Cuba.  Alternatively, the petitioner moves for an order requiring that the Respondents provide 30-day advance notice to the Court and counsel for the petitioner

prior to transferring him or forcibly repatriating him from Guantánamo Bay Naval Base in Cuba so that counsel has an opportunity to consult with the petitioner to determine whether he objects to transfer or repatriation. The petitioner supports this request based on the reasons set forth in the memorandum of support filed contemporaneously with this motion.

Pursuant to LCvR 7(m), counsel for the petitioner contacted opposing counsel, Andrew Warden, and was informed that the respondents object to the filing of this motion.

Respectfully submitted on May 2, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender


/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender


/s/ Patrick J. Ehlers Jr.
Patrick J. Ehlers Jr.
Assistant Federal Public Defender