RECEIVED
JUN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Steven T. Wax
Assistant Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                              Petitioner,<br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>                              Respondents. | CV 05-1310-RJL<br><br>NOTICE OF APPEAL |

NOTICE is hereby given that petitioner, Abdulrahim Abdul Razak Al Ginco, appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Order dated May 30, 2006, denying petitioner's motion to compel compliance with Federal Rule of Appellate Procedure 23 and for similar relief requiring judicial authorization prior to transferring petitioner from Guantanamo Bay. This is an appealable order under 28 U.S.C. § 1292(a)(1) because the interlocutory order of the District Court "might have

serious, perhaps irreparable, consequence," *Carson v. American Brands, Inc.*, 450 U.S. 79, 84 (1981), if the respondents impair the district court's jurisdiction by a unilateral transfer.

    Respectfully submitted on June 22, 2006.

                                 /s/ Stephen R. Sady
                                 Stephen R. Sady
                                 Chief Deputy Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing on NOTICE OF APPEAL Assistant United States Attorney Terry Marcus Henry on June 22, 2006, by depositing in a U.S. Post Office Box a true, exact and full copy thereof, addressed to: U.S. DEPARTMENT OF JUSTICE, P.O. Box 883, 20 Massachusetts Avenue, NW, Suite 7144, Washington, DC 20044, with postage prepaid.

_____
Christine Moore