Steven T. Wax
Assistant Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

**Attorneys for Petitioner**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,**<br><br>                              Petitioner,<br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>                              Respondents. | CV 05-1310-RJL<br><br>SUPPLEMENTAL AUTHORITY REGARDING GOVERNMENT'S MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS |

The petitioner, through his attorney, Stephen R. Sady, respectfully submits the attached opinion in *Jones v. Brown*, No. 03-3823 (3rd Cir. Aug. 24, 2006), in support of his opposition to the government's request in its filter team motion. The Third Circuit held unconstitutional prison regulations that impinged on legal mail despite the state's claim that the regulations served a penalogical interest in protecting against anthrax attacks. Three factors are especially salient to the

present case.  First, even persons convicted of crimes have an interest in being present when legal mail is opened to assure that it is not perused by state actors.  Second, the interests at stake for detainees include, in addition to attorney-client and work product interests, freedom of speech, including full access to the courts: "[A] pattern and practice of opening properly marked court mail is particularly troubling because it 'chills protected expression and may inhibit the inmate's ability to speak, protest, and complain openly, directly, and without reservation with the court.'"  Third, the *Jones* court noted that a legitimate penalogical interest was not established when the connection between the state action and the goal is arbitrary, irrational, or represents an exaggerated response to its objectives.  *Jones* strongly supports the petitioner's contention that the request for a filter team should be denied and that the material should be returned to the detainees.

    Respectfully submitted on August 25, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Patrick J. Ehlers Jr.
Patrick J. Ehlers Jr.
Assistant Federal Public Defender