**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Patrick Ehlers**
**Assistant Federal Public Defender**
patrick_ehlers@fd.org
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**503-326-2123 Telephone**
**503-326-5524 Facsimile**

**Attorneys for Petitioner**

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,** | CV 05-1310-RJL |
| Petitioner, | **NOTICE OF FILING RE MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, AN ORDER TO SHOW CAUSE** |
| v. | |
| **GEORGE W. BUSH, et al.,** | |
| Respondents. | |

The petitioner, through undersigned counsel, hereby gives notice that on September 21, 2006, he submitted for review to Court Security Officer Jennifer Campbell a Motion for Partial Summary Judgment or, in the Alternative, an Order to Show Cause,

along with supporting exhibits, Statement of Material Facts, and Memorandum of Points and Authorities. Upon notification of clearance from the CSO, these documents will be filed with the Court.

Respectfully submitted on September 21, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender


/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender


/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender