Steven T. Wax
Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

Attorneys for Petitioner

**PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING**

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                               Petitioner,<br><br>     v.<br><br>GEORGE W. BUSH, et al.,<br><br>                               Respondents. | CV 05-1310-RJL<br><br>EXHIBITS IN SUPPORT OF STATEMENT OF MATERIAL FACTS |

Exhibit 101: DOD Roster (page 6 only)

Exhibit 102: Declaration of Ayrat Vakhitov

Exhibit 103: Declaration of Abdul Razzak Al Janko

Exhibit 104:  Declaration of Abdel Salam Abdul Razzak Jenko

Exhibit 105:  Declaration of Adnan Abdelrazak Al Jenko

Exhibit 106:  Declaration of Alaa Uddin Abdul Razaq

Exhibit 107:  Janko CSRT Transcript

Exhibit 108:  Janko ARB Transcript

Exhibit 109:  Kathy Gannon, *Arabs in Afghanistan Claim US Link*, Associated Press
Online, May 4, 2000

Exhibit 110.  Associated Press, *Arab Held in Afghanistan Says he Was U.S.
Agent*, May 5, 2000, News A13

Exhibit 111.  Anwar Iqbal, *Taliban Acknowledge Arresting Spies*, United
Press International, May 7, 2000 at General News.

Exhibit 112.  *Taliban - US Spy Confessions,* The Pakistan Newswire, July 29, 2000

Exhibit 113:  *Confessions of an American/Israeli Intelligence Agent – Confessions of an
Arab Spy*, The Islamic Emirate, July 2000

Exhibit 114:  Aamir Shah, *Taliban Trying U.S. Citizen on Spying Charges*, United Press
International, Feb. 4, 2001, at General News

Exhibit 115:  Bukhari CSRT

Exhibit 116:  Bukhari ARB

Exhibit 117:  Arkan CSRT Transcript

Exhibit 118:  Tasgola Karla Bruner, *Taliban Retreat Leads to Prisoners' Release*, The
Atlanta Journal Constitution, Dec. 11, 2001

Exhibit 119:  Erik Eckholm, *A Nation Challenged: Kandahar; Inmates Left by the
Taliban Are Free, But Cannot Leave*, N.Y. Times, Dec. 16, 2001, Sec. 1B,
at 6

Exhibit 120: Christopher Torchia, *Fewer Inmates in Kandahar Prison*, Associated Press, December 17, 2001 at International News

Exhibit 121: Pierre Lhuillery, *Five Foreigners in the Prison Hell of the Taliban and al-Qaeda*, Agence France Presse, Jan. 16, 2002 at International News

Exhibit 122: Catherine Philip, *Foreign Prisoners Leave Liberators Bewildered*, The Weekend Australian, Dec. 15, 2001, at 13

Exhibit 123: John Pomfret, *Inside the Taliban's Torture Chambers; Men Held By Militia as Spies Detail Routine Brutality, Large Role of Foreigners*, Wash. Post, Dec. 17, 2001, at A14

Exhibit 124: Barbie Dutter, *The Koran Saved Me, Says Jailed Briton*, The Daily Telegraph, December 14, 2001 at 15

Exhibit 125: Tim Reid, *"Taleban Warrior? No, I'm a Lost Backpacker,"* The Times, Feb. 4, 2002.

Exhibit 126: Red Cross e-mail

Exhibit 127: Attorney General Ashcroft, Transcript of news conference: Terrorist Tapes, Jan 17, 2002.

Exhibit 128: Attorney General Ashcroft, Transcript of news Conference: The Identity of Suspected Terrorists, Jan. 25, 2002

Exhibit 129: Romesh Ratnesar, *TAPE TROVE The Martyrs' Home Movies,* Time, Jan. 28, 2002, at 34

Exhibit 130: DVD of videotape from Abu Dhabi Television.  (not yet cleared for filing)

RESPECTFULLY SUBMITTED this September 20, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender

# PET. EX 101

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 265 | 342 | AL QURBI, MOHAMMED MUBAREK SALAH | Saudi Arabia |
| 266 | 343 | AL RUSHAYDAN, ABDALLAH IBRAHIM | Saudi Arabia |
| 267 | 344 | QA ID, RASHID ABD AL MUSLIH QA AL | Saudi Arabia |
| 268 | 345 | AL HAJJ, SAMI MOHY EL DIN MUHAMMED | Sudan |
| 269 | 346 | SHAYBAN, SAID BEZAN ASHEK | Saudi Arabia |
| 270 | 357 | RAHMAN, ABDUL 4 | Afghanistan |
| 271 | 368 | HAWSAWI, ARRAN BAQUR MOHAMMED | Saudi Arabia |
| 272 | 369 | ALGAZZAR, ADEL FATTOUGH ALI | Egypt |
| 273 | 370 | AL HIZANI, ABD | Saudi Arabia |
| 274 | 372 | SA ID ALI JABIR AL KHATHIM AL SHIHRI | Saudi Arabia |
| 275 | 433 | SADKHAN, JAWAD JABBER | Iraq |
| 276 | 434 | AL SHAMYRI, MUSTAFA ABDUL QAWI ABDUL AZIZ | Yemen |
| 277 | 435 | ABDUL SAID, HASSAN | Iraq |
| 278 | 436 | AL USAMI, NAYIF FAHD MUTLIQ | Saudi Arabia |
| 279 | 437 | AL NASIR, FAIZAL SAHA | Saudi Arabia |
| 280 | 438 | AL KHALIF, HANI SAIID MOHAMMAD | Saudi Arabia |
| 281 | 439 | AL GHATANI, KHALID MALU SHIA | Saudi Arabia |
| 282 | 440 | BWAZIR, MOHAMMED ALI ABDULLAH | Yemen |
| 283 | 441 | AL ZAHRI, ABD AL RAHMAN | Yemen |
| 284 | 452 | JAMALUDIONIOVICH, ABU BAKIR | Uzbekistan |
| 285 | 455 | HAMIDULLAH, ALI SHER | Uzbekistan |
| 286 | 457 | GUL, MOHAMAD | Afghanistan |
| 287 | 458 | SARAJUDDIN, ABIB | Afghanistan |
| 288 | 459 | ZAMAN, GUL | Afghanistan |
| 289 | 460 | ZAMAN, KHAN | Afghanistan |
| 290 | 461 | QYATI, ABDUL RAHMAN UMIR AL | Yemen |
| 291 | 489 | JANKO, ABD AL RAHIM ABDUL RASSAK | Syria |
| 292 | 491 | TURKISTANI, SADIK AHMAD | Saudi Arabia |
| 293 | 493 | BUKHARY, ABDUL HAKIM | Saudi Arabia |
| 294 | 494 | NOORALLAH, HAJI | Afghanistan |
| 295 | 495 | RAFIQ, MOHAMMED | Pakistan |
| 296 | 496 | RAHMAN, FIZATULLA | Afghanistan |
| 297 | 497 | SUBII, NASIR MAZYAD ABDALLAH AL QURAYSHI AL | Saudi Arabia |
| 298 | 498 | HAIDEL, MOHAMMED SAID | Yemen |
| 299 | 501 | AL OTAIBI, NAWAF FAHAD | Saudi Arabia |
| 300 | 502 | OURGY, ABDUL BIN MOHAMMED BIN ABESS | Tunisia |
| 301 | 503 | AL ZUBA, SALEH MOHAMED | Yemen |
| 302 | 505 | AL MURI, KHALID RASHD ALI | Saudi Arabia |
| 303 | 506 | AL DHUBY, KHALID MOHAMMED SALIH | Yemen |
| 304 | 507 | AL ANAZI, SULTAN SARI SAYEL | Saudi Arabia |
| 305 | 508 | RABEII, SALMAN YAHYA HASSAN MOHAMMED | Yemen |
| 306 | 509 | KHUSRUF, MOHAMMED NASIR YAHYA | Yemen |
| 307 | 510 | NASSERI, RIYAD BIL MOHAMMED TAHIR | Tunisia |
| 308 | 511 | AL NAHDI, SULAIMAN AWATH SULAIMAN BIN AGEEL | Yemen |
| 309 | 513 | KHOWLAN, ABDUL RAHMAN MOHAMMED HUSSEIN | Saudi Arabia |
| 310 | 514 | THANI, ABDALLAH FARIS AL UNAZI | Saudi Arabia |
| 311 | 516 | AL HARBI, GHANIM ABDUL RAHMAN | Saudi Arabia |
| 312 | 519 | AL QUWARI, MAHRAR RAFAT | West Bank |
| 313 | 521 | KERIMBAKIEV, ABDULRAHIM | Kazakhstan |
| 314 | 522 | ISMAIL, YASIN QASEM MUHAMMAD | Yemen |
| 315 | 526 | ABHANOV, YAKUB | Kazakhstan |
| 316 | 527 | DAOUD, MOHAMAM | Afghanistan |
| 317 | 528 | MAGRUPOV, ABDULLA TOHTASINOVICH | Kazakhstan |

PET. EX 102

Steven T. Wax, OSB #85012
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Patrick J. Ehlers**
**Assistant Federal Public Defender**
patrick_ehlers@fd.org
**101 SW Main Street, Suite 1700**
**Portland, Oregon 97204**
**Tel:    503-326-2123**
**Fax:    503-326-5524**

**Attorneys for Petitioner**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,** | **CV 05-1310-RJL** |
| **Petitioner,** | **DECLARATION OF AYRAT VAKHITOV** |
| v. | |
| **GEORGE W. BUSH, et al.,** | |
| **Respondents.** | |

I, Ayrat Vakhitov, swear and affirm, as indicated below, that the following statement is true

and correct, given of my own free will, voluntary, and not the product of any coercion or duress:

1.       I am a Russian citizen born in Tartarstan on March 27, 1977. After graduating high

school, I engaged in religious studies and became an imam in my home town. I know Abdul

Rahim Abdul Razak Al Ginco, ISN 489, from having been in prison with him in Kandahar,

Afghanistan, when we were both prisoners of the Taliban, and at the Kandahar Air Base and

Guantanamo, Cuba, when we were prisoners of the United States. I was freed from Guantanamo

on February 28, 2004.

Page 1 of 7 Declaration of Ayrat Vakhitov

2.      My imprisonment began in September 2000 when, through no intention of my own, I was taken to Afghanistan. Once there, I was accused of being a Russian spy by the Taliban. When I was first arrested and for seven months thereafter, I underwent interrogations by my captors in Kabul. They used coercive methods, including torture such as beatings, sleep deprivation, injections, being hung from the ceiling for long times, racking me on a device that painfully stretched my body, and hitting with clubs the soles of my feet, which were already swollen from being hung vertically for such long times.

3.      At the end of June or beginning of July 2001, I was transferred to the military prison called Kuli-Urdu in Kandahar. On October 5, 2001, I was transferred to the political prison in Kandahar called Sarpusa. There were two units of about 700 political prisoners, many of them Afghans from the Northern Alliance. The conditions in the prison were terrible. We received only a piece of bread to eat all day and the water, when we got it, was not good. The prison was very crowded and filthy; there were an abundance of rats and insects. Many prisoners became very ill with diarrhea, and many prisoners died.

4.      I heard from other prisoners that Abdul Rahim had been in prison for more than a year before my arrival, accused of being a spy for the United States. Although I had seen him before when Saadiq Turkestani pointed him out, Abdul Rahim was transferred into my area in November 2001. We met in the prison yard when Abdul Rahim introduced himself to me. Abdul Rahim was friendly, but I suspected that he had been tortured because he seemed a bit strange and disturbed.

5.      As we became better acquainted, Abdul Rahim told me that he was a Syrian of Kurdish descent who had been living in the United Arab Emirates before coming to Afghanistan. Abdul Rahim told me his father was a strict and loving man who was a teacher in a university. He stated that he had been treated for a nervous disorder as a child. As we spent more time together,

A V.

we became friends, and Abdul Rahim told me about his childhood experiences and coming to Afghanistan. Although I do not remember the details, Abdul Rahim communicated me he had wanted to show his independence from his father, that he wanted to see the world even as far as Canada, and that he had visited embassies trying to get travel documents. Abdul Rahim never indicated he came for bad reasons and never expressed any sympathy or desire to fight anyone.

6.      While we were still in Taliban custody, Abdul Rahim told me that he had falsely confessed to being a spy as the result of torture. Because we were both falsely accused of being spies and had suffered torture, we confided to one another the treatment we received. I do not remember all the torture he described, but it included frequent beatings, being hung from the ceiling, water torture, electric shock, striking the bottom of his feet, striking his hand with the butt of a gun, and sleep deprivation. Abdul Rahim told me that the torture was more intense and frequent at the beginning of his incarceration.

7.      Abdul Rahim told me that the torture was conducted or supervised by Al Qaida officials. Abdul Rahim stated that Mohammed Atef was involved and also said that he was tortured by Sayf Al-Adl and Abu Hamza. Abdul Rahim stated that Sayf Al-Adl and Abu Hamza arranged for him to be interviewed by Abu Dhabi television.

8.      While we were in Taliban custody, we received visits from the Red Cross. The Red Cross provided us with blankets and some medical care and food. A Swiss Red Cross worker named Roland gave Abdul Rahim and me and the rest of the political prisoners Red Cross identification cards stating that we were prisoners of war.

9.      On December 18, 2001, the Taliban abandoned the prison after American bombing, and the new Afghan government took over. Almost all the prisoners left the prison. Aside from about four Iranians who left later, five of us from other countries remained: Abdul Rahim from Syria; Jamal Al-Harith from Great Britain; Sadeeq Turkestani, a Uighur from Saudi Arabia; Abdul

A V.

Hakeem Al-Bukhary from Saudi Arabia, and myself. The new prison officials allowed us to stay in the juvenile part of the prison. We did not leave because we were warned that local Afghans might be hostile to foreigners or might sell us to the United States for a $5,000.00 bounty.

10.    During the time between the Taliban departing and January 24, 2002, the former foreign prisoners were able to move about in Kandahar. We visited the International Committee for the Red Cross and the United Nations office requesting assistance in leaving Afghanistan. We also spoke to members of the media from the United States, France, and other countries. We told journalists how we had been mistreated during our imprisonment, and both Abdul Rahim and I offered to provide testimony about the use of torture against us by the former regime. A journalist from Time magazine named Mike from Australia visited with us several times. Mike took us to his hotel once, gave us food, and allowed us to use his satellite phone to call our families. I remember Abdul Rahim using Mike's phone to call home. We were told by Red Cross and United Nations officials that we would be transferred to a securer place than the prison grounds, then sent home or to a different country for asylum.

11.    On about January 22, 2002, two Americans, one in uniform and the other in civilian clothes, who identified themselves as Raymond and Steve, visited us at the prison, saying they were from military intelligence. Raymond and Steve took photographs of us and, through a Farsi interpreter, told us that we would be transferred to a safer place, then transferred home in about two weeks.

12.    On January 23, 2002, I heard from Afghan guards that we were being sold to the Americans. We did not know whether to flee or to wait; we waited. The following day, about 20 to 25 heavily armed American soldiers stormed the prison, pointing their guns at us and taking us prisoner. We were unarmed and surrendered without resistance. Steve and Raymond were among

the Americans who took us into custody, then transferred us the detention center at the Kandahar air base.

13.    The Kandahar air base was a large detention center holding about 500 prisoners in tents.  At first we were treated fairly well: we were kept apart from other prisoners; we received extra blankets; and the guards gave us chocolate.

14.    About a month after our arrival at the Kandahar air base, things became much worse.  Our chief interrogator was a woman who called herself Erin, who worked with another interrogator who had an Irish flag tattooed on his arm.  The military police were from an airborne unit; the soldiers said they had previously been deployed in Kosovo.  We were tranferred to a large hangar divided with wire into separate areas.  Without warning, the interrogators began treating Abdul Rahim and me very badly.  The first day we spent together in the same area, and I saw Abdul Rahim brought back from interrogation with red patches on his face and with his clothing ripped.  Abdul Rahim was very intimated and told me that he had been shown an article in a magazine and that statements he had made on Abu Dhabi television were being twisted into meaning he was a terrorist.

15.    From that time, Abdul Rahim received very bad treatment.  From my area, I saw and heard interrogations of Abdul Rahim using sleep deprivation, exercise like push-ups and sit-ups to the point of exhaustion, police dogs set on Abdul Rahim, and forcing him to stay in uncomfortable positions for long times, such as kneeling on gravel with his hands on his head for hours at a time. I suffered the same treatment.  The mistreatment was not only painful but humiliating because it was in front of other prisoners.  Although Abdul Rahim never resisted or used violence, when Abdul Rahim was taken to interrogation, a group of soldiers would jump on him, forcibly immobilize him, and rough him up.  Abdul Rahim sometimes came back from interrogation with his clothing ripped.  Abdul Rahim was treated worse than other prisoners, and the interrogators used their

A. V.

treatment of Abdul Rahim to try to make me confess to being a Russian spy. The interrogator with the Irish flag tattoo said words to the effect: See how we're treating your friend Abdul Rahim; we can do the same to you.

16.    I could not hear what was said during Abdul Rahim's interrogations, but he told me they wanted him to admit he was a terrorist involved in bombings. Abdul Rahim told me that he had told the interrogators everything they wanted him to say, just as he had done when the Taliban tortured him and then had him interviewed on videotape for Abu Dhabi television admitting he was an American spy. Abdul Rahim told me that he told the interrogators what they wanted to hear to make the torture stop.

17.    At about the end of April or early May 2002, Abdul Rahim was taken away from the hangar. I heard from guards that he was being taken to Guantanamo. I remained in detention in Kandahar until June 14, 2002, when I too was taken to Guantanamo.

18.    The next time I saw Abdul Rahim about eighteen months later, he looked terrible and appeared to have lost his mind. Some of the other detainees in Guantanamo believed he was an American spy, so they would threaten and abuse him. The Americans would punish him by placing him next to detainees who would be very mean to him. Abdul Rahim would hurt himself and then be set upon by the URF team, which was a special group of corrections officers who would force prisoners into submission with great force, then put them into solitary confinement. Because his mental condition was so bad from his repeated mistreatment, Abdul Rahim was one of the first prisoners placed on a newly-created psychiatric ward.

19.    I was finally released from Guantanamo on February 28, 2004, after two years of wrongful imprisonment. When I last saw Abdul Rahim, he was in grave condition. From our time together in the Sarpusa prison, I believe Abdul Rahim is a kind, sensitive, and generous person. I am very concerned for his well-being while he remains in Guantanamo. I am relieved to hear from

A.V.

his attorneys that he is in better condition than when I last saw him, but believe justice would be served by his immediate release. From all the information I know, Abdul Rahim was never a combatant against the United States or its allies and poses no danger to anyone. I hope he can be restored to his family as soon as possible.

I swear by Allah that what I say in my declaration of seven initialed pages, given on this 6th day of September, 2006, is true.

_____
Ayrat Vakhitov

CERTIFICATE OF TRANSLATION

I, Alexandra Zernova, certify that I am a translator who is fluent in Russian, French, and English and that I have completely and accurately translated the foregoing declaration consisting of seven initialed pages, from English to Russian by reading the document to Ayrat Vakhitov in Russian and that he has sworn on the Muslim oath to the truth of this document in Dubai, United Arab Emirates, on the date stated.

_____
Alexandra Zernova

PET. EX 103

Steven T. Wax, OSB #85012
Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:    503-326-5524

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO, | CV 05-1310-RJL |
| Petitioner, | DECLARATION OF ABDUL RAZAK MUSTAFA AL JANKO |
| v. | |
| GEORGE W. BUSH, et al., | |
| Respondents. | |

I, Abdul Razak Mustafa Al Janko, swear and affirm, as indicated below, that the following statement is true and correct, given of my own free will, voluntary, and not the product of any coercion or duress:  being first duly sworn, hereby depose and say:

1.      I am the father of Abdul Rahim Abdul Razak Al Ginco, who is the fourth male child of my eleven children.  Our names have different spellings in English but are the same in Arabic.  I am a citizen of Syria and am presently in the United Arab Emirates.  I traveled to the

United Arab Emirates at the request of the attorneys representing my son, Abdul Rahim, to provide this statement on his behalf.

2.      I grew up in a small village in a rural area where my father was a preacher, or imam, of Islam. I attended school through the university level in Damascus and, after graduation, became a teacher of Islamic education. After teaching in Syria for fourteen years, I received an appointment from the government in Ajman to be a teacher of Islamic education and taught there for thirteen years. I brought my family with me to live in the United Arab Emirates.

3.      Abdul Rahim is the fourth son in my family. His mother fell while carrying wood while she was pregnant with Abdul Rahim, and as a young boy, he had medical issues related to seizures that became apparent when he was in elementary school. The attached copies of prescriptions from two doctors are from records my family kept and show the type of anti-seizure medications he took as a child for more than three years. In addition to these prescriptions, I also took Abdul Rahim for medical treatment a number of times in Damascus. Abdul Rahim moved with the family from Syria to the United Arab Emirates around the time he was in the ninth grade.

4.      Abdul Rahim attended public school and, after retaking his last year of high school, attended the college in Ras El Khaimah. Abdul Rahim lived in a residence with his brothers Adnan and Abdul Haleem who were also attending school there. Abdul Rahim completed two years of his post-high school studies.

5.      Our family is very close and we keep a close eye on each another. We are religious but not extreme and do not hate Americans or believe in violence and hate violence against innocent civilians. I am very keen on watching the behavior of my sons. I have never had reports of any of my sons not behaving well. For me, seeing my son doing something like

Page 2     DECLARATION OF ABDUL RAZAK MUSTAFA AL JANKO



smoking would have been like seeing my son committing a serious sin. Abdul Rahim was not someone who lived a bad life as a young man. He was shy and did not engage in extreme religious or political discussions. Abdul Rahim socialized with people of all backgrounds and showed a kind heart to persons of all the communities in the United Arab Emirate, which includes a blend of different religious sects such as Hindus, Christians, Muslims, non-Muslims, and the like. Abdul Rahim dealt with all as his brothers. His only international travel was in Syria and the United Arab Emirates and a ten-day trip to Mecca with a youth group when he was about seventeen for Hajj.

6.      In early 2000, I learned from my sons that there had been a dispute between Abdul Rahim and his brother, Abdul Haleem, regarding money. I heard from Abdul Haleem that Abdul Rahim had been involved in a school trip, then extravagantly borrowed approximately 400 to 500 dirhams, which he could have obtained from his family, from someone outside the family without telling any family member. Abdul Haleem told me at that time that he thought it was his obligation in the family to tell me about this conduct. Abdul Haleem called me again later that night to say that, after he had refused when Abdul Rahim begged him not to tell me about the borrowing, Abdul Rahim left and did not come back.

7.      As the head of the family, I keep in my control the Syrian passports for all of my sons. After Abdul Rahim disappeared, I took Abdul Rahim's passport to the police in Ajman and gave it to them when I made a police report asking for assistance in finding Abdul Rahim. The document attached is a copy of the police report generated when I asked for him to be located, which is dated February 6, 2000. I requested and received a copy of the report at the time I reported Abdul Rahim missing and have kept the copy in my records since that time.

Page 3      DECLARATION OF ABDUL RAZAK MUSTAFA AL JANKO



8.     Several months after Abdul Rahim disappeared, I was told that there was going to be a television interview with Abdul Rahim on Abu Dhabi television.  Shortly thereafter, I watched the interview on television.  I felt like I had been hit by a bolt of lightening.  I was shocked and angry and surprised to be hearing disgraceful things that brought shame to the family.  I still cannot see the recording of the program without being very upset.  I knew the things he was saying could not be true about immoral and illegal conduct, but I believed he should not even say such things.  I felt so strongly about this that I announced that I disowned Abdul Rahim.

9.     I heard from family members that Abdul Rahim called on a telephone from Kandahar, Afghanistan, after the fall of the Taliban.  At a later time, I received two phone calls from Abdul Rahim on a land line.  The conversations were brief.  But, when I spoke with Abdul Rahim, I criticized him for saying scandalous things on the television.  He told me words to the effect: Father, I cannot explain all of this now but there is much to tell and I will tell you the truth of this matter when I meet you.  Although I was still upset about the things Abdul Rahim had said on television, I was glad to hear that he was not any longer a prisoner of the Taliban.  Shortly after speaking with him, I remember hearing in the media that Abdul Rahim and some other young people in Kandahar had been arrested by the Americans.  The Red Cross later confirmed the news.

///

///

///

///

///

Page 4    DECLARATION OF ABDUL RAZAK MUSTAFA AL JANKO



10.    The imprisonment of Abdul Rahim is a heavy sadness for me and my family. I do not believe Abdul Rahim would ever hurt Americans or their allies. I am very concerned about Abdul Rahim's well-being and want him to be free and safe. He is forgiven for the pain he brought his family for leaving. I hope the authorities will have mercy on my son and let him be free.

I swear by Allah that what I say in my declaration, consisting of five initialed pages and three page attachment, given on this 7th day of September, 2006, is true.

Abdul Razak Mustafa Al Janko

## CERTIFICATE OF TRANSLATION

I, George Antuone Khawam, certify that I am a translator of Arabic and English licenced by the Ministry of Justice, Technical Affairs, of the United Arabic Emirates, as reflected in the attached credentials for Arcadia Legal Translation, P.O. Box 16286, Dubai, United Arab Emirates, and that I have completely and accurately translated the foregoing document from English to Arabic by reading the document to Abdul Razak Mustafa Al Janko and that he has sworn on the Muslim oath to the truth of the foregoing declaration in Dubai, United Arab Emirates, on the date stated.

George Antoune Khawam

Page 5    DECLARATION OF ABDUL RAZAK MUSTAFA AL JANKO



Dr. med M. OMAR EL-SHALLAH

Facharzt für Kinderheilkunde

Pädiatrician

Damaskus - Syria

Tel. : 452149

Dr. ANAS H. SABAH
MA, M D (Cambridge), FRCP
Neurologist
22 Baghdad Str., Damascus ( Syria )
☎ : 42 95 96

الدكتور
أنس صباغ
من جامعة لندن . خريج جامعة كمبردج
٢٢ شارع بغداد . دمشق ( سورية )
☎ ٤٢٩٥٩٦

[illegible handwriting]

[redacted]

Mysoline [?]

[illegible handwriting]

George Antoshe
Legal Translator
Arabic / English
Arkadia Legal Translation

وزارة الداخلية
إدارة الاتصالات السلكية واللاسلكية

# نموذج برقيّة

| ختم مكتب المخابرة | تعليمات الإرسال | عدد الكلمات | النداء | رقم المتسلسل |
|---|---|---|---|---|
| فرع الاتصالات شرطة عجمان | بالفاكسملي | | | |
| (صادر) | الوقت | | درجات الأسبقيه | |
| مكتب المخابرة عجمان | | | | |
| | التاريخ | للعلم | التنفيذ | |
| | ٢٠٠٠ / ٢/ ٦ م | | عاجل | |
| درجة المكتومية | | من : مدير عام شرطة عجمان | |
| عادي | | الى : مدير عام الأمن الجنائي / وزارة الداخلية | |
| رقم المنشيء | | للعلم : مدير إدارة الجنسيه والاقامة دبي | |
| ١.١١ / ٢٢/٢ | | | |

## الموضوع : عبد الرحيم عبد الرزاق الجنكو – سوري الجنسية

يحمل جواز سفر رقم 2867412 صادر في دبي بتاريخ ١٩٩٧/٦/٥م

المذكور أعلاه متغيب عن منزله من تاريخ ٢٨ /١/ ٢٠٠٠ م ، يرجى أمركم لمن يلزم
للبحث والتحري وحين العثور إعلامنا ( مرفق صورته الشمسيه لسهولة التعرف عليه )
يرجى العلم .

واقبلوا الإحترام ،،،

ع /العميد طبار
مدير عام شرطة عجمان
العقيد/ علي ماجد المطروشي

صورة طبق الأصل

نسخة : الديوان – السجلات – المباحث
: الملف

| | الإرسال | | | | الإستلام | | | |
|---|---|---|---|---|---|---|---|---|
| التوقيع | الإسم | التاريخ | الوقت | التوقيع | الإسم | التاريخ | الوقت | |
| | | | | | | ٢٠٠٠/٢/٦ | ١٤٠٠ | |



United Arab Emirates
وزارة الداخلية
Ministry of Interior
Ajman Police
شرطة عجمان

DRIVING LICENSE — رخصة قيادة

| | |
|---|---|
| No.: 24165 | الرقم: ٢٤١٦٥ |
| Name: Abdul Razak Mustafa Al Janko | الاسم: عبدالرزاق مصطفى الجنكو |
| Nationality: Syria | الجنسية: سوريا |
| Profession: Teacher | المهنة: مدرس |
| Issue Date: 10/08/1992 | تاريخ الإصدار: ١٩٩٢/٠٨/١٠ |
| Expiry Date: 15/06/2013 | تاريخ الانتهاء: ٢٠١٣/٠٦/١٥ |
| Blood Group: O +ve | Age: 1949 | العمر: ١٩٤٩ |

*(Arabic handwriting)*

| | | | |
|---|---|---|---|
| | Spect | نظارة طبية | |
| Vehicle Permitted to Drive | | أصناف المركبات المصرح بقيادتها | |
| | Motorcycle | دراجة نارية | |
| | Handicapped | ناقلة معاقين | |
| | Car | مركبة خفيفة | |
| | Heavy goods vehicle | مركبة ثقيلة | |
| | Light Bus | حافلة خفيفة | |
| | Heavy Bus | حافلة ثقيلة | |
| | Light mechanical Plant | جهاز ميكانيكي خفيف | |
| | Heavy mechanical Plant | جهاز ميكانيكي ثقيل | |

7237

38132

Arkadia Legal Translation



Case 1:03-cv-01310-RJL   Document 37-2   Filed 10/10/2006   Page 25 of 210

*Arcadia Legal Translation*
Al Durrah Tower, Suite 53
Sheikh Zayed Road
P.O. Box : 16286
DUBAI - U.A.E.
TEL. : 00971 4 3318272
FAX : 00971 4 3318268
MOB. : 050-4947310
E-mail : alt@emirates.net.ae



أركــيــديــا للتـرجـمـة الـقـانـونـيـة
برج الدرة ، مكتب رقم ٥٣
شارع الشيخ زايد
ص . ب : ١٦٢٨٦
دبـــــي - الإمارات العربية المتحدة
هـاتـف : ٣٣١٨٢٧٢-٤-٠٠٩٧١
فاكس : ٣٣١٨٢٦٨-٤-٠٠٩٧١
متحرك : ٥٠-٤٩٤٧٣١٠
البريد الإلكتروني : alt@emirates.net.ae

### United Arab Emirates
### Ministry of Justice
### Technical Affairs

## Legal Translator's Identity Card

Name        : George Anotune Khawam          Nationality: Syrian

Record No. : 115                              Date: 6-5-1996

Licensed Languages: Arabic- English & Vice Versa

---

Place of Work: Arcadia Legal Translation

Address      : PO Box 16286   Tel.: 3318272    Fax: 3318268

Valid from 10-9-2005 till 9-9-2006

The translator shall do the assigned job by himself.

Acting Undersecretary for Technical Affairs
(*Signed & Sealed*)



Arcadia
Legal Translation

دولة الإمارات العربية المتحدة

وزارة العدل

الشؤون الفنية

بطاقة قيد مترجم قانوني

الاسم : جورج انطوان خوام    الجنسية : سوري

رقم القيد : ١١٥    تاريخه : ١٩٩٦/٥/٦م

اللغة المرخص بها : عربي ـ انجليزي وبالعكس

جهة العمل : اركيديا للترجمة القانونية دبي

العنوان : ص ب ١٦٢٨٦    ت : ٤/٢٣٢١٨٢٢٢.

صالحة اعتباراً من : ٢٠٠٥/٩/١٠م    الى : ٢٠٠٦/٩/٩م

يقوم المترجم بنفسه بالترجمة التي يعهد اليه بها .

وكيل وزارة العدل المساعد
للشؤون الفنية







*Arcadia Legal Translation*
Al Durrah Tower, Suite 53
Sheikh Zayed Road
P.O. Box : 16286
DUBAI - U.A.E.
TEL. : 00971 4 3318272
FAX : 00971 4 3318268
MOB. : 050-4947310
E-mail : alt@emirates.net.ae

آركـيـديـا للـتـرجـمـة الـقـانـونـيـة
برج الدرة ، مكتب رقم ٥٣
شارع الشيخ زايد
ص . ب : ١٦٢٨٦
دبـــي - الإمارات العربية المتحدة
هـاتـف : ٣٣١٨٢٧٢-٤-٠٠٩٧١
فـاكـس : ٣٣١٨٢٦٨-٤-٠٠٩٧١
متحرك : ٠٥٠-٤٩٤٧٣١٠
البريد الإلكتروني : alt@emirates.net.ae

### United Arab Emirates
### Government of Dubai
### Department of Economic Development



## Professional License

License No. 523793                          Commercial Serial No.
Owner(s)              : George Antoune Khawam
Nationality           : Syrian
Personal Serial No.: 130673

Company's Name  :
Nationality            :
Trade Name         : Arcadia Legal Translation

Legal Status       : Individual Establishment
Kind of Activity   : Legal Translation

Service Agent      : Abdul Rahman Ahmed Yousef Al Shaer

Address             : Property of Merza Al Sayegh, Al Durrah Tower,
                        Sheikh Zayed Road
Tel.: 3318272              Fax: 3318268               PO Box: 16286

Remarks:

Date of Issue: 23-1-2001                  Date of Expiry: 22-1-2007
Voucher No.: 675807   23-2-2004

Department of Economic Development
(*Signed*)



www.dubai.gov.ae



DEPARTMENT OF ECONOMIC DEVELOPMENT

دائـرة الــتـنـمـيـة الإقتصـاديـة

رخصــة مهنية

## Professional License

رقم السجل التجاري:

رقم الرخصــة: 523793

| مسلسل الشخص | الجنسية | صاحب / أصحاب الترخيص |
|---|---|---|
| 130673 | سوريا | جورج انطون خوام |

اسم الشركــة:

الجنسيــــة:

الاسم التجاري:

اركيديا للترجمة القانونية

ARCADIA LEGAL TRANSLATION

الشكل القانوني: مؤسسة فردية

نوع النشاط:

الترجمة القانونية

| وكيل خدمات | عبدالرحمن احمد يوسف الشاعر | الجنسية: الامارات |
|---|---|---|

العنوان:

محل ملك ميرزا حسين الصايغ (برج الدرة) - شارع الشيخ زايد

الهاتف: 3318272     فاكس: 3318268     ص. ب.: 119968

ملاحظـــــات:

**Expiry Date:** تاريخ الانتهاء: 2007/01/22     **Issue Date:** تاريخ الاصدار: 2001/01/23

رقم الإيصال: 968953 - 2006/02/08

PET. EX 104

Steven T. Wax, OSB #85012
Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:    503-326-2123
Fax:    503-326-5524

Attorneys for Petitioner

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>        Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>        Respondents. | CV 05-1310-RJL<br><br><br>DECLARATION OF ALAA UDDIN ABDUL RAZAQ |

I, Alaa Uddin Abdul Razaq swear and affirm, as indicated below, that the following statement is true and correct. It is give of my own free will, voluntary, and is not the product of any coercion or duress:

1.  I am the brother of Abdul Rahim Abdul Razak Al Ginco; he is the fourth son and I am the first son of Abdul Razzak Al Ginco. While our names are spelled differently in English, they are spelled the same in Arabic. I was born on March 8, 1974, and am presently 32 years

Page 1  Declaration of Alaa Uddin Abdul Razaq



old. I am a citizen of Syria and have been living in the United Arab Emirates since I was eighteen years old. I finished my studies in 1997 and began working as a teacher. I am married and the father of three children.

2.    I attended school through the university level in Ras El Khaimah in Islamic law. Additionally, I have completed post-graduate study in Islamic law and hold a masters level degree. The thesis for my master's degree focused on commercial transactions under Islamic judicial law. I have been a teacher in Sharjah and Dubai, two of the emirates within the United Arab Emirates, for a total of four years at both the middle and high school levels. I am currently employed by the ministry of education as a teacher in the public school of Umm Quien.

3.    As the oldest brother, I am very aware of Abdul Rahim's behavior and personality before he left the family. Abdul Rahim comes from a decent and respectable family and behaved himself accordingly. Abdul Rahim grew up as a sensitive and kind boy who received medical treatment for a problem related to nervous seizures.

4.    I never heard of Abdul Rahim having involvement with politics or extreme religion. If Abdul Rahim had been involved in any improper conduct while living in the United Arab Emirates, he would not have been able to remain in the country because he is an expatriate of Syria. Misconduct on his part would have resulted in deportation. Additionally, misconduct of any kind, would have rendered him ineligible to attend school. Up until the time of his disappearance, he was attending school in Ras El Khaimah.

5.    In late 1999 and early 2000, Abdul Rahim was living with our brothers, Adnan and Abdul Haleem, while they all attended school in Ras El Khaimah. I did not have first hand involvement with receiving calls or hearing the dispute, but I heard on the day that Abdul Rahim disappeared that Abdul Rahim borrowed about 400 dirhams from someone without telling Abdul

Page 2    Declaration of Alaa Uddin Abdul Razaq

Haleem or any of our other family members. Our father is extremely strict about family honor. Borrowing money from a person outside of our family, without speaking with other family, is a matter that Abdul Rahim would be required to answer for to our father. As the eldest brother, I know my father would have been displeased with Abdul Rahim about this and that he would have expected Abdul Haleem to report this conduct to him. When Abdul Haleem said he was going to tell our father, Abdul Rahim left home and could not be found.

6.    I did not hear from Abdul Rahim until several months later when, after hearing that Abdul Rahim was going to be on a television interview, I saw the television broadcast of his interview on Abu Dhabi television. When I saw the broadcast, I immediately questioned whether Abdul Rahim had been mistreated by others who wanted him to say the things mentioned in the broadcast. Abdul Rahim appeared very different than he had been before he left the U.A.E.; he was very pale, he had lost a lot of weight, and he sounded very stressed. I was also struck by the change in his use of expressions during the broadcast. Abdul Rahim used a number of phrases that are not part of his normal vocabulary, the vocabulary used at the school we both attended, or the vocabulary of our religious tradition. The inconsistency between the simple Abdul Rahim I know, and the person he was portraying in the interview, in combination with his physical appearance during the interview, led me to believe he was being unduly influenced to speak that way.

7.    I heard from family members that Abdul Rahim had been freed from the Taliban prison after the collapse of the Taliban but had no direct contact with him. I heard he had been taken into custody by the Americans when other family members told me they had received a letter from Abdul Rahim.

Page 3    Declaration of Alaa Uddin Abdul Razaq



8.    From my knowledge of my brother throughout our lives, I believe Abdul Rahim is a kind person who would not pose a danger to the United States and its allies. For all the time I have known my brother, he has been extremely timid. He is not the kind of person who could even slay a chicken. Abdul Rahim never expressed to my knowledge anything about violence or hatred toward anyone and never expressed any interest in violent action of any kind. Knowing my brother, as I do, I believe the statements he made during his television interview were not his own. Even though the statements he made during the broadcast were hurtful to our family, he is our brother and our father's son. He will always be welcome in our family circle. We love and miss him and are worried that he is still suffering in prison. We miss him much and hope for his quick release and return to freedom.

I swear by Allah that what I say in my declaration, consisting of four initialed pages, given on this 6 day of September, 2006, is true and correct.

_____
Alaa Uddin Abdul Razaq

CERTIFICATE OF TRANSLATION

I, George Antuone Khawam, certify that I am a translator of Arabic and English licenced by the Ministry of Justice, Technical Affairs, of the United Arabic Emirates, as reflected in the attached credentials for Arcadia Legal Translation, P.O. Box 16286, Dubai, United Arab Emirates, and that I have completely and accurately translated the foregoing document from English to Arabic by reading the document to Alaa Uddin Abdul Razaq and that he has sworn on the Muslim oath to the truth of the foregoing declaration in Dubai, United Arab Emirates, on the date stated.

_____
George Antuone Khawam

Page 4    Declaration of Alaa Uddin Abdul Razaq



United Arab Emirates
Ministry of Interior
Ajman Police

دولة الإمارات العربية المتحدة
وزارة الداخلية
شرطة عجمان

**DRIVING LICENSE** رخصة قيادة

No.: 51690 — الرقم : ٥١٦٩٠

الاسم : علاء الدين عبدالرزاق الجنكو
Name: Alaa Uddin AbdulRazaq

Nationality: Syria — الجنسية : سوريا

Profession: Teacher — المهنة : مدرس

Issue Date: 10/07/2001 ٢٠٠١/٠٧/١٠ : تاريخ الإصدار

Expiry Date: 09/07/2011 ٢٠١١/٠٧/٠٩ : تاريخ الانتهاء

Blood Group: A +ve | Age: 1974 | العمر :

هذه نسخة طبق الأصل من
رخصة القيادة الخاصة بي
أرفقها بتاريخ ٢٠٠٦/٩/٦م

علاء الدين عبد الرزاق الجنكو



George Antoni Kawahi
Legal Translator
Arabic / English
Legal Translation



*Arcadia Legal Translation*
*Al Durrah Tower, Suite 53*
*Sheikh Zayed Road*
*P.O. Box : 16286*
*DUBAI - U.A.E.*
*TEL. : 00971 4 3318272*
*FAX : 00971 4 3318268*
*MOB. : 050-4947310*
*E-mail : alt@emirates.net.ae*

آركاديا للترجمة القانونية
برج الدرة ، مكتب رقم ٥٣
شارع الشيخ زايد
ص . ب : ١٦٢٨٦
دبــــى - الإمارات العربية المتحدة
هـاتـف : ٣٣١٨٢٧٢-٤-٠٠٩٧١
فاكس : ٣٣١٨٢٦٨-٤-٠٠٩٧١
متحرك : ٠٥٠-٤٩٤٧٣١٠
البريد الإلكتروني : alt@emirates.net.ae



**United Arab Emirates**
**Government of Dubai**
**Department of Economic Development**

### Professional License

License No. 523793                    Commercial Serial No.
Owner(s)              : George Antoune Khawam
Nationality            : Syrian
Personal Serial No.: 130673

Company's Name :
Nationality           :
Trade Name        : Arcadia Legal Translation

Legal Status        : Individual Establishment
Kind of Activity    : Legal Translation

Service Agent      : Abdul Rahman Ahmed Yousef Al Shaer

Address               : Property of Merza Al Sayegh, Al Durrah Tower,
                            Sheikh Zayed Road
Tel.: 3318272              Fax: 3318268              PO Box: 16286

Remarks:

Date of Issue: 23-1-2001              Date of Expiry: 22-1-2007
Voucher No.: 675807   23-2-2004

Department of Economic Development
(*Signed*)



www.dubai.gov.ae



GOVERNMENT OF DUBAI
DEPARTMENT OF ECONOMIC DEVELOPMENT
Case 1:05-cv-03106-RJH    Document 34-2    Filed 10/10/2006    Page 36 of 210

دائـــرة الـتــنـمـيـــة الإقتصـــاديـــة

رخصــة مهنية

## Professional License

رقم السجل التجاري:

رقم الرخصــة: **523793**

| مسلسل الشخص | الجنسية | صاحب / أصحاب الترخيص |
|---|---|---|
| 130673 | سوريا | جورج انطون خوام |

اسم الشركــــــة:

الجنسيــــــة:

الاسـم التجاري:

اركيديا للترجمة القانونية

ARCADIA LEGAL TRANSLATION

الشكل القانوني: مؤسسة فردية

نوع النشاط:
الترجمة القانونية

| وكيل خدمات | عبدالرحمن احمد يوسف الشاعر | الجنسية: الامارات |
|---|---|---|

العنوان:

محل ملك ميرزا حسين الصايغ ( برج الدوه ) - شارع الشيخ زايد

الهاتف: 3318272     فاكس: 3318268     ص. ب.: 119968

ملاحظـــــــات:

| Expiry Date: تاريخ الانتهاء: 2007/01/22 | Issue Date: تاريخ الاصدار: 2001/01/23 |
|---|---|
| | رقم الإيصـــال: 968953 - 2006/02/08 |

جورج انطون خوام
مترجم قانوسي
عربي انجليزي
George Antoun Khawam
Legal Translator
Arabic / English
Arcadia Legal Translation



*Arcadia Legal Translation*
*Al Durrah Tower, Suite 53*
*Sheikh Zayed Road*
*P.O. Box : 16286*
*DUBAI - U.A.E.*
*TEL. : 00971 4 3318272*
*FAX : 00971 4 3318268*
*MOB. : 050-4947310*
*E-mail : alt@emirates.net.ae*

آركــيـديـا للترجمة الـقـانـونـيـة
برج الدرة ، مكتب رقم ٥٣
شارع الشيخ زايد
ص . ب : ١٦٢٨٦
دبــــــي - الإمارات العربية المتحدة
هـاتـف : ٣٣١٨٢٧٢-٤-٠٠٩٧١
فاكس : ٣٣١٨٢٦٨-٤-٠٠٩٧١
متحرك : ٤٩٤٧٣١٠-٠٥٠
البريد الإلكتروني : alt@emirates.net.ae

## United Arab Emirates
## Ministry of Justice
## Technical Affairs

### Legal Translator's Identity Card



Name        : George Anotune Khawam          Nationality: Syrian

Record No.  : 115                            Date: 6-5-1996

Licensed Languages: Arabic- English & Vice Versa

---

Place of Work: Arcadia Legal Translation

Address      : PO Box 16286   Tel.: 3318272      Fax: 3318268

Valid from 10-9-2005 till 9-9-2006

The translator shall do the assigned job by himself.

Acting Undersecretary for Technical Affairs
(*Signed & Sealed*)



Arcadia
Legal Translation



دولة الامارات العربية المتحدة

وزارة العدل

الشؤون الفنية

بطاقة قيد مترجم قانوني

الاسم : جورج انطوان خوام    الجنسية : سوري

رقم القيد : .......... ١١٥    تاريخه: ١٩٩٦/٥/٦م

اللغة المرخص بها : ......... عربي ـ انطليزى وبالعكس

جهة العمل : ..أركيديا..للترجمة..القانونية .دبي

العنوان : ص ب ..١٦٢٨٦... ت ..٤/٢٣١٨٢٢٢...ه

صالحة اعتباراً من : ٢٠٠٥/٩/١٠م الى : ٢٠٠٦/٩/٩م

يقوم المترجم بنفسه بالترجمة التى يعهد اليه بها .

وكيل وزارة العدل المساعد

للشؤون الفنية



PET. EX 105

Steven T. Wax, OSB #85012
Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:    503-326-2123
Fax:    503-326-5524

Attorneys for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                              Petitioner,<br><br>              v.<br><br>GEORGE W. BUSH, et al.,<br><br>                              Respondents. | CV 05-1310-RJL<br><br>DECLARATION OF ADNAN ABDELRAZAK ALJENKO |

I, Adnan AbdelRazak AlJenko, swear and affirm, as indicated below, that the following

statement is true and correct, given of my own free will, voluntary, and not the product of any

coercion or duress:

1.      I am the brother of Abdul Rahim Abdul Razak Al Ginco; he is the fourth son and

I am the fifth son of Abdul Razzak Al Ginco. While our names are spelled differently in English

they are spelled the same in Arabic. I was born on January 1, 1980, and am presently 26 years

Page 1    Declaration of Adnan AbdelRazak AlJenko





old. I am a citizen of Syria and have been living in the United Arab Emirates since 1992. I am married and the father of one child.

2.    Since leaving post-high school studies at Ras El Khaimah, I have worked as both an export supervisor and a truck driver. I am presently employed with ARZ Clearing & Forwarding (L.L.C.) and ARZ Import & Export (L.L.C.). I work there with my brother Abdel Salam. I am involved with the export of products such as coconut powder, tea, tires, and marble.

3.    We have always been a close family and when we were growing up we stayed in contact with each other on a daily basis. I attended secondary school as well as post-high school studies at Ras El Khaimah. While I was attending school in Ras El Khaimah, I was joined by my brothers Abdul Rahim and Abdul Haleem who arrived there for their post-high school studies. We all lived together in a residence in Ras El Khaimah. Even though my brothers and I were not living with our family in Ras Al Khaimah, our daily contact with our father and other family members remained the same. We stayed very busy with our studies and, if we had spare time, would play football. On weekends we would return home and spend time with our family.

4.    I never heard of Abdul Rahim having anything to do with hateful or extreme opinions regarding religion and politics. I was undoubtedly the brother in our family who was closest to Abdul Rahim. Not only were we brothers, we were good friends. And our family is very close. I am certain I would have known of any immoral or illegal misconduct by Abdul Rahim. Because of our close relationship, we spent the most time with each other. I never heard of any bad conduct, at all, by my brother. In fact, prior to our acceptance to post-high school studies, we had to submit a report of good conduct issued by local authorities, as a requirement. Neither I, nor any of my brothers, could have attended school in Ras El Khaimah without a good conduct report.

Page 2    Declaration of Adnan AbdelRazak AlJenko



5.    In late 1999 and early 2000, Abdul Rahim was living with me and my brother, Abdul Haleem, while attending school in Ras El Khaimah, I was present when Abdul Haleem and Abdul Rahim had a discussion during which Abdul Rahim admitted borrowing about 400 dirhams from Khaled Al Hajiri without telling Abdul Haleem or anyone else in the family. Abdul Rahim said he needed the money for cover the expenses of a school trip. He pleaded with Abdul Haleem not to tell our father, but Abdul Haleem, as the oldest brother of the three of us, was obligated to tell our father. Abdul Haleem would have been viewed by our family as failing to meet his responsibility if he did not inform our father of Abdul Rahim's misconduct. In fact, if our father found out from another person about Abdul Rahim's conduct then Abdul Haleem would have been in serious trouble with our father. Although the amount of money was not great, Abdul Rahim should not have borrowed money outside the family without first speaking with family members about it. This matter of not informing family members is an issue taken very seriously within our family and is something that Abdul Rahim would have to answer for with our father. Our father takes great interest in the behavior of his sons and demands it is beyond reproach.

6.    On the day of the dispute over this issue between Abdul Haleem and Abdul Rahim, we three brothers left the apartment for 7:00 p.m. prayers and that is where I last saw Abdul Rahim. He did not return to the apartment with us. At first, we thought he had stopped to speak with a friend. Abdul Haleem called and told our father about what Abdul Rahim had done. About three hours after prayers, we became worried about Abdul Rahim's whereabouts, and Abdul Haleem called our father again and told him that Abdul Rahim was missing. It was very odd for Abdul Rahim to be missing, without any explanation, for such a long period of time.

Page 3    Declaration of Adnan AbdelRazak AlJenko



7.    My family and I attempted to locate Abdul Rahim, including the filing of a missing person report with the Ajman police. Because our father keeps all the sons' passports, I knew Abdul Rahim did not have his with him. We were very worried about Abdul Rahim's disappearance.

8.    Several months after Abdul Rahim's disappearance, my family heard through the newspapers that Abdul Rahim was going to be on a television interview the next day. I was shocked when I saw the interview on Abu Dhabi television. Abdul Rahim had lost a lot of weight. He was pale. Although Abdul Rahim had been gone for only a short time he looked very different from the way he was before he left. During the television interview, he looked very stressed and in a very poor condition. The way he spoke during the broadcast seemed absurd because he said things about past conduct I know could not be true because we spent all of our time together. The claims about being a spy are contrary to what I believe Abdul Rahim would ever do, both because he is a shy and nervous person, and because our religious beliefs are against the deception needed to be a spy. During the interview, Abdul Rahim said things about jihad he had never said in his lifetime. The names he gave of people involved in spying were just schoolmates past and present. Even though the statements were obviously untrue, the scandal was great, and our family suffered in reputation.

9.    My family received no direct or indirect contact from Abdul Rahim while he was in the Taliban prison, except one letter. Sometime after the television interview, my brother Abdul Salam received a faxed letter in Abdul Rahim's handwriting. I read the letter, which expressed concerns regarding his health and the terrible conditions in his prison. We have not been able to locate the letter.

Page 4    Declaration of Adnan AbdelRazak AlJenko



10.    The first time we heard directly from Abdul Rahim after the television interview was broadcasted was when he called our family on a mobile phone from Kandahar, Afghanistan, after the fall of the Taliban.  My mother and I both were on the telephone with Abdul Rahim at the same time.  I was on one extension and my mother was on the other telephone.  My mother began by asking Abdul Rahim why he had said those terrible things in the television interview.  I heard Abdul Rahim respond that he had been threatened and that there had been men armed with guns behind the curtain.  The television broadcast of Abdul Rahim showed him sitting in front of a curtain while being interviewed.  The conversation was very short because he said he was borrowing a satellite phone from a media person.  We received several other calls, but I was not on those calls.  I heard Abdul Rahim was trying to figure out how to come home.

11.    We were all glad to hear of Abdul Rahim's efforts to return and wished for his quick arrival home.  When the Americans arrived in Afghanistan, and the Taliban fell, leading to the release from prison of Abdul Rahim, I was very happy.  I thought the arrival of the Americans would be a good development for Abdul Rahim.  I could not believe it when Abdul Rahim was taken by the Americans to Guantanamo.

///

///

///

///

///

///

///

Page 5    Declaration of Adnan AbdelRazak AlJenko



12.    We first heard that Abdul Rahim was in Guantanamo Bay in a letter we received from him through the Red Cross. The letter had a United States postmark and came about four or five months after the phone call when I spoke with Abdul Rahim. I do not believe that Abdul Rahim is a danger to anyone. There is nothing from what I know of my brother that makes me think he would ever be a terrorist or spy. He has a kind heart, and I hope he can be restored to our family as soon as possible.

I swear by Allah that what I say in this declaration consisting of six initialed pages given on this 6th day of September, 2006, is true and correct.

_____
Adnan AbdelRazak AlJenko

## CERTIFICATE OF TRANSLATION

I, George Antuone Khawam, certify that I am a translator of Arabic and English licensed by the Ministry of Justice, Technical Affairs, of the United Arabic Emirates, as reflected in the attached credentials for Arcadia Legal Translation, P.O. Box 16286, Dubai, United Arab Emirates, and that I have completely and accurately translated the foregoing document from English to Arabic by reading the document to Adnan AbdelRazak AlJenko and that he has sworn on the Muslim oath to the truth of this document in Dubai, United Arab Emirates, on the date stated.

_____
George Antuone Khawam

Page 6    Declaration of Adnan AbdelRazak AlJenko



| | |
|---|---|
| الاسم: عدنان عبدالرزاق الجنكو | |
| Name: ADNAN ABDELRAZAK ALJENKO | |
| المهنة: مشرف شحن | |
| رقم البطاقة: 27413572    دبي | |
| الرقم الشخصي: 00401018186707 | |
| المنشأة: الارز للشحن والتخليص (ش ذ م م) | |
| Est. ARZ CLEARING & FORWARDING (L.L.C) | |

تاريخ الإنتهـاء:
2007/9/28

هذه نسخة طبق الأصل عن بطاقة لعمل

الخاصة بي أرفقهـا بتاريخ ٦/٩/٢٠٠٦

عدنان عبدالرزاق الجنكو



*Arcadia Legal Translation*
Al Durrah Tower, Suite 53
Sheikh Zayed Road
P.O. Box : 16286
DUBAI - U.A.E.
TEL. : 00971 4 3318272
FAX : 00971 4 3318268
MOB. : 050-4947310
E-mail : alt@emirates.net.ae

أركيـديـا للتـرجمـة القانونيـة
برج الدرة ، مكتب رقم ٥٣
شارع الشيخ زايد
ص . ب : ١٦٢٨٦
دبــــي - الإمارات العربية المتحدة
هاتف : ٣٣١٨٢٧٢-٤-٠٠٩٧١
فاكس : ٣٣١٨٢٦٨-٤-٠٠٩٧١
متحرك : ٠٥٠-٤٩٤٧٣١٠
البريد الإلكتروني : alt@emirates.net.ae

**United Arab Emirates**
**Government of Dubai**
**Department of Economic Development**

### Professional License

License No. 523793                     Commercial Serial No.

Owner(s)            : George Antoune Khawam
Nationality         : Syrian
Personal Serial No.: 130673

Company's Name :
Nationality         :
Trade Name          : Arcadia Legal Translation

Legal Status        : Individual Establishment
Kind of Activity    : Legal Translation

Service Agent       : Abdul Rahman Ahmed Yousef Al Shaer

Address             : Property of Merza Al Sayegh, Al Durrah Tower,
                      Sheikh Zayed Road
Tel.: 3318272            Fax: 3318268          PO Box: 16286

Remarks:

Date of Issue: 23-1-2001            Date of Expiry: 22-1-2007
Voucher No.: 675807   23-2-2004

Department of Economic Development
(*Signed*)

www.dubai.gov.ae



GOVERNMENT OF DUBAI
DEPARTMENT OF ECONOMIC DEVELOPMENT

دولــة الإمــارات ... العـربيـة ...
دائــرة الـتـنـمـيـة الإقـتـصـاديـة

رخصــة مهنية
## Professional License

رقم السجل التجاري:

رقم الرخصــة: **523793**

| مسلسل الشخص | الجنسية | صاحب / أصحاب الترخيص |
|---|---|---|
| **130673** | سوريا | جورج انطون خوام |

اسم الشركـــــة:

الجنسيــــــة:

الاسـم التجاري:
اركيديا للترجمة القانونية

**ARCADIA LEGAL TRANSLATION**

الشكل القانوني: مؤسسة فردية

نوع النشاط:
الترجمة القانونية

وكيل خدمات          عبدالرحمن احمد يوسف الشاعر          الجنسية: الامارات

العنوان:
بناية ملك ميرزا حسين الصايغ (برج الدرة ) - شارع الشيخ زايد

الهاتف: 3318272          فاكس: 3318268          ص. ب.: 119968

ملاحظـــــات:

**Expiry Date:**   تاريخ الانتهاء: 2007/01/22          **Issue Date:**   تاريخ الاصدار: 2001/01/23

رقم الإيصال: 968953 - 2006/02/08

دائرة التنمية الإقتصادية



*Arcadia Legal Translation*
*Al Durrah Tower, Suite 53*
*Sheikh Zayed Road*
*P.O. Box : 16286*
*DUBAI - U.A.E.*
*TEL. : 00971 4 3318272*
*FAX : 00971 4 3318268*
*MOB. : 050-4947310*
*E-mail : alt@emirates.net.ae*

أر كـيــد يـا
برج الدرة ، مكتب رقم ٥٣
شارع الشيخ زايد
ص . ب : ١٦٢٨٦
دبـــــي – الإمارات العربية المتحدة
هـاتـف : ٣٣١٨٢٧٢-٤-٠٠٩٧١
فاكس : ٣٣١٨٢٦٨-٤-٠٠٩٧١
متحرك : ٠٥٠-٤٩٤٧٣١٠
البريد الإلكتروني : alt@emirates.net.ae

**United Arab Emirates**
**Ministry of Justice**
**Technical Affairs**

## Legal Translator's Identity Card

Name          : George Anotune Khawam          Nationality: Syrian

Record No.  : 115          Date: 6-5-1996

Licensed Languages: Arabic- English & Vice Versa

---

Place of Work: Arcadia Legal Translation

Address        : PO Box 16286   Tel.: 3318272      Fax: 3318268

Valid from 10-9-2005 till 9-9-2006

The translator shall do the assigned job by himself.

Acting Undersecretary for Technical Affairs
(*Signed & Sealed*)







دولة الامارات العربية المتحدة

وزارة العدل

الشؤون الفنية

بطاقة قيد مترجم قانوني

الاسم : جورج انطوان خوام .. الجنسية : سوري

رقم القيد : .......... ١١٥  تاريخ: ١٩٩٦/٥/٦م

اللغة المرخص بها : ....... عربي ــ انجليزي وبالعكس



جهة العمل : ٠٠اركيديا٠٠للترجمة٠٠القانونية  دبي

العنوان : ص ب ...١٦٢٨٦... ت : ...٤/٣٣١٨٢٢٢...

صالحة اعتباراً من : ......... ٢٠٠٥/٩/١٠م الى : ٢٠٠٦/٩/٩م

يقوم المترجم بنفسه بالترجمة التي يعهد اليه بها .

وكيل وزارة العدل المساعد

للشؤون الفنية

PET. EX 106

Steven T. Wax, OSB #85012
Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:    503-326-5524

Attorneys for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO, | CV 05-1310-RJL |
| Petitioner, | DECLARATION OF ABDEL SALAM ABDUL RAZZAK JENKO |
| v. | |
| GEORGE W. BUSH, et al., | |
| Respondents. | |

I, Abdel Salam Abdul Razzak Jenko, swear and affirm, as indicated below, that the

following statement is true and correct, is given voluntarily of my own free will, and is not the

product of any coercion or duress:

1.      I am the brother of Abdul Rahim Abdul Razak Al Ginco; he is the fourth son and

I am the second son of Abdul Razzak Al Ginco.  While our names are spelled differently in

English, they are spelled the same in Arabic.  I was born on January 25, 1976, and am presently

Page 1    Declaration of Abdel Salam Jenko

30 years old. I am a citizen of Syria and have been living in the United Arab Emirates for the past fifteen years. I am married and the father of three children.

2.    After finishing my education through high school, I began working eleven years ago for the international trading companies ARZ Clearing & Forwarding (L.L.C.) and ARZ Import & Export (L.L.C.). I am now a manager of the company, overseeing international trading in diverse products such as coconut powder, tea, tires, marble, and many other items.

3.    All of my brothers and sisters have always maintained a close connection to our family. Abdul Rahim was no exception to this. Because of our close family relationship, I am well aware of the personality of my brother Abdul Rahim. He was always a very shy person growing up. I can best describe him as a simple and good-hearted person.

4.    I never heard of Abdul Rahim having anything to do with hateful or extreme opinions regarding religion and politics. Also, because of the way our family was, I am certain I would have been told of any immoral or illegal misconduct by Abdul Rahim. In fact, when I was asked about Abdul Rahim's conduct by Abdul Rahim's lawyers, I was able to produce the attached good conduct report from local authorities. This report was originally obtained at the time Abdul Rahim began his post-high school studies at Ras El Khaimah. Additionally, had Abdul Rahim been involved in any improper conduct while living in the United Arab Emirates, he would not have been able to remain in the country because he is an expatriate of Syria. Misconduct of any serious kind would have meant deportation to Syria, and he would not have been able to obtain a good conduct report. Our father reminded us of this issue often and encouraged us to conduct ourselves in an appropriate and legal manner. We all abided by the encouragement of our father with regard to our conduct and behavior.

Page 2    Declaration of Abdel Salam Jenko

5.     In late 1999 or early 2000, Abdul Rahim was living with my brothers, Adnan and Abdul Haleem, while they all attended school in Ras El Khaimah. During this same time, I learned there had been a dispute involving Abdul Rahim and our brother Abdul Haleem. It was my understanding that Abdul Rahim borrowed about 400 dirhams from someone without telling Abdul Haleem or any of our other family members. When Abdul Haleem realized that Abdul Rahim had borrowed money from a person outside of our family, he told Abdul Rahim that he would have to tell our father. Abdul Rahim left home when Abdul Haleem insisted he had to tell our father about the misbehavior of borrowing money from someone outside the family without speaking first to his older brother.

6.     Our father is a very important and respected figure in the family. He is our teacher and advisor. The view in our family is, first there is God, then there is our father. Even now, although I am an adult, the approval of my father is very important to me and his disapproval is to be avoided at all costs. Although the amount of money involved was relatively small, the shame and concern regarding our father's reaction to Abdul Rahim being indebted to someone outside of our family and not asking for assistance from family members would be substantial.

7.     The first time that I heard of the problem with Abdul Rahim borrowing the dirhams was when the family began contacting all Abdul Rahim's friends and associates trying to figure out where he was. Because our father keeps all our passports, I did not think Abdul Rahim could leave the United Arab Emirates. And even if he had his passport, I did not think it would occur to Abdul Rahim to leave the United Arab Emirates because of his naivete and simplicity.

Page 3     Declaration of Abdel Salam Jenko

8.     As the head of our family, my father kept control of all our passports. After Abdul Rahim's disappearance, our father turned Abdul Rahim's passport in to the Ajman police at the same time he made a missing person report with the Ajman police. At the request of Abdul Rahim's lawyers, I requested that the Ajman police provide me with a copy of Abdul Rahim's passport. I contacted the Ajman police on September 6, 2006, and requested that they fax me a copy of Abdul Rahim's passport. They did not do so, but the following day, which is today, I went personally to the Ajman police department, saw the original of the passport, and received from the police the copy of the passport that is attached to this declaration, with my initials, in the complete and accurate form in which I received it.

9.     Several months after Abdul Rahim's disappearance, I read an article in the newspaper Al Sharq Al Awsat that contained a transcript of an interview with Abdul Rahim, and, on the same day, the television broadcasted advertisements stating the interview was going to be televised the next day. Having had no contact with him for months, and then learning about this television interview, was a great surprise to me and my family. The following day, my family watched in shock as Abdul Rahim was interviewed on Abu Dhabi television. I did not believe the words he said were true: his statements about bad behavior, such as having lived his twenty-two years in vice, were false because he lived under close supervision of his family and had not been doing such things; and the spy claims could not be true because no one would make a simple and inexperienced person like Abdul Rahim involved espionage; and the names he gave of people involved in spying, I was told by my family, were just schoolmates. In looking at the broadcast, it appeared to me, because I know Abdul Rahim very well, that he was under great stress. In my opinion, he looked fearful. In contrast to his appearance before he left, Abdul Rahim was much paler, and he had lost a lot of weight. Even though Abdul Rahim's statements

Page 4     Declaration of Abdel Salam Jenko

during the interview were obviously untrue, the scandal was great and our family suffered as a result. In fact, many of our extended family members cut their ties with us because of what Abdul Rahim said during that broadcast.

10.    My family received no direct or indirect contact with Abdul Rahim while he was in the Taliban prison except for one letter. Sometime after the television interview, I received a telephone call from an Urdu speaker who stated he was a doctor who had visited Abdul Rahim while Abdul Rahim was in the Taliban prison. I speak Urdu, and the person told me that Abdul Rahim had requested that the caller send us a letter from Abdul Rahim. I gave the Urdu-speaker my fax number and a short time later received a letter in Abdul Rahim's writing. The letter expressed concerns regarding his health and the terrible conditions in his prison. We cannot now locate the letter.

11.    A short time after the United States entered Afghanistan, I heard from family members that Abdul Rahim had called by telephone from Kandahar, Afghanistan. I heard that Adnan and my mother received the first call from Abdul Rahim. I myself received a single telephone call from Abdul Rahim on my mobile phone while I was at work. I know the call was from a satellite telephone because the number shown was code 0088216, which I knew from my experience in using a satellite telephone, means the call originated from a satellite telephone. When I realized it was Abdul Rahim, I confronted him about the pain he caused our family by saying disgraceful things on television during his interview. Abdul Rahim said that he could not explain in detail but that armed men threatened him from behind the curtain near where he sat during the interview. During my phone call with him, Abdul Rahim said he was attempting to obtain assistance from the Red Cross and the United Nations in getting home.

Page 5    Declaration of Abdel Salam Jenko



12.    I first heard that Abdul Rahim was in Guantanamo Bay from a letter he sent to us through the Red Cross, which was mostly blacked out. I do not believe that my brother Abdul Rahim should be in Guantanamo because he is not a danger to anyone. From everything I know about my brother, I do not believe this simple person would ever volunteer to be a spy or that he would ever volunteer to be a terrorist. I am very worried that he was tortured and mistreated to say disgraceful things that are simply not true. I and my family are very concerned about Abdul Rahim's well-being and want him to be free and safe. We love him very much and miss him.

13.    I have previously provided requested information regarding Abdul Rahim to the authorities for our home country of Syria as well as the United Arab Emirates. Our family has done nothing wrong. We very much want Abdul Rahim to be free as soon as possible.

I swear by Allah that what I say in my declaration, consisting of six initialed pages and ten pages of attachments, given on this 7th day of September, 2006, is true.

_____
Abdel Salam Abdul Razzak Jenko

CERTIFICATE OF TRANSLATION

I, George Antoune Khawam, certify that I am a translator of Arabic and English licenced by the Ministry of Justice, Technical Affairs, of the United Arabic Emirates, as reflected in the attached credentials for Arcadia Legal Translation, P.O. Box 16286, Dubai, United Arab Emirates, and that I have completely and accurately translated the foregoing document from English to Arabic by reading the document to Abdel Salam Jenco and that he has sworn on the Muslim oath to the truth of the foregoing declaration in Dubai, United Arab Emirates, on the date stated.

_____
George Antoune Khawam

Page 6    Declaration of Abdel Salam Jenko




دولة الإمارات العربية المتحدة
وزارة الداخلية
الإدارة العامة لشرطة عجمان
ادارة البحث الجنائي

الرقم : ٢/٦/ ١٦٠٧
التاريخ ٩ / ٣ / ١٤١٨ هـ
الموافق: ١٤ / ٧ /١٩٩٧م

## شهادة حسن السيرة والسلوك
ـــــــــــ

| الاسم : عبدالرحيم عبدالرزاق الجنكو | الجنسية: سوري | المهنة طالب |
|---|---|---|
| رقم الجواز ٢٨٦٧٤١٢ | الصادر من دبي | بتاريخ ١٩٩٧/٦/٥ |
| رقم الاقامة: ١٠٦٣٣٧٦٥ | تاريخ اصدار ١٩٩٧/٦/٢٦ | تاريخ انتهاءها ١٩٩٨/٦/٢٥ |

بالكشف عن المبين إسمه أعلاه تبين عدم وجود أية قيود اجرامية بحقه
وأنه غير مطلوب للشرطة والأمن العام حتى تاريخه ،

وبناء على طلبه أعطيت له هذه الشهادة



ملاحظة

صلاحية هذه الشهادة ثلاثة
أشهر من تاريخ اصدارها ،
د ح



١

صاحب الجواز

رقم السجل ............ ٩٧ /

الاسم والشهرة ......... عبد ابرهيم حمد

اسم الأب ..... عبد الرحمن ..... اسم الأم .... علية

تاريخ ومكان الولادة ..... ١٩٧٨ .... غابة واسيع

مكان الاقامة الحالي ..... البرا ب ت

رقم ومكان القيد المدني ..... ٤ ٤ ١ ابو ظبي

المهنة ..........................

الطول ............ اللون ..........

العينان ............ الشعر ..........

Signature .......................... التوقيع

---

وزارة الداخلية
**MINISTERE DE L'INTERIEUR**
ادارة الجوازات
DEPARTEMENT DE L'EMIGRATION ET DES PASSEPORTS

**PASSEPORT** جواز سفر

Le fonctionnaire de la Republique et
ses representants

Le Directeur du Departement de
l'Emigration
ou le Consul General

٧ / ١٢٩٩٨٧ / ٦ / ١٠

Fait à Dubai le 5 du mois de 6 19 97

et expire le 6 - 6 ٧١٤

١٩٩٨



George Antoun Khawam
Legal Translator
Arabic / English

3 ٣

2 ٢

الصورة الشمسية

PHOTOGRAPHIE

TITULAIRE DU PASSEPORT



No. d'enregistrement _____

Prénom(s) et Nom _____

_____

Prénom du Père _____ de la Mère _____

Date et lieu de naissance _____

Lieu de séjour actuel _____

No. et lieu du registre civil _____

Profession _____

Taille _____ Teint _____

Yeux _____ Cheveux _____

القيمة المستوفاة



No.du passeport

$\frac{R.S}{88}$ 2 867 412

رقم الجواز

ج.س ٢٨٦٧٤١٢
٨٨



جورج أنطون خواﻡ
مترجم قانوني
عربي انجليزي
George Antoun Kynwam
Legal Translator
Arabic / English
Arabic Legal Translation

9

٩

البلدان التي يحقّ لحامله السفر إليها

PAYS POUR LESQUELS CE PASSEPORT EST VALABLE

البلدان العربية ماعدا العراق

منح هذا الجواز استنادا بجواز سفر والدته
رقم ٦٣٧ تاريخ ٩١ بتاريخ ٩١/١٠/٢٤
الصادر في الحكمة
دبي في ٥ /١٦/ ١٩٩٧ رئيس البعثة



8

٨

تَنْــبِــيهـام

على كل عربي سوري مقيم في البلاد الأجنبية لمدة تتجاوز الثلاثة
أشهر أن يتقدم إلى القنصلية العربية السورية في محل اقامته
لتسجيل نفسه وعائلته.

الناشير القنصلي



13 ⠀⠀⠀⠀⠀ ١٣     12 ⠀⠀⠀⠀⠀ ١٢

| DEUXIEME RENOUVELLEMENT | التجديد الثاني | | PREMIER RENOUVELLEMENT | التجديد الأول |

**Left page (DEUXIEME RENOUVELLEMENT / التجديد الثاني)**

No. _____ رقم

_____ جدّد هذا الجواز في

Passeport renouvelé à _____

_____ تاريخ

le _____

_____ وينتهي العمل به في

Il expire le _____

Le Directeur du Département de
l'Emigration et des Passeports
ou le Consul Général

مديرية الهجرة والجوازات
أو القنصل العام

القيمة المستوفاة

**Right page (PREMIER RENOUVELLEMENT / التجديد الأول)**

No. 274-98 رقم ٩٨|٢٧٤

_____ جدّد هذا الجواز في

Passeport renouvelé à _Dubai_

١٩٩٨|٣|١١ تاريخ

le 11-3-1998

١٩٩٩|٦|٨ وينتهي العمل به في

Il expire le 8-6-1999

Le Directeur du Département de
l'Emigration et des Passeports
ou le Consul Général

مديرية الهجرة والجوازات
القنصل العام

القيمة المستوفاة



25                                    ٢٥              24                                  ٢٤

VISAS                            التأشيرات        VISAS                            التأشيرات



RESIDENCE    إقامة
201/97/3018623    جديد
U.A.E.    دولة الإمارات العربية المتحدة

1997/06/26
1998/06/25

أستوفيت الرسوم



27            ٢٧     26

VISAS          التأشيرات     VISAS        التأشيرات



Residence Permit ...
bearer is ... one of the U. A. E.
more than ... months.





George Antoun Khayem
Legal Translator
Arabic / English



31

VISAS

٣١

التأشيرات



George Antoun Khawam
Legal Translator
Arabic / English
Arkadia Legal Translation

51

VISAS

٥١  التأشيرات

50

VISAS

٥٠  التأشيرات





تعليمات بشأن جوازات السفر

١- تصدر جوازات السفر في الجمهورية العربية السورية من إدارة الهجرة والجوازات وأقسامها في المحافظات والقنصليات العربية السورية والسلطات التي تعهد إليها حكومة الجمهورية العربية السورية بذلك.

٢- على السوريين المقيمين في الخارج وليست بأيديهم جوازات سفر أن يقدموا طلباتهم إلى أقرب قنصلية أو إلى سلطة أخرى ترعى مصالح العرب السوريين.

٣- تنتهي مدة العمل بالجواز عند انقضاء سنتين على تاريخ اصداره ويجوز تجديده مرتين على ألا تتجاوز مدة كل تجديد سنتين.

٤- لا يجوز اضافة صحائف جديدة على الجواز.

## ملاحظة هـامـة

يعد هذا الجواز وثيقة ذات أهمية خاصة فيجب اتخاذ الحيطة للمحافظة عليه ودون وقوعه في حيازة أي شخص، وليس لحقيقي حمله. واذا فقد أو تلف يجب المبادرة فوراً إلى ابلاغ الجهة التي اصدرته أو ابلاغ أقرب سلطة قنصلية أو أي بعثة أخرى ترعى مصالح الرعايا العرب السوريين في الخارج ولا تصدر جوازات سفر جديدة في مثل هذه الأحوال إلا بعد بحث وتمحيص تامين.

FRANÇOIS CHARLES OBERTHUR

٥٢

۵۲

(DERNIERE PAGE)

سفر رقم ٨٧٦ تاريخ ٨/٤/١٩٩٨

(الصفحة الأخيرة)

التأشيرات

VISAS

سفر رقم ٨٢٣ تاريخ ١٣/١/١٩٩٩

ت ٦٩٤

ت ١١١١ ... ت ١٩٤ ١/١/٢٠٠٠

Ce passeport contient 52 pages    يشتمل هذا الجواز على ٥٢ صفحة





الترجمة القانونية
جورج أنطون خوام
مترجم محلف قانوني
انجليزي
George Antoun Khawam
Legal Translator
Arabic / English
Al Karadia Legal Translation









**Arcadia Legal Translation**
Al Durrah Tower, Suite 53
Sheikh Zayed Road
P.O. Box : 16286
DUBAI - U.A.E.
TEL : 00971 4 3318272
FAX : 00971 4 3318268
MOB. : 050-4947310
E-mail : alt@emirates.net.ae



آركيـديـا للتـرجـمة القانونيـة
برج الدرة ، مكتب رقم ٥٣
شارع الشيخ زايد
ص . ب : ١٦٢٨٦
هاتف : ٣٣١٨٢٧٢-٤-٠٠٩٧١
فاكس : ٣٣١٨٢٦٨-٤-٠٠٩٧١
متحرك : ٤٩٤٧٣١٠-٥٠-
البريد الإلكتروني : alt@emirates.net.ae

**United Arab Emirates**
**Government of Dubai**
**Department of Economic Development**



### Professional License

License No. 523793                    Commercial Serial No.
Owner(s)            : George Antoune Khawam
Nationality         : Syrian
Personal Serial No.: 130673

Company's Name  :
Nationality         :
Trade Name         : Arcadia Legal Translation

Legal Status        : Individual Establishment
Kind of Activity    : Legal Translation

Service Agent       : Abdul Rahman Ahmed Yousef Al Shaer

Address             : Property of Merza Al Sayegh, Al Durrah Tower,
                      Sheikh Zayed Road
Tel.: 3318272            Fax: 3318268            PO Box: 16286

Remarks:

Date of Issue: 23-1-2001            Date of Expiry: 22-1-2007
Voucher No.: 675807   23-2-2004

Department of Economic Development
(Signed)

www.dubai.gov.ae





UNITED ARAB EMIRATES
GOVERNMENT OF DUBAI
DEPARTMENT OF ECONOMIC DEVELOPMENT

دولة الإمارات العربية المتحدة
حكومة دبي
دائرة التنمية الإقتصادية

رخصة مهنية
## Professional License

رقم السجل التجاري:

مسلسل الشخص
130673

الجنسية

سوريا

رقم الرخصة: 523793

صاحب / أصحاب الترخيص
جورج انطون خوام

اسم الشركة:
الجنسية:
الاسم التجاري:
اركيديا للترجمة القانونية

ARCADIA LEGAL TRANSLATION

الشكل القانوني: مؤسسة فردية

نوع النشاط:
الترجمة القانونية

وكيل خدمات      عبدالرحمن احمد يوسف الشاعر      الجنسية: الامارات

العنوان:
محل ملك ميرزه حسين الصايغ ( برج الدرة ) - شارع الشيخ زايد
الهاتف: 3318272      فاكس: 3318268      ص. ب: 119968
ملاحظات:

**Expiry Date:** تاريخ الانتهاء: 2007/01/22      **Issue Date:** تاريخ الاصدار: 2001/01/23

رقم الإيصال: 968953 - 2006/02/08



**Arcadia Legal Translation**
Al Durrah Tower, Suite 53
Sheikh Zayed Road
P.O. Box : 16286
DUBAI - U.A.E.
TEL. : 00971 4 3318272
FAX : 00971 4 3318268
MOB. : 050-4947310
E-mail : alt@emirates.net.ae



أركيديا للترجمة القانونية
برج الدرة ، مكتب رقم ٥٣
شارع الشيخ زايد
ص . ب : ١٦٢٨٦
دبــــي – الإمارات العربية المتحدة
هـاتـف : ٣٣١٨٢٧٢-٤-٠٩٧١٠٠
فاكس : ٣٣١٨٢٦٨-٤-٠٩٧١٠٠
متحرك : ٤٩٤٧٣١٠-٠٥٠
البريد الإلكتروني : alt@emirates.net.ae

### United Arab Emirates
### Ministry of Justice
### Technical Affairs

## Legal Translator's Identity Card

Name          : George Anotune Khawam          Nationality: Syrian

Record No.   : 115          Date: 6-5-1996

Licensed Languages: Arabic- English & Vice Versa

---

Place of Work: Arcadia Legal Translation

Address      : PO Box 16286    Tel.: 3318272      Fax: 3318268

Valid from 10-9-2005 till 9-9-2006

The translator shall do the assigned job by himself.

Acting Undersecretary for Technical Affairs
*(Signed & Sealed)*





دولة الامارات العربية المتحدة

وزارة العدل

الشؤون الفنية

بطاقة قيد مترجم قانوني

الاسم : جورج انطوان خوام     الجنسية : سوري

رقم القيد : ١١٥     تاريخ : ١٩٩٦/٥/٦م

اللغة المرخص بها : غربي — انجليزي وبالعكس



جهة العمل : ١٠٠اركيديا١٠٠للترجمة١٠٠القانونية  دبي

العنوان : ص ب ...١١٦٢٨٦... ت : ...٤/٣٢١٨٢٧٢...

صالحة اعتباراً من : ٢٠٠٥/٥/١٠ الى : ٢٠٠٦/٩/٩م

يقوم المترجم بنفسه بالترجمة التي يعهد اليه بها .

وكيل وزارة العدل المساعد
للشؤون الفنية



PET. EX 107

UNCLASSIFIED/FOUO

**Summarized Unsworn Detainee Statement**

*The Tribunal President read the hearing instructions to the Detainee. The Detainee confirmed that he understood the process and had a comment and a question.*

Detainee: Sir, I'm not a combatant. If I can tell you guys my story, I hope you guys listen too. Let me tell you my entire story; please give that time.

Tribunal President: Certainly. We are here to hear your story and your statement as it applies to the evidence against you. And we will give you an opportunity for you to make your statement here in a few minutes.

*The Recorder presented Exhibits R-1 and R-2 into evidence and gave a brief description of the contents of the Unclassified Summary of Evidence (Exhibit R-1).*

*The Recorder confirmed that he had no further unclassified evidence or witnesses and requested a closed Tribunal session to present classified evidence.*

*The Tribunal President stated that the Detainee wants to participate and that he will make an oral statement and that he has requested one document from the International Committee of the Red Cross. The Tribunal President has ruled this document relevant. The document has been produced and will be submitted and received as evidence on the Detainee's behalf later on in the Tribunal session.*

*The Detainee did want to take the Muslim oath.*

Detainee: How would you want me to start, with my story?

Tribunal President: The Personal Representative might be able to assist you to make comments in regard to the unclassified summary.

Detainee: That's fine.

Tribunal President: After that, you can add whatever you would like.

Detainee: Thank you very much.

*The Personal Representative read the accusations to the Detainee so that he could respond to the allegations. The allegations appear in italics, below.*

*3.a. The Detainee is a member of al Qaida.*

*3.a.1. The Detainee claims Syrian citizenship.*

Detainee: Yes.

UNCLASSIFIED/FOUO

*3.a.2. The Detainee lived in the United Arab Emirates and traveled to Afghanistan.*

Detainee: Yes.

*3.a.3. The Detainee traveled to Afghanistan in January 2000.*

Detainee: Yes.

*3.a.4. The Detainee traveled to Afghanistan for the Jihad.*

Detainee: No.

*3.a.5. The Detainee is a member of al Qaida.*

Detainee: No.

*3.a.6. The Detainee trained with the al Qaida terrorist organization.*

Detainee: No.

*3.a.7. The Detainee trained at al Farouq training camp in Afghanistan, January 2000.*

Detainee: Yes, that happened.

*3.a.8. While at al Farouq, the Detainee received training on small arms, mountain tactics, topography, and jungle/guerilla type warfare.*

Detainee: No. It was just small weapon training, that's all. Not all of it, just 18 days.

*3.a.9. The Detainee volunteered to be a suicide martyr.*

Detainee: No.

3.a.10. *The Detainee is associated with an al Qaida weapons specialist, who possessed his own poisons and explosives training camp.*

Detainee: No. We were in prison together. They accused us of being American spies. I didn't have any money in prison. He threatened me one day that he was going to kill me. He told me he was an expert, an explosives/poisons expert. Because of him, I am in prison. He said that I knew him. There's nothing between us.

Tribunal President: Is there anything else you would like to add or expand on? You are welcome to do so at this time?

003621

ISN#489
Enclosure (3)
Page 2 of 14

UNCLASSIFIED/FOUO

Detainee: Sir, I was a prisoner of Taliban and al Qaida. They accused me of being a spy, because I used to be with them. In Bagram, fighting, because I went to administer, I just turned and ran away from my father. But, they caught me in a border city and they put me in prison. And if you get tagged as Taliban, they forced me, tortured me to say I'm an American spy, or spy for any intelligence service. So, if the interrogation people said that, that's proof of a lie. The testimony is that I'm not al Qaida, that I'm not a murderer, or Jihad for others. I must be a coward. I must pray for those people in this world. (Very inaudible and broken.) I'm not al Qaida.

They tortured me, and I lost my fingers. Now my hand, my right hand, it's numb, you know, I lost my hand because of them. Because of them (Taliban), they tortured me for three months. How long would I be with them? Does this mean I'm with them? That doesn't mean if I'm with them, or their brother as they said, brother Abdul. I'm not going to be tortured for three months. They then took me to a prison, and told me I'm going to be a prisoner for twenty-five years, at least. If I'm their brother or member, they aren't going to put me in prison like that. I mean they accused me of being a spy. And here, you guys accuse me of being al Qaida. No mercy. Who am I? From you, I want tribunal justice to say either al Qaida or a spy; I want to know who I am. Seriously, I was in a Taliban prison forever and they told me I would be a prisoner for twenty-five years. So, even if you say al Qaida, or no al Qaida, or accuse me of whatever you accuse me of, I'm going to be in prison forever for something that happened in the past. You take me from that prison and nothing changed in my life, I was taken from prison to prison. I ask the tribunal to please be merciful on me, and please be just and be fair. Please, sir, please.

Tribunal President: That is our intention, certainly, and we will take everything into consideration as we make a determination of whether you have been properly classified as an enemy combatant.

Detainee: Thank you very much.

Tribunal President: Now, understand that we have not seen your file, and we only know what is before us now, about you.

Detainee: Sir, this information, is this just for you guys, or interrogation people? I have been cooperative for what now, it has been for two or three years. All the detainees, most of the detainees, they're being uncooperative, being mean, stubborn, being very mean to the other detainees, the interrogation people are mean too. I did run away from my block, to another block. I now stay in the psych ward. I stay in the psych block because of the people here. They're accusing me of being an American spy. So, I warn you guys, take this in consideration, please. I don't know how to explain this to you guys. Please be merciful on me, please. I'm not an enemy combatant; I had American friends in United Arab Emirates. I loved my friends. If you would like being an enemy against Americans, against Christians, they would be killed with us. I invited them many times to my house to have dinner with me. We would eat together and they know my father. If I were a murderer, I would poison them and I would kill them. I know a guy, his name is Richard

UNCLASSIFIED/FOUO

and he's an American. I know another guy, his name is Christopher and he's an American. I know another guy, his name is [REDACTED], and he's British. I know a lot of people there. All the people in my block who I'm talking to, MP's or to the staff, the psych staff, brothers, sisters, they are like that, and they don't have a problem with anybody. I'm a guy of the mind, I started college and I don't think that every Christian or every American, I'm a victim, between crusaders and mujahadins. Mujahadins or Christian crusaders. Sir, I'm not a mujahadin, I'm not a crusader, and I'm just a victim between them. I've been in prison for three years; this will be (starting) my fifth year. In Taliban years, two years, a year and a half, I lost my life. My father disowned me; he said you're not my son anymore, because he thought I was a spy. Time magazine, they even advertised that about me, that I'm al Qaida. So, who am I, seriously? I don't know who I am. I don't know what I said to you guys. I just want you to be just, and to be fair and look. I don't how to express my contrition. Just, whatever, from you guys I want you to listen to my story, I want enough time. I don't want anyone to stop me from telling my story. I want to tell all of it. I thank all of you. All of you, I want to thank, first from the president, to the staff here, to my presenter from the interviews. Thanks, everybody.

Tribunal President: We understand, and we want you to know that we're not here to punish you. We have come here also with an open mind and we will make a just and fair decision.

Detainee: So, who will make a decision here? You guys, or Washington D.C.?

Tribunal President: The three of us will decide on whether or not you have been properly classified as an enemy combatant, but only after we had heard your statement and have reviewed all the evidence and information. We will forward our decision to the convening authority in Washington D.C. After he reviews the proceedings of this tribunal, you will be notified of the results.

Detainee: How long will that take?

Tribunal President: Thirty- to- sixty days, probably, but it will be done as soon as possible. And if we determine that you have not been properly classified as an enemy combatant then you will be released to your home country as soon as arrangements can be made. If we determine that you have been properly classified as an enemy combatant or confirmed your enemy combatant status, you would be eligible then for an administrative review board hearing at a future date. After awhile, before we close out this session today, I'll explain more of what the process will be.

Detainee: Okay.

Tribunal President: But, right now, we're here to listen to whatever you feel is important and what you want to make known to this tribunal.

Detainee: Sir, do you want me now to tell my story?

UNCLASSIFIED/FOUO

Tribunal President: If you would like, we're ready to receive it.

Detainee: Yes, please. Sir, I have a father, he was very difficult, very extreme, a very religious man. He would beat us up, my brothers and me. But, I was the only who had emotional problems. I had a seizures caused by epilepsy. I used to take the medication for it. I still take medication for it, here in the psych ward, here in Cuba. I couldn't handle my father anymore. What I did is run away from home. That happened after I borrowed money from...(the Detainee turns to the Personal Representative and asks for her to continue the story for him.)

Detainee: (As read by the Personal Representative from notes taken from interview with Detainee) OK, we'll continue on. He was a college student at the University of Al-Imam Mohammad bin Saud. He got money from a friend and was able to leave the U.A.E. (United Arab Emirates).

(The translator at this time asks the Detainee if he wants him to translate as she read, and he said yes, to translate every word.)

Detainee: (As read by the Personal Representative from notes taken from interview with Detainee) His brother found out and went to his father. At that time, his father dishonored him. He said to his father that he would show him. He fled from his brother's house and went to Abu Dhabi, the capital of U.A.E. Here he had the phone number for the Syrian embassy and the United Nations Community of Human Rights. He tried to get another passport. He went to the Afghanistan Embassy, and had a friend who was a secretary there, but he wasn't able to get a passport. But, he would be able to deport him to Afghanistan, from there (he could go) to Syria, then to Europe, and to any other country. So, he goes to the police and tells them that he is Afghani. At that time, he spoke broken Arabic. He went to Al-Rashida (ph) police station and was deported (to Afghanistan).

He then went to the Taliban; they used him as an interpreter. (At this point, the Detainee speaks up and corrects the statement).

Detainee: No, no, I went to the Taliban. They called in the interpreter between the Syrian and myself. When the interpreter came, he spoke to me, asking me where did I come from, who do I work for, what do I need? I told them I ran away from my father. I told them all what was going on with me. I told them this, and they said, no, you aren't going anywhere, you are coming with us. I said, "Who are you?" They answered, "My brothers, and we belong to a certain brotherhood." So, I told them no, I said I'm not here to come with you. I have addresses here with me; I came to go to these addresses here. I come here to live in Afghanistan, or if I can't live in Afghanistan, then I'll go to Syria, or Europe, or whatever to be able to get refugee status in Afghanistan. As a Syrian, I'm a Syrian, and in Afghanistan, you can go to the United Nations to get the refugee status. But, he told me no, you have to go to Kabul, the capital of Afghanistan. You have to go there with our other brothers. If you don't come with us, go back where you came from.

UNCLASSIFIED/FOUO

I told them, okay, I don't have any money, and I don't have anything. Home is where I come from; can you help me to go back there again, or at least get to Pakistan? Pakistan is a border country. He said no, he won't give me any money and said you have to go with us, or go back to where you came from. I told him no. If you feed me, give me clothes to wear, help me, I'll come with you, but I can't do anything. He took me to the guesthouse, they changed my name to Dejarmin (ph.) and he told me that I had to go to al Farouq camp. I couldn't say that I'm not going there. If I don't go to that camp, they can do whatever they want to me, kill me; I'm already scared that they are going to kill me. They sent me to the camp; there were tactical, jungle, topography camps, all of it. But, first, basic training with light weapons. I saw that when they finished with light weapons, they would send them to tactical training, and then to the fighter lines/weapon lines. When they told me that, I cowered. I told them please, I want to go home, and to see my family, my friends, please let me go, and see them, please let me go back to U.A.E. I feel bad that I ran away from home. What they said was OK, now that you got all this information from us, you looked at our camps, you must be a spy. You must work for the American Embassy in the U.A.E. They told me I had to go with them to Kabul. They took me to Kabul again and then to Kandahar. There they started beating and torturing me. They used electric shock on me to get information from me. They started to torture me a lot. I lost the use of my right hand because of that. They then sent me to the prison. The prison was called (inaudible). They kept me there. They said they were going to keep me there for twenty-five years, at least, if not forever. I then stayed in the prison until the United States, until September 11th happened. The United States then came to Afghanistan. They started bombing. I was in prison at that time, and then September happened. My friend and I, we were both in prison together. He left, he went to Russia, he was Russian. We said we would be witnesses against the Taliban and al Qaida. They sent us to the U.S. Forces, to the detention camp in Kandahar. So, the interpreters, the reporters, news reporters, they came to us, we told them, one of them, he was from Time magazine. His name was Mike; we told him that we wanted to be witnesses against al Qaida and Taliban. We want to go to the Americans. So, after two days, there were FBI members, and Special Forces members there. They came to us, and they told us to come with them for a few days, and then they will release us to go home. We went to the camp, and they interrogated us that first day. They said, we are sorry, but you are going to have to go to Cuba. So, we had to go to Cuba, and when they are done with you, you will be separated from the other detainees. I was separated from other detainees, other Taliban members, while I was in Kandahar, but I still had to go to Cuba.

My friends and I were very cooperative. When they transferred us here, we met with the ICRC for three days, but from three days, it's now three years. Nobody has accused me while I've been here for three years. All they ask me about is other people, other detainees here, about whom I know, about who tortured me, who put me in prison. What I don't understand is, nobody accused me with all these accusations until now. (Inaudible) I don't know who this is; I didn't get to see the report from the recorder. I'm sorry. I don't know where he gets these accusations from, you know. I was put in prison, I was there, and they tortured me. Even if you say I'm one of them, after two years in Taliban prison, they tortured me for three months; do you think I'm going to be with them? I lost fifty pounds while in the Taliban prison. I had gotten sick with tuberculosis.

UNCLASSIFIED/FOUO

I had emotional problems, I was stressed out, and I got lung problems. All those, I got from them. Do you think I'm going to be one of them, even if I were one of them? God knows, I'm not one of them, I never been with them as a member. I'm not going to be a martyr; I'm not that lucky of a guy to be a martyr. A martyr is a very holy thing. I'm not a martyr. My English isn't very well, I'm sorry about that.

Tribunal President: You are doing well. You're fine.

Detainee: So, my friends who were with me in the Taliban prison, two of them are here, #493 and #491. They are still here. And #490 and #491, I mean #492, sorry, they are the ones that left. One British and one Russian. They had gotten transferred to their home countries to be judged in their home countries. But me, because I'm Syrian, I'm with the other two here, Saudis. Nobody asked about our citizenship or us. Because (inaudible) I'm a Syrian, and there's no government official from Syria. The interrogators come from all over the world to interview with their detainees. But, me, a Syrian, the government, no U.A.E government, nobody came to ask where I'm from or what is happening with me, or ask if any Americans asked about me, so that they can let me back in my country, so I can be judged in my country. Nobody wants me and everybody is accusing me. I really don't know who I am. That's all I have to say, Sir. Thank you, all of you for listening to me. Thank you very much.

Tribunal President: You're very welcome. We may have some questions but does this conclude your statement?

Detainee: Yes.

Tribunal President: Thank you for your testimony.

Detainee: You're welcome.

Tribunal President: Personal Representative, do you have any further questions for the Detainee?

Personal Representative: Just some additional information. While he was in prison, he was in a Taliban prison. It was from January 2000 to May...

Detainee: No, from May 2000 to January 2002.

Personal Representative: And, I will be giving you Exhibit D-b, on that information. In addition to that, the Detainee spoke about having epilepsy. He is taking medication at this time. The medications at this time include Depakote, Zoloft, and Zyprexa. Sir, in addition to that, all I have is my next exhibit. (Note: the Personal Representative, who happens to be a nurse, advised that the medications are for the following purposes: Depakote – used for the treatment of seizures, bipolar disorder and prevention of migraines; Zoloft – used to treat depression, obsessive-compulsive disorder, panic disorder, post-traumatic stress disorder, and for treating social anxiety disorder;

UNCLASSIFIED/FOUO

Zyprexa - used for treating patients with schizophrenia and manic episodes associated with bipolar I disorder. It also is used as maintenance therapy for bipolar disorder.

Tribunal President:  Would that be D-b?

Personal Representative:  Yes Sir.

Tribunal President:  I will give you the opportunity to present that here shortly. Recorder, do you have any questions for the Detainee?

Recorder:  I have two questions, Sir, concerning a few of his statements.  You mentioned the videotape.  You say the Intel people here have that videotape?

Detainee:  Yes.

Recorder:  And the news reporter, you said his name was Mike from Time magazine. Can you tell me the date that you remember seeing him?

Detainee:  He's Australian.  The date?

Recorder:  Try to remember, get as close to a date as possible...

Detainee:  January 2002.  Excuse me Sir, about the videotape, I did a polygraph test and I passed it twice.

Tribunal President:  We understand.

Detainee:  I passed it twice, you know.  I was cooperative with them.  I told them I wanted to take the polygraph test.  People are scared of the polygraph test.  So, I asked them to give it to me.  My interrogator, his name is ████████, he was here for one year, two years, and I think he left.  That's all Sir.

Tribunal President:  Thank you.

***The Personal Representative and the Recorder had no further questions.***

Tribunal Members' questions

Q.  Thank you for coming to speak with us today.  I just want to make sure I understand all the pieces of the story that you gave us.  The reason why your father was upset with you was because you were trying to leave the U.A.E. and he did not want you to leave?

A.  No, no.  The reason was because I borrowed money from some of my friends.  He made a big deal of it.  So, he denounced me, you are no longer my son, he had told me. This is why I traveled out of there.  I want to add more information.  That I've been in U.A.E., I was there since 1992 to 2000, and my father kicked me out.  I want to go back

UNCLASSIFIED/FOUO

to Syria, I miss my family, and I miss my relatives. Because he was a poor guy, he didn't want my brothers and me to go, because he didn't have the money, it cost money that he didn't have. So, that's one of the reasons, another reason was that I wanted to go to Syria.

Q. For what purpose did you borrow the money from your friend?
A. We had a school trip; I was in charge of this trip. We came out in the negative. I came out owing money to people. I borrowed money from my friend to give to the other people who were going on the trip.

Q. He was upset that you had to borrow money at all?

A. Yes. I swear, it's like that, I swear to God, if you want me to swear by the Bible, by Koran, by whatever you want me to, I'll swear, I'm going to swear. You can ask my father. You can ask him personally. (Inaudible) I'm going to show you. My father, he's an old man, but he beat me, and I can't do anything to him, because he's my father. And, you know, he touched me, but I can't do anything. We don't have rules, like they do in America. Where the parents treat their children, they don't hurt them. He used to bloody my mother, beat her, everything. My little brother, when he was two years old, my father would beat him. He was an extreme man.

Q. So, when you had your argument with him, you decided that you wanted to get away from U.A.E.

A. Yes.

Q. Out of all the places you could've chosen, Afghanistan was your only real choice?
A. I couldn't go to anywhere else. I had to have a passport, a Syrian passport. I told my friend, at the embassy, at the Syrian embassy. They said no, you have your own passport. My passport was with my father. I called my embassy to get another passport, they said you have one already, we can't give you another one. They told me no. I went to the American embassy, to get to America. They said you have to pay $10,000.00 dollars or you have to wait until October (it was January at this time) for the lottery. I couldn't do anything. I then went to Canadian embassy; they used to have Kurdish people who would go to Canada. I ask them for immigration, they said, here's our address in London and you can write to them, and explain your problem, and they will give you a guide of how to immigrate to Canada. I told them I couldn't wait a month. Where am I going to go? The police wouldn't help me; they would send me back to my father. I didn't have anything to do, so I went to the Afghani embassy. I went to them; I said, give me a passport, and they said, we can't give you a passport but we can deport you from U.A.E. to Afghanistan, and from there, you can go wherever you want. Do you understand me Sir?

Tribunal Member: Yes I do.

Q. If you had asked your father for your passport, would he have not given it to you?

UNCLASSIFIED/FOUO

A. No. No.

Q. He would never allowed you to leave?

A. No. No. He threatened me before. When I was in my last year in high school, I got mad at my brothers and I told them I'm going to run away. My father said, okay, if you run away, wherever you go, I'm going to get you. He had my passport in a box and closed the door.

Q. So, you finally made it to Afghanistan, and you said that you had addresses of places that you originally wanted to go?

A. Yes, because the guy who deported me, he had a seat in the Taliban embassy, Afghan embassy, it was the Taliban's embassy because there wasn't another embassy in Afghanistan. That guy, he gave me some addresses because where would I go, I go to Afghanistan, I'm going to get lost, where can I go? He gave me these addresses to help me. So I stay there until I get out of Afghanistan.

Q. You weren't planning on staying in Afghanistan for a long time?
A. No. Just to go there until I find the United Nations Office or find another embassy or organizations to help me to get out of the Middle East. Because in Afghanistan, you know, Uzbekistan or Kazakhstan, from these places you can get to Europe easier.

Q. Which happened first, them taking you to the training camp, or when they put you in jail because you wouldn't fight with them afterward?

A. Yes, because they told me you have to fight against Mazar-E-Sharif, the Northern Alliance. I said I'm not going to fight to kill Muslims, Muslim to Muslim. Like the prophet Mohammed said if a Muslim kills a Muslim, both of them go to the fire. And, my brother, he's Muslim like me, how am I going to kill him? I'm going to fight in the Jihad against... if there is Jihad against the infidels, not against Muslims. If I'm to be a martyr against the Muslims, then it's not real. What they told me was that they use music, instead of prayer call, blah blah blah, and I was like no, mostly the first reason, you must fight, and the second reason is because I speak English. They captured another detainee prisoner three months before me, and he was from U.A.E. and they said I came to complete what he came for.

Q. Someone has said that you had volunteered to be a suicide martyr; do you know anybody who would say that?

A. They told me about it, they told me about the videotape, when they made the videotape. At the end of the videotape, they told me to say something like that, because they said I had to say that, in a way of granting repentance, redemption, and forgiveness. They told me I had to say that, the videotape was made by Abu Dhabi TV; they put it on all the TV in the U.A.E., the capital of U.A.E.

UNCLASSIFIED/FOUO

Q. So it was the Taliban prison people who forced you to do this?

A. Yes, I did a polygraph for this about the videotape, about being in the (inaudible), myself, that's in the polygraph tape.
Q. The fellow with the poisons and explosives training camp, he is here?

A. Yes, he's here.

Q. You say he's here, in Cuba?

A. Yup, he's still in Cuba.

Q. Okay.

A. His I.D., his ISN number #653. We were in Taliban prison all the time. Since May 2000 to January 2002.

Q. You said he made threats against you? Why did he do that?

A. Yup, because he was upset, because I told the Taliban that he forced me, and then he beat me up. I will tell you everything. He had a camp but before I got to Afghanistan. In that time, before that, the Arabs controlled all the camps. There weren't any more private camps, so they took his camp from him and they accused him of being a spy. When they took me, they told me that he was a spy for America. They beat me and tortured me I couldn't handle it, and that I told them he's with me, that we are both American spies. Now he's mad at me, and he used to threaten me, and that time he threatened to kill me. He said the next I get my hands on poison, I'm a poisons/explosives expert; I'm going to poison you. And he did try to poison someone in prison, before.

Q. So, he really is an expert in poisons?

A. Yes. Yes, Sir.

Q. Did they torture him too then, in the Taliban prison?

A. I don't know about him, we were separate.

Q. So that's why he's upset with you, because you...?

A. He's still upset with me Sir, forever. He's just mad because he is here. You can ask any detainee here in this camp. They all know in camp 4, camp 3, camp 2, and camp 1. Forever, you can ask any detainee about him and me, about our story on being American spies. They kill us, they can kill us, I swear. This last hour, between the detainees and me, they say that Janko's power is now generally in the U.S. Army. Motherfuckers, I wasn't doing anything, sorry, my language, I cursed. I'm here, why would I be, look, if

UNCLASSIFIED/FOUO

my father in-law is a general in his army, would I be in this? I'm going to be in shackles and cuffs? Originally, I'm going to be Cuba. They kept telling me, spies, spies, spies. My issues got worse, I had to go to the psych ward, because of that. Because they keep telling me that, I've been in all of the camps, Camp 1, Camp 2, from block to whatever, they used to throw piss and shit on me because they think I'm a spy. They think I'm still spying on them.

Q. If you were to be released, where would you want to go?

A. To Jordan, sir.

Q. To where?

A. Jordan.

Q. Jordan? Why Jordan?

A. Because I can't go to Syria, they are going to say I'm a spy. I saw on Syrian TV, they showed me on TV, they put me on the Internet, Afghanistan news 2000. You can get the pictures from the Internet. Me and (inaudible).

Q. I thought you said before you wanted to get away from the Islamic world all together?

A. Sir, but no, I miss home, and Jordan is the closest place to my parents, to my relatives, you know. Anytime that I can see them they can come to me, in two hours, they can be with me in Jordan. Not that far away. It is still away from home, but it is the closest point to my home country, you know.

Tribunal member: Thank you very much.

Detainee: You're welcome.

Q. You seem extremely cooperative; I just wonder why you are still wearing an orange uniform as oppose to a tan or white one?

A. I was in psyche ward, so, because of my psych problems, I used to hurt myself, cut myself, and bang my head. So, it's been like this for the last two or three months now. They dropped the levels. The Level 2 they wear orange. In level one, they give them the tan or white colors. And now, I'm level 2, and hopefully in eighteen days I will be level 1, so I'm going to change it.

Tribunal member: Okay, you've answered my question. Thank you.

Detainee: You're welcome, Sir.

Tribunal President's questions.

UNCLASSIFIED/FOUO

Q. The treatment that you're receiving, is it helping you?

A. Yes, Sir.
Q. Do you feel well today?

A. Yes Sir.

Tribunal President: I hope you continue to do well.

Detainee: Thank you, Sir.

Tribunal President: Is there anything else, any other information that you feel is important, that you would like for us to be aware of?

Detainee: Sir, you can ask any Detainee, here, about Janko, #489, Syrian, they are going to say, oh, he's a spy. And, my friends, who use to be with me in prison, I hope you talk to them, or ask for them, #491 and #493. They are my witnesses that I was in prison. I had a British friend, he went back to Britain, he's gone, and I had a Russian friend, he's also gone, so, basically, I'm lonely now. I hope that you listen to my situation. That's it.

Tribunal President: Very well. Thank you. Does anyone else have any more questions?

Tribunal Member: Yes, one. Is there anything that you have said since you've been here in Cuba, during interrogations, that you would wish you could change, maybe something that you said, that you said, oh, I wish I would not have said that?

Detainee: No, said, I'm positive of what I said.

Tribunal Member: Okay.

Detainee: I'm positive, there's nothing wrong. In the beginning in Afghanistan, they pushed me, they kept pushing me, they beat and tortured me, and they usually let me have outside exercise, that kind of torture. Military intelligence, they told me to say I'm al Qaida, so, I told them, ok, I'm al Qaida. How I told the Taliban I'm a spy, now I tell you guys I'm al Qaida. But when I came here to Cuba, nobody tortured me or forced me to. I want to change and say that I'm not al Qaida, I'm innocent, Sir, that's all, since I've come to Cuba, everything is correct and everything is good. Everything is true.

Tribunal Member: Okay. Thank you.

Detainee: You're welcome Sir.

Tribunal President: Thank you for your testimony.

Detainee: You're welcome Sir.

003632

UNCLASSIFIED/FOUO

*The Tribunal President confirms that the Detainee does have further evidence to present to the Tribunal.  The Personal Representative enters Exhibit D-b, the letter from the International Committee of the Red Cross.  The Detainee has an oral statement concerning this letter.*

Detainee:  They mentioned that I had told them that my name was Kawa Omar Karbash in the Taliban prison.  It's true; I forgot to tell my representative that last time.  My name in the Taliban prison was Kawa Omar Karbash.  This name I made up just because there were a lot of people, they could do anything to me in the Taliban, so I gave them the wrong number, the wrong name just like that.  I want you guys to know my name was Kawa Omar Karbash, my home address P.O. Box 446 and the phone number is, the country code 0097167436030.

Tribunal President:  Very well, that is what this explains here as well.

Detainee:  Thank you.

*The Tribunal President explains the remainder of the Tribunal process to the Detainee and adjourns the Tribunal.*

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, United States Marine Corps
Tribunal President

PET. EX 108



A ( Grino
ARB
( Scan & send
to all team
please )

**UNCLASSIFIED//FOUO**

(Revised 25 Nov 05)

<u>**Summary of Administrative Review Board Proceedings for ISN 489**</u>

*The Administrative Review Board was called to order.*

*The Designated Military Officer (DMO) was sworn.*

*The Board Reporter was sworn.*

*The Translator was sworn.*

*The Detainee entered the proceedings.*

*The Presiding Officer announced the convening authority and purpose of the Administrative Review Board proceedings.*

*The Administrative Review Board members were sworn.*

*The Assisting Military Officer was sworn.*

*The Presiding Officer asked the Detainee if he wishes to make a statement under oath. (Muslim oath offered).*

*The Detainee accepted taking the (Muslim) oath and also took the standard oath.*

*The Presiding Officer read the hearing instructions to the Detainee and confirmed that the Detainee understood.*

*The Assisting Military Officer presented the Enemy Combatant Notification form, Exhibit EC-A, to the Administrative Review Board.*

*The Assisting Military Officer presented the Enemy Combatant Election Form, Exhibit EC-B, to the Administrative Review Board.*

*The Assisting Military Officer read the AMO Comments from the Enemy Combatant Election Form, Exhibit EC-B.*

Assisting Military Officer: The detainee's ARB interview was conducted on 21 November 2005 and lasted 40 minutes. After the ARB's purpose and procedures the Arabic translated Unclassified Summary of Evidence was read to the detainee. The detainee indicated that he understood the difference between the CSRT and the ARB. When asked if he wanted to attend the ARB, present a written or oral statement, or have the AMO speak on his behalf, the detainee said, "Yes! I would like to attend and gladly answer allegations myself. I don't have any letters to give." The detainee was very polite, attentive, and would like to respond to the Unclassified Summary of Evidence

ISN 489
Enclosure (5)
Page 1 of 16



**UNCLASSIFIED//FOUO**

UNCLASSIFIED//F~~OUO~~

(Revised 25 Nov 05)

after each point is read. A copy of the English and Arabic translated Unclassified Summary of Evidence was given to the detainee for his review.

*The Designated Military Officer presented the Unclassified Summary of Evidence, Exhibits DMO-1 and DMO-2 to the Administrative Review Board.*

*The Designated Military Officer stated that a copy of these exhibits had been previously distributed to the Assisting Military Officer and Detainee.*

*The Presiding Officer noted from the Enemy Combatant Election Form that the detainee wanted to respond to each item of information from the Unclassified Summary as it was presented.*

*The Designated Military Officer gave a brief description of the contents of the Unclassified Summary of Evidence, Exhibit DMO-1, to the Administrative Review Board.*

Designated Military Officer: The detainee claims that he stayed with an Imam for two to three days. During this time, the Imam gave the detainee money and suggested that the detainee should direct his life toward Jihad. The two discussed the Jihad in Chechnya.

Detainee: Yes

Designated Military Officer: In a video that was obtained from a senior member of al Qaida's residence, the detainee claims that he was recruited to join the Jihad in Chechnya.

Detainee: Do you mean me when you say senior member of al Qaida?

Presiding Officer: No, the video was obtained from the residence of a senior member of al Qaida.

Detainee: That's not true.

Presiding Officer: So you did not appear in the video that was made by al Qaida?

Detainee: Yes, I was in the video but I did not say that I joined to fight in Chechnya.

Designated Military Officer: The detainee claims that he stayed at an al Qaida guesthouse in Kabul.

Detainee: It wasn't my choice, I was hated. They believed that I was a spy, so they took me to the camp by force. If I were a member of al Qaida, they would not accuse me of spying. They do not accuse their members of spying.

ISN 489
Enclosure (5)
Page 2 of 16



UNCLASSIFIED//F~~OUO~~

UNCLASSIFIED//F~~OUO~~

(Revised 25 Nov 05)

Designated Military Officer: The detainee stated that he attended the al Farouq training camp in Kabul, Afghanistan between January and February 2000.

Detainee: True.

Designated Military Officer: While at the camp, the detainee claims that he received training in small arms, assault weapons (i.e., AK-47, G3 and M-16) and various other Russian and Saudi made weapons. The detainee also received training in mountain fighting tactics.

Detainee: It's true that I attended training for small arms, but it is not true that I attended training for tactics to fight in the mountains. I was only there for 18 days and this training takes three months.

Designated Military Officer: An associate of the detainee stated the detainee admitted to receiving military training outside of Afghanistan.

Detainee: This is a lie. If I were trained outside of Afghanistan, the training requires at least three months. From the day I finished attending the University to the day I went to Afghanistan it was only one month. I went to the Embassy of Canada, the Embassy of Germany, the Embassy of the United Nations and the Embassy of the United States to seek political asylum. This happened within days of me leaving my home and my University.

Presiding Officer: Did this happen before or after you met with the Imam?

Detainee: Before.

Designated Military Officer: An associate of the detainee claims that the detainee was possibly an agent for a foreign government.

Detainee: This is a lie. If I were an agent working for a foreign government it would be for the United States. I was accused of spying for the United States. If I were an agent for the United States I would not be sitting here right now. I would be out enjoying life.

Designated Military Officer: The detainee claims that after a dispute with his father over a loan the detainee received from a friend, the detainee attempted to leave the United Arab Emirates.

Detainee: True.

Designated Military Officer: The detainee claims that he sought asylum with numerous countries.

Detainee: True.

ISN 489
Enclosure (5)
Page 3 of 16



UNCLASSIFIED//F~~OUO~~

UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

Designated Military Officer: The detainee claims that he requested to leave the training camp after eighteen days. As a result, the detainee claims that he was suspected of spying.

Detainee: True.

Designated Military Officer: The detainee claims that while at the guesthouse, he worked on repairing and servicing heavy weapons. The detainee claims that he did not have any experience in this field and he learned on the job.

Detainee: I participated in cleaning weapons not fixing them. I never used heavy weapons in my life and it took me five days to clean these weapons.

Designated Military Officer: An associate of the detainee claims that the Taliban tortured the detainee to the extent that he had little use of his right arm. As a result, the detainee spoke poorly of the Taliban.

Detainee: This is true. I am showing you my hands. The fingers on my right hand cannot join together and if you look at them closely they are not the same as my left. My left one I can move, but my right one I cannot.

Designated Military Officer: The detainee claims that al Qaida tortured him until he admitted he was a spy. ·

Detainee: Yes, they claimed I was a spy for the United States.

*The Designated Military Officer confirmed that he had no further unclassified information and requested a closed session to present classified information relevant to the disposition of the Detainee.*

*The Presiding Officer acknowledged the request.*

*The Presiding Officer opened the Administrative Review Board to the Detainee to present information with the assistance of the Assisting Military Officer.*

*The Presiding Officer had the Assisting Military Officer read the Detainee Comments from the Enemy Combatant Election Form, Exhibit EC-B.*

*The Assisting Military Officer stated that he had no additional comments.*

*The Detainee made the following statement:*

Detainee: I have four points I would like to talk about. My behavior in the camp is very good. The last six months I have been classified in level two. For the period I have been here I have not created any problems, fights, arguments, or any physical disputes with the guards. Second point, if I am released from here I would like to finish school, get

ISN 489
Enclosure (5)
Page 4 of 16



UNCLASSIFIED//FOUO

UNCLASSIFIED//~~FOUO~~

(Revised 25 Nov 05)

married and join [a] Humanitarian Organization. The reason why I would like to do that is because I have seen how the Red Crescent has helped the detainees here. They made us happier by talking to us and doing other good things for us. I want to join this Organization to work with them or a translator would be nice. All the good things they have done for us I am grateful. This is my plan and my goal. Third point I do not pose a threat to the United States, never in my life have I had hatred toward the United States. The relationships between me and the guards, the doctors, the Psychiatrists and the General is good. I had good relations with the doctors, when some of them left I cried. If I had hatred for Americans when those people left I would not have cried. In addition to that I had American friends in United [Arab] Emirates. If I had hatred towards Americans I would have hurt the ones that were close to me first. Fourth point, there is a need to release me because I am a victim of the dispute between terrorism and the United States. Al Qaida took me to the guesthouse and to the camp by force, not with my consent. They thought I was a spy. When I found out I was going to be killed I asked to be returned to United Arab Emirates, but that did not help. My sentence from al Qaida was to spend 25 years in prison because I was spying for the United States. After two years the Americans came and saved me from the prison. When the Americans came I told them about the videotape the Taliban made of me. By me telling them about the video it created confusion to the point that the Americans believed I was working with al Qaida. Here I am now I don't know if I am a spy for America or I work for al Qaida. Thank you very much for listening to me.

*The Assisting Military Officer had no further questions for the Detainee.*

*The Designated Military Officer had no further questions for the Detainee.*

*Administrative Review Board Member's questions:*

Board Member: Do you speak and understand English very well?

Detainee: Yes, I do.

Board Member: Where did you learn?

Detainee: I studied it in college. I had American friends and British friends and I have been here for three and a half years now. I have a good relationship with Americans and they help with the language.

Board Member: How are things going here for you?

Detainee: Great. I think being here is like a vacation for me after Taliban prison. It was the worst prison in the world.

Board Member: What prison was that?

ISN 489
Enclosure (5)
Page 5 of 16

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//F~~OUO~~

(Revised 25 Nov 05)

Detainee: Sarpouza in Kandahar. In the prison they did not feed you, no clothes, and no shower nothing for months. My weight went from 265 pounds to 162 pounds that's because of their torture and life conditions. Here I think I am better than other detainees because my relationship with the Americans is very good. The other detainees accuse me of being a spy. They threaten to cut my neck off. This is why I have been away from the other detainees. I have been in the Psych ward for 3 years. The interrogators are all trying to get me in Camp Echo with three of my friends, because I cooperate with the Americans and in Camp Echo I can get more privileges. Privileges such as television, CD player, cigarettes, music and stuff like that. They are trying to get me there. I am in level two now and they work hard to get me there.

Board Member: You mentioned that you have been in level two for the last six months where were you before that?

Detainee: I was Delta block. It was because of my emotional issues. I used to hurt myself. I had emotional problems. Thank God it has been about six months, maybe more since I have done any harm to myself. I have been cooperative with the MAs or the security forces.

Board Member: You were in a higher level because you brought harm to yourself?

Detainee: Yes, for hurting myself. The other detainees used to pick on me. I did not even go to the shower. The other detainees used to accuse me of being a spy, being an infidel, a hypocrite. So that was my reason to hurt myself. I used to hurt myself and the personnel in Psych, they used to treat me and helped me a lot. For that I am very grateful, I am thankful for General ███ he used to be here. He took care of me also. He would come and visit me often. It's been about a year now. I haven't done anything like physically assault myself or anything. I like it here.

Board Member: Are you Muslim?

Detainee: Yes. I am an open minded Muslim not a fanatic.

Board Member: The Imam that you met with for a couple of days, where was that?

Detainee: In Emirate.

Board Member: It was in the United Arab Emirates?

Detainee: It was in the [United Arab] Emirates. The Imam that you are talking about it is not like jihad Imam. It was Imam for prayer, like you say Priest.

Board Member: You discussed jihad with this Imam?

Detainee: I did not discuss it with him. I told him that I ran away from home because my father was abusing me physically. I told him I could not go back home. He told me


UNCLASSIFIED//F~~OUO~~

UNCLASSIFIED//F~~OUO~~

(Revised 25 Nov 05)

stay out of the streets, stay out of prison and away from drugs. He told me to occupy my life with something good. The fight in Chechnya against the Russians was not right, that was not the jihad. They accused me of being a spy because I told them I would not fight against the leader of the Northern Alliance, Ahmed Shah Masoud. I told them the jihad does not say anything about killing innocent civilians in Afghanistan the Taliban or al Qaida...they used to burn.... They did not like that and I told them I couldn't do it; they did not like that so they accused me of being a spy. I think that God saved me from killing innocents and poor people by putting me in the Taliban prison. God saved my life over there. Who knows what would have happened to me.

Board Member: They accused you of being a spy for a foreign Government. Why didn't they just kill you?

Detainee: They did not kill me because they do not kill Muslims, the Taliban does not kill Muslims. Al Qaida wanted to kill me but the Taliban said no, 25 years in prison would be enough. I prayed on Allah and I was very honest to my God to destroy Taliban and al Qaida and God saved me.

Board Member: You went to Afghanistan for what purpose?

Detainee: I had a friend that went to college with me. When he left he worked as a secretary for the Taliban Embassy. I asked him how much he would charge me to get me a passport, he said that he could not give me a passport to leave United Arab Emirates to go to Europe he said he could not give me a passport but he could deport me to Afghanistan. He said that when I got there I would get asylum and I believed that. When I got to the border I met an interpreter from the Taliban, he wrote a letter to his boss in Kabul telling him to send me to Kabul to the Arab's place.

Board Member: Did you know what was going on in Afghanistan?

Detainee: I knew there was war but I didn't know between whom.

Board Member: It just seems odd that the Imam counseled you on staying out of trouble but you knew there was a war going on in Afghanistan, but you went anyway.

Detainee: When I went to Afghanistan I went against what the Imam advised me. He didn't tell me to go to Afghanistan. He told me Afghanistan is not the best place for me to go, but I told him I had no other options. If I stayed in the [United Arab] Emirates more than a week or two my father would advertise in the papers that I was missing and the police would try to find me. The police would have arrested me and take me back to my father. I did not want to go back and I wanted to get out of the [United Arab] Emirates, away from that country.

ISN 489
Enclosure (5)
Page 7 of 16



UNCLASSIFIED//F~~OUO~~

UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

Board Member: In your statement an associate stated that you received military training outside of the camp and you stated that was not true. You said it would not have been enough time. How do you know that?

Detainee: When I went to Public School in Syria, the school used military customs. We wore military uniforms, and we did military training like using light weapons and using gas masks. I knew that in my second year in High School there would be that training. My brothers went through that training.

Presiding Officer: How long were you in Syria?

Detainee: I was in Syria until I was thirteen years old. Then I went to United Arab Emirates.

Presiding Officer: What country are you a citizen of?

Detainee: Syria.

Board Member: How are you feeling today?

Detainee: I feel great. I decided to come to the review board because I know that this can help me. There is nothing here against me, before it was like being in a bad dream a nightmare. That is all in the past. Whatever happens in the past it dies, this is an expression we have in Arabic. In other words what happens in the past does not equal the future. Even if you decide to continue my detention I don't think that is against me. I will still have hope. The past two years I was hopeless but this year, I don't know why maybe the medicine is working for me. My doctors and nurses all come to me and keep telling me to be hopeful.

Board Member: Will you be able to keep up with your medications if you are released?

Detainee: Before I left Syria, I was on medication for Epilepsy. I was on Mysoline and Phelebsine (phonetic spelling). If I leave here I asked the doctors if they would supply me with enough medicine to last until I find medicine in my home country.

Board Member: Tell me a little bit about being in college?

Detainee: I was in college for two and a half years. I did not finish. The college is a Saudi college but it is in the [United Arab] Emirates. I had a very good time with my friends. When I was taking a course in language it was only five of us. We would go to the blood bank and give blood. We were like college students. That's what my father did not like, he is a very religious man. He is basically an Imam. He abused me, especially when I borrowed money from my friends. He just didn't like it. I was in a different city and he was in a different Province. He said he would come and deal with me. That's when I ran away and went to the Embassy, and since that time I have been in

ISN 489
Enclosure (5)
Page 8 of 16

UNCLASSIFIED//FOUO



UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

trouble. I wish I did not run away, my father could have abused me, he would have slapped me two times and that would have been it, but I did not know that I would be in this much trouble. Now I wish I could go back

Board Member: Would you have any problems with your father?

Detainee: No, he has sent me several letters. They keep telling me don't give up and don't worry one day I will get out. They have prepared my future as well by engaging me to someone for when I get back.

Board Member: When you think of your country, do you think of Syria or the [United Arab] Emirates?

Detainee: Syria.

Presiding Officer: Is your father still in United Arab Emirates?

Detainee: Syria. My brothers and my sisters are all in United Arab Emirates, but my mother and father are in Syria now. So I wanted to go back to Syria [because] I have no problems with Syrians. I have not done anything wrong to my country.

Board Member: Do you know the young woman that your parents have engaged you too?

Detainee: Yes, she is my cousin. Not really my cousin but from the Janko tribe.

Board Member: Have you met her? What is she like?

Detainee: Yes, I have met her. She is from my village. She is very simple nothing to do with cars, televisions, cell phones or telephones. When I go back home I am going to take her from the village.

Board Member: Were you ever in trouble in College?

Detainee: No, I was always nice to my teachers, from primary school to High school.

Board Member: How old are you?

Detainee: 26 years old. I was born June 24, 1978.

Board Member: You mentioned that the Imam helped you with drugs.

Detainee: No, he advised me to stay away from it. Stay away from the bad life.

Board Member: Was there a chance that you might have done that?

ISN 489
Enclosure (5)
Page 9 of 16

UNCLASSIFIED//FOUO

23151

UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

Detainee: Yes, if you want something to do. You will find something to do.

Board Member: Was he warning you for a specific reason?

Detainee: He was just worried about my future. He told me don't destroy my life by using drugs and by going to prison.

Board Member: In a statement made about your training with the Taliban, it stated that your training involved weapons.

Detainee: As soon as I got to the city I went to the Taliban because I did not speak the language and I did not know anyone. I explained to them that I ran away from home and I wanted to live there for six months to a year in a simple life and to gain asylum from the United Nations. The mujahideen said I did not speak the language so I needed an interpreter. The Interpreter asked me who sent me. I tried to explain to them that no one sent me I just ran away from my parents. They told me someone sent me because any Arab who comes to Afghanistan should be under supervision. They told me I had to go to the Northern Alliance and fight along with my brothers against Shah Masoud. I told them no, just a few years ago he was a Mujaeed and now he is a hypocrite and infidel, I am not fighting him. The interpreter then wrote a note to his boss telling him to take me to Kabul for training and to the Arab guesthouse. I spent five days at the guesthouse and then they told me I had to go to the training camp. When I told them I would not go, they told me I would go to prison. If I knew I was going to end up in prison I would not have gone to the training camp. When I arrived at the training camp and I saw the war I asked to go back but they would not let me. They told me I was a spy, I knew, saw and was taking pictures of their location and the guesthouse. They told me I was going to send that information to the American Embassy in Pakistan. This was after three months of torture. They told me to just say yes, so I told them I would if they would not touch me again. I had no choice but to say yes, they turned my life to hell and tortured me for three months. The names of people they asked for and I gave were all names of my teachers from school, but they never checked. I do not know how they consider themselves so smart and can cause so much trouble when they believed all the lies I told.

Board Member: You look familiar to me.

Detainee: Sir, my story was on the internet and reporters did interviews with me. They promised me that if I talked they would release me. I believed them. After I finished the interview with the reporter, they told me I was going to prison.

Board Member: When was that interview?

Detainee: February or March 2000. I am not sure. The investigators know about it though. The interrogators found it in the videos found at the residence in Afghanistan.

Board Member: What did your training on weapons include?

ISN 489
Enclosure (5)
Page 10 of 16

UNCLASSIFIED//FOUO




UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

Detainee: When I first arrived to the camp they did not trust me. They had me and another guy bring water back and forth and cut wood. I asked why I was in training and I was not training. They started letting me train, but they did things like give the other guys 23 bullets to shoot but only gave me five to shoot. They did not want me to suspect anything.

Board Member: You said that you shot the AK-47, the G3 and the M16?

Detainee: Yes, this is what I had.

Board Member: Did you shoot the G3?

Detainee: Yes.

Board Member: Tell me about it?

Detainee: The G3 looks like the M16, but the gauge you open it and take it down. I think it takes 20 or 30 bullets. I am not sure this was a long time ago.

Board Member: What about the M16?

Detainee: It is easier you pull the charger back and leave it. It's more accurate than the AK-47 and the G3. I think it takes the same bullets like the AK-47. I can't remember it has been a long time.

Board Member: Did you get to shoot it?

Detainee: Yes Sir.

Board Member: After shooting you had to clean these weapons?

Detainee: Yes, they taught us how to take it apart and clean it.

Board Member: Do you remember how to do that?

Detainee: Really no. The AK-47 I do remember, the villages in Syria almost every house you go to you will see an AK-47. The M16 and the G3 I only saw it in the camp where I stayed for eighteen days.

Board Member: Tell me about taking the AK-47 apart.

Detainee: I am not going to lie to you and tell you I didn't and that I don't know how to take that one apart. You push the button at the top, at the end of the AK-47 and pull the top part off. Press the spring in the back, take it out and there should be something like a needle inside you turn it and take that out. You then take the gas tube out and that's all you can take off.

ISN 489
Enclosure (5)
Page 11 of 16



UNCLASSIFIED//FOUO

# UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

Board Member: You said that you got in trouble with your father over a loan?

Detainee: Yes, my father used to give my brothers and me money and the college that we attended gave us money. The college would give us money in an effort to encourage us to study there; they gave us like a thousand dinars a month. My father wanted to know why I was borrowing money and I was getting all this money already. My friends and I went camping one day and I borrowed money from each of them, I then bought all the stuff for the camp. When we got back they wanted their money back but I had no more I already spent all of it. I had no money, so I went to another friend and asked to borrow money, I told him I would go to the bank later and give it back to him. He did not trust me and told my oldest brother about it. My brother came to me and told me that he was going to call our father, I begged him not too. He called our father and told him. When my brother passed me the phone my father told me that I was not his son anymore and he was coming right now to deal with me. I got scared. As my brother closed the door I ran away. I still had the money in my pocket from my friend, so I went to the highway and got in a truck that was headed to Abu Dabi Province. I was afraid of my father and I had no idea that I would be in prison because of the war. If I knew that I would not have run away. I know that was all bad but it was in the past and everyone makes mistakes and can start over again.

Board Member: Was your father abusive to your other brothers?

Detainee: Yes. When my brother was two years old he wanted to go to the park with the neighbor's son. He begged my mother so she told him to go. My father grabbed my brother from the car by his hair; drug him into the house and just started smacking him. The boy is two years old if you smack him twice he is already dizzy, my father did not think about that instead he began to punch and kick him like an enemy instead of a son. My older brother once did something to the neighbors when we were in Syria. My father took him outside and put a knife to his neck [like] he wanted to kill him. My aunt knocked the knife out of my father's hand and made my brother go away until my father calmed down.

Board Member: Which brother called your father?

Detainee: My older brother called my father. He called my father because before we left home my father told us the older ones were to look after the younger ones.

Board Member: Why did he call your father?

Detainee: He called my father because before we left home my father told us the older ones were to look after the younger ones. This is why he called my father.

Board Member: If your older brother was mistreated then why did he call your father?

ISN 489
Enclosure (5)
Page 12 of 16

# UNCLASSIFIED//FOUO



UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

Detainee: Regardless to what he did to us, we have to respect him. It is part of our society; if we don't then we shame his name.

Board Member: You are sure you can go back without any trouble?

Detainee: Yes, I will be in trouble with him for about two three weeks but that's it. They are still my parents.

Board member: So you being here or in this situation does not shame your family?

Detainee: No, I told International Committee for the Red Cross about a year ago. I wanted to know how my family was doing. My father denied me three times. He said I was not his son anymore. This is the third time. The first was for borrowing money from my friends, the second time I was in Taliban prison and the Taliban advertised me on television and the internet, my father denied me again.

Board Member: How did you know about that?

Detainee: They told me. The guards used to watch the news in the prison and they would come tell me about it.

Board Member: Do you think they were just telling you stories?

Detainee: No, it's true when I got to the prison in Afghanistan my parents disowned me. One of the guards told me they saw my parents on CNN and they said that they disowned me, and then they showed me the TIME magazine with my picture and story.

Board Member: It was you on the TIME magazine?

Detainee: Yes.

Board Member: Who did you borrow the money from in Qatar?

Detainee: His name was Khaled Nobarak.

Board Member: How did you know him?

Detainee: He was a student in the college

Board Member: Whom did you go camping with?

Detainee: My friends and the students from the class.

Board Member: Yet they were pressing you this hard to get the money back?

Detainee: Yes sir they asked for their money.

ISN 489
Enclosure (5)
Page 13 of 16



UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

**Board Member:** Sounds like you had to pay it all back at that time?

**Detainee:** I had to pay them all back. I went to the first one before my brother found out to give him one hundred dinars, I only had a 500 piece but he said that he did not have change. I told them that I would make change tomorrow and give them each one hundred, but those people could not be patient.

**Board Member:** Why could they not be patient?

**Detainee:** They were all foreigners in United Arab Emirates; they were Palestinians, Egyptians and Syrians so they also needed the money. Most of them were poor; their parents were not working government jobs.

**Board Member:** You were getting money from your father and the school?

**Detainee:** Those people only got money from the college.

**Board Member:** What were you spending your money on?

**Detainee:** Going to the cinema to watch movies, going to the beach and hanging out with my friends. My friends and myself bought a Playstation and a television. We would buy games and CDs.

**Board Member:** You mentioned that the United States came after two years and released you from the prison?

**Detainee:** I was in Taliban prison from January or February 2000 to January 2002, after the bombing. When the United States forces bombed Afghanistan, the Taliban guards all ran away from the prison. The new Government called Mujahideen came in and took me and five other foreigners and placed us together in a guest room inside the prison. After a month the United States Special Forces and another guy from FBI or CIA, I am not sure which one. They came to us and said since we were in Taliban prison and tortured by Taliban they wanted us to give them information. Myself and my Russian friend Ira Muhitir Muscovich (phonetic spelling) told the reporter from TIME magazine, his name was Mike, that we wanted to be witnesses against the Taliban in court. The reporter went and told the guy from CIA or FBI and the Special Forces. The United States Forces told us and the International Committee for the Red Cross [that] they needed to take us to the detention camp for three days to get information and they would send us to our Embassies. After three days they told us sorry we had more information for them and they were going to send us to Cuba. I could have been released a year ago, but I talk too much and give you too much information. That's why I am here longer. My interrogators used to work very hard to get me out of here without the tribunal or the review board, but they were told no, I had to go to the Tribunal.

**Board Member:** So you think that you are here because you have a lot of information?

ISN 489
Enclosure (5)
Page 14 of 16

UNCLASSIFIED//FOUO



UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

Detainee: I am talking too much.

Board Member: That does not answer my question. Why do you think that you are here?

Detainee: Yes sir

Presiding Officer: In your culture I understand the importance of your family. You said that your family will receive you back, it will be hard for the first couple of weeks but they will receive you back?

Detainee: Yes sir.

Presiding Officer: If you do not get employment with NGOs, with Red Crescent or another Organization, what skills do you have that you can use to gain employment if these organizations do not hire you?

Detainee: I can be an interpreter. I speak Arabic, English, Pashtu and Urdu. I know a little bit of Spanish I am working on that now and I will learn French and Russian.

Presiding Officer: Do you consider yourself a soldier?

Detainee: No, I was a soldier. I will never be a soldier again in my life, especially after what I saw in Afghanistan.

Presiding Officer: Have you been on a Haj?

Detainee: Yes.

Presiding Officer: With your family?

Detainee: No, my college taught students to Haj.

Presiding Officer: How do you think Americans view Muslims?

Detainee: I had American, Lebanese and Syrian friends that were Christians. Personally I have no problems with any kind of people, they are just Americans. I'm growing my beard now in the blocks because they were giving me a hard time for shaving.

Presiding Officer: I have no problem with you growing your beard. That is your religious conviction.

Detainee: Sir, what I am saying is that I don't have problems with having a beard or not having a beard. Talking to the females or not talking to the females. I play cards with the females I am very open-minded. You were asking if I had problems with Americans right?

ISN 489
Enclosure (5)
Page 15 of 16



UNCLASSIFIED//FOUO



UNCLASSIFIED//FOUO

(Revised 25 Nov 05)

Presiding Officer: No, I was asking what you believed Americans thought of Muslims.

Detainee: I heard there are seven million Muslims in America and I know that there is Democracy in America. No one will ask you for your religion and it does not matter what color you are. To me Americans are good and the government in America is good.

Presiding Officer: If you go to Syria what will you say about your experience here at Guantanamo Bay?

Detainee: I would tell them that I was on vacation after Taliban prison. I had fun and it was like I was hanging out until procedures were complete. Just like when you go certain places it takes awhile for you to get your visa and stuff. I will tell them it just took some time, but I will write a book I will write about the guards that were with me and my friends. I will write about the doctors and the nurses who have spoiled me for the last two to three years while I was in the Psych ward. I had a good time here.

*The Presiding Officer read the post-Administrative Review Board instructions to the Detainee and adjourned the open session of the Administrative Review Board.*

*The Presiding Officer opened the classified portion of the session.*

*The Presiding Officer adjourned the classified portion of the session and the Administrative Review Board was closed for deliberation and voting.*

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Captain, USN
*Presiding Officer*

ISN 489
Enclosure (5)
Page 16 of 16



UNCLASSIFIED//FOUO

23158

PET. EX 109

All Rights Reserved
Associated Press Online

**May** 4, 2000; Thursday

**SECTION:** International news

**LENGTH:** 758 words

**HEADLINE:** Arabs in Afghanistan Claim US Link

**BYLINE:** KATHY GANNON

**DATELINE:** ISLAMABAD, Pakistan

**BODY:**
An Arab arrested in Afghanistan says the United States recruited him to try to find alleged terrorist Osama bin Laden, and his Taliban captors say he and another prisoner "were spying for America and Israel."

A television reporter interviewed the two prisoners at a secret location in southern Afghanistan. The Associated Press viewed the taped interview Wednesday in Islamabad.

"We have arrested two Arabs, a **Syrian** and an Iraqi, who were spying for America and Israel," Taliban Foreign Minister Wakil Ahmed Muttawakil told the AP on Wednesday. "We found six documents on them that shows they were spying."

Muttawakil refused, however, to confirm or deny the statement of one prisoner that the Taliban were also holding an American as an alleged spy.

On camera, the **Syrian** says, "I was told by the Taliban that they have arrested an American."

In Washington, State Department officials said they were aware of rumors that an American had been arrested but had been unable to confirm the reports independently. The U.S. Embassy in Islamabad and the consulate in Peshawar are investigating, the officials said.

The reporter and his cameraman, interviewed by the AP upon their return to Islamabad this week, work for United Arab Emirates Television, Abu Dhabi Channel, in the UAE's capital.

They interviewed the Taliban's two acknowledged prisoners the night of April 25. The Syrian, **Abdul Rahim Janko**, 22, fidgeted in his chair as he answered questions.

"During my interrogation, I told them how I was recruited, what they wanted me to do and

who I was to contact with my information," he said.

**Janko** said he'd been lured to a party in Abu Dhabi where he was filmed drinking and having sex. He said two men who claimed to work at the U.S. Embassy in Abu Dhabi threatened to show the film to **Janko**'s deeply conservative father if **Janko** refused to go to Afghanistan.

"I committed every sin," **Janko** told the reporter, Jamal Ismail, who is Palestinian.

On camera, his voice broke, tears welled in his eyes and his face turned crimson as he pleaded for his life: "I deserve to die, I know that. I have committed sins for all of my 22 years, but if the Taliban let me live, I want to spend the next 22 years fighting for jihad (holy war) to make up for my sins."

Ismail told the AP that **Janko** was arrested early last month. Under interrogation, he gave up information that led to the arrest two days later of the American and the Iraqi, identified only as Arkan, 24.

All three were reportedly apprehended in Kabul, the Afghan capital, and transferred to Taliban headquarters in southern Kandahar.

Ismail said he and the cameraman were driven by turbaned Taliban to a secret location in Kandahar on April 25, but the darkness and the vehicle's tinted windows limited their ability to see their surroundings.

Once there, the Taliban refused to allow the TV crew to see the American or to speak at length with Arkan, saying they were being questioned.

Arkan appeared sullen and unkempt on camera. He had shoulder-length hair and wore a beige shalwar kameez, the traditional Afghan pajama-like outfit of baggy pants and long shirt.

"Do you want my real name or my jihad name?" Ismail said the Iraqi asked him. "My real name is Arkan and my jihad name is Islam."

Arkan said he had come to Afghanistan 18 months ago; **Janko** said he arrived in December.

**Janko** told the reporter he'd been given $1,350, with the promise of more, and sent to Afghanistan to collect information on bin Laden's network and the number of Arabs training in Afghanistan. He was to document the Arabs' countries of origin, where they lived and their relationship with the Taliban and bin Laden, as well as bin Laden's relationship with the Taliban.

The United States wants the Taliban to surrender bin Laden for trial in the 1998 bombings of two U.S. embassies in Africa that killed 224 people. It has offered a $5 million reward for information leading to his arrest.

The Taliban have refused to turn him over, saying Afghan tradition forbids handing over guests to enemies.

**Janko** said he was also told to determine how many Afghans and Arabs were going to Russia's breakaway republic of Chechnya to fight alongside rebels there.

He said he was caught because he asked too many questions.

"I was asking so many questions. What's your jihad name? What's your real name? Have you met the sheik (bin Laden)? Where are the training camps?" he said. "Especially for a newcomer, they will be very suspicious."

**LOAD-DATE:** May 4, 2000

PET. EX 110

Copyright 2000 St. Louis Post-Dispatch, Inc.
St. Louis Post-Dispatch (Missouri)

May 5, 2000, Friday, THREE STAR EDITION

**SECTION:** NEWS, Pg. A13

**LENGTH:** 242 words

**HEADLINE:** ARAB HELD IN AFGHANISTAN SAYS HE WAS U.S. AGENT

**BYLINE:** The Associated Press

**DATELINE:** ISLAMABAD, PAKISTAN

**BODY:**
An Arab arrested in Afghanistan says the United States recruited him to try to find alleged terrorist Osama bin Laden, and his Taliban captors say he and another prisoner "were spying for America and Israel."

A TV reporter interviewed the two prisoners at a secret site in southern Afghanistan. The Associated Press viewed the taped interview Wednesday in Islamabad.

"We have arrested two Arabs, a **Syrian** and an Iraqi, who were spying for America and Israel," Taliban Foreign Minister Wakil Ahmed Muttawakil said Wednesday. "We found six documents on them that shows they were spying."

But Muttawakil refused to confirm the statement of one prisoner that the Taliban were also holding an American as a spy.

In Washington, State Department officials said they were aware of rumors that an American had been arrested but had been unable to confirm the reports independently. The U.S. Embassy in Islamabad and the consulate in Peshawar are investigating, the officials said.

The reporter and his cameraman, interviewed by the AP on their return to Islamabad this week, work for United Arab Emirates Television, Abu Dhabi Channel.

They interviewed the Taliban's two acknowledged prisoners the night of April 25. The Syrian, **Abdul Rahim Janko,** 22, fidgeted in his chair as he answered questions.

"During my interrogation, I told them how I was recruited, what they wanted me to do and who I was to contact with my information," he said.

**LOAD-DATE:** May 5, 2000

PET. EX 111

Copyright 2000 U.P.I.
United Press International

May 7, 2000, Sunday

SECTION: GENERAL NEWS

LENGTH: 696 words

HEADLINE: Taliban acknowledge arresting spies

BYLINE: By ANWAR IQBAL

DATELINE: ISLAMABAD, May 7

BODY:
The ruling Taliban militia of Afghanistan, which had earlier denied arresting any spy, said Sunday it had arrested two Arabs for allegedly spying for the United States and Israel.

"We are holding two Arabs and they have admitted to spying for the United States and Israel," Taliban Information Minister Qudratullah Jamal said in Kabul, Afghanistan.

He said the two Arabs were collecting information about Saudi dissident Osama bin Laden and other foreign guests in Afghanistan.

Meanwhile, a Pakistani news agency, NNI, reported Sunday that Pakistani security officials have arrested a German national while trying to cross into Afghanistan.

The report says that S. Max David was arrested Saturday while trying to cross into Afghanistan from the Torkham border. Pakistani authorities also claimed to have recovered a satellite phone and other communication equipment from him, the NNI said.

The Afghan information minister identified the two Arabs as **Abdur Rahim,** a Syrian, and Arkan, an Iraqi. They are both of Kurdish origin and were arrested by the Taliban security officials in Kabul last month. They were later shifted to the Taliban headquarters in the southwestern Afghan city of Kandahar.

"The United States and Israel had asked them to closely monitor the situation in Afghanistan and report back to them," Jamal said.

A recent U.S. State Department report identifies Afghanistan and Pakistan as "havens for terrorists" and urges the two countries to take immediate action against the terrorists operating from their territory.

Both countries have rejected the U.S. charge as baseless. They blamed the United States

and other Western powers for bringing militants from all over the world to fight the Russian occupation forces in Afghanistan from 1979 to 1989. Although the Russians left in 1989, most militant groups stayed in Afghanistan.

However, the dispute between the United States and the Taliban regime revolves around Osama bin Laden, a Saudi dissident who has been hiding in Afghanistan for the last four years. The Taliban have rejected a U.S. demand for expelling bin Laden. Washington wants to try him: U.S. officials have said he masterminded the bombing of two U.S. embassies in East Africa in August 1998, killing 268 people.

Taliban authorities say that since President Bill Clinton's visit to Pakistan and India in March, the United States has increased its efforts to catch bin Laden. They claim that U.S. security agencies have sent several agents to Afghanistan to trace the terrorism suspect.

Declaring him a public enemy number one, the United States has announced a reward of $5 million for bin Laden's arrest.

Taliban officials say that they arrested the two Arabs in the process of collecting information about bin Laden and other foreigners supporting the Taliban regime.

The Arabs were particularly interested in Muslim militant groups that received military training in Afghanistan and later went to fight in places like Chechnya and Kashmir, Taliban officials said.

The pair enrolled in Kabul's Abu Hanifa seminary pretending they had come to Afghanistan for Koranic studies, Jamal, the information minister, said. He said last week the Taliban authorities allowed a select group of foreign journalists to interview Abdul Rahim in Kandahar.

"Rahim claims was hired by Israeli intelligence agents working undercover in the U.S. Embassy in the United Arab Emirates where he was studying in the Sharia faculty of Ras Al-Khaima University," said Jamal Ismail, a journalist who interviewed him last week.

Rahim told him that the Israeli agents allegedly forced him to work for them by taking his film while being sodomized.

A Pakistani newspaper, The News, quoted Rahim as saying that he contacted Arkan in Kabul and, through him, one U.S. citizen identified only as Richard, working for a western aid group in Kabul.

The Taliban information minister, however, denied earlier reports that the militia had also arrested Richard. He said the two Arabs told their Taliban interrogators that Richard was working in an agency in Kabul. But he said was not sure whether Richard was still in the area or had escaped.

**LOAD-DATE:** May 8, 2000

PET. EX 112

Copyright 2000 Pakistan Press International
The Pakistan Newswire

July 29, 2000 Saturday

**SECTION:** Nationwide International News

**LENGTH:** 391 words

**HEADLINE: Taliban** - US **spy** confessions

**DATELINE:** Islamabad July 29

**BODY:**
An Arab spy, arrested by Taliban, has confessed that he was working for Israel and the United States to gather information about Saudi dissident Osama bin Laden and other Arabs in Afghanistan.

The 22-year old **Syrian, Abdul Rahim Abdul Razaaq Jankoo** was quoted by a newly launched magazine of the **Taliban** as saying that he was recruited by some Arabs and an American national.

The monthly, "The Islamic Emirate," which Taliban have launched for effectively responding international criticism of the militia, published the full interrogation of the arrested spy in the form of an interview. **Abdul Rahim** said he had been a student of Islamic Law in the Ra'as-ul-Kheemah University of the United Arab Emirates when his two university mates, Najib Abdul Wahid al-Dhimary and Faisal Saud al-Qasimy blackmailed him into working for an Israeli agent, working in the US embassy in UAE.

According to him, the agent, Shamoyel Anty, along with a Lebanese national Abdullah Shukry al-Hijaar and head of the recruits, in the US embassy in UAE, Hajoob Haseeb trapped the young spy after getting him sexually assaulted by Najib and Faisal and threatening him to expose him before his father, through a video film, if he did not comply with their order.

**Abdul Rahim** said that after his recruitment, he came to Jalalabad via Pakistan with the help of an Afghan, whom he had befriended while he was in a UAE jail for not possessing passport.

In Jalalabad, he said, he was handed over to a Taliban official, Mulla Abdul Salam Rocketi, who sent him to a guest house in Kabul.

He said in Kabul he was to be received by another US agent, a Kurdish Iraqi, whose real name was Arkaan but changed as al-Harky and then as Islam. Islam sent him to a seminary for being enrolled but he was suspected when he insisted that he wanted to go to Pakistan for a telephone call to his family and also for making marriage.

He said that in fact he had to go to Pakistan to report to a lady, Florence, working in the American embassy in Islamabad.

The spy said that he had been promised a MasterCard worth $50,000,on completion of his mission.

**Abdul Rahim** said that the American-Israeli agent in UAE had already sent 22 spies to Afghanistan, before him, out of whom four were arrested by Taliban while there is no information about the whereabouts of the rest of them.

**LOAD-DATE:** July 5, 2001

PET. EX 113

**1st Issue**  July, 2000 CE — Rabi-ul-Sani 1421H

# The ISLAMIC EMIRATE

Amir-ul-Mumineen:

## No Terrorist Camps In Afghanistan

### Extraditing Osama Bin Laden is Tantamount to Leaving a Pillar of our Religion.

## Our Recognition of Chechnya is Compulsory Under Islamic Law.



**Confession of an American/Israeli Intelligence Agent.**

*Investigation:* **Terrorism or Jihad.**





Afghan
Coll.
DS
350
I846
NO.1
JULY
2000

## EDITOR'S NOTE



The **Islamic Emirate**

A Monthly Islamic Magazine

Published by the Information
Center of the Islamic Emirate
of Afghanistan, Kandahar
Tel: 0093-03-210360
0092-081-837825

### Mail Order Costs

#### Price Per Issue:

Afghanistan.................................................20,000 Afghanis
Pakistan..............................................................25 Rs
America, Europe, and Africa...................................$4.00 US
United Arab Emirates..........................................10 Dirhams
Saudi Arabia and all other Arab states.....10 Riyals or its equivalent

#### Yearly Subscription Rate:

Afghanistan.............................................240,000 Afghanis
Pakistan.............................................................275 Rs
America, Europe, and Africa.................................$48.00 US
United Arab Emirates........................................110 Dirhams
Saudi Arabia and all other Arab states...110 Riyals or its equivalent

### International Distribution Centers

| | |
|---|---|
| Islamabad | Tel: 051-824505 |
| | Fax: 051-824504 |
| New York | Tel: 718-389-0457 |
| | Fax: 718-661-7771 |
| London | Tel: 020-8743-7581 |
| | Fax: 1817437581 |
| Germany | Tel: 00491726148901 |
| | Fax: 6924279065 |

# A Response at Last

Muslim insurgency, political Islam, Jihad, terrorism, extremism: these topics dominate today's political landscape and receive unrivaled media attention. Unfortunately, one often finds that discussions of such issues are full of misleading information biased towards the enemies of Islam. In addition, the news that is provided to the world is usually distorted or patently false.

It is usually the case that those who speak the least are those whose say matters the most. That is especially true when we talk about the Taliban and the Islamic Emirate of Afghanistan.

It has been the general policy of the IEA to keep a low media profile and concentrate on working hard toward its goals, rather than spend a lot of time responding to media inaccuracies. While we believe that this policy had some good aspects, we also realize that it is the right of the Muslim Ummah to have access to the truth. As a result of our reluctance to speak out, the allegations of the enemies of Allah have gone largely unchallenged. Until now...

We hold the belief that our responsibility to Allah and the Muslim nation is to put the facts straight. With that in mind, we have produced this magazine, which will, in shaa' Allah, be our link with the rest of the world, and especially, with our beloved Islamic Ummah.

And as we begin this endeavor, we hope that our readers will appreciate what we have done and make an effort to assist us in the production of future issues. Contributions, suggestions and comments all help us to better serve our readership and the cause of Islam. ▨

# In This Edition:

EDITOR'S NOTE: *A Response At Last*.................................................2
OPINION: *Afghanistan's Real Problem*.............................................3
NATIONAL: *News From Afghanistan*................................................6
WORLD: *International News In Brief*................................................9
INTERVIEW: *Amir-ul-Mumineen*...................................................12
HISTORY: *Taliban and the Islamic Emirate*.....................................16
INTERVIEW: *Confessions Of An Arab Spy*.......................................21
ANALYSIS: *Terrorism Or Jihad?*....................................................29
COMMENT: *UN Security Council Threats*.........................................31

# Confessions Of An Arab Spy

*The Islamic Emirate of Afghanistan, as a result of its implementation of a model Islamic system, is now recognized by the infidel nations as a clear and present danger to their continued global domination. Unable to decide how to confront this threat, they have tried a number of tactics, such as applying direct and indirect political pressure, making ugly threats and dire promises, and striking Afghanistan with cruise missiles. But all their efforts have only increased the Emirate in faith and resolve.*

*The latest dirty method to be used against the Islamic Emirate and those who reside on her soil, from the Mujahideen and other immigrants, is that of espionage. What means could be more criminal than the filthy game of cloak and dagger? The story that follows exposes just how far these lowly individuals will go to achieve their goals.*

*And now, to the interview with one of these spies, who was recruited by the American and Israeli intelligence agencies to gather information on the Mujahideen of Afghanistan.*

Q: What is your name, how old are you and what is your country of origin?
A: My name is Abdul Rahim Abdul Razaaq Jankoo, I'm 22 years old and I'm from Syria.

Q: From where in Syria?
A: From the city of Al-Qamashily in Al-Haskah province.

Q: Where did you get your education?
A: I took my primary, secondary and some of my high school education in Syria, and then completed my high school and began my higher education in the city of Ajman in the United Arab Emirates, after which I continued my studies in the city of Ra'as-ul-Kheemah (also in the United Arab Emirates).

Q: Did you complete your university?
A: No, I studied for two and a half years only.

Q: In which faculty were you?
A: I was in the Islamic law faculty for a year, and then I finished in the Arabic language faculty.

Q: When did you come to Afghanistan?
A: I entered Afghanistan on 9-2-2000 (February 9th, 2000).

Q: Had you ever visited Afghanistan before that date?
A: No, I had never visited it, not once.

Q: How did you come to Afghanistan? Did you have a visa and if so, how did you procure it? How did you enter Afghanistan?

A: My entering Afghanistan was by prior arrangement.
Q: Who arranged it?
A: A man from the American embassy, who, as I heard it, was working for the Israeli intelligence agency.

Q: What was his name?
A: His name was Shamoyel Anty.

Q: And this was in which American embassy?
A: In Abu Dhabi, United Arab Emirates.

Q: When were you recruited?
A: Before I came to Afghanistan by about 15 days, or maybe a little less than a month.

Q: How did they recruit you?
A: I had committed some crimes prior to the recruitment, such as illicit sex,

homosexual acts and drinking, and some other things.

Q: In the UAE?
A: In the UAE, in the emirate of Ra'as-ul-Kheemah, my brother.

Q: You had not committed any crime in Syria?
A: No, no. When I entered the university in the Emirates, that was not an issue. That all began before I was recruited by about 7 months. The beginning of the recruitment business was while I was in the university. I had an evil acquaintance whose name was Najib Abdul Wahid Al-Dhimary. He was from the Yemen. So, this man told me about a computer game called Play Station.

Q: What's it called?
A: It's called Play Station. It affected me strongly, as it might affect any young man. This game was new and getting very popular. So I went to Najib's place, and he had with him a CD laser disc full of pornographic pictures of naked woman. I was a religious man before, and by Allah, I didn't have a perverse nature, but when I saw those pictures, my sexual desires. After that, Najib told me to come back the next day or the day after that, as he had something else prepared for us. So after I left, the effect that the disc had on me persisted. When I returned to Najib's house, he had brought

a television and VCR, with which we watched sex films. Obscenity, naked women, etc. At this time, there was with us another man, whom I had seen briefly in the university and became acquainted with at Najib's house. His name was Faisal Saud Al-Qasimy.

Q: This man, Faisal Saud Al-Qasimy, is from the Emirates?
A: Yes. So while we were watching these films, which were full of very obscene, dirty things, Faisal suggested that we imitate the homosexual acts we were seeing on the screen. Then he pulled from his pocket more than five thousand dirhams and showed it to me. I had never seen so much money in my life! My lusts were uncontrollable in front of the videos and the money, and so I fell into their trap. And that was my mistake, and I ask Allah that he not hold me accountable for it… After that incident, Faisal began to dislike me and our relationship continued like that for approximately seven months, until he recruited me. And when I made excuses and complained of fatigue and the like, he would get angry with me…

Q: Why did you not try to return to Syria?
A: To Syria? Syria is a problem. I'm wanted for military service there, and I can't possibly enter the Syrian army. It's dishonorable.

Q: After that, how exactly was your recruitment carried out?
A: Faisal Saud Al-Qasimy came to my house one day in the last 10 days of Ramadan, after having promised not to come near me for the duration of the month. He knocked on the door; I asked him what he wanted. He said, "I want you with me in an important matter." So he took me to the Ibn Majid Hotel in Ra'as-ul-Kheemah. I was taken to a room on the top floor. When we entered, I saw a man, heavy-set, with long blonde hair. He was Abdullah Shukry Al-Hijaar, a Lebanese Christian with American citizenship. He began by encouraging me to help them in an important mission, and spoke with me about Osama bin Laden, mentioning their desire to capture him. He told me, "We don't want you to bring us Osama bin Laden himself; we want you to go to Afghanistan for a different purpose. We want you to get information on the path by which the Arabs travel to Chechnya. We also want information on how they train and where they live." Then he said to me, "If you can, we also want you to provide us with details of the nature of bin Laden's relationship with the Taliban and vice versa. We trust that you will make an effort for us." I protested and said that I could not do what they were asking me to do. But the jerk refused to hear it.



Q: How did they recruit you precisely, and what did they want you to do?

A: When I went to the hotel that day, which was a Wednesday, Al-Hijaar mentioned some secondary matters, but the primary issue became evident later. He told me to come again with Faisal Saturday. So we went to them on Saturday morning. Faisal delivered me to them and left. I then went with Al-Hijaar, Shamoyel Anty, and the other people that were with him, to the American Embassy in Abu Dhabi.

Q: Who were the others that were with him?

A: Three girls at his side, and in the same bus four guards and the driver. The bus belonged to the American embassy.

Q: The women and the guards: were they Arabs or foreigners?

A: The bodyguards were dressed in black and obscured by glass, so I don't know who they were.

Q: And the girls?

A: They were Arabs. They spoke Arabic and English fluently.

Q: Even though you didn't know them, you went with them, why?

A: I have mentioned before that when Abdullah Shukry Al-Hijaar requested me to work with them, I was unwilling. When I refused, he used a mobile phone to call Faisal, who came with some videotapes. He threatened me with the recordings, saying, "We have you on tape, and your father is waiting in the lobby. If you don't cooperate with us, we'll expose you." For that reason, I went. And I went weakly and under coercion, and I didn't sell myself.

Q: Did they promise you money?

A: Afterwards, when I went to the Embassy in Abu Dhabi, the official in charge of recruits, Hajoob Haseeb told me, "If you complete your mission, it's your right on us that we take you to a place unknown to anyone, not even our American president. You'll find a paradise on Earth where you will live in a beautiful house, embraced by women, surrounded by delights, and provided with riches."

Q: They did not promise you a specific amount of money?

A: They said, "When you return to Pakistan and deliver the information, you'll be given a MasterCard which begins at a limit of $50,000 and runs until you finish your mission." Meaning this mission, I think. This was how it was put to me by Shamoyel Anty, the third man who was present with Hajoob Haseeb.

Q: Did they train you at all?

A: No, they didn't give us any training, and I'm being truthful with you. If they had trained me, I would tell you. I stayed with them for approximately one month before I came here. They were very busy during that period, and not because of their integrity. No, by Allah. Rather, we were busy in acts of impiety and debauchery. Guests and other people were constantly coming and going and occupying our time.

Q: When did you arrive in Peshawar?

A: On the 9th of February, 2000. Before approximately two months, or three, because now I don't know the time nor the date.

Q: And how did you enter Afghanistan?

A: There were some Afghan brothers with me when I was imprisoned in the UAE [for not having a passport]. I got to know one of them well. When I approached the brother, I told him I want to go to Jihad. He said, "No problem. We'll help you, in shaa'Allah. No one goes astray in Afghanistan. He who seeks the goodness, he won't get lost, in shaa'Allah." I was then supplied with Afghan identity papers. That was in the Emirates. I then went with him from the Emirates to Peshawar, and from there, we traveled to Torkham on the Afghan/Pakistan border, and from Torkham, we went to

Jalalabad. The brother paid for the bus fare and meals, then he turned me over to the brothers from the Taliban there.

Q: In Jalalabad?
A: Yes, to their leader, Mullah Abdul Salaam Raakity. May Allah reward them all. By Allah, he gave me his clothes to wear, this suit. Then one of the Arab brothers was called to translate, because they didn't understand me. The Arab's name was Abu-l-Laith Al-Qasimy. He wrote a letter for the director of the guesthouse in Kabul, and gave it to me and told me to go. So I came to Kabul, to complete some of my duties.

Q: What was the mission in Kabul?
A: They had said to me, "When you reach Kabul, you'll get to know our agents and full-time operatives in Afghanistan."

Q: And did you become acquainted with them?
A: They told me before that they are presently in Kabul, and they gave me as much as is known of their descriptions. And they told me, "Don't look for them, they'll call you." And they said, "If you arrive, go with the Mujahideen - meaning the Arabs - and our operative will recognize you, then you'll get to know him." I was told to ask a lot of general questions, like "What's your name?" and "What's your family name?"

and "Which country are you from?" Persistent questions such as these. Then, as I was told, their agent would come and accost me for asking such questions. They described him, and mentioned to me that his original name was Arkaan, then Al-Harky, then Islam.

Q: Is he Arab or non-Arab?
A: He is an Arab, but his origins are Iraqi Kurd. So I went to the guesthouse and sat with the Arab brothers the first day, which was a Saturday. I sat and asked questions all day long, and no one rebuked me or said anything. But the questions were general and very natural, so there was no cause for confrontation in the first place. So Islam came at Maghrib and talked, and when I began to ask questions, he came to me and said, "What is with you? You ask too many questions - do you want the people to doubt you? What is your intention? What do you want?" Even some of the brothers were surprised and said that there was no call for such a reaction, that there was no problem. Then I knew that he was the agent that I was supposed to contact. I made certain by comparing his appearance to the description I had with me. The only thing that was a problem for me was his long hair. But I recognized him and knew that he was the one.

Q: How did you confirm that?

A: We were in the upstairs prayer room when he questioned me. Afterwards, he and I descended to the room that is below the entry door. He then turned to me and said, "The American soldier fights in honor." That was the code which had been agreed upon.

Q: A secret password, I think?
A: Not a secret password, but a code unlike the ordinary simple code...so then Islam said, "Avoid silliness and frivolity while you're with the people, and don't let on that you're educated and speak English. Don't do anything without my orders, and don't begin any assignment without my orders."

Q: Were there others with you?
A: No. I told him that I wanted to meet Richard Beckett.

Q: Who is Richard Beckett?
A: Another man who, as I said during the investigation, was named along with Islam as a permanent intelligence presence in Afghanistan. He has American citizenship. I was given a description of his physical features.

Q: What was his work?
A: He was working as a computer repairman at the communications center in Kabul...so I told Islam that I wanted to meet Beckett. He said, "Wait until I set a time. Maybe tomorrow morning or

around noontime, I will try to introduce you to him." We then parted ways. The next day, when I saw Islam, he brought up some side issues. I asked him if we were going. He said, "We won't go now. If there is a call for it, we'll go. As for the other things, we're agreed that they'll remain between me and you."

Q: After you met Islam, did he charge you with any responsibilities?
A: He told me to go to Imam Abu Hanifa school, where there are some Arab brothers. He said, "Request permission to go, but calmly and unhurriedly, and don't make demands, except if I tell you to." The brothers informed me that the program of the Arabs was that they would go to the Madrasah on Wednesday or Thursday. The director of the school, Professor Sa'ady, arrived. Islam told me to request from Sa'ady permission to enter, raising his voice as he did. When that happened, I knew that he wanted me to demand entry. Sa'ady told me that the program was to begin soon, and the students must leave that Thursday. So we went. I spent three weeks in the school.

Q: You came to know some of the individuals there?
A: I knew the brothers in general.

Q: Did you write anything?

A: Letters.
Q: Specifically?
A: I wrote two letters.

Q: To who?
A: I wrote two letters to Islam and gave them to the driver of the Madrasah.

Q: What was in them?
A: General information.

Q: The information that you provided - might it be harmful to any particular individual?
A: Yes, harmful. Harmful to all those in the Madrasah and to the Arab brothers as a whole.

Q: Would it harm the Afghan government?
A: As far as the issue of harm to the government is concerned, I don't think that the letters contained anything that could really do damage. Unless you looked at it from the viewpoint of general security for the nation.

Q: Besides these two letters, did you send anything else to Islam or anyone else?
A: I took a walk outside the borders of the Madrasah, in order to survey the setting and place. That was the only thing I did. I didn't do anything except that. So in the end, the truth became apparent to the director of the Madrasah.

Q: How?
A: I asked to be allowed to go to Pakistan, because the

Americans and Israelis were requesting that I do so.

Q: Why did they want you to leave?
A: They wanted me to finish my mission in Kabul in a period of 45 days exactly, after which I was to go to Pakistan to receive new orders.

Q: How were you exposed?
A: I requested the director to allow me to go to Pakistan so that I could call my family. He told me that there is a telephone in Kabul. I said to him that I want to get married. He responded by saying that those who come to Afghanistan don't think of getting married. He said, "And also, you told us in the beginning that you didn't want to marry." So he put two and two together and I was exposed.

Q: What was the defining factor in your being found out?
A: By Allah, I was exposed when I asked to leave. I knew that to leave the Madrasah before the end of the study course was forbidden, and I still requested to go to Pakistan. That was a very strange thing to do. Secondly, I asked to go to Pakistan to use the telephone, and there's a telephone here. And thirdly, I said I wanted to get married, after having told them the opposite. In the end Sa'ady told me to wait. So I waited a

day or two. Then he told me to wait until the evening. After Maghrib, he told me, "The issue is finished, you stay here." The following morning, he told me, "Come, we're going to Kabul." So I went to Kabul, thinking that I would be leaving, that I was done. But when we reached Kabul, I was handed over to the investigators.

Q: In Kabul?
A: Yes, and there they began to interrogate me.

Q: Did you ever suspect that you were under surveillance before you were arrested?
A: Never. Not at all.

Q: During the investigation, what was said? And did you confess?
A: By Allah, I confessed. I admitted my true mission. I confessed to everything, everything that I had done or had happened to me.

Q: Did you commit any other crimes while you were in Afghanistan, besides passing information?
A: It happened, it happened, by Allah. And Allah knows that I was forced, compelled. There occurred between Islam and I some homosexual acts.

Q: Anything else?
A: Nothing else, and I say that truthfully. If it had happened, I would mention it.

Q: Those elements that sent you: is it possible that they might send other spies?
A: Yes.
Q: Using the same method or a different one?
A: I say to you, regarding the mission with which Shamoyel Anty entrusted me, that I did not inform you of what he said to me: that from December 1998, twenty-one agents were sent to Afghanistan, but that nothing is known of any of them, except two, who went to Pakistan only and from there tried to escape to Europe. But they were captured and returned to the UAE. As for the others, it is 1000% certain that they have not reached the Emirates, because their families and relatives are under total surveillance day and night.

Q: Is it possible that they might use other means, and if so, what?
A: Shamoyel Anty told me that they will send some personnel. He also mentioned that there is a man present in Afghanistan whom he knows well. His name is Ahmad Basim, a Palestinian who is short, wears thick glasses, and trembles slightly. He also wanted me to gather information on three others: Abdul Rahman Al-Aly, Mowafaq Al-Nazaar and Naziya Abdul Mawla.

Q: From where are they?
A: Abdul Rahman Al-Aly and Mowafaq Al-Nazaar are Palestinians, and Naziya Abdul Mawla is Syrian.

Q: Are they spies as well?
A: They said to me, "These people preceded you. We want information about them, complete information. Are they in custody or even present in Afghanistan."

Q: And you asked about them when you came?
A: I did not ask about them specifically, but I did inquire about spies in general. The brothers informed me that there was one Palestinian arrested, but I was not able to learn his physical description or other identifying characteristics. If I had known, perhaps I could have confirmed him as being one of those three.
Q: You didn't ask about his name?
A: It was said to me that he was known as Abu Al-Mubtasim. I don't know his real name, so it's possible that he's one of the two Palestinians.

Q: Were you told of individuals outside the UAE or outside Afghanistan to which to turn when you wanted to travel?
A: It was said to me that when you finish your mission, you don't have to do anything except go to the American embassy in Pakistan and talk to a woman there.

Q: What is her name?

A: Florence.

Q: In the American embassy in Islamabad?
A: Yes. She was described to me as a fat woman who wears glasses. She specializes in espionage and speaks seven languages, including Arabic.

Q: How has the Taliban treated you after your arrest?
A: Treatment, by Allah, representative of an Islamic State. Like the era of the righteous Caliphs of Islam.

Q: Have you been beaten or tortured in any way?
A: You want the truth…some of the brothers in some of the place threatened me with various things if I didn't confess. These threats scared me into talking, because I'm not a brave person. As for beatings or anything like that, no one has beaten or tortured me.

Q: What are your feelings and thoughts after your arrest?
A: In the beginning, I was hoping that they might send me back to my family. But now, I have been born again. The praise is for Allah, Who guided me to this, and I would not have been guided if He had not guided me. I'm ashamed, ashamed of what I have done to the brothers here. And I can't face them. How can I face my brothers after what I've done? So I ask them in the name of Allah, if it's possible that they can send me

to Kashmir or the Philippines or any other country, so that I can make Jihad. I'm 22 years old now, and I've spent those 22 years in disobedience to Allah. So I say to my brothers: in the same way that Allah made Faisal Al-Qasimy a factor in my recruitment for spying, I ask Allah that he make the brothers a factor in my being recruited for Jihad in the path of Allah.

Q: If you saw Faisal Al-Qasimy or Shamoyel Anty or any of the others, what would you say or do to them?
A: By Allah, I would devour them and drink their blood.

Q: Do you feel guilty for what you have done?
A: Very guilty. Extremely guilty.

Q: And what advice do you have for your friends who have done what you have done, or those who might be recruited in the future?
A: My advice to them is to warn them strongly…believe me, the rope of falsehood is short. But, and Allah is witness to what I say, I was recruited under duress, and except for that, I wouldn't have done what I did. And after coming here and seeing how the brothers acted during the investigation, as well as seeing the behavior of the Taliban, I'm convinced that they are from the Companions of Rasoolullah (upon who be peace).

Q: You said that you are not a brave man and that you are afraid.
A: Yes, I am an extreme coward.

Q: You said that Faisal Al-Qasimy has the videotapes of you and is blackmailing you with them.
A: Yes, he threatened me.

Q: So if you were freed, and went to Kashmir or elsewhere, and those who recruited you found out your whereabouts and came to you with the tapes, is it not possible that you might bow to their demands once more and work for them against the Muslims somewhere else?
A: After having seen the true Jihad and the true Mujahideen, I swear by Allah that nothing could be more important to me than Jihad. I used to memorize the Qur'an, but forgot it after I was recruited. But, by Allah, here in the prison, where I have been for about a month, I have remembered verses without referring to the text. After that, how can I go back to what I was doing before? I ask Allah that he accept my sacrifice, and I announce to you and I call to witness the entire creation that I have sold myself to Allah.

Q: Do you remember the day of your arrest?
A: Yes.

Q: Do you remember the exact date?

A: No, I don't recall the date.

Q: How many days passed between your entering Afghanistan and your arrest?

A: Approximately 25 days or close to that.

Q: You entered on the 9th of February and were arrested after about 25 days?

A: Yes. Yes.

Q: Those people with whom you were associated, like Islam and Richard Beckett: have you heard anything about them after your arrest?

A: I heard that Richard Beckett was arrested and is in custody of the Taliban. As for Islam, they brought him in during the interrogation. I confronted him with what happened between he and I. This was in front of the investigators. Islam denied everything, but it doesn't matter to me if he did. I had also denied the truth, but believe me, there's no benefit in denial. And by Allah, I say that as advice to anyone who is captured. I know that there are 17 or 18 operatives present in Afghanistan, other than me, and that they will report what I have said to the Americans.

Q: How do you know that there are 17 or 18 other spies in Afghanistan?

A: I was told that before me, 21 spies had been sent. I was the 22nd. 4 of us were captured, so that leaves 17 or 18. I had argued the issue with the brother that was interrogating me, but after what he said to me, nothing matters to me. By Allah, I have not slept for about five or six days. He said, "If you fear for the honor and welfare of your mother and family, why don't you fear for the sisters and mothers of the Mujahideen, for their honor and welfare? Do you like that they be humiliated and raped and their dignity violated?" By Allah, this injured me. I still don't want to return to my family, but I ask Allah that he protect them, and that I become a martyr so that I might intercede for them. By Allah, I was ungrateful and disobedient to my father. And I used to hit and oppress my sisters and younger brothers.

Q: Why did you study Islamic Law?

A: Unwillingly and under compulsion. My father forced me to study the Shari'ah. My father is a good man. I don't purify anyone before Allah, but I consider him to be from the righteous believers. It was his desire that his sons study the religious sciences and his daughters learn engineering and like. But I disobeyed him and left.

Q: Have you appeared in court yet?

A: No, I have not.

Q: If a death sentence is sought in your case, what will be your stand?

A: No harm, that's all. Allah willing, I wish to meet the Lord of the worlds.

Q: But is a death sentence appropriate?

A: Yes. But I do have one desire. I still don't want this worldly life. By Allah, I don't want it, and I wish for the meeting with my Lord, but I have one request, which I have made of my Lord and I'm hoping that he will fulfill it. I asked my Lord that he make my hair and beard gray, and that my body be made decrepit in Jihad in the path of Allah. By Allah, I asked my Lord that he give me another 22 years of life for Jihad in the path of Allah [here his eyes began to fill with tears and his voice trembled with emotion], because I disobeyed my Lord for 22 years, so I want to make Jihad for 22 years.

Q: Do you have anything else to add?

A: I have a request to make of Amir-ul-Mumineen. I ask him in the name of Allah to recruit me as a Mujahid in the path of Allah. That's all I have to say.

Q: There's nothing else?

A: To Allah we belong and to him we return [he said this as his eyes were full of tears, his voice was trembling, and his head bowed].

PET. EX 114

Copyright 2001 U.P.I.
United Press International

February 4, 2001, Sunday

**SECTION:** GENERAL NEWS

**LENGTH:** 410 words

**HEADLINE: Taliban** trying U.S. citizen on spying charges

**BYLINE:** By AAMIR SHAH

**DATELINE:** ISLAMABAD, Pakistan, Feb. 4

**BODY:**
Taliban authorities are trying a U.S. national for allegedly spying on Osama bin Laden and other Arabs living in Afghanistan, Afghan sources said.

Richard Picket, an computer expert, who was working with a Kabul-based aid agency, was arrested last year after a detained alleged Kurdish spy, **Abdur Rahim Janko**, disclosed that they had links with him.

Afghan Foreign Minister Wakil Ahmed Mutawakil says that Picket is now being tried in an Islamic court in Kabul.

His trial follows that of bin Laden and his accomplices in a U.S. court. The Saudi dissident has been indicted for master-minding the twin-bomb attack that killed more than 220 people in U.S. embassies in East Africa in August 1998.

Janko was arrested along with another Arkan alias Islam in the Afghan capital in last February.

In a recent interview to the Middle East Broadcasting (MBC) center in Islamabad, the Taliban foreign minister claimed that the ruling Afghan militia had collected "enough evidence against Packet" and had sent "his case to an Islamic court for trial."

Western diplomatic sources said the U.S. embassy in Islamabad was still trying to determine who Picket was and why was he arrested by the Taliban officials, who control more than 90 percent of Afghanistan.

They said that the U.S. embassy had contacted Taliban authorities through Pakistani officials as they did not have direct contact with the militia. Although never cordial, a US-sponsored UN sanctions that became operative last month have further strained Washington's relations with the Taliban rulers who are particularly upset over a unilateral arms ban that denies weapons to them but allows their opponents to receive military hardware and training.

The ban has recently encouraged the opposition Northern Alliance to launch fresh offensives against the Taliban positions, including a major attack Saturday that led to heavy aerial bombing of rebel positions by the Taliban air force.

Taliban security agencies claimed capturing two Kurdish civilians in Kabul last year who later told the Arabic news service of Abu Dhabi television in Kandahar that they were recruited for spying on Osama and other Arabs in an Arabian Gulf country by Israeli agents. They said they were also asked to probe how Afghan fighters went to Chechnya to fight the Russian forces.

They said Picket was their contact in Kabul. So far the Taliban authorities have not allowed journalists to meet Picket.

LOAD-DATE: February 5, 2001

PET. EX 115

**UNCLASSIFIED//FOUO**

**Summarized Detainee Statement**

**The following is a summarized transcript of the detainee's testimony. Although a qualified Arabic translator was present, the detainee often preferred to speak in English, and would go back and forth between English and Arabic. The Tribunal permitted the detainee to testify in both English and Arabic because he was obviously comfortable doing so and because the Tribunal understood what he was saying. The following is a summary of his testimony.**

Tribunal President: Abdul Hakim Bukhary, you may now present any evidence you have to the Tribunal, and you have the assistance of your Personal Representative in doing so. Do you want to present information to this Tribunal?

Detainee: I don't have any information. If I did have it, I would tell you, but I don't.

Tribunal President: Would you like to respond to the allegations that were just read?

Detainee: Yes, I will answer.

Tribunal President: Would you like to make your statement under oath?

Detainee: I am alone now, okay? I am a Muslim. You are a Christian. Maybe if I make an oath to you, maybe I will be lying, but I cannot.

Tribunal President: It would be a Muslim oath.

Detainee: I am a Muslim, yeah, sure.

Tribunal President: Would you like to take a Muslim oath?

Detainee: I swear if I believe in everything in my home with a judge. She [referring to the Tribunal President] is not a Muslim, so I cannot swear.

Tribunal President: Okay.

Detainee: But what I'm telling you is that everything I am saying is the truth. I had no problem with the Americans troops when they took me from Kandahar to here. My story has been the same.

Tribunal President: Would you like to respond to each of the allegations? We can read the allegation to you and give you an opportunity to respond to each.

Detainee: Sure. No problem.

Tribunal President: Personal Representative, would you assist us with that please?

<div align="right">
ISN #493<br>
Enclosure (3)<br>
Page 1 of 10
</div>

**UNCLASSIFIED//FOUO**

**UNCLASSIFIED//FOUO**

Personal Representative: Yes, ma'am.

**In the following section of the summarized transcript, the Personal Representative reads to the Tribunal the allegations found on the Unclassified Summary of Evidence. The detainee then responds to each allegation. Any comments made by the detainee or others are summarized, as well.**

Personal Representative: The detainee is a member of Al Qaida.

Detainee: Not true.

Personal Representative: The detainee traveled from his native Saudi Arabia to Afghanistan after 11 September 2001, to participate in armed Jihad against the United States.

Detainee: Yes.

Personal Representative: The detainee met Usama Bin Laden in Afghanistan.

Detainee: I meet him before 11 September. I met before all this. I met him a long, long time ago. I met him maybe 14 or 15 years ago, while on Jihad, in the war against Russia.

Personal Representative: You mentioned when we spoke previously – do you know why Usama Bin Laden visited where you were at the time?

Detainee: I don't know exactly. I don't know. Everybody knows he is the boss. He is the big boss. He just went there to see. That's all. This is what I understand. But what exactly the purpose for his visit was, I don't know. I don't have any idea. I could not ask any questions. If there are other things I would like to add to my answers, would that be a problem?

Tribunal President: No problem.

Detainee: About this question, why Usama Bin Laden came, I don't know. The problem today is this. President Bush declared war against the Taliban. After that, the Taliban called for a Jihad. They called all Muslims. I am a Muslim. I answered the call. When I came to the mujahidin guesthouse, I did not have any idea of anything, except I came for Jihad. I followed some of the leaders of the mujahidin in the past. At the same time, I think there is one they call Massoud. I liked him and thought he was a very good man. I said to the mujahidin, who are about 90% Arab people, that he is good and God bless him. They got mad when I said I liked Massoud. They are crazy. They don't like him. If I had known they didn't like him, I wouldn't have spoken. For saying that, they punished me; they bothered me; they beat me; they hit me very badly. They accused me

**UNCLASSIFIED//FOUO**

UNCLASSIFIED//FOUO

of being a spy. They are stupid. I did answer "yes" – I came – I am a Muslim. I don't want to talk too much – I can talk for three years.

Tribunal President: You can talk for three years?

Detainee: I talked to American troops at Kandahar airport, and I am still talking here.

Detainee talks to translator in Arabic.

Tribunal President: What was his question?

Translator: He asked what is the word for "bothered."

Detainee: I am talking, talking. I've been talking for three years. But I like it.

Tribunal President: You like to talk?

Detainee: I like to talk because I found that nobody bothers me. Nobody beats me. Nobody hits me. They have an art in interrogation. Suppose they accused me in my home. My God! They would beat me. The difference between the United States and Europe and our people is so different, a very big difference. When they told me that I would be going to a Tribunal here, I knew I would be getting some justice. I am sure of it. I trust in it 100%. I don't care. I don't have anything to hide. Everything I have told you is true.

Tribunal President: May we move on to the next question?

Personal Representative: The detainee attended the Al Qaida training camp at Al Farouq for one day.

Detainee: Yes.

Personal Representative: The detainee stayed at a guesthouse in Afghanistan.

Detainee: Yes.

Personal Representative: When we spoke about that earlier, you mentioned that you did not know who ran the guesthouse, but you did go there for Jihad?

Detainee: That is a good question. I am a Muslim. I came and answered the call to Jihad. We usually cannot ask [questions at the guesthouse]. Suppose she is with me [pointing to Tribunal President], I cannot ask her real name, just a nickname. I cannot ask who is who. It is very bad. They are crazy. Maybe they would shoot me. Really, they are crazy. I cannot ask any personal questions. Forget it – I cannot.

ISN #493
Enclosure (3)
Page 3 of 10

UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

Personal Representative: The detainee admits long time affiliations with Jama'at Tablighi.

Detainee: Yes.

Personal Representative: You mentioned during our previous conversations that was for religious conversions?

Detainee: That is correct. I am a Muslim. If I saw a Muslim who is not following a good way, I would advise him – talk to him about this and that. Then I'd call him. I'd invite him to this mosque. We'd pray and we'd talk. I'd talk to him about Jama'at Tablighi and two issues. I'd talk to him about the Koran – what God says – and what the prophet says. That's all. There was nothing else. We didn't even talk about politics.

Translator talks to detainee in Arabic.

Translator: He is asking for words I am not familiar with. It has something to do with banks.

Tribunal President: Safe deposit box? Trust accounts?

Detainee: Suppose you are a bank and I came to you and you lend me about $100,000.

Translator: Loan?

Detainee: And then after one year or two years, I have to give you $20,000 more, or $30,000 more.

Tribunal President: Interest.

Detainee: Interest! In Jama'at Tablighi, we did not talk about interest. We did not talk about politics. We didn't talk about what was good or bad for men or women. We talked about the Koran and the prophet.

Personal Representative: The detainee stayed with Jama'at Tablighi prior to 11 September 2001.

Detainee: Yes, I did.

Personal Representative: Jama'at Tablighi, a Pakistan based Islamic missionary organization, is being used as a cover to mask travel and activities of terrorists, including members of Al Qaida.

Detainee: As I have told you, Jama'at Tablighi did not talk about Jihad. We did not talk about Jihad. Suppose one of you guys comes in and we had this guy that talked all the

ISN #493
Enclosure (3)
Page 4 of 10

**UNCLASSIFIED//FOUO**

000263

**UNCLASSIFIED//FOUO**

time about Jihad. They would kick him. They did not talk about Jihad. I don't have any idea about this. This is my answer.

Personal Representative: The detainee engaged in hostilities against the United States and its coalition partners.

Detainee: I did not participate. This is really a strange question. This sentence is very, very strange. Before the war, yes, I came and answered the Jihad. I came to Afghanistan and then to the mujahidin guesthouse. In the guesthouse, they put me with a sub group, and took some people to the airport – before the war. I stayed there [at the airport] about three days. After three days, they accused me of being a spy. They beat me. They hit me very badly for a long time. They deprived me of food or water for a long time. Then they took me to the Taliban jail, from Kandahar airport to Kandahar City. They took me to the main jail. I stayed for about a week, and then the bombing started. Then the guards all escaped like rats.

Personal Representative: Now, you also mentioned that it was the Taliban that imprisoned you.

Detainee: Yes, in the Taliban prison.

Personal Representative: And that they tortured you in a cellar?

Detainee: First of all, there was no food in prison. In the prison we would receive only one piece of bread in 24 hours. All this time and we would get one piece of bread. When we broke fasting, we would receive cold water. They did not give us anything else. If anyone would talk too loud, they would kill him. There were about 1600 prisoners. We could not do anything. We could not talk. It was a terrible time, horrible. I was sick. I had hemorrhoids. They did not take me to the hospital. They did not give me anything. Some prisoners gave me some ointment and antibiotic liquid. This was from the prisoners. From the Taliban, all we got was that we could not talk.

Detainee (continued): Prisoners here are in paradise. American people are very good. Really. They give us three meals, juice, fruit and everything! My God! Here they [i.e., the Arab detainees] bother me everyday, every time. Now about 30 months to this day, they bother me. They call me a hypocrite. They call me a spy. You have to say, "thank God!" I thank you for America! If you are in a Taliban prison, they do not treat you well. Here we are in paradise. It is 100% paradise. Yes, really. Thank you!

Detainee (continued): I wrote a letter last month to my son to explain to him about democracy. Yes, we have heard about democracy through television and radio, and read about it in newspapers and magazines. However, I have never tasted democracy until I got here. I like it. I don't have anything to say, except to say thank you very much. Excuse me judge?

ISN #493
Enclosure (3)
Page 5 of 10

**UNCLASSIFIED//FOUO**

**UNCLASSIFIED//FOUO**

Detainee talks to translator in Arabic.

Translator: He said, "Can I call her judge?"

Tribunal President: I am not a judge, I'm just a Tribunal Member.

Detainee: Excuse me, ma'am. I forgot what I wanted to say. I will tell you if I remember.

Tribunal President: Does that conclude your answers and responses to the questions?

Detainee: When I remember, I will tell you some more.

Tribunal President: Is there one more?

Personal Representative: There is.

Detainee: Excuse me. Yes, I remember.

Tribunal President: Okay.

Detainee: About democracy. It is really good. It is a right of Islam. Islam calls for the right to have a democracy, for everything. It is good for detainees, it is good for prisoners, good for anyone, so no one can be accused without proof. This is the real Islam. Centuries ago, they were a real democracy. Today we know only one thing. Why most of the people from Arab countries run away from their homes to go to Europe and America. They want democracy. They want justice. They feel it is fair. They want to stay there. They leave families and their homes. They leave their kids, wife, father and mother. They are looking for justice. They are looking for fairness. They are looking democracy. I hope to learn from the people here about democracy. I am 100% sure that if people back home got to understand about democracy, they would be a wiser people. I am so sorry. They are still kids. The average age is about 22 years old. I will give you an example. Today, they are like a Pepsi. You take a Pepsi and, before you open it, you shake it. When you open it, it pops out. After that, it fizzles. Yes, they are just like this. But I hope to understand. This I hope from my heart. I hope from my mind to understand this situation. If you did wrong you should get punishment. Not from America, but from God. I am so sorry – I talked too much.

Tribunal President: Did we end all of the questions? I think he answered the last one about Kandahar airport.

Personal Representative: Yes ma'am, there were a few comments he made for clarity he might want to add. After the Taliban lost power, you mentioned that the new government held you for three months, then handed you to the Americans.

ISN #493
Enclosure (3)
Page 6 of 10

**UNCLASSIFIED//FOUO**

000265

UNCLASSIFIED//FOUO

Detainee: Yes. When the Taliban fell and the new government took over, I was very happy. We were, as I told you, prisoners – about 1600 of us. Twelve of us were foreigners, the rest were Afghanis. I am from Saudi Arabia. The others were from Syria, Russia, England, the other guy from Saudi Arabia was killed. This is five. Another was from Pakistan, the rest were from Iran.

Detainee (continued): The new government took us from jail to jail. From a big prison to a small prison. The other Afghanis prisoners were released. They were very lucky. Then from the twelve prisoners, they held them [the Iranians] for a week to ten days maximum, then they sent them home. Through the new government, they gave them permission, gave them papers, wrote their names and gave them some money, to pass the border. The ICRC gave them two boxes of food. Jam, cheese, butter, white bread, some fruits and some money to pass the border. Now there were only five of us left. They kept us. They kept telling us we would be released in two weeks. Three months went by, and still we were not released. Everyone started talking about our situation to CNN, the Washington Post, and Time. They took pictures of the five of us. We talked to the press from Europe, Japan, Philippines, Hong Kong, from everywhere.

Detainee (continued): After three months, the American Troops took us and told us that they would take us to Kandahar airport and ask some questions. They told us they would question us for about three or four days and then send us home. Three or four days turned into three years here. Three or four months ago, two of the five people I came here with went home. The one from England and the one from Russia. Now there are only three of us left. I was a prisoner and they took me from the prison. That is really strange. I hope to understand my situation, and I hope to get justice from the United States.

Tribunal President: Does that conclude your statement?

Detainee: Unless you have any more questions. Regarding the last question, I did not fight against the United States. Before the war, the other people, they caught me, and bothered me. They beat me very badly. Then they sent me to the Taliban prison. Oh my God! What a horrible time I spent there. It was a very bad time.

Tribunal President: Personal Representative do you have any other questions for the detainee?

Personal Representative: No, ma'am.

Tribunal President: Recorder do you have questions for the detainee?

Recorder: No.

Tribunal President: Do any Tribunal Members have any questions for the detainee?

### UNCLASSIFIED//FOUO

Members: No ma'am.

Tribunal President: How long were you in Afghanistan?

Detainee: Maybe 10 days. That's all.

Tribunal President: From the time you left Saudi Arabia?

Detainee: Yes, about 10 days. Two weeks they accused me, they bothered me, and they sent me to the prison.

Tribunal President: When did you leave Saudi Arabia?

Detainee: Right after the United States declared war on the Taliban. Maybe a few days later.

Tribunal President: Before or after?

Detainee: No, after, after your president declared the war and then the Taliban government declared Jihad.

Tribunal President: So let me make sure I am clear of this. You left Saudi Arabia before or after the attack on the Twin Towers in New York?

Detainee: After. Because President Bush declared war after they attacked the United States.

Tribunal President: But you were there for only ten days before you were arrested?

Detainee: Before I was arrested? Yes, about ten days.

Tribunal President: You said that you went to the Al Farouq training camp for one day.

Detainee: Yes, for one day. I was sick. I was very, very sick.

Tribunal President: You were sick when you arrived, or you got sick when you got there?

Detainee: No, I was sick before I got there. I had hemorrhoids for a long time. But I did not do anything because it's too different between Saudi Arabia and Pakistan or Bangladesh or Afghanistan. These places are very poor. In my home we have medicine. When I came to Afghanistan, it hurt my hemorrhoids because the roads were in poor condition and the car would bounce up and down. Thus I only stayed one night and then returned back.

ISN #493
Enclosure (3)
Page 8 of 10

### UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

Tribunal President:  Where did you go after you left Al Farouq?

Detainee:  To Pakistan.

Tribunal President:  You went to Pakistan?

Detainee:  Yes, and from Pakistan I went home.

Tribunal President:  You went back to Saudi Arabia?

Detainee:  Yes, sure. Before I went back to my home, for three days I got laser surgery on my eyes. Then I returned back home. I stayed home for about a week, and then went to Jordan. I stayed there for about three weeks, where I heard about what happened in the United States when they attacked New York and Washington.

Tribunal President:  How many years was it, when you went to al Farouq? How many years before going back to Afghanistan for the Jihad?

Detainee:  Maybe 2 months. When I went to Al Farouq, I stayed one day and I came back to Pakistan. I stayed for three days in Pakistan for my eye surgery and went back home. After about a month, then the attack on the United States happened.

Tribunal President:  While you were in Afghanistan, did you join the Taliban or Al Qaida?

Detainee:  Oh, yes. Everybody knows about the Taliban government. The Taliban was established around 1994. As far as Al Qaida, I don't know. I don't have any idea about Al Qaida. They talk about Al Qaida. They are crazy. Yes, I knew about Usama Bin Laden for a long time. When I met him, he was not famous. This was about 15 years ago during the war with Russia. When the Russians attacked Afghanistan, Usama Bin Laden was like anyone else. After the Gulf War, he became famous. Who made him famous? Do you know who made Usama Bin Laden famous?

Tribunal President:  You tell me.

Detainee:  I will tell you. America. By the media and television and by magazines. Everybody is talking about Usama Bin Laden. Through information, though the media, you made him famous. The big boss. He is nothing. I understand and believe 100% that you can run, but you can't hide. We go back in history into the seventies. What happened in Lebanon? What happened in Palestine? What happened in Egypt? What happened with the Minister of Petroleum in Saudi Arabia and Kuwait? Who was the big boss? At that time in the seventies, it was Carlos in Venezuela. Today, it is Usama Bin Laden. After 27 or 26 years, they caught him. Now he is in prison. They caught him. In time it's coming. To who? To Usama Bin Laden. I am sure. You can run, but you cannot hide. They will catch him. The police smell out people. This is what I mean.

ISN #493
Enclosure (3)
Page 9 of 10

**UNCLASSIFIED//FOUO**

UNCLASSIFIED//FOUO

Detainee (continued): When I came from Kandahar to this island, I said to a guy in the next cell to me, " I hope Usama Bin Laden would surrender so they will let us go." I was happy. To this day, the other detainee's bother me and call me a spy.

Tribunal President: Abdul Hakim Bukhary, do you have any other evidence to present to this Tribunal?

Detainee: I do not.

Tribunal President: Personal Representative do you have any other evidence or does the detainee have any previously approved witnesses to present to the Tribunal?

Personal Representative: No, ma'am.

Tribunal President: All unclassified evidence having been provided to the Tribunal, this concludes this Tribunal session.

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.



Colonel, U.S. Army
Tribunal President

ISN #493
Enclosure (3)
Page 10 of 10

UNCLASSIFIED//FOUO

PET. EX 116

# UNCLASSIFIED//FOUO

### Summary of Administrative Review Board Proceedings for ISN 493

*The Administrative Review Board was called to order.*

*The Designated Military Officer (DMO) was sworn.*

*The Board Reporter was sworn.*

*The Translator was sworn.*

*The Detainee entered the proceedings.*

*The Presiding Officer announced the convening authority and purpose of the Administrative Review Board proceedings.*

*The Administrative Review Board members were sworn.*

*The Assisting Military Officer (AMO) was sworn.*

*The Presiding Officer asked the Detainee if he wishes to make a statement under oath. (Muslim oath offered).*

Detainee: Of course I do not speak. I only speak the truth and I will speak the truth and I have nothing but the truth. Do you have anything else to say?

Presiding Officer: I understand your customs and I respect you for that. Can you just please give me a yes or no answer as to whether you wish to take the oath.

Detainee: I just have two things to say before everything else. I was hoping for this to convene and that I would have the chance to speak in front of you. It is a great day that you called me today. Honesty is something great and you have all of my respect. I will summarize it in two words, no more or no less. I understand...I am a Muslim and you are Christians. Christians and Muslims or anyone on this planet does not like injustice. The words I want to say to you, with all of my respect to you, are thank you very much for calling me here. The second thing I will talk about is my situation simple and short, summarized. So, you have it in my file from "A, all the way to Z". I was in a Taliban prison.

Presiding Officer: Could I ask you to...all I am asking at this time is if you want to take the oath or not. That is it. You will have your opportunity to give us this statement in a short time.

Detainee: I only have two things to say and that is it.

Presiding Officer: I appreciate that and I want to give you that opportunity. At this point I just want to get your answer on whether you would like to take the oath. If it is a "no"

ISN 493
Enclosure (5)
Page 1 of 6



# UNCLASSIFIED//FOUO

## UNCLASSIFIED//~~FOUO~~

that is fine and we will continue on and you will have an opportunity to give us those two points.

Detainee: I did not complete my statement. Before I take an oath if you can give me a small...

Presiding Officer: Go ahead.

Detainee: Thank you. The American Forces took me from the Taliban prison and I am here right now. They interrogated me more than 20 thousand times and that is one of the injustices. I don't have [anything] else to say or to do and thank you very much. I am not from damn al Qaida and your government and officials know that. I am a person of faith. I have [a lot] of faith. I believe that my release...that this is punishment from God for me and I will be released by God and I know that this is unjust. I was detained before and [I am] now. I was beat[en] up and tortured [by] one of the Saudis in prison here. I just want to thank you very much for all of this. Thank you, with all of my respect to you, and now I want to go back to my [cell].

Designated Military Officer: [Presiding Officer] if I may just make a comment about that.

Detainee: I do not want to hear anything from you.

Designated Military Officer: The allegation that the Detainee is making with regard to a Saudi prisoner or detainee abusing him is something that the Assisting Military Officer has already referred to [the proper channels]. It is not in the package. It is information that is available and it has already been reported to the proper channels.

Detainee: Thank you very much I don't want anything else and I don't want to [listen].

Presiding Officer: Do you wish to go on with your Administrative Review Board at this time or do you want to be excused from the room?

Detainee: Thank you very much. I want to leave you. I am so sorry. I want to go back. Thank you. The punishment is coming from God. I don't have any problem with you...I mean with the United States. Also, you know that as I told you and she *(referring to the linguist)* told you, the Americans took me from the bloody Taliban prison. Before the war I was there and they tortured me very bad, even the Karzai people. Even here I get [tortured]. Thank you very much. I respect you, all of you. You are very nice, very good. Treatment is nice [and the] MPs are good.

Presiding Officer: I appreciate your honesty and if you would like I can cover a couple of the Post Administrative Review Board Comments.

Detainee: No.

ISN 493
Enclosure (5)
Page 2 of 6

## UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//~~ECUO~~

Presiding Officer: Okay. Thank you and we will take a brief recess while the Detainee is escorted out of the room.

Detainee: Thank you very much, all of you.

*The Detainee is escorted out of the room.*

Presiding Officer: The Administrative Review Board is now reconvened. Designated Military Officer please note the current time and date.

Designated Military Officer: The time is 1419 hours and the date is 22 September 2005. Sir, this board adjourned previously at 1411 hours.

Presiding Officer: Thank you. This Administrative Review Board recessed at 1411 hours on 22 September 2005, while the Detainee was removed from the room at his request and the board will continue from this point forward in absentia of the Detainee.

*The Assisting Military Officer presented the Enemy Combatant Notification form, Exhibit EC-A, to the Administrative Review Board.*

*The Assisting Military Officer presented the Enemy Combatant Election Form, Exhibit EC-B, to the Administrative Review Board.*

Presiding Officer: I note from the Enemy Combatant Election Form, EC-B, that the Detainee chose to be present and respond to each statement after it is presented, but he has elected to leave the Administrative Review Board and it is going to continue in absentia. Does everybody agree that the Detainee did acknowledge that he wanted to be excused from the Administrative Review Board?

Assisting Military Officer: Yes sir.

Designated Military Officer: Yes sir.

Presiding Officer: The Assisting Military Officer and Designated Military Officer acknowledged. Thank you.

*The Presiding Officer confirmed that the Assisting Military Officer had met with the Detainee and informed him of his rights regarding the proceedings, that the Detainee appeared to understand the process, that the Unclassified Summary of Evidence was read to the Detainee, that a translator was used during the interview, and that the Assisting Military Officer confirmed that the translator spoke the same language as the Detainee.*

Presiding Officer: It should also be noted that the Detainee did understand English and he addressed the board prior to his departure in English and did appear to understand

ISN 493
Enclosure (5)
Page 3 of 6

UNCLASSIFIED//~~ECUO~~

UNCLASSIFIED//F~~OUO~~

what the board was about and was very emotional. For some reason he decided not to stay.

*The Designated Military Officer presented the Unclassified Summary of Evidence, Exhibit DMO-1, and the FBI Redaction Memorandum, DMO-2, to the Administrative Review Board.*

*The Designated Military Officer stated that a copy of these exhibits had been previously distributed to the Assisting Military Officer.*

*The Designated Military Officer gave a brief description of the contents of the Unclassified Summary of Evidence, Exhibit DMO-1, to the Administrative Review Board.*

*The Designated Military Officer confirmed that he had no further unclassified information and requested a closed session to present classified information relevant to the disposition of the Detainee.*

*The Presiding Officer acknowledged the request.*

*When asked if the Assisting Military Officer had any information to present on behalf of the Detainee to the Administrative Review Board, the Assisting Military Officer stated that he would read the Assisting Military Officer comments and the Detainee comments from the Enemy Combatant Election form, Exhibit EC- B.*

*Administrative Review Board Member's questions:*

Board Member: In paragraph 3a items 10 and 11 it list Turhum, Afghanistan and he went there in 1992. Is that the same place as the Towr Kham Center guesthouse?

Designated Military Officer: I am not sure sir. I saw that also and I could not find Towr Kham. I am not sure if it is just the name of a guesthouse or if it is a guesthouse within the town or Turhum.

Board Member: Okay, because number 11 says 'Detainee again went to the Towr Kham Center guesthouse' which leads [me] to believe that he had been there before and that may have been the same place listed in number 10. Not a big deal though.

Designated Military Officer: It could be, but I am not sure.

Board Member: This guy has quite a timeline. Sometimes...this guy has a classic situation where sometimes we should eliminate anything out of all of this information that had to do with the previous war. We should focus in on 2001. That is just an observation. Who was this guy a spy for? Who was he working for when the Taliban arrested him as a spy? Was he working for us? Any ideas?

UNCLASSIFIED//FOUO

Designated Military Officer: He is not very clear on why the Taliban arrested him. If you look at the Unclassified Summary his response to the question about the Taliban arresting him was that he was never told anything, not even why he was arrested and they never even asked him his name. He doesn't know why the Taliban arrested him.

Presiding Officer: Yes, that is what it says.

Designated Military Officer: He said he was not even asked his name.

Board Member: On page 2 of 5 on the Unclassified Summary in item 12, what year was that? Does that start the...is that the recent stuff in item 12? In other words, do we move from 1992 to 2001 between numbers 11 and 12? Did he go do the Jihad for the Taliban? Are we still back in 1992 with items 12-15?

Designated Military Officer: Being that the Taliban was not in charge in 1992, I would say probably not.

Board Member: So, was all of that in 2001?

Presiding Officer: [It is] sometime between then. It could be the beginning of the Soviet time. It does not really say.

Designated Military Officer: I am just not sure.

Presiding Officer: That could be when the Taliban declared Jihad against the Soviets. It is not specific.

Board Member: I think that when we get to the classified side we can put it all together.

Presiding Officer: Okay. I don't remember, but you are right, it might.

Board Member: He is well connected that is for sure. The foxhole incident was probably in the Soviet time.

Designated Military Officer: I don't think so because that was when he was at the training camp. It was during the time he was at the training camp.

Board Member: Okay.

Presiding Officer: Assisting Military Officer this is for you. In the EC-B you read that he has no friends or relatives living in the United States and the Detainee stated that this was true.

Designated Military Officer: That was his comment sir.

Presiding Officer: His comments were that he does not have any relatives [in the United States].

ISN 493
Enclosure (5)
Page 5 of 6

UNCLASSIFIED//FOUO


UNCLASSIFIED//FOUO

Assisting Military Officer: Yes sir.

Presiding Officer: Okay.

*The Presiding Officer read the remainder of the unclassified portion of the Administrative Review Board proceedings, and then adjourned the proceedings.*

*The Presiding Officer opened the classified portion of the session.*

*The Presiding Officer adjourned the classified portion of the session and the Administrative Review Board was closed for deliberation and voting.*

### AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, U.S. Marine Corps
Presiding Officer

UNCLASSIFIED//FOUO

20484

PET. EX 117

UNCLASSIFIED//FOUO

## Summarized Sworn Detainee Statement

*The Tribunal President was explaining the hearing instructions to the Detainee.*

*The Personal Representative presented the Detainee Election Form (Exhibit D-A) to the Tribunal.*

*The Recorder presented the Unclassified Summary of Evidence (Exhibit R-1) to the Tribunal and gave a brief description of its contents.*

*At the conclusion of the Recorder's description of the contents of Exhibit R-1 the Detainee began to speak. The Tribunal President then informed him that there were a couple of other administrative matters that needed to be addressed and he would then be allowed to make his statement.*

*The Recorder confirmed that he had no further unclassified evidence or witnesses and requested a closed Tribunal session to present classified evidence.*

*The Tribunal President confirmed that the Detainee had three documents that he wished to present to the Tribunal as per the Detainee Election Form. The Tribunal President also confirmed that the Detainee requested to have two witnesses participate in the Tribunal on his behalf.*

*The Recorder administered the Muslim oath to the Detainee.*

*The Tribunal President opened the Tribunal to the Detainee to make his statement.*

*3.a.1. The detainee traveled to Kabul sometime in later 2001.*

The truth is I didn't volunteer to travel there. I was forced because I was a prisoner; I was moved from a Kandahar prison to Kabul by the Northern Alliance.

*3.a.2. The detainee was identified as an Iraqi national affiliated with al Qaida.*

That is true. I am an Iraqi citizen but I am not associated with or a member of al Qaida. When I was there, there was no such thing as al Qaida.

*3.a.3. The detainee resided at a guesthouse near Kabul, Afghanistan, frequented by people training at a terrorist training camp in Afghanistan.*

That is true. I did not live in that house but I visited that house about three times.

*3.a.4. Al Farouq is best known as a basic training facility for jihadists. Training at this facility was conducted in four phases: small arms firing, physical conditioning, map reading, topography, and explosive devices.*

UNCLASSIFIED//FOUO

The truth is that I never went to Al Farouq training camp and I do not know what goes on in there.

*3.a.5. The detainee received military training in the Iraqi army.*

Yes it is true that in 1993 I did enter the Iraqi military but it was not voluntarily. Every person in Iraq was forced to join the military army. The military there is mandatory.

*3.a.6. The detainee trained with the following weapons: AK 47 rifle, 7.62 mm PK machine gun and mortars – 82mm, 120mm, and 160mm.*

The way the interrogator asked me what kind of weapons they were using or training on at that camp in the Iraqi military. I told them light weapons. They trained them on Kalashnikov, those types of weapons. I didn't tell them that I trained on them but told them that the Iraqi military trained on them.

I explained to them the military division I was in, which was the army; our weapons were a Kalashnikov in the army.

*3.a.7. The detainee acknowledges that in 1999 he fought on the front lines against the Northern Alliance with the Taliban near Mir Bachel Kowt.*

This is true. I was on the front lines but there was no war to speak of at the time.

*3.a.8. The detainee was imprisoned by Northern Alliance and subsequently transferred to United States authority.*

This is true.

Tribunal President: Does that conclude your statement or is there something else that you would like to tell us?

Detainee: I wanted to bring to the American justice that I do not have a psychological disease like the other Arabs here that are detained. The only mistakes that I have done was traveling there in 1999. I already was punished or paid for that being detained for five years for leaving.

I hope from the American government and justice to look at my case and see that I am a victim as an Arab in Afghanistan.

In 2002, I was detained in prison and they accused me of being an American spy. And honestly, I was not an American spy. I was put in prison and the Taliban tortured me in the worst way that you can think of until I was handed over to the American forces.

ISN# 653
Enclosure (3)
Page 2 of 15

002049

UNCLASSIFIED//FOUO

Since the year of 2000, I haven't had any freedom. And thanks to God, I have never did any hostilities against any people on this earth; on this planet.

Tribunal President: At this time we may have some questions for you. Will you be willing to answer some questions?

Detainee: Yes.

Tribunal President: Personal Representative, do you have any questions for the Detainee?

Personal Representative: Yes Ma'am, I do.

Personal Representative's Questions to Detainee

Q:    Can you explain why you went to Afghanistan and how you got there?

A:    That is a good question. I escaped from the Iraqi military at the end of the year in 1994 and entered Kurdistan. In Kurdistan, I stayed approximately one year and then went to Iran. In Iran, I worked in a shoe factory. It wasn't uncovered how the people, the way the Iraqi people lived in Iran, especially the people that did not have their official documents. I was one of the people that did not have their official documents when I entered Iran.

In mid 1999, the Iranian government did an attack or a raid with the Iraqis that were there. So I traveled from the city I was living in to another city. And that city was not a border city, but it was close to Afghanistan. About two months later, they were asking about everyone that worked at that shoe factory. I wanted to keep quiet as an Iraqi because the Afghans that were with me were speaking Farsi and I was speaking Farsi also. If I had said that I was an Iraqi, they would have handed me over to the Iraqi government. I kept quiet and they threw me on the border of Afghanistan. That's what happened and how I entered Afghanistan. After they took everything I had, including my money, I was forced to go to the Afghani government to help me go back to Iran. Unfortunately, they did not help me, they told me in order to get help, you have to go to the front line in Kabul. That is how I entered Afghanistan.

Q:    Just to clarify, when were you first imprisoned in Afghanistan?

A:    If my memory doesn't betray me, at the beginning of the year of 2000.

Q:    You had stated that you visited in Kabul. Why did you go there?

UNCLASSIFIED//FOUO

A:    The house that I was in at the front lines did not have a shower or a bathroom, a place where I could clean my clothes, clean up so I was forced to go to the guesthouse and do those things.

Q:    What did you do on the front lines?

A:    There wasn't really anything to do on the front lines besides guard duty.

Q:    During our interview you said that you had deserted the Iraqi Army. Can you tell us why?

A:    I escaped from the Iraqi army and went AWOL for the following reasons. My situation was not good. My family and I didn't own a house so we rented a house. The unit where I was stationed was in the north and my house was in the south. The salary that the Iraqi gave me was small and I couldn't afford to travel from the north to the south.

In addition, the Iraqi army victimized a lot of members of the Iraqi army. I was one of the people that were suffering from the Iraqi military. I wasn't able to withhold myself in the Iraqi army. I was a young person at the time and I wasn't thinking the right way and wasn't able to figure out what was happening around me. With the reasons that I mentioned, I felt like a caged bird. This feeling helped me escape from the Iraqi army and now I feel guilty for following that feeling.

I hope to go back to my family and give society the rights and have my rights also.

### Tribunal Members' Questions to Detainee

Q:    How old are you?

A:    I am 29 years old.

Q:    When did you enter this location?

A:    I was born in 1976 and this is my third year here.

Q:    I'm a little confused on your being captured by the Northern Alliance. I want to clear some of that up. I will ask you some questions in that area. You were first captured when, when you were in Afghanistan?

A:    I was captured and arrested by the Arabs in Afghanistan on February 15, 2000.

Q:    These Arabs that you are referring to, were they apart of the Northern Alliance?

ISN# 653
Enclosure (3)
Page 4 of 15

002051

UNCLASSIFIED//FOUO

A:    No, they were with the Taliban.

Q:    They arrested you because you were accused of being an American spy?

A:    Yes. I was arrested and accused of being an American spy. Unfortunately the people who arrested me did not know anything about human rights. They did not give me a chance to say anything; they just threw me in jail.

Q:    Were you an American spy?

A:    No I'm not an American spy.

Q:    Do you know why they suspected you of being a spy of some sort?

A:    Yes, I know why. At the beginning they arrest a man name Abdul Rahim Jenko. This man I met with in the guesthouse in Kabul, I gave him about half of a dollar to help him buy shoes. He asked that of me. After a short time he was arrested and accused of being an American spy. I don't know if he was forced to say that I was an American spy or if he wanted me thrown in jail. He confessed against me saying that I was a spy working with him for America. He said a lot of lies about me and thank God I had an interrogator name ▓▓▓▓ He confessed in front of the interrogator and said that he made me suffer and told a lot of lies on me in front of all those Arabs. His confession is on a piece of paper and is here in Cuba. For that accusation, I was detained in a Taliban prison.

Q:    How long?

A:    From 2000 until now.

Q:    Where were you taken from on February 15, 2000?

A:    From Kabul.

Q:    Where were you in Kabul when you were arrested?

A:    I was on the front line and they put me in a car and took me to a guesthouse and from the guesthouse I was taken to Kandahar.

Q:    If I understand this correctly, the Taliban arrested you and turned you over to the Northern Alliance?

A:    There is clarification needed and I will clarify it for you. I was not arrested by the Northern Alliance. In September 2000, we were in a detention facility. There were 1,800 people and only six were Arabs. When the Taliban government fell,

UNCLASSIFIED//FOUO

the Northern Alliance came and took over the detention facility and that is when I was taken. I was the only person that was in the second wing and all of the foreigners were in the first wing. I was taken from there to Kabul by the Northern Alliance. And they told me they were going to give me to the new government and said they would tell them that I was a prisoner of the Taliban and give me the official paperwork in order for me to go back to my family. That is how I got from Kandahar to Kabul and in Kabul I was put in prison and left there for three and one half months. After that I was handed over to the American forces.

Q:    According to your testimony, you have been a prisoner since February 15, 2000?

A:    Yes sir. I do have proof that I was arrested in that year and based on the testimony of Abdul Rahim Jenko, the person that was in prison with me.

Q:    After this man confessed that he lied about you being an American spy, why weren't you released?

A:    He confessed here that I am not an American spy. Arabs did not imprison him, Americans imprisoned him.

Q:    The shoe factory that you worked at, what was the name of it?

A:    This factory was not an official factory. They did have an official factory there but because I'm an Iraqi and didn't have my official papers, I wasn't allowed to work in the official factory. There was an Iranian who had official paperwork and he worked in the official factory. This man would bring unfinished products to the bottom floor and that is where we worked on them. There were 16 of us and that is how we worked. Those factories are in large numbers in Iran they don't have a name because they are not official factories.

Q:    Who owned the factory?

A:    It was just work and not a factory but the product looked like it came from an official factory and I know the name of the official factory. The name is Jim Koran (ph).

Q:    How did you pay from your travel from Iraq to Iran?

A:    In Iran and Kurdistan (ph) I was working with the Iraqi resistance led by the INC group and I worked with them for one year and in 1996 when the Iraqi military entered Kurdistan, I was transferred. The President of the resistance was ordered to leave Kurdistan and go to Turkey. Nine of us stayed behind in Kurdistan. I gave our name and numbers to other people. After the resistance group went to the United States of America, we were forced to leave the area. I was forced to

UNCLASSIFIED//FOUO

go to a merchant and ask him for some money so I could leave Kurdistan. They helped me get to Iran.

Q:   Did you have any travel companions for any part of your travels from Iraq to Afghanistan?

A:   Yes, one person from Kurdistan to Iran.

Q:   Who was that?

A:   He wasn't a friend of mind and I didn't know him but he was like a smuggler. He would smuggle cigarettes and tea and he asked money of me so he could smuggle me into Iran.

Q:   So you had no travel companions going into Afghanistan?

A:   No, the Iranian government took me and threw me on the borderline.

**Tribunal Members' Questions to Detainee**

Q:   When you were on the front lines and stated that there was no war. Is that correct?

A:   It is true. I was there from June 1999 to the year 2000. At that time there was no war or fighting between the Taliban and the Northern Alliance.

Q:   What were you on the front lines to guard?

A:   We lived in a house with about 25 people there and six to eight people would hold guard on top of the roof.

Q:   What were you guarding against if there was no war?

A:   We were put there because on the other side of the line was the Northern Alliance and the guards were put there. The Northern Alliance was their enemies.

**Tribunal President's Questions to Detainee**

Q:   You said they accused you of being an American spy. Do you speak English?

A:   When I was arrested I did not speak English but I learned in this prison. I speak about 45 percent.

Q:   I'm assuming that you mentioned it to them that it was a little odd that you didn't speak English if they thought you were an American?

UNCLASSIFIED//FOUO

A:   The person that they arrested that said I was an American spy, as far as I know, he is the one who spoke English.

Q:   He was arrested by the Taliban shortly before you were?

A:   Yes. He was arrested and then I was arrested.

Q:   He too was turned over to the Northern Alliance just like you were?

A:   Yes. We were in the Taliban prison. Taliban prison was made of two divisions, the first division and second division. The detainees would be moved from one division or prison to the other. When I requested to be moved from the second prison to the first, the person that testified against me also requested to be moved. He came there and started a problem with another Arab and was then transferred again to the second prison. In that prison before the Taliban fell, I requested again to be moved. I would like to clarify some points. After I was transferred to the second prison, I stayed there until September 14, Ramadan. The man that testified against me was moved to the first prison and he was there until the Northern Alliance came and took us all to Kabul. When they took me out of the prison, I was put in a car and not handcuffed. While sitting in the car I saw the other Arabs being brought from the first prison. They did not put them with me, they put them in the kitchen of the jail. I thought they were going to bring them with me but they took me alone. They put me in prison in Kabul and he was not transferred with me and remained there for the rest of the time.

Q:   Is that person here?

A:   Yes ma'am.

Q:   So ultimately, he made his way here, just not with you?

A:   At the beginning he was in prison in Kandahar and I was in prison in Kabul. In about two to two and one half months he was given to the American forces. After him, about three months after the Taliban government fell, I was handed over to the American forces.

Q:   I'm assuming you know his story because you have spoken with him?

A:   Yes, I spoke with him.

Q:   Was it here that he revoked his story about you?

A:   He was actually in the Taliban prison when he confessed and the Arabs made him suffer. I was with him at one period of time in a detention facility and he told me

UNCLASSIFIED//FOUO

that he was ready to tell the complete truth to the interrogators about me. That is what happened and when my interrogator came, he wrote his testimony on a piece of paper and gave it to her.

Q:    Is this gentleman one of the people that you requested to be your witness?

A:    Yes.

Q:    Did he agree to come to make a statement here today?

A:    Yes. That is what my Personal Representative told me.

Q:    You guys are OK and we are not going to have a problem with him being your witness, right?

A:    No ma'am. There is not going to be a problem. Even when we were in the detention facility I told him that I forgave him and I knew what they did to him. He was suffering just as I was.

Tribunal President: Personal Representative do you have any other evidence or the Detainee have any previous approve witnesses to present to this Tribunal?

Personal Representative: Yes ma'am. I am handing the Tribunal three Internet news articles previously marked as exhibits D-B through D-D. First news article is titled, "Arabs Arrested in Afghanistan Claim That They Are Working for the United States"; that is exhibit D-B. The second Internet article is titled, "Arabs Spy Unfolds US-Israel Intelligence Plan"; it is exhibit D-C. The final article is titled, "Taliban Tying US Citizen on Spying Charges; it is exhibit D-D.

*The Personal Representative hands exhibit D-B, D-C and D-D to the Tribunal.*

*The Tribunal took a short recess to allow the witness to be brought into the hearing room.*

*The Tribunal President explained to the witness why he was there and asked him to verify his name. (Abdul Zahir)*

*The witness was then sworn in using the Muslim oath.*

*The Detainee has no questions for the witness.*

*The Personal Representative questions the witness.*

Personal Representative: Do you know the Detainee as Islam?

UNCLASSIFIED//FOUO

Witness: Yes.

Personal Representative: Where did you know Islam?

Witness: I met him at a house in Kabul.

Personal Representative: Did Islam live there?

Witness: A very short time I saw him there.

Personal Representative: Did you know what Islam was doing during that time you knew him at this house?

Witness: I don't know exactly what he was doing there, but a few days ago someone was telling me that I had to be a witness for him, to say that you know that he was a Taliban prisoner. I can say that he was a Taliban prisoner.

Personal Representative: When did you first hear that he became a Taliban prisoner?

Witness: When I saw, at that time, for a very short time, that he disappeared, I heard that he became a Taliban prisoner.

Personal Representative: Did you know or hear of any reason why the Taliban imprisoned him?

Witness: I do not exactly know the reason but I heard that they said he was a spy.

Personal Representative: Do you know if Islam participated in or supported any hostile activities or planning of any hostile activities?

Witness: No.

<u>Tribunal Members' Questions to the witness</u>

Q:    How many times have you seen the Detainee?

A:    It's been a long time. I don't know the exact time but only when I went to the guesthouse I saw him there.

Q:    For how long of a time period had you seen him at the guesthouse?

A:    I saw him before at the guesthouse for a very short time but it has been a long time and I don't exactly know how many times, but it was for a very short time.

Q:    Do you recall when it was, that you saw him there?

<div align="right">
ISN# 653<br>
Enclosure (3)<br>
Page 10 of 15
</div>

002057

UNCLASSIFIED//FOUO

A:    I don't know exactly the time of that day or that month but the time was during Taliban.

Q:    Whose guesthouse was it?

A:    That guesthouse belonged to Abdul Habid Iraqi.

Q:    Was he apart of the Taliban?

A:    Yes.  I think he was working for the Taliban.

Q:    What did the detainee do in Afghanistan to support himself?

A:    I don't know.

**Tribunal Members' Questions to the Witness**

Q:    Do you know why the Taliban thought the Detainee was a spy?

A:    I don't know but I just heard that.

Q:    Have you ever seen the Detainee at the frontlines?

A:    I didn't go to the frontlines so I didn't see him.

*The Tribunal took a short recess to allow the witness to be removed and allow another witness to be brought into the hearing room.*

*The Tribunal President explained to the witness why he was there and asked him to verify his name. (Abdul Ahim Abdul Razzak Jenko)*

*The witness was then sworn in using the Muslim oath.*

*The Personal Representative questions the witness.*

Personal Representative: Do you know the Detainee as Islam?

Witness: Yes.

Personal Representative: Why did you say Islam was an American spy?

Witness: Because of the torturing that I was receiving.

Personal Representative: Why did you choose Islam versus someone else?

ISN# 653
Enclosure (3)
Page 11 of 15

UNCLASSIFIED//FOUO

002058

UNCLASSIFIED//FOUO

Witness: Because they pressured me and they told me to say that he was a spy.

Personal Representative: Do you have any idea why they would want you to accuse him as a spy?

Witness: Honestly, I do not know why.

Personal Representative: Where did you first meet Islam?

Witness: I met him in a guesthouse in Kabul.

Personal Representative: How long did you know him?

Witness: I sat with him twice and I sent him a letter so he could buy me shoes. They thought there was some type of relationship between us two.

Personal Representative: Do you know why he was at the guesthouse?

Witness: Every person goes there as a guest. It's like a hotel.

Personal Representative: Do you know what Islam was doing at the time for the Taliban?

Witness: Honestly, I do not have knowledge of that because I did not know him.

Personal Representative: When were you in his presence for the first time?

Witness: May 1, 2000.

Personal Representative: Did you hear if Islam participated in any fighting?

Witness: Never.

*The Detainee questions the Witness.*

Detainee: We were arrested in the year of 2000. And later I was arrested. But my question to a brother Abdul Ahim (ph) is did he hear or see that I committed any hostilities or fought anyone in Afghanistan?

Witness: Never.

Detainee: Was I in Afghanistan like the others or was I different from them?

ISN# 653
Enclosure (3)
Page 12 of 15

002059

UNCLASSIFIED//FOUO

Witness: Honestly, like I mentioned before, I do not know if he was a Taliban or al Qaida. I met him in one month in the year of 2000. I mentioned in my Tribunal of all the incident and stories that happened, I mentioned it before in my Tribunal.

### Tribunal Members' Questions to the Witness

Q:    When was the first time that you informed anyone that you were pressured into stating that the Detainee was an American spy?

A:    When I first told someone in Afghanistan that he was a spy?

Q:    Yes, the very first time?

A:    January 15, 2000.

Detainee: May I ask a question?

Tribunal President: Sure.

Detainee: I don't think he understood your question. Maybe you meant when did he confess to me about the other Arabs that he told that I was a spy.

Q:    Yes. I was just trying to find out when he told either the Northern Alliance or the Americans that the accusations were false?

A:    I understand. The first time was, I think, after 18 days after they arrested me and they took me to the guesthouse and started to interrogate me and they started pushing me and touching me. At that time it was in January 2000.

Q:    OK. Just to make sure, I just wanted to find out when you finally told the Americans or the Northern Alliance that what you said was false?

A:    Last time?

Q:    No the first time.

A:    The first time was when, I don't know exactly what date but I think it was in January 2000.

Q:    Obviously you were tortured into saying the Detainee was an American spy but later after the fall of the Taliban, and the Northern Alliance took you out of the prison, did you tell anybody in the Northern Alliance or the Americans that the Detainee was not a spy?

A:    Yes I did.

UNCLASSIFIED//FOUO

Q:    When did you first tell them?

A:    I told the military intelligence in Afghanistan in the detention camp in Kandahar.

Detainee: I have a question if you will allow me.

Tribunal President: Yes, go ahead please.

Detainee: Ma'am can you ask him about the paper that he wrote and the statement that he gave to them?

Tribunal President: The Detainee indicated that here you wrote a paper basically exonerating him?

Witness: What I wrote here about the Detainee?

Tribunal President: Yes.

Witness: Yes I wrote a paper to his interrogator and his interrogator took it to his file.

### Tribunal President's Questions to the Witness

Q:    I just have one question for you. When you were being tortured and they told you to implicate him did they give you any indication as to why; they didn't like him or why did they wanted him?

A:    I believe because he was there and the best guy between them. He was a good man. They didn't like him because he was different from those people. They were evil people and nobody could live with them. So when they say mess with a poor guy like him and when I got to the guesthouse, nobody would help me or come to me but this guy because I spoke my Kurdish language and he was merciful on me. I had no money, I had no friends and he helped me and I got close to him. We had a relationship with each other.

*The Tribunal took a short recess to allow the Detainee to be removed from the hearing venue.*

*The Tribunal President confirmed that the Personal Representative had no further evidence to present and that the Detainee had no additional previously approved witnesses to present to the Tribunal and closed the open session.*

*The Tribunal President explained the remainder of the Tribunal process to the Detainee and thanked the Detainee for his courteous participation.*

UNCLASSIFIED//FOUO

*The Tribunal President adjourned the open unclassified session.*

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.



Colonel, U.S. Army
Tribunal President

PET. EX 118

Copyright 2001 The Atlanta Constitution
The Atlanta Journal-Constitution

December 11, 2001 Tuesday, Home Edition

SECTION: News; Pg. 3A

LENGTH: 436 words

HEADLINE: Taliban retreat leads to prisoners' release

BYLINE: TASGOLA KARLA BRUNER

SOURCE: AJC

BODY:
Kandahar, Afghanistan --- Sadiq Turkistani of Saudi Arabia was imprisoned almost four years for trying to kill Osama bin Laden. Jamal al-Harith of England spent two months in jail on spying charges. Abdul Sabar of Afghanistan served 15 months on what he says were trumped-up robbery charges.

Under the Taliban's justice system, these men were languishing in Kandahar's Sargassa Jail with no hope for release.

But now that the Taliban has left their southern stronghold, those who were enemies are friends.

On Monday, the men were released along with 1,500 other inmates by the incoming Pashtun-led government of Hamid Karzai and reinstated Kandahar governor Gul Agha. Many of the men had been imprisoned for fighting the Taliban during the civil war. Some of them were caught up in politics and the harsh application of Taliban law. The Taliban abandoned Kandahar on Friday, ending the last remnant of the movement's rule in Afghanistan.

When the tearful prisoners were released, they emerged with dazed looks. Some yelled, "God is great!"

Abdul Sabar took out a crumpled photo of his two babies in the capital, Kabul, and cried.

"I haven't seen my family. They don't know where I am. I don't know how they are. They probably think I'm dead," he said, wiping tears with his shawl.

He said he was a land mine-removal worker for the United Nations when thieves took some money he was transporting for the organization. When he went to report the robbery 15 months ago, the Taliban accused him of taking the money.

Saeed Kabir said he was fighting with the Northern Alliance against the Taliban when he

was captured two years ago. He came out of prison with his fist in the air.

"They destroyed our country! They destroyed our Islam!" he shouted. "They don't care about anyone. They put everyone in jail whether they fought against them or not."

The prisoners said they lived on a ration of two pieces of bread a day, but more recently that had been reduced to one piece. They slept on the floor and were often beaten, they said.

Jamal al-Harith of Manchester, England, said he was arrested two months ago and accused of spying. He was in Quetta, Pakistan, when the U.S. bombing began Oct. 7. He tried to cross Afghanistan to reach Iran when the Taliban arrested him.

He said he was kept in a dark room for two weeks and wasn't allowed to do anything but use the toilet. The Taliban took his passport, documents and money.

"We don't have anything. We have no money. There's not even a bus system to take a bus out of here," he said. "The Taliban brought me here and forgot about me."

LOAD-DATE: December 11, 2001

PET. EX 119

# The New York Times

**Late Edition**
New York: Today, mostly sunny, high 45. Tonight, increasing clouds, low 36. Tomorrow, rain arriving, high 47. Yesterday, high 63, low 42. Weather map and details are on Page A53.

NEW YORK, SUNDAY, DECEMBER 16, 2001    $3.75 beyond the greater New York metropolitan area.    **THREE DOLLARS**



## TORA BORA ATTACK ADVANCES SLOWLY IN TOUGH FIGHTING

### SEEKING ELUSIVE QUARRY

### U.S. Forces Intercepted Radio Communications Thought to Be From bin Laden

**By MICHAEL R. GORDON**

TORA BORA, Afghanistan, Dec. 15 — Even as American forces and their Afghan allies close in on Al Qaeda fighters in the mountains here, the forbidding terrain and the stubbornness of some of the foreign followers of Osama bin Laden are making the struggle for Tora Bora the most complex battle of the war.

Unlike the earlier string of victories, the goal is not to capture a city. It is to capture or kill up to 1,000 hardened fighters in one of the country's most rugged regions. Ultimately, it is also to apprehend or kill one of the most elusive of quarries, Mr. bin Laden and his top Al Qaeda lieutenants.

American forces have heard what they believe was Mr. bin Laden giving orders over short-range radio in the Tora Bora area in the last week, a government official said today in Washington, speaking on condition of

---

on:
g It

ach
-39:

dicine

rray
o
ow

as a year
de of the
ually uni-

with the
ecessions,
centrated
ong those
hands on
struction
90-91 was
umbers of
bless, but
its pain
Northeast
h a deep
catch up
untry for

e sector,
s the eco-
suffering
since Sep-

Downloaded from... Page 170 of 210

publish it later from the Taliban's spiritual leader, Mullah Muhammad Omar. But it was allowed to resume, on the writers' terms: the letter was never published, and they were promised freedom from government interference.

To produce a first issue, the association collected money from its 300 members, and inveigled more from doctors, engineers and the

Ahsanzadeh, because the Taliban did not allow depiction of a human figure. But it did publish satire. This week, Mr. Siamak read a sample of his work, in this case mocking the tendency of Iranian radio, which can be heard here, to completely contradict itself without missing a beat:

"First broadcast: Mullah Omar is dead.

sity. The sign outside his walled home advertises sewing classes.

Professor Rahyab has three daughters — one a budding short story writer, the second an aspiring journalist, the third a confident 12-year-old — which he said might have subconsciously motivated him to teach women in secret.

He said he believed in the power of literature, even in a society

I was discarded everywhere, the poetic whisper in my soul died.

Do not search for the meaning of joy in me, all the joy in my heart died.

If you are looking for stars in my eyes, that is a tale that does not exist.

## KANDAHAR

# Inmates Left by the Taliban Are Free, but Cannot Leave

**By ERIK ECKHOLM**

KANDAHAR, Afghanistan, Dec. 15 — Five foreign men who were imprisoned by the Taliban on political charges are in an anxious limbo here, with officials insisting they stay in the city prison for their own protection until some outside agency agrees to spirit them out of the country.

The men's histories are murky — they refuse to discuss how long they have been in prison or why, and some are vague about their nationalities. Still, the newly installed prison officials plan to grant them their freedom on the theory that if they were political prisoners, they were not supporters of the ousted Taliban.

But the officials say they are afraid to let the men leave on their own, and the men are afraid to walk out. This is because they could easily be confused, based on their faces and language, with the thousands of outsiders who came to aid the Taliban or to train with Osama bin Laden's Al Qaeda. Many Afghans hate the foreign fighters, blaming them for stoking radicalism and bringing disaster on their country.

"We want to release these men, but for their security we are requiring them to stay here as guests," said Hajisali Muhammad, the new warden of the Kandahar Central Prison, where the five were moved this week from the now-empty prison

### DO NOT FORGET THE NEEDIEST!

for political crimes.

"We brought them here to save them," Mr. Muhammad said inside the prison courtyard where the five are living. "If they walk into the bazaar, the people will think they are from Al Qaeda and will kill them."

The men, far from grateful, are bitter and desperate. They berate their new captors for failing to arrange their exit and they wonder when international agencies — most of which have not yet returned to Kandahar since the fighting ended — will come to their aid.

"We won't talk and we don't want your help," snarled one man, who described himself as Syrian.

"We just need the Red Cross or the United Nations to come take us out of here. Otherwise, I'm going to kill myself, and then another one of us will kill himself every day after that."

The group includes a man of Arab descent who says he is British, a tall blond man who says he is Russian, the man who calls himself Syrian but is suspected of being Russian or Chechen, a man who says he is from the United Arab Emirates and a man with East Asian features who said, with a grin that did not inspire confidence, that he is Saudi Arabian.

All the men speak Arabic and some also speak English. It is not clear why they are so unwilling to divulge their backgrounds.

When anti-Taliban militias occupied Kandahar last weekend they



Agence France-Presse

A man who says he is a British citizen was one of five foreign men jailed by the Taliban. The men are waiting for safe passage out of the country.

discovered more than 1,800 prisoners in the notorious prison for "political crimes." They quickly released all the Afghans inside, but 22 foreign prisoners required further thought.

On Wednesday, 17 foreigners, all Pakistanis or Iranians who could blend in and make their way home, were let go. The remaining five, whose foreign languages, and in some cases appearances, left them vulnerable to lynching, were transferred to this wing of the prison.

Officials found no records when they entered the prison, said Mr. Muhammad, and he did not know why these five men had been jailed. "We just received them as an inheritance," he said. "We're convinced that they are not murderers and we just want to release them."

In their agitation, some of the men

jumped from hostility to laughter, raising doubts about the seriousness of their suicide threat. One, the man who said he was a British citizen, sat in his room reading the Koran without looking up at visitors.

"We've asked for help a hundred times and nobody has come," said the man who claimed to be Saudi Arabian.

The warden said he hoped that the International Committee for the Red Cross could repatriate the men to their homelands.

But the Red Cross offices closed for the weekend on Friday and the senior local official was in Pakistan for end of Ramadan. A guard at the office here said that the director, who had evacuated the city during recent fighting, was expected to return within the next few days.

# PET. EX 120

Copyright 2001 Associated Press
All Rights Reserved
Associated Press Online

December 17, 2001 Monday

**SECTION:** INTERNATIONAL NEWS

**LENGTH:** 671 words

**HEADLINE:** Fewer Inmates in Kandahar Prison

**BYLINE:** CHRISTOPHER TORCHIA; Associated Press Writer

**DATELINE: KANDAHAR,** Afghanistan

**BODY:**
For years, thousands of political prisoners and common criminals languished behind the high walls and barbed wire of Kandahar Central Jail.

Soon after the Taliban fled their last stronghold 10 days ago, their tribal foes threw open the gates, and 2,500 inmates walked free. Many belonged to the anti-Taliban northern alliance and had been brought from Kabul, Herat and other cities all over Afghanistan. Others were petty thieves.

Now there are twice as many guards as the 60 inmates left behind, and the captors have a relaxed approach to their job. On Sunday, some gathered around a large bamboo pipe with a ceramic base to inhale huge clouds of hashish smoke, an activity banned by the Taliban.

The new warden is anti-Taliban activist Saleh Jan, a former fighter against the Soviets who spent three months in the prison during the Islamic militia's rule.

He was appointed by Gul Agha, the former governor of Kandahar province, who got his old job back after taking up arms against the Taliban and advancing with the help of U.S. bombing.

In a guard tower overlooking two armored personnel carriers at the prison entrance, Jan said he had not taken charge of any new inmates since the Taliban fled the city.

"Institutions haven't been set up. The justice system isn't working yet. They're still appointing officials," he said. He sat on a carpet surrounded by robed prison staff. A pile of rocket-propelled grenades was stacked in one corner.

Most of the remaining inmates are convicted murderers who have been forgiven by the their victims' families, which once was enough to gain clemency, Jan said.

But they are still serving five- or 10-year sentences imposed by the Taliban. Perhaps Afghanistan's new government will free them, he said.

In one of the eight cellblocks sit five mysterious prisoners - a British Muslim, two Saudis, a **Syrian Kurd** and a Russian. The Briton was silent, but the others vigorously denied any links to the al-Qaida network of Osama bin Laden, chief suspect in the Sept. 11 terrorist attacks.

Thousands of Arabs and Muslims from other parts of the world fought alongside the Taliban in what they called a jihad, or holy war. But many were killed in U.S. bombing or captured by Afghan forces opposed to the Taliban.

Inmate Abdul Hakim, a Saudi national, said he was on a carpet-buying trip to the Afghan town of Spinboldak, on the border with Pakistan, when unidentified assailants mugged and tortured him, accused him of plotting to kill bin Laden and brought him to the Kandahar jail four months ago.

"Osama is the great Satan, the new Hitler of this time," Hakim said in English in his cellblock courtyard. "I don't have anything to do with that stupid guy."

Another Saudi said he fled his country after being jailed there for theft and ended up in Afghanistan, where the Taliban jailed him at least four years ago on charges of spying.

Indifferent to dozens of flies buzzing around a nearby plate of oranges and pomegranates, **Abdul Rahim of Syria** said he had been in Taliban custody for two years on charges of spying for Israel and the United States.

"The Afghans don't trust us," he said.

A blue-eyed Russian prisoner, Irat Wahitov, told a convoluted story about fleeing persecution in Russia and trying to travel to Turkey through Afghanistan. He was picked up by the Taliban, he said, and accused of being a KGB spy.

Jan, the warden, confirmed that the foreign prisoners had been jailed under the Taliban but said he had been unable to determine whether their stories were true. Red Cross staff have visited the inmates to take their names and other details.

"They're no longer prisoners. They're our guests," Jan said. "If the Red Cross comes to pick them up, we'll hand them over."

In a measure of lax jail regulations, several reporters were allowed to enter the cellblock and sit alone with the foreign prisoners. But the visitors had to wait an hour to get in; the official with the cellblock keys was running an errand in the bazaar.

**LOAD-DATE:** December 17, 2001

PET. EX 121

Copyright 2002 Agence France Presse
Agence France Presse -- English

January 16, 2002 Wednesday

**SECTION:** International News

**LENGTH:** 695 words

**HEADLINE:** Five foreigners in the prison hell of the **Taliban** and al-Qaeda

**BYLINE:** PIERRE LHUILLERY

DATELINE: KANDAHAR, Afghanistan, Jan 16

BODY:
Five foreigners still languishing in a Kandahar jail bear the scars of being imprisoned in the Afghanistan of the Taliban. Accused of being spies, they were imprisoned, beaten and tortured.

Now the Taliban have gone, driven out by relentless US bombardments, the five remain in prison, free but without the passports or money to go anywhere, waiting for someone to help them leave the country.

While their stories are difficult to confirm, they appear convincing. The marks of maltreatment are visible, and the new authorities of Kandahar have nothing against them.

A Tatar from Russia, a Kurd from Syria, a Saudi Arabian, a Briton and an Uighur from China. Their origins are as varied as the motives which led them to Afghanistan.

The five were arrested in various parts of the country and taken to a prison in southeastern Kandahar when it was still the stronghold of the Taliban and suspected terror mastermind Osama bin Laden.

Ayrat Vahitov, 24, an activist for the rights of Tatars, said he left Russia in December 1999 after running into trouble with the authorities.

"A KGB colonel came to see me and proposed that I work for them. I refused," he told AFP.

Deprived of a passport, he said he and a Tajik friend decided to sneak to Turkey, passing through Tajikistan, Afghanistan and Iran.

In February 2000 they were stopped by the Taliban in the northern Afghan province of Kunduz and handed over to Arab members of bin Laden's al-Qaeda terrorist network, who transferred them to an underground prison in Kabul.

"For two days I was beaten and kicked in the back until I agreed that I was a KGB agent," Vahitov said. "They killed my friend Iakoub. They beat him so much, saying he was KGB, then they cut his throat in front of me.

"I was locked up there for seven months. Twice a week they would beat me all night. For eight days they hung me from the ceiling by my arms and struck me with electric cables.

"After that they said to me 'you are going to Kandahar. (Taliban supreme leader Mohammad) Omar has sentenced you to death'."

Vahitov said he was held "under terrible conditions" in Kandahar until the American bombardments forced the Taliban to flee.

"Now, I am unable to go Russia and I cannot remain here, I have no passport, no money, nothing. I want to be a political refugee in any country which will accept me."

**Abdul-Rahim Abdul-Razak Al-Gango**, a 26-year-old Kurd, said he fled Syria for the United Arab Emirates to avoid military service.

When his visa expired, and not wanting to deported back to Syria, he passed himself off as an Afghan to be sent to Afghanistan.

He was arrested in eastern Jalalabad where he was accused of being a spy and taken to Kabul and beaten for three months before being sent to the prison in Kandahar.

"Now we are free, but where can we go," **Al-Gango** said, adding he was prepared to return to Syria if he could be given a guarantee he would not be jailed there.

Abdul Hakim Bukhari, 48, a Saudi, said he was in the Pakistan city of Karachi for an eye operation when he crossed the border to buy carpets in Afghanistan where he was arrested in Spin Boldak, near the southeastern border, and accused of being a spy.

"They put me into an underground jail, with no food nor drink at all for three days. Then, for 20 days, they beat me three times every day, two hours each time. And they kept asking me 'Why did you come? Who sent you'?"

Jamal Al-Harith, a 36-year-old British national who converted to Islam, said he was stopped near Kandahar early in October 2001 while travelling by road from Pakistan to Iran.

"I was beaten for three days by the Taliban, but I was lucky enough not to be captured by al-Qaeda."

Sadiq Ahmad Turkestani, 28, an Uighur with residency status in Saudi Arabia where his parents now live, was sentenced to prison for robbery and then expelled to Afghanistan in 1996.

His scenario is the same as his four cellmates: accused, beaten, tortured -- he shows his feet where the toe nails have been torn off -- and starved in prison.

All five now hope for assistance from humanitarian organisations to help them leave Kandahar and their prison.

LOAD-DATE: January 16, 2002

PET. EX 122

Copyright 2001 Nationwide News Pty Limited
The Weekend Australian

December 15, 2001, Saturday

SECTION: WORLD; Pg. 13

LENGTH: 654 words

HEADLINE: Foreign prisoners leave liberators bewildered

SOURCE: The Times

BODY:
Catherine Philp

* Kandahar

AS the rusty prison gates were flung open, the prisoners trooped out, blinking in the sunlight. Nearly 2000 men, all of them jailed for their opposition to the Taliban regime. As they dispersed into the courtyard, a small group lingered nervously behind, unsure where to go. Their liberators stared in astonishment. "These are not Afghans," one whispered. "What are they doing here?"

When Kandahar's new rulers came to free the political prisoners they never expected to find foreigners in their midst. The Taliban was known for its foreign volunteers but little was ever heard of foreigners working for the opposition. Now, before the authorities can work out what to do with them, they must first solve the mystery of where they came from and what they were doing in Afghanistan.

The prisoners themselves are not helping much. "I am from Saudi Arabia," one beaming man with distinctly Oriental features announced. He then embarked on a Byzantine tale of how he ended up in Kandahar jail, beginning with a carpet-shopping trip just over the Pakistan border and ending with capture and torture by the Taliban.

Another, speaking faltering English, said he was a **Syrian Kurd**. "And he is from Manchester," he added, pointing to a slender black man trying to tune his radio to the BBC World Service. The man sat in silence, ignoring all questions. "His name is Jamal Udin, he is my friend," said the Kurd. "But he doesn't speak. He was mentally tortured by the Taliban."

None of the prisoners will admit to fighting for the Northern Alliance. All say they were captured and accused of spying by the Taliban and tortured to try and make them confess.

Irat, 24, said he had fled his native Tartastan two years after fleeing persecution in Russia because of his support for the Chechen rebels. He claimed to be making his way to Turkey when he was caught by the Taliban in Kunduz.

"They tied me up by my hands for eight days to try and make me confess," he said. "I was beaten up and lost a lot of blood."

The prison authorities are perplexed. "They are telling everyone different stories," Haji Salim Mohammed, the new governor, said with a deep sigh. "All we know is that they must have been political prisoners because we found them with the others who were jailed by the Taliban."

Red Cross workers are trying to piece together the prisoners' stories so they can contact their embassies and arrange for them to be taken home. "We set all the Northern Alliance prisoners free but we cannot free these people for security reasons until we know where they are going," Mr Mohammed said. "People hate the foreigners who fought for the Taliban and they may think these are the same people."

Despite the governor's pleas, six Iranian prisoners left under their own steam. "They said they had been here long enough and it was time to go home. I cannot blame them," he said. "I was a prisoner here myself under the Taliban. I know what they have suffered."

With the jail all but empty, the five remaining foreigners are enjoying their new accommodation in concrete rooms arranged round a courtyard, a liberal regime compared with the medieval brick dungeons in which they were kept by the Taliban.

"I don't want to go back to Russia because they will put me in jail again," Irat said. "I want to go to Turkey and ask for asylum."

The 1800 Afghan political prisoners just released are already on their way home. Mr Mohammed also ordered the release of 300 children under the age of 15 jailed by the Taliban.

The youngest, aged 10, was sentenced to three years for smoking hashish. Adults jailed for so-called Taliban offences, ranging from shaving to watching television, were also ordered to be freed. But those who committed crimes such as murder and theft, remained in jail.

"They are guilty so they must stay," Mr Mohammed said. "But there will be no executions."

PET. EX 123

The Washington Post

**December** 17, 2001 Monday
Final Edition

SECTION: A SECTION; Pg. A14

LENGTH: 1461 words

HEADLINE: Inside the Taliban's Torture Chambers;
Men Held by Militia as Spies Detail Routine Brutality, Large Role of Foreigners

BYLINE: John Pomfret, Washington Post Foreign Service

DATELINE: KANDAHAR, Afghanistan

BODY:

Abdullah was a handsome young man, simple in dress with a strong jaw he had barely started to shave. His only character flaw, his friends and family remember, was that he had little respect for authority.

The Taliban arrested the 23-year-old on Nov. 28, a week before the militia abandoned Kandahar, and accused him of being a spy for the United States. Taliban fighters and their foreign supporters interrogated him and beat him to death. That evening, they hanged his corpse from a large metal tripod and put the structure in Kandahar's main crossing, Martyr's Square. It stayed there for almost a day.

Abdullah's crime, according to a Kandahar radio report at the time, was that he was found with a satellite phone. That phone, authorities said, indicated that he was working as a spotter for U.S. warplanes seeking targets in what was then the Taliban's spiritual stronghold.

Abdullah was the last man known to be executed by a movement that is now in tatters. A look into the circumstances surrounding his death -- and into the imprisonment and treatment of other alleged spies -- illustrates the extent to which foreigners controlled the Taliban security services and the use of gruesome torture as an everyday practice.

Abdullah was hanged as a warning to the extensive network of Afghans who were working in Kandahar to unseat the Taliban authorities. Trained in Pakistan to use satellite phones, team members working alone took enormous risks and provided crucial help in a war that forced the Taliban from power.

But family members and other people here say Abdullah was in fact innocent of the espionage charges. By their account, his main crimes were insulting Arab members of the al Qaeda network in Kandahar and being from a family known to oppose the Taliban.

The brutality with which Abdullah was executed backfired on the Taliban, only helping to strengthen the resolve of target spotters, people here say. "When we heard about his death, it just made us more committed to getting rid of this government because this boy wasn't doing anything," said Abdul Ali, who worked as a spotter. "I said it was really time to finish this cruelty. I decided to work harder."

Ali, who was recently appointed manager of the radio and TV operations in Kandahar, said he was trained to use a satellite phone at the house in Quetta, Pakistan, of Hamid Karzai, the head of the interim Afghan government that will take power on Saturday. Women smuggled satellite phones into Kandahar under their burqas, the flowing head-to-toe veils that the Taliban forced them to wear.

Ali said that under rules laid down by his trainers, whom he described as Americans, he was not to call from the same place twice. He was asked to casually assess bomb damage after he called in a strike. And he was not told the identities of the other spotters, so that he could not hand over useful intelligence if captured.

But "I did find out about Abdullah," he said. "I am sure that he was not involved."

Abdullah's problems began, according to friends and family, when he and his uncle and father, former commanders in the fight against the Soviet occupation, moved into a Kandahar neighborhood called Haji Arab. It was inhabited by the Taliban and the mostly Arab force that controlled the country's security services.

"Abdullah would say things against the Arabs, that they were foreigners in Afghanistan, that they were hurting the country, that they should leave," said Amir Rabbani, a neighbor and friend. "The Arabs would listen and stare at him. They were not happy."

Several days before he was arrested, Abdullah got into a fight with an Arab gunman who threatened to kill him, said a family member who spoke on condition of anonymity because of fears of retribution.

"Abdullah walked by an Arab house where the U.S. had bombed and killed Arab fighters," the relative said. "He said out loud that he was happy. The Arab almost killed him there."

On Nov. 28, Taliban fighters and Arabs came to Abdullah's house, the relative said. Sources close to the Taliban said they beat him to death that night. Later the relative saw Abdullah's corpse hanging in Martyr's Square.

Former Taliban security officials said Abdullah was interrogated by, among others, Sayf al-Adl, an Egyptian member of the al Qaeda network who is wanted in Egypt on terrorism-related charges. Al-Adl's name also surfaced in interviews with four foreigners who had been incarcerated in Kandahar's prison during the Taliban's reign.

The men -- a Russian, a **Syrian**, a Saudi and a Saudi-born stateless man -- said al-Adl and

Muhammad Atef, a close aide of bin Laden's killed in U.S. bombings in November, had interrogated them and authorized their torture.

The Russian, Arat Nasemovich Bakhitov, 24, said he had been suspended from a ceiling by his wrists for eight days during interrogation.

He was sentenced as a spy in February 2000 after he was found traveling on a fake Tajik passport. Bakhitov said he had fled Russia because, at the time, he had been active in a campaign to gain more rights for his native Tatarstan, a semiautonomous region with a majority Muslim population.

He said that before the Taliban officials took him to Kandahar, they held him in solitary confinement in Kabul for months. His only clothing was a shalwar kameez, the knee-length tunic and pantaloons worn by men in these parts. "I did not see the sun for a half a year," he said. "I ate only bread and washed my face with ice."

In Kabul and in Kandahar, he said, Taliban fighters and their foreign supporters, most of them Arab, would come to his room to torture him. They would gather his arms around his folded knees, tie them together and then run a stake through the hole created by the crook of his elbow and the back of his knees.

"They would lift me up in the air and just beat me," he said. "I knew if I admitted I was a spy they would kill me."

"What I wanted to do most at that time was die," he said. "Nothing else. Now it's over and I thank God. But I can't believe I am alive."

After the Taliban fell, Bakhitov and other foreigners accused of espionage were released. They are still living in a fly-infested compound at the Kandahar Central Jail because they have no place to go.

He recently called his mother and spoke with her for the first time since his arrest.

"The first thing she asked was whether I was fasting," he said, referring to the holy month of Ramadan during which Muslims traditionally fast during daylight hours. "We haven't talked in years and she asks me if I am fasting. I love her but she's crazy."

One of his cellmates, Sadiq Ahmed Turkestani, the Saudi-born stateless man, said he also was interrogated by al-Adl in Khost, a city in Paktia province where the al Qaeda network operated several training camps and where many of the families of foreign fighters lived.

Turkestani, whose family was originally from Xinjiang, China, said he traveled to Khost in early 1997 with an Iraqi friend because they wanted to smuggle electronics equipment. The Taliban arrested them there and accused them of spying. The Iraqi, he said, was killed when an Arab hit him below the ear with a rifle butt.

"The Taliban took me and handed me over to the Arabs," he said. "They took me to a

camp. The Arabs said, 'If you tell us the truth, we will help you.' Their first question was, 'What's your rank? What's your real name? And what about weapons training?' "

"I said, 'I don't know what you're talking about,' so they brought a funnel and put it tightly over my neck and began to fill it up with very cold water, like I was going to drown," he said.

Beatings continued for almost a year, he said, and al-Adl was present on numerous occasions. In 1998, Turkestani was transferred to the Kandahar jail. Beating continued there, he said.

The jail has five wings. Three of them were dedicated to political prisoners, an indication of the repressive nature of Taliban rule. Prisoners starved to death, Turkestani said, especially those in the political wings.

Salay Mohammed, the new warden of the Kandahar Central Jail, confirmed that the Taliban and their foreign backers tortured people regularly. He has direct knowledge -- he was a prisoner of the Taliban for 25 days.

He said the old warden, Wali Jan, had, like many other senior Taliban officials, disappeared when the militia gave up the city.

Mohammed was instrumental in the recent release of 1,800 political prisoners from the jail. "It was one of the happiest days of my life to see those men leave the jail with their smiling faces," he said.

"We were happy, too," said Bakhitov, the Russian. "Everybody was doing their tradition dances. Me? I don't know those dances so I did hip-hop and -- how you say? -- break dance?"

**LOAD-DATE:** December 17, 2001

PET. EX 124

Copyright 2001 Telegraph Group Limited
THE DAILY TELEGRAPH(LONDON)

**December 14, 2001, Friday**

**SECTION:** Pg. 15

**LENGTH:** 653 words

**HEADLINE:** The Koran saved me, says jailed Briton

**BYLINE:** By BARBIE DUTTER

**BODY:**
IN a dingy prison cell in the southern Afghan city of Kandahar, a British man squats on a filthy prayer mat, rocking back and forth as he reads intently from his Koran.

The 33-year-old web designer from Manchester, who calls himself Jamal Udeen, languished for two months in Taliban captivity after the lorry in which he was travelling was commandeered at gunpoint near the Pakistan-Afghanistan border.

Now, officially a free man after being released by the nation's new leadership, he has been transferred to the jail's "guest house" - a padlocked compound where delinquent children were once incarcerated - while the British authorities in Kabul arrange for his return home.

A Muslim convert of eight years, he is of apparent African extraction and speaks with a northern accent. He arrived in Pakistan in late September, shortly before America launched its bombing campaign. He travelled to the frontier town of Quetta - "just following my Footprint to Pakistan guidebook" - but was warned by local Pathans to leave the area as impending air strikes would make any Briton a target for hatred.

He says he paid 4,000 rupees, around pounds 47, to a lorry driver for the trip through Iran to Turkey, a journey he made in reverse five years earlier when he spent a month in Pakistan with an Islamic organisation.

"I had always wanted to go back, because I was treated very kindly in the villages," he said. "But when they told me I should leave, I decided to head for Turkey."

Less than two days into the journey, the lorry was seized by five men, three of them armed. "I don't know if they were Taliban or just rebels, but they ordered me out of the truck and into their jeep. They said I had tried to enter Afghanistan illegally.

"They took all my stuff - my rucksack, passport, money, everything. When they saw my British passport, they accused me of being a spy. They said my clockwork radio was a tool to call down bombs from American planes.

"We drove for two days until we reached this place. I was put in jail without a trial, and beaten for three days. But that's normal here. From what I hear, I got off lucky - the guy two cells down from me died from a beating."

For much of his confinement, he shared a 12ft by 15ft cell with 27 other inmates. Prison food came in the shape of naan bread and water.

"The Koran was what saved me," he said. "I used it as a bit of a trick, to get the guards off my back. When anyone came to my room, I would pick up the Koran and begin reading it. They are all Muslims, so they respected that."

Jamal Udeen, who admitted that he once harboured "good thoughts" about the Taliban, said he felt immense relief over the regime's downfall. "There was a rumour that they would kill all the foreigners before leaving. But I am still alive, and that's all that matters."

He said he knew nothing of al-Qa'eda other than what he had read in newspapers or on the internet, but was prepared for suspicion - and official scrutiny - over his motivation for travelling in the region. "That doesn't bother me. As long as I can get out of here and to the British embassy, I don't have any problems. I haven't committed any crime."

Jamal Udeen and five other foreign prisoners, from Russia, Turkmenistan, **Syria**, Iran and Saudi Arabia, remain in the prison compound while the International Committee of the Red Cross alerts the respective embassies to their predicament.

Ayrat Vahitov, a Russian also accused of spying, has been in prison for two years, half of it in solitary confinement. His arms are heavily scarred from being strung up by chains from the ceiling for three days.

The new administration has already freed 1,600 prisoners of the Taliban, and others are due for release within days. Mahmood, 25, a bicycle thief, hopes he will be one of them. He has spent six months in captivity after being punished by having his left leg cut off in the Kandahar stadium.

LOAD-DATE: December 14, 2001

PET. EX 125

http://www.thetimes.co.uk/article/0,,2002050002-2002057170,00.html

**"Taleban warrior? No, I'm a lost backpacker"**
February 04, 2002
*The Times*
Tim Reid meets a mystery Briton

I HAVE met Jamal Udeen four times in the past fortnight. Although his story that he was a British traveller caught in the wrong place at the wrong time is highly suspicious, I have never been able to quite fathom him.

As seen yesterday, neither can the FBI, which has been interrogating him for 11 days at the US military base at Kandahar airport.

A source within the base, from where al-Qaeda and Taleban suspects are being flown to Camp X-Ray at Cuba's Guantanamo Bay, said yesterday that he is being held separately from the 300 other detainees because the FBI cannot work out if he is al-Qaeda, Taleban, misguided foot-soldier or simply a stray British tourist.

His tale is one of the more bizarre stories to emerge from the wreckage of post-Taleban Kandahar in early December. A few days after Mullah Omar and the Taleban fled the city, 2,500 prisoners of the Taleban were set free from the city's jail. Five, however, remained: Jamal Udeen - the name on his British passport is in fact Jamal al-Harith - plus a Russian from Tartarstan, two Saudi Arabians and a **Syrian Kurd**.

Being non-Afghans, with no money and no passports, they were unable to go anywhere. So this bizarre group stayed living in the otherwise empty jail as "guests" of the new Kandahar government.

When I arrived in Kandahar in early January, they were still there, nearly six weeks after they had been officially released. Jamal kept himself aloof from the other four, sleeping alone in his own cell, and refusing at first to talk to me. After I bought him some antiseptic cream and a cheap shortwave radio, he changed completely.

Speaking in a broad Mancunian accent, he stopped reading his Arabic copy of the Koran - he said that he had been teaching himself Arabic for more than a year - and was happy to talk.

He was desperate to return home, he said. He said that he was a website designer, that his date of birth was November 20, 1966, and that he had been travelling in northern Pakistan in September, retracing a journey he made to Iran in 1993. He paid 4,000 rupees (£66) to a lorry driver who agreed to take him to Iran and Turkey. After a day and a half, he says, they were stopped by three Taleban soldiers. When they saw his British passport, "it all turned to hell".

He was stripped of everything, beaten for three days, and eventually put in Kandahar jail in October with 250 other "political" prisoners.

He agreed that he had converted to Islam in 1992, changing his birth name, and thinking the Taleban were "pretty good news" when he first arrived in the region. "But first-hand experience is different," he said.

I told him that his story and his reasons for being in Afghanistan in September were extremely fishy, and few at home would believe him. He said: "If I came here to fight, I wouldn't have been thrown in prison. I travel all the time. That's all I was doing." He said that his sister had contacted the Foreign Office in London on December 14 to alert it to his plight, a fact confirmed by the British Embassy in Kabul when I telephoned it after my first meeting with him. The embassy said that it had his name and was working towards his release. He seemed pleased with that.

The International Red Cross office next to the jail had also offered him the use of its satellite telephone so that he could ring Kabul, and home. When I returned four days later, he was still sitting in his cell, reading Arabic, and had not telephoned. At times he seemed happy where he was.

His story was certainly suspicious. But I find it hard to believe that he was al-Qaeda, or had ever been to a terrorist training camp. Twelve days ago I was told that he was about to be flown to Kabul for a consulate interview.

What was extraordinary was that after nearly three months, not one of these men had received one visit from any official, American, British or Afghan. Meanwhile, the other four "prisoners" were desperate to be interviewed by the FBI. After repeated requests, passed on by journalists, they got their wish 12 days ago, when three federal agents arrived at the jail. Now all five face being sent to Cuba.

"The bizarre thing is," the US source said, "they are now extremely cheerful. They think this is a good thing. We are not sure what to make of them."

PET. EX 126



Vincent Cassard
<vcassard.gva@icrc.org>

08/22/2006 03:02 AM

To  Steve Sady <Steve_Sady@fd.org>

cc

Subject  Our Ref - OP_PROT_GLOB/GVA06E190 : abdul rahim abdul
razzak al janko(;Your ref:Steve Sady <Steve_Sady
17.07.2006 21:17:38)

Dear Mr. Sady,

Thank you for your message regarding Mr. Al Janko.

The ICRC is following closely the situation of persons held in
Guantanamo and in particular, regularly meets with Mr. Al Janko. The
ICRC is well aware of his situation and past detention in Afghanistan.
Over the last 12 months, the ICRC conducted 8 visits to Guantánamo Bay:
ICRC delegates held conversations in private (without the presence of a
guard) with detainees who wished to and also facilitated contacts
between detainees and their family trough the exchange of Red Cross
Messages.

In December 2001, most persons formerly detained by the Taliban
authorities in Kandahar were release and the ICRC provided them with a
financial assistance to return to their home.

In accordance with its working modalities and procedures, the ICRC
exclusively reports to the detaining authorities. These reports remain
confidential. This applies to all information collected by ICRC
delegates in the course of detention visits, including details on the
situation of individuals.

In view of the above, we are confident that you will understand that we
are not in a position to provide you with details on the situation of
Mr. Al Janko, even though Mr. Al Janko signed a "release of
information".

We copied this message to Mr. Ahmed Rashid who contacted us on your
behalf.

Sincerely yours,

Vincent Cassard
Central Tracing Agency and Protection Division
International Committee of the Red Cross

PET. EX 127



**Attorney General Ashcroft Transcript**
**News Conference with FBI Director Mueller Regarding Terrorist Tapes**
**Thursday, January 17, 2002**
**DOJ Conference Center**

ATTY GEN. ASHCROFT: Thank you for coming this afternoon.

Since September 11th, it has been the effort of this administration to have an integrated effort of combining resources, not only military, not only intelligence, not only investigational, but resources with foreign governments and resources involving the citizens of this great country and citizens around the world to be able to make progress to curtail the threat of terrorism not only to America, but to other nations.

It is an integrated effort. It's an effort that involves civil authorities, military authorities, intelligence resources, law enforcement, cooperation of foreign governments. And it is an effort to be seamless so that we don't have opportunities to miss those things which need to be discovered, and that a resource or an opportunity developed in one part of the operation is capitalized on in another part of the operation. Analysis is as important as law enforcement, is as important as information gathering, and, obviously, these things work hand in glove with those who fight on the actual battle lines in the field.

In one respect, the best friend of freedom is information because information allows freedom-loving people to become the best line of self-defense. And it is in that respect that the coordination and cooperation that exists in our country while at war is very important in helping us do what we can to curtail the risk of additional terrorist activity that would injure Americans or other freedom-loving citizens around the world.

I am grateful that the president has sought to lead us with this kind of integrated effort. And today we are capitalizing on that kind of integrated effort and calling upon the public, both in the United States of America and worldwide, to assist in the effort to identify, locate and incapacitate terrorists or those who are suspected of planning additional attacks against innocent civilians.

Recently, five videotapes were recovered from the rubble of Mohammed Atef's house in Afghanistan.

Now, we suspect Atef directed terrorist operations for al Qaeda as one of Osama bin Laden's chief primary operational lieutenants. Atef was indicted for the bombings of the U.S. embassies in Nairobi and Dar es Salaam, and these videotapes from his house we believe could be of great value. They depict, the videotapes depict young men delivering what appear to be martyrdom messages from suicide terrorists. Analysis of the audio portion of these tapes conducted thus far suggests based on statements made on the tapes that the men may be trained and prepared to commit future suicide terrorist acts. Our investigation so far has

tentatively identified four of the five individuals depicted in the still shots that posted in the pictures on the right. The four identified men are believed to be Ramzi Binalshibh, Abd Al-Rahim, Muhammad Sa'id Ali Hasan, and Khalid Ibn Muhammad Al-Juhani. No identification has been made of the fifth individual, and that individual is depicted on the poster as an unknown individual.

Now, forensic analysis of the tapes continues in order to help us derive additional information. But because the statements on the tapes suggest future terrorist acts, specifically suicide attacks, we are asking for the public's assistance in further identifying and locating the individuals on the tapes so that additional investigation can be made.

Now, Ramsi Binalshibh is a name that you've heard before. Binalshibh, a Yemeni, was an associate of the September 11th suicide hijacker Mohamed Atta. In the indictment handed down in December against Zacarias Moussaoui, who is currently awaiting trial for conspiring with Osama bin Laden in the September 11th attacks, Binalshibh was named along with Atta and the 18 other hijackers as an unindicted co-conspirator.

The indictment describes Binalshibh as a member of the Hamburg, Germany al Qaeda cell, the member who made several unsuccessful attempts to obtain a visa to enter the United States prior to the September 11th attacks. After Binalshibh was refused entry into the United States, refused a visa, he is alleged to have acted as a financier and facilitator of terrorism, transferring funds to Moussaoui and other terrorists from his position in Germany. Binalshibh is currently a fugitive, and I believe he has been named by the German government on a warrant seeking his arrest there.

And I want to thank German Minister of the Interior, Otto Schily, for his help investigating and pursuing Binalshibh and other suspected terrorists who operated in Germany. We will share these tapes with Minister Schily and other German authorities because of their interest in him expressed in their warrant for his arrest.

Little is known to law enforcement at this point about the other individuals featured on the videotapes. Investigators are extremely interested in identifying and locating these individuals as soon as possible. Photographs and descriptive data have been disseminated to law enforcement and intelligence agencies worldwide. Investigators note that these men could be anywhere in the world.

We have declassified excerpts of these videotapes, and today we are releasing the excerpts of these tapes worldwide. From what we can ascertain about the tapes at this time, they do not reveal any information about specific planned acts or targets or time frames for any potential planned or other terrorist acts.

The tapes we are releasing today are another example of the potentially critical role that the public can play. We certainly know that the public has played a very important role to date, but this is another opportunity for the public around the world to join the campaign against terrorism. Throughout the war on terrorism, our military and intelligence officials have made a concerted effort to share appropriate information with the public in order to enlist their assistance. We've asked citizens to be vigilant, to be alert to any possible threat.

The success of this strategy was made clear by yesterday's indictment of Richard Reid, who may very well have succeeded in destroying American Airlines Flight Number 63, as the indictment charges, had it not been for the courage and attentiveness of the citizen passengers and crew.

Once again today we put our trust in the public to exercise vigilance and common sense in the face of the terrorist threat. Anyone who believes that he or she knows the identity or the whereabouts of any of these men is encouraged, is urged to contact the nearest FBI office or the FBI's website, www.ifccfbi.gov -- that's www.ifcc. -- pardon me -- www.ifccfbi.gov -- or to contact the U.S. embassy or consulate in a foreign setting if they don't have an opportunity to contact the FBI.

The FBI has prepared a compilation of excerpts from the videotapes, and on these videotapes you will see Muhammad Sa'id Ali Hasan, Abd Al-Rahim, Khalid Ibn Muhammad Al-Juhani. And these tapes will run for about a minute and a half, and they are the product of the items that were confiscated and made available to authorities as a result of activities of our troops in the theater of conflict.

Please roll the tapes now.

(Videotape shown.)

ATTY. GEN. ASHCROFT: This is Abd Al-Rahim.

(Video tape shown.)

ATTY. GEN. ASHCROFT: This is Khalid Ibn Muhammad Al-Juhani.

(Video tape shown.)

ATTY. GEN. ASHCROFT: The poster which we have here identifies, or at least shows, five al Qaeda members, including the three that you've just seen on the videotape. Obviously, in addition, it includes Ramzi Binalshibh and the unknown individual, the three on the videotape who were in sequence. I think the first one we saw on the videotape was in the center of the top row. Second one on the videotape was Al-Rahim, who's on the far side of the poster. And the last being Khalid Ibn Muhammad Al-Juhani here on this side of the top row.

Director Mueller will have a few comments, and then he and I will be happy to take your questions.

Bob.

DIR. MUELLER: Thank you, General. Thank you, General, and good afternoon everyone.

The photographs and video you just saw are from a trove of valuable information being recovered in Afghanistan. That we are displaying them here at the Justice Department reflects the seamless effort against terrorism that extends from the troops on the ground to the FBI and the CIA analysts here who are charged with putting these pieces together.

This is a unique situation. Overseas, the military action continues, but it continues in ways that directly support what we are doing here, what we and the CIA are fully engaged in, which is the identification of the terrorists and in preventing future attacks. We are working side by side and we are working together with shared intelligence and a complete exchange of information.

We in the FBI are grateful to those who are risking their lives to bring us this valuable information, and we are grateful to a public, in this case a global public, willing to remain alert and to help in the fight against terrorism. Every piece of information is potentially valuable. We hope that no one hesitates to surface anything that could be of interest to us.

The principle is simple: An informed and alert public works, and that is why today we are showing you both the videotapes on the one hand and the photographs of the individuals we're looking for on the other.

Thank you.

Q Director Mueller, I'm curious if you have any sense of when the tapes were made; whether they were made after 9/11, and if you can characterize what the three men say in these videotapes?

MR. MUELLER: Yeah, we are still doing the forensic analysis of the tapes and the translations of the tape. And I would not want to speculate until that's continued, as to the date that they were -- or the date that the tapes were made.

Q And a follow-up. Do you have any evidence at this point whether any of these five men have ever entered the United States?

MR. MUELLER: We do not. We know that -- we are looking at all of the indices, and as soon as they were identified, we began looking for each of these individuals. As the attorney general has pointed out, Binalshibh tried to enter the country three times over the last year, and is believed to have been part of the group of hijackers who were responsible for the attack on September 19th (sic) but could not make it into the country.

Q General Ashcroft, are there rewards connected to the photos and identifying or information leading to the apprehension --

ATTY GEN. ASHCROFT: At this time, we have not -- we have not developed the reward system. We are inviting people to assist us in this respect and hope that they'll come forward.

Yes, sir?

Q General, could it be that any of these men were killed in the bombing? And also, are there warrants out on the others besides Binalshibh?

ATTY GEN. ASHCROFT: It could well be. We don't know of the whereabouts of these individuals, and we're not able to say that they're in one location or another or whether they're dead or alive. We do believe that the German authorities have a warrant out for Binalshibh. I

don't know of warrants out for the other individuals at this time.

And obviously, with the one individual, we don't even have a clear identity at this time, but hope to have it.

Yes, ma'am?

Q You've repeatedly said you don't know the whereabouts of these suspects. Do you think it unnecessarily scares the public into possibly believing one of these people could be in their neighborhood, or any Middle Eastern or Arab-descent person could be possibly accused? I mean, is it --

ATTY GEN. ASHCROFT: One of the valuable things about being able to present a photograph and then to be able to substantiate the photograph with the video footage is that it takes this out of the category of generalized identification and gets us to the category of specific identification. And if we were just to say there were five potential suicide martyrs that had gone out, and to describe them -- even just to say their names or to try and give characteristics I think might have some of the difficulties which you've mentioned. But I think the American people are accustomed to being a part of this investigation and this effort and they realize that they can be a constructive part. And we've provided this basis for specific identification.

And I make one other point before -- I think you're going to be next, because you were the one shouting first, so -- not shouting, but whatever -- and that is that, frankly, the still photographs are not always as clear as seeing an individual on footage. And so often we're accustomed to "Wanted" posters that give you a static view of individuals. This happens to be a superior sort of basis for people to make identification. And we're just asking that if people think they know of the whereabouts of these individuals, that they would call the local FBI agent, the local FBI office, contact the FBI at the website, or, overseas, go to the American consulate or to the embassy.

Yes, sir?

Q Now that you're examining the contents of these videotapes, contents of the computers that were recovered in Kabul -- I believe there were some arrests today in London of a number of people -- do you feel like you're getting to a point of reaching any sort of critical mass in learning about al Qaeda? Can you elaborate on where you are at this point in trying to determine how al Qaeda's been operating and its attempts on future -- (off mike)?

ATTY GEN. ASHCROFT: We do believe that progress is being made. And we think the integration of this effort with the sensitivity of our armed forces and people overseas, the cooperation of our members of the coalition, the integrated network of providing information that shares information rather than compartmentalizes information, all of these are very helpful, but we have a long way to go.

And we are sharing information and declassifying information when appropriate, so that we can enlist the entire world of freedom-loving people in that respect. We're further down the road than we have been before, but this is no time for us to take our foot off the accelerator. We need to keep pursuing with a great deal of intensity here.

Q One follow-up. Do you believe that there were -- that attacks were imminent? And is that why you're releasing these --

ATTY GEN. ASHCROFT: We believe that these could be -- and likely appear to be -- sort of martyrdom messages from suicide terrorists. And whether or not the attack would be imminent or not is something we can't determine. But we know that the right time to release these is in advance of any attack, if there is to be an attack, not subsequent to an attack, and to try and enlist the people of the -- of this great nation and the people around the world to help curtail the attack.

Yes, ma'am?

Q Yes. How long is the full portion of the videotape? And also, when do you plan to release the sound on it?

ATTY GEN. ASHCROFT: You know, I don't know how long the full portion is, and I wouldn't indicate to you that we will release the sound on it. It may be that we will, and it may be we won't. We will pursue and make a judgment on that based in the national interest and the interest of this investigation. And so we need to complete the analysis of the tape and to complete all the specific and detailed translation of the tape.

I know that the portions we released today we felt were safe for release, and we didn't believe they contained any surreptitious messages or coded signals that would be designed to alert parts of the terrorist network.

Sir?

STAFF: Last question.

Q Are there other potential martyrs on those five videotapes, other than these five people here?

ATTY GEN. ASHCROFT: I don't believe there are, sir.

Thank you all very much.

END.

PET. EX 128



Attorney General Transcript
News Conference - Identity of Suspected Terrorist
Friday, January 25, 2002
DOJ Conference Center

ATTY GEN. ASHCROFT: Good afternoon. Last Thursday, or a week ago yesterday, along with FBI Director Mueller, the Department of Justice released photographs and video of five suspected terrorists. Our initial analysis of the video indicated that the videotapes depicted young men delivering what appeared to be martyrdom messages from suicide terrorists.

As of last week, we had identified four of the individuals: Ramzi Binalshibh, Abd Al-Rahim, Muhammad Sa'id Ali Hasan, and Khalid Ibn Muhammad Al-Juhani. At that time, the identity of the fifth suspected terrorist remained unknown.

Over the last week, we've received hundreds of leads from conscientious citizens across the nation and around the world. With these leads and further analysis of evidence recovered from the rubble of Muhammad Atef's house in Afghanistan, we have gained additional information about the fifth suspected terrorist. The name of the fifth terrorist is Al Rauf bin al Habib bin Yousef al-Jiddi. Al- Jiddi, who is a Canadian citizen, was born in Tunisia and is 36 years of age. He has black hair; is approximately 5 feet 10 inches tall and may weigh approximately 220 pounds.

We identified al-Jiddi through discovery of a suicide letter found in the ruins of the Atef residence by the U.S. military personnel in Afghanistan.

The letter, which is still being fully analyzed, was recently translated. In addition, the Canadian government assisted us by identifying Al-Jiddi. We have also identified an associate who may be traveling with Al-Jiddi. His name is Faker Boussora. He is 37 years of age, is approximately five feet, eight inches and weighs approximately 160 to 170 pounds, has a round face and prominent ears.

We believe Boussora may also be involved in a martyrdom mission. Boussora is also a Canadian citizen, born in Tunisia. The FBI has alerted law enforcement authorities across the United States and is also working closely with the Royal Canadian Mounted Police. Both individuals should be considered extremely dangerous. Additionally, the FBI has provided law enforcement with the same pictures that you see to my left.

The photograph in the upper left is the picture you saw last week of Al-Jiddi, taken from the video. Below that picture is a photograph retouched by the FBI to show how Al-Jiddi may look with a Westernized appearance. The picture in the upper right was found with the 1999 suicide letter in the ruins of Atef's house in Afghanistan. Finally, the picture in the lower-right corner is of Faker Boussora, Al-Jiddi's associate.

Today I am also disclosing FBI-retouched photographs of the other four individuals seen on the videos recovered from Atef's residence in Afghanistan.

Again, these retouched photos show how these individuals may look with a Westernized appearance. We hope that by providing these photos to the media that citizens will be able to help law enforcement identify and apprehend these terrorists.

In particular, I would like to thank the Canadian government for providing significant assistance in the identification of Al-Jiddi. Today's announcement demonstrates the extraordinarily close and cooperative relationship that has been built between the United States and Canadian law enforcement.

Today's announcement is another example of the integrated effort we are pursuing to protect all people of all nations from cowardly acts of terrorism. It is a seamless effort that involves civil authorities, military authorities, intelligence resources, intelligence analysis, law enforcement, and the cooperation from foreign governments. As we discover more information, we will continue to share it with the international community to assist our efforts against terrorism.

Again, I want to advise the public to exercise vigilance and common sense in the face of the terrorism threat.

Anyone who believes that he or she knows the identity or whereabouts of al Al-Jiddi, Boussora, or the four other suspected terrorists -- anyone who knows or has information about them is urged to contact the nearest FBI office or visit the FBI's website, www.ifccfbi.gov, or contact the U.S. embassy or consulate in a foreign setting, if individuals are unable to contact the FBI.

I am grateful for the cooperation of both citizens and governments in helping us develop these tools of investigation.

I'd be pleased to answer your inquiries at this time. Yes?

Q Where did you obtain the picture of Boussora?

ATTY GEN. ASHCROFT: I'm prepared to provide the picture and grateful that we have these resources. I'm not prepared to identify further.

Q The Canadian government helped you. Did they tell you any way that these two were linked? Can you tell us anything about that?

ATTY GEN. ASHCROFT: I've provided the information that I'm able to provide you on that.

Yes, sir?

Q Do you have any information that you've developed since you originally put these out, that these people are still alive or that they may be in the United States?

ATTY GEN. ASHCROFT: We do not know the whereabouts of these individuals.

As a result, we are publicizing their photographs worldwide. It's my understanding that we have the cooperation not only of international news agencies in doing this -- and I released these photos with Larry King last Monday night and indicated at that time we would provide these additional enhanced images.

And we are expecting people like "America's Ten Most Wanted" and other shows of that nature to also publicize them.

Yes?

Q Have you gotten any more information that they may have tried to enter the United States?

ATTY GEN. ASHCROFT: We are not in possession of information giving us a location of these people.

Q When was the last time that Al-Jiddi was known to have been in Canada? And are you concerned that the suspects may have reached closer to the U.S. border?

ATTY GEN. ASHCROFT: I really -- I really don't know the answer to that question. We will try to find out as much as we can about the whereabouts of these individuals as the investigation progresses.

Yes, sir?

Q You said you received hundreds of tips from people who have seen these people. Could you give us an idea of whether these are associates of them, who have known them, how these people knew these suspects?

ATTY GEN. ASHCROFT: We have -- in terms of -- I can't catalogue all the tips that we received, but we received information that helped us make these identifications. And to say more, I can't.

Q Did the latest suicide letter give any indication of a planned attack? Do you have any further information that these men posed an imminent danger?

ATTY GEN. ASHCROFT: Well, we think that individuals who make suicide videos and write suicide letters are dangerous individuals. They're individuals who have expressed their intention to hurt other people and to extinguish themselves in the process. And that's a way of signalling the intensity of their intent.

Q Was this letter -- the suicide letter written by Al-Jiddi or his associate here? Is he the author of the suicide --

ATTY GEN. ASHCROFT: It's my understanding that he is the author of the letter and that the photograph on the upper right of the poster on the left was a photograph accompanying the letter when found.

Thank you very much.

Q Was Faker linked to a suicide note as well? Was there a suicide note by Faker?

ATTY GEN. ASHCROFT: We believe that he may be an associate of this other individual, but we do not have information about a suicide letter from him.

STAFF: We'll have -- do you all have all the pictures?

END.

PET. EX 129

happen to me?

…ervice, ripping me off?

Could an En…

Can I trust my HMO?

Can I count on my broker?

So many
choices,
and no one
to trust.
In today's
world...

YOU'RE
ON YOUR
OWN, BABY

#BXBDJLX**********CAR-RT LOT**C-035
#1150 4700 190#    TD10949MI09 SMP
UMI                         0112
700 N ZEEB RD                #00006

Case 1:05-cv-01810-RJL   Document 37-2   Filed 10/10/2006   Page 208 of 210



FINANCE
STOCKS, BONDS, MUTUAL FUNDS
401K, IRA

6

JANUARY 28, 2002 · VOL. 159 NO. 4

24

## COVER: BUSINESS

**By the Sign of the Crooked E** Once, Sherron Watkins' only link to fame was second cousin Lyle Lovett. Now, with her memo on Enron's dizzying accounting schemes, she's the most famous whistle-blower in America. A look at the miasma 16

**You're on Your Own** Yikes! As the Enron case reminds us, choice now means personal responsibility for everything from retirement funds to health care to phone service. A survival guide 24

### SEQUEL

**CRIME: Guerrillas in the Mist** The Symbionese Liberation Army goes to court after 26 years .............................. 4

### NATION

**CAMP X-RAY: What POWs?** The strange legal standing of Guantánamo Bay's Afghan prisoners—and why both Washington and Defense Secretary Donald Rumsfeld want to keep things that way .... 32

**Fugitives on Tape** New faces, new dangers .......................... 34

### WORLD

**TERRORISM: Mindanao, Here We Come** But is the southern Philippines the place to hunt al-Qaeda? Or just the least complicated second front after Afghanistan? .............. .... ........ 36

### SOCIETY

**DIVORCE: For Better or for Worse?** Two academics battle over the impact on children .... 40

### MEDICINE

**TRANSPLANT: Too Dear a Gift** Should donor liver transplants be curtailed? .................. 41

## TIME IN DEPTH

**ANDREA YATES: The Secrets and Demons of a Houston Housewife** She adored her five children but lost all of them on a murderous June morning. Was it madness or an attempt to escape from a life she no longer wanted? Could her tragedy have been averted? . 42

## THE ARTS

**MUSIC:** Why Linkin Park is America's best-selling band 52

**PUBLISHING:** *Talk* goes silent 54

**TELEVISION:** *That '80s Show* 56

**BOOKS:** Two riveting accounts of the nation's racist past...... 57

## SPORT

**WINTER OLYMPICS:** Feud of the female bobsledders ............... 61

## PEOPLE

**THE ROYALS:** Aniston, Armani and how Harry was potted .... 63

| LETTERS | 5 |
| NOTEBOOK | 9 |
| MILESTONES | 15 |



America's Most Wanted ......... 34



The mind of Andrea Yates ....42



Hey hey, it's the '80s! ....... 56

COVER: *Photograph by White Packert—The Image Bank*

N A T I O N

# CAMP X-RAY

## When is a war prisoner not a POW? When the U.S. brings Afghan detainees to Guantánamo Bay

### By MICHAEL ELLIOTT

IT'S NOT GOING TO BE A COUNTRY CLUB," said Defense Secretary Donald Rumsfeld last week, describing the new military detention camp at Guantánamo Bay, Cuba, and nobody ever expected it would be. The 110 al-Qaeda and Taliban prisoners admitted to "Gitmo" by the end of last week are, said Rumsfeld, "the hardest of the hard core," men who had killed "dozens and dozens of people." But though it may lack tennis courts and a putting green, the amenities are better than you'd find in a cave at Tora Bora. True, prisoners are now confined to 6-ft. by 8-ft. chain-link enclosures with concrete floors and tin roofs (Rumsfeld thinks it's "pejorative" to call them cages). But relief will come: in three months, the Pentagon hopes to replace the facility with something more permanent.

In the meantime, the prisoners at Camp X-Ray—as the place has been called since the early 1990s when it housed Haitian refugees—have been given thin green mats and blankets on which to sleep and pray, and are allowed to shower and exercise. They are provided with a medical exam upon admission, and their diet (is someone making a point about diversity here?) ranges from

bagels and cream cheese to rice and beans—all eaten with plastic utensils—after which the prisoners may clean their teeth with specially shortened brushes. (The caution makes sense: in 2000 Mamdouh Salim, an al-Qaeda operative awaiting trial in New York City for his part in the 1998 embassy bombings, used a comb to stab a prison guard through the eye.)

So far, humanitarian groups have been muted in their criticism of the conditions at Guantánamo. Last week a delegation from the International Committee of the Red Cross arrived to inspect the camp and offer private recommendations on its operation. But in the European press, the prisoners' lot has become a public issue of contention among those who demand that U.S. conduct be above suspicion. Three detainees are said to have claimed to be British citizens. Politicians and commentators in London are now clamoring that all held in Gitmo must be guaranteed treatment in accordance with international law. The *Daily Telegraph*, a paper usually so conservative that it makes Pat Buchanan look vegetarian, warned Washington of the need to draw a "distinction between civilized society and the apocalyptic savagery of those who would destroy it."

At the heart of the matter is a question

DIANE E. MC COY—US NAVY VIA AFP

VOL

159

ISS

4

JA

28

2002

UMI

N A T I O N

of legality. The Pentagon has resisted calling the detainees prisoners of war, preferring the terms unlawful combatants or battlefield detainees. It's easy to see why. Under the Geneva Convention, those holding true POWs are bound to release them at the end of hostilities; but that is the last thing the U.S. wants to do with men who may be al-Qaeda operatives. Moreover, by convention (though the law seems to be murky here) POWs don't need to tell their captors anything other than their name, rank, serial number and birthday. But for Washington, the whole point of the detention is to conduct interrogations and thus head off new acts of terrorism.

The Geneva Convention does contemplate that some irregular forces captured in battle need not be considered POWs. That may well apply to members of al-Qaeda, a free-floating band of terrorists. But not all of

those at Gitmo are al-Qaeda men. Some—the Pentagon won't say how many—were members of the Taliban and presumably thought they were part of the Afghan army. Are they POWs? Washington says no, because the Taliban had no clear chain of command and was not a legitimate government. That may be so; unfortunately, as Amnesty International has pointed out, under the Geneva Convention the Pentagon has no business making such a determination. Those who fall into the enemy's hands are entitled to POW status until a "competent tribunal" has determined their status. In the case of those in Cuba, that hasn't happened.

More curious still is the matter of the prisoners' ultimate fate. Rumsfeld has laid out four options: a military trial, a trial in U.S. criminal courts, return to their home countries for prosecution, or continued detention "while additional intelligence is gathered."

The last seems a distinct possibility; the Pentagon plans to build 2,000 cells at Camp X-Ray. "This will be a big deal down there for at least two years, guaranteed," says Army Lieut. General B.B. Bell, who commands Fort Hood, Texas, the base from which military police have been deployed to Cuba. But it's hard to find a justification for such detention in the Geneva Convention or anywhere else. Leaving the prisoners "indefinitely beyond the reach of any legal regime," said the *Economist* last week, "would put America—pre-eminently a nation of laws—itself outside the law."

Until the Pentagon sorts out the legal issues, criticism from Europe is likely to grow. Still, things could be worse. The prisoners may be in Cuba, but nobody has yet forced them to listen to Fidel Castro's long-winded speeches. Now that really would be cruel.

— *With reporting by Mark Thompson/Washington*

## TAPE TROVE
# The Martyrs' Home Movies

The tape lasts just over two minutes, like a trailer for an upcoming horror flick. Three Arab men appear in separate shots: one has wide eyes and a gesticulating left hand; another appears to read from a text, never looking up at the camera; the third buries his head between his knees, then cozies up to a Kalashnikov and smiles. The silent footage, released by the Justice Department last Thursday, was spliced together from five tapes recovered by allied forces in the rubble of the home of Mohammed Atef, al-Qaeda's operations mastermind who was killed by a U.S. air strike in November. They were no ordinary home movies. The five men who appear on them are members of al-Qaeda, and U.S. authorities say they were recording messages of martyrdom—a move commonly made by people about to stage a suicide terrorist attack.

The release of the tape, which came a week after the broadcast of a seized al-Qaeda video detailing a bombing plot in Singapore, was a chilling reminder of the terror network's destructive aims and the elusiveness of its operatives. Attorney General John Ashcroft

said the U.S. has launched an international manhunt for the five and asked the public to help "identify, locate and incapacitate" them. A senior U.S. official told TIME that the tapes were first viewed by CIA specialists, who passed them along to the FBI. Officials at both agencies were so convinced the tapes showed evidence of a possibly imminent suicide attack that they rushed them into the public eye before completing their usual analysis and translation of the footage. "It seemed like a good idea to get their faces widely shown," says one official. "If we sat on the tapes and those guys did something bad, you could legitimately criticize us for failing to do everything possible."

At least one face is familiar to U.S. investigators: Ramzi Binalshibh, a 29-year-old Yemeni who appears wearing a red kaffiyeh, was named as an unindicted co-conspirator of Zacarias Moussaoui, the French operative arrested in August and indicted Dec. 11 for planning terrorist attacks. U.S. officials believe that Binalshibh is a hard-core suicide martyr who wanted to be the 20th hijacker. A member of the Hamburg cell led by Mohammed Atta, he

unsuccessfully tried to obtain a visa to enter the U.S. to take flying lessons on four occasions in 2000. He also wired thousands of dollars to the hijackers; last August he sent $14,000 to Moussaoui. On Sept. 5, he fled Germany and has been at large since. In January 2000, Binalshibh met in Malaysia with several al-Qaeda operatives—including two future hijackers and two men who would be implicated for planning the attack on the U.S.S. Cole. The CIA obtained a videotape of the meeting shortly after it took place. But Binalshibh was not identified until sometime after Sept. 11.

The four others on the tapes—Muhammad Sa'id Ali Hasan, Khalid Ibn Muhammad Al-Juhani, Abd Al-Rahim and one as yet unidentified—had not

previously appeared on America's most wanted list. Administration officials don't believe the tapes contain coded messages to al-Qaeda sleepers. Analysts say the tapes were created strictly for internal consumption or for the men's families. The men spoke of accepting their fate as martyrs, joining the war against infidels and becoming one with Allah, but they did not discuss specific targets or timing.

That won't ease growing anxieties among U.S. authorities about the threat of another attack. Says an official: "The assumption is that they are trained terrorists willing to die for their cause." What no one knows is whether they're about to try. —*By Romesh Ratnesar. Reported by Elaine Shannon/Washington*



Khalid Ibn Muhammad Al-Juhani

Abd Al-Rahim

Ramzi Binalshibh

Identity unknown

Muhammad Sa'id Ali Hasan