UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                                      Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>                                     Respondents. | CV 05-1310-RJL<br><br>ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT |

This matter having come before the Court upon the petitioner's Motion for Partial Summary Judgment or, in the Alternative, an Order to Show Cause,

IT IS HEREBY ORDERED that the petition is granted, the respondents shall release the petitioner from custody forthwith, and the respondents shall not render him in violation of the provisions of the Convention Against Torture and other humanitarian international law.

So ordered this _____ day of _____, 2006.

                                                              Richard J. Leon<br>                                                              United States District Judge

/s/ Stephen R. Sady
Stephen R. Sady
of Attorneys for Petitioner

Page 1 ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                                    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>                                    Respondents. | CV 05-1310-RJL<br><br>ALTERNATIVE ORDER DIRECTING RESPONDENTS TO SHOW CAUSE |

This matter having come before the Court upon the petitioner's Motion for Partial Summary Judgment or, in the Alternative, an Order to Show Cause,

IT IS HEREBY ORDERED that the respondents are directed to show cause why the petitioner is not being held in violation of the laws and constitution of the United States.

So ordered this _____ day of _____, 2006.

_____
Richard J. Leon
United States District Judge

/s/ Stephen R. Sady
Stephen R. Sady
of Attorneys for Petitioner

Page 1 ALTERNATIVE ORDER DIRECTING RESPONDENTS TO SHOW CAUSE