Steven T. Wax
Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

Attorneys for Petitioner

PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　　　　　　　Respondents. | CV 05-1310-RJL<br><br>SUPPLEMENTAL EXHIBIT IN SUPPORT OF STATEMENT OF MATERIAL FACTS – DECLARATION OF JAMAL AL-HADRITH |

The petitioner, Abdul Rahim Abdul Razak Al Ginco, through his attorneys, Steven T. Wax, Stephen R. Sady, and Patrick J. Ehlers, respectfully submits the attached Declaration of Jamal Al-Hadrith as Exhibit 131 in support of the Statement of Material Facts,

Page 1- SUPPLEMENTAL EXHIBIT IN SUPPORT OF STATEMENT OF MATERIAL FACTS

specifically: Paragraph 38 is supported by Pet. Ex. 131 at 2 ¶ 2; Paragraphs 48 and 50 are supported by Pet. Ex. 131 at 2 ¶ 3; Paragraph 51 is supported by Pet. Ex. 131 at 2-3 ¶ 3; Paragraphs 59 and 60 are supported by Pet. Ex. 131 at 3 ¶ 5; Paragraph 62 is supported by Pet. Ex. 131 at 4-5 ¶¶ 8, 9, 11; and Paragraph 63 is supported by Pet. Ex. 131 at 5 ¶ 12.

RESPECTFULLY SUBMITTED this October 12, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender

PET. EX 131

Steven T. Wax, OSB #85012
Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:   503-326-2123
Fax:   503-326-5524

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                      Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>                      Respondents. | CV 05-1310-RJL<br><br>DECLARATION OF JAMAL AL-HARITH |

I, Jamal Al-Harith, swear and affirm, as indicated below, that the following statement is true and correct, given of my own free will, voluntary, and not the product of any coercion or duress:

1. I am a citizen of Great Britain and am 39 years old. In 2001 I was traveling in Pakistan and was riding in a truck that was stopped. I do not know who the people were who stopped the truck, but I was taken into custody by them and taken to Kandahar after they saw my

Page 1   DECLARATION OF JAMAL AL-HARITH

passport. I was then held in a cell by myself for 3 days, and then was taken to a political prison in the same city. Although no one said they were Taliban, that is who they obviously were. After about three months in the political prison, near the end of December, just before the end of Ramadan, we were released when the Taliban fell.

2. I met Abdul Rahim al Ginco in the political prison during those months. He had been there longer than me. Others told me he had been there a couple of years before I was brought there. He was kept in a different division of the prison until close to the very end, so I did not meet him until then. He spoke English and told me that the Taliban had accused him of being an American spy. He told me that he had been injected with a drug by the Taliban and made to make a statement for television. He said that he been beaten for a period of months. The beatings had included beating the bottoms of his feet. He also said the beatings included hanging him from the ceiling by his wrists with his arms tied, and then beating him over his body. The beatings included hitting him with a rifle butt and with a metal bar that was used to hold his leg chains.

3. After the Taliban fell and we were released, we were told that we could go, but several of us decided to stay for several reasons. First, we thought it would be easier to get home from Afghanistan by going to the embassies in Kabul. Second, we were being taken care of by the Red Cross, who we thought could help us get home easier. By the end there were only five of us still left waiting to go home. Abdul Rahim al Ginco was one of them. During that time we were also visited by journalists who allowed us to use their cell phones to call home. There was a journalist from Australia named Mike whose phone I used. I also used phones belonging to other journalists. I recall being visited and helped by a journalist from the New York Times and the Times in London. Journalists from the Times in London and other publications also helped

Page 2    DECLARATION OF JAMAL AL-HARITH

us get in touch with our embassies to arrange for transport home. The journalists also bought us things like antiseptic cream.

4. I had arranged to fly to Kabul from the American air base in Kandahar. Two days before I was scheduled to fly, I was taken into custody by American Special Forces. All five of us were taken at this time, including Abdul Rahim al Ginco. They handed us over to regular American soldiers at the Kandahar airbase. Those soldiers cut our clothes and shoes off with knives and made us run naked and hooded, with our hands tied behind our backs. They also punched us while cutting our clothes off.

5. We were then held in isolation at the American base at the airport in Kandahar for a week. After that week we were then put in a concentration camp at the airport. While in isolation we were made to sit down all the time and were not allowed to stand up. We were interrogated at night and they made us run to and from the interrogations with our hands chained behind us, with chains on our feet and hoods over our heads. I could see the others being taken to and from interrogation just like I was.

6. After two weeks in the the concentration camp, I was taken to Guantanamo. Abdul Rahim al Ginco was not brought with me – we all were taken to Cuba separately. Ayrat Vakhitov also remained in Kandahar after me.

7. I arrived at Guantanamo in January or February 2002, I am not sure which. We were beaten by the Marines in the land/sea vehicle that we were transported in from the plane to Camp X-Ray. Although I do not know exact dates, the next time I saw Abdul Rahim al Ginco was a few months after we were taken from Camp X-Ray to Camp Delta. After I had been in Camp Delta for a few months I was put into isolation for refusing to wear my wristband. Abdul Rahim al Ginco was already in isolation there, which was the first I knew that he was at

Page 3    DECLARATION OF JAMAL AL-HARITH    J al-H

Guantanamo. I do not know how long he had been there already. He saw me as I was being brought in and he shouted to me.

8.  My isolation cell ended up being across the passageway from al Ginco's. The doors to those cells contain three slots – one at leg level for the guards to put on leg chains without having to open the door, another in the middle for food to be passed through and for the guards to put on the body chains, and the other at eye level that is clear plastic underneath the metal slot door. Normally the slots are kept closed but his top slot was kept open. I heard the guards say this was because he was on suicide watch and because of self-injurious behavior.

9.  Abdul Rahim al Ginco seemed to be in despair and unstable. He called out to the guards many times that he was going to cut himself. The guards also came by every ten minutes or so to check on him. Several times I heard the doctor being called for. He told me that he had been in isolation for awhile because he was having trouble with the people in the blocks because they thought he was a spy for the Americans. I also know that he was being given medication because I could hear the doctor and the guards talking about it. Abdul Rahim could shout through the open slit to me and he told me that he was in despair because the other detainees thought he was a spy for the Americans but the Americans kept questioning him as an enemy.

10  This first time that I saw him in isolation was three days when I was returned to my block. Later, maybe six or seven months, I was put back in isolation for refusing to take an injection. I do not know what the injection was for but it was being given to everyone. When I refused, they brought in the URF team, hogtied me, beat me, pulled my trousers down and gave me the injection, then put me back in isolation for a month.

11.  I next encountered Abdul Rahim al Ginco ~~was~~ when I was moved to the block next to Delta block. Delta block was where people were kept who were mentally unstable. It was

Page 4   DECLARATION OF JAMAL AL-HARITH

well known that the people in Delta block were the ones suffering mental problems and that there were cameras in the cells so the people could be watched. The recreation area for my block was next to the recreation area for Delta block, and he called to me through the screen. I could not see him through the screen but he seemed better, more clam, than he had been in isolation. I know from people who have been in Delta block that there are regular doctors there and better access to medications. We spoke through the screen for about 10 or fifteen minutes. We also spoke through the fence a few others times during this period.

12.    I do not remember any further contact with Abdul Rahim al Ginco while I was at Guantanamo. I was released in March 2004.

13.    About a year ago I attended a meeting in London at which some of the former Guantanamo detainees were invited. I saw Ayrat Vakhitov there and we spoke about what had happened to us. He told me that, after I had been taken to Guantanamo from the Kandahar airbase, the treatment by the Americans had gotten worse. He did not provide details.

I swear by Allah that what I say in my declaration of 5 initialed pages, given on this 28th day of September, 2006, is true.

_____
Jamal Al-Harith

Page 5    DECLARATION OF JAMAL AL-HARITH