**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Patrick J. Ehlers**
**Assistant Federal Public Defender**
patrick_ehlers@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:    503-326-5524

**Attorneys for Petitioner**

**PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,**<br><br>                        **Petitioner,**<br><br>            v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>                        **Respondents.** | CV 05-1310-RJL<br><br>**NOTICE OF FILING** |

Notice is hereby given that on December 4, 2006, undersigned counsel submitted via Federal Express next-business-day delivery to the Court for conventional filing the original and one complete copy of the following exhibit:  DVD of Videotape of Abu Dhabi Television.

On November 29, 2006, the U.S. Department of Justice notified counsel that the DVD "does not contain classified or protected information."

**Page 1.    NOTICE OF FILING**

Reference is made to Petitioner's Exhibit List (CR 37, Attachment 1) filed on October 10, 2006, in which the DVD is listed as an exhibit to Petitioner's Motion For Summary Judgment Or, In The Alternative, An Order To Show Cause (CR 37).

RESPECTFULLY SUBMITTED December 4, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender