**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Patrick Ehlers**
**Assistant Federal Public Defender**
patrick_ehlers@fd.org
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**503-326-2123 Telephone**
**503-326-5524 Facsimile**

**Attorneys for Petitioner**

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,** | **CV 05-1310-RJL** |
| Petitioner, | |
| v. | **NOTICE OF FILING** |
| **GEORGE W. BUSH, et al.,** | |
| Respondents. | |

The petitioner, through undersigned counsel, hereby gives notice that on January 31, 2007, he submitted for review to Court Security Officer Jennifer Campbell an Emergency

Motion for Hearing Regarding Stay. Upon notification of clearance from the CSO, this document will be filed with the Court.

Respectfully submitted on January 31, 2007.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender


/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender


/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender