Exhibit A

## JTF-GTMO Habeas Attorney Answer Form

Date:    11 December 2006                        Time:  1345 Hours

From:    CPT Jon Eskelsen

To:      Stephen Sady

Subject:   Request to see your client

---

JTF-GTMO is unable to permit you to see your client, detainee ISN 489, following the doctor's determination that he is a threat to his own safety as well as the safety of others.  Currently, you client is under medical observation for the next 24 hours.

Even though he is under medical observation, and may not be available tomorrow for medical reasons, JTF-GTMO is nonetheless determining whether space is available for you to meet with your client tomorrow.  As you know, the schedule for tomorrow is full and we may not have room to accommodate your request.  We will contact you regarding this matter as soon as we reach a final disposition in the matter.

---

Delivered to above named attorney at  TIME  on 110806 by  MAJ ECKERT

GTMO L-FORM 3 (AUG 06)

Exhibit B



**SCHOOL OF MEDICINE**
DEPARTMENT OF PSYCHIATRY
INTERCULTURAL PSYCHIATRIC PROGRAM

Oregon Health & Science University

Mail code: UHN-88 • 3181 S.W. Sam Jackson Park Road • Portland, Oregon 97239-3098
TEL: 503 494-4222

December 20, 2006

RECEIVED

DEC 2 2 2006

FEDERAL PUBLIC DEFENDER

Stephen R. Sady
Chief Deputy Federal Public Defender
District of Oregon
101 SW Main Street, Ste 1700
Portland, OR 97204

Re: Abdul Rahim Abdul Razak Al Ginco

Dear Mr. Sady,

I'm writing to you regarding Abdul Rahim and providing information from my perspective, which may be useful. I am a professor of psychiatry at OSHU and have treated torture and trauma victims from multiple countries for over 29 years. I have treated over 1000 patients during that time, and currently treat patients from Cambodia, Somalia and Bosnia. The symptoms torture victims have, no matter what country they originate from, are very similar. The treatment is complicated and prolonged and requires a high level of expertise in this field. Additionally, I have served as a medical physician in Vietnam during the war years, and am personally familiar with war-field trauma.

I have read the material you provided me concerning Abdul Rahim, and particularly noticed that he has been under severe torture under the Taliban for two years, that resulted in a false confession of being an American and Israeli spy. After that he was ill treated in the prisons in Afghanistan and now is in Guantanamo. It is believed, and quite plausible to me, that his confession was false and came after torture. Indeed, almost anyone would give a confession that torturers want after severe torture, deprivation and solitary confinement. Obviously, the purpose of these techniques is to break people down physically and psychologically so that they will say whatever is required to stop the torture.

The symptoms of people who have undergone this are quite similar no matter what culture they come from. The Torture Syndrome usually results, almost universally, as well as Posttraumatic Stress Disorder and severe Depression. The PTSD consists of recurrent intrusive thoughts of the events, and recurrent nightmares, often waking up at night screaming. They also include avoidance behavior, where the person tries to avoid the thoughts and not be reminded of them. Additionally, there is the hyper-arousal symptom, which includes very poor sleep, poor concentration, irritability, and startle reaction. The major depression symptoms include poor sleep, poor appetite, low energy, hopelessness, poor concentration, and a feeling of life not being worthwhile. Indeed, suicide thoughts and behavior occur frequently, even in patients who are Muslim, where

it is prohibited by their religion.  Some patients, particularly under severe deprivation or solitary confinement, also will have psychotic symptoms with hallucinations and delusions. The situation is often so desperate for people that suicide seems to be a way out of their internal turmoil.

To provide treatment for these individuals is extremely difficult and requires a whole new setting in which safety, continuity and human contact are emphasized.  In the present situation not all of that is possible, but clearly it's important to avoid unpredictable punishment as this duplicates the ongoing thoughts of torture, of which the consequences are unpredictable and often unending. Specifically, behavior modification of operant conditioning type is contraindicated because contingency behavior programs cannot modify what is internally represented in these patients' minds. At the same time, it is important that there be continuity and predictability to the everyday life. I think that having a safe environment which is predictable and provides continuity of care with the same humans being involved in the treatment is very helpful.  To the extent possible, it is necessary to have a supportive environment and empathetic relationships by care givers who recognize the trauma he has undergone.  There are also effective medicines for some of these symptoms and it would be useful to have a psychiatric evaluation so that the syndrome could be fully identified and appropriate treatment given by someone familiar with the syndrome and its treatment.

I hope this information is helpful.

J.D. Kinzie, M.D.
Professor of Psychiatry
Intercultural Psychiatric Program
OHSU

Exhibit C

## VITAE
## J. DAVID KINZIE, M.D.

| | |
|---|---|
| **PRESENT POSITION** | Professor of Psychiatry<br>Past Director, PTSD Clinic<br>Past Director, Torture Treatment Center of Oregon<br>Past Director, Child Traumatic Stress Clinic<br>Psychiatrist, Intercultural Psychiatric Program<br>Department of Psychiatry<br>Oregon Health Sciences University |
| **OFFICE ADDRESS** | Department of Psychiatry, UHN 80<br>Oregon Health Sciences University<br>3181 SW Sam Jackson Park Road<br>Portland, Oregon  97239 |
| **OFFICE PHONE** | (503) 494-8144 |
| **HOME ADDRESS** | 6111 NW Saltzman Rd<br>Portland, Oregon  97210 |
| **HOME PHONE** | (503) 241-2535 |
| **DATE OF BIRTH** | September 6, 1937 |
| **PLACE OF BIRTH** | Wabash, Indiana |
| **CITIZEN** | U.S. |
| **LICENSURE** | Currently licensed to practice in Oregon and Washington (limited) |

**EDUCATION**

| | |
|---|---|
| 1955-1959 | B.A. magna cum laude, mathematics major, LaVerne College, LaVerne, California |
| 1959-1963 | M.D., University of Washington School of Medicine, Seattle, Washington |
| 1963-1964 | Rotating internship, Alameda County Hospital, Oakland, California |

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 262

Vitae: J. David Kinzie, M.D.  -  Page 2

| | |
|---|---|
| 1966-1969 | Residency in general psychiatry, University of Washington Integrated Program, Seattle, Washington |
| 1969-1970 | Fellow in transcultural psychiatry, Honolulu, Hawaii, University of Hawaii Integrated Program |

## RESEARCH EXPERIENCE

| | |
|---|---|
| 1960-1961 | Summer research trainee, Department of Psychiatry, University of Washington School of Medicine. Subject: Attitudes of Racial Prejudice |
| 1963 | Senior Thesis:  Studies of the Therapeutic Community: European and American Contrasts. Department of Psychiatry, University of Washington, School of Medicine |
| 1969 | Research: Epidemiology of Psychiatric Disorders Among Northwest Coast Indians and Mental Health Consultation to Northwest Coast Indians |
| 1969-1970 | Research at the Queen's Medical Center, Honolulu, Hawaii |
| 1970-1971 | Research at University of Malaya, Faculty of Medicine (with Professor Tan and Dr. Teoh, members of the department) |
| 1971-1976 | Research on transcultural aspects of psychiatric treatment in Hawaii; community psychiatric practice in Hawaii |
| 1976-present | Department of Psychiatry, Oregon Health Sciences University |
| | Approaches to the Indochinese Patient, Clinical and Treatment |
| | Research on Aspects of PTSD of Refugees |
| | Evaluation of Department of Psychiatry Quality Assurance |
| | Evaluation Techniques of PTSD |
| | Evaluation of Surgical Trauma Patients |

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 263

12/18/2006    15:09    I'  SYCH → 95033265524                    NO.389    P04

Vitae: J. David Kinzie, M.D.  -  Page 3

Multiple studies on PTSD and Refugees

# WORK EXPERIENCE

| | |
|---|---|
| Summer 1962 | Extern at Oregon State Hospital, Salem, Oregon |
| July 1964 - March 1965 | General medical physician with CARE/MEDICO: Provincial Hospital, Quang Ngai, Vietnam |
| March 1965 - July 1966 | Department of Aborigine Hospital, Gombak, Malaysia |
| 1970-1971 | Instructor in Psychiatry, University of Washington; Assigned to Faculty of Medicine, University of Malaya Responsibilities included: teaching medical students, supervising medical officers (residents) on inpatient unit, directing outpatient clinical responsibilities, consultant to Gombak Agorigine Hospital |
| 1971 - 1974 | Assistant Professor of Psychiatry University of Hawaii School of Medicine |
| 1974 - 1976 | Associate Professor of Psychiatry Coordinator of Psychiatric Clerkship University of Hawaii School of Medicine |
| 1976 - July 1980 | Associate Professor of Psychiatry Oregon Health Sciences University Director of Residency Training Acting Director of Consultation-Liaison Service, 1976-1977 |
| July 1980 - Present | Professor of Psychiatry |
| July 1980 - December 1997 | Director of Clinical Services |
| July 1980 - July 1994 | Director of Indochinese Psychiatric Program Oregon Health Sciences University Currently Psychiatrist in IPP treating Cambodian patients |
| 1978 - 1986 | Medical Director of Ward 5A, Acute Psychiatric Inpatient Unit |

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 264

|  | Oregon Health Sciences University<br>Consultant to Vancouver Veterans Administration<br>Psychiatry Services |
|---|---|
| May 1981 - 1986 | Director of Clinical Services<br>Consultant, Study of Depression in Old Age<br>Department of Psychology, University of Oregon, Eugene |
| 1987 - 1988 | Acting Director, Adult Psychiatry Outpatient Clinic<br>Oregon Health Sciences University |
| July 1994 - December 1997 | Vice Chairman, Department of Psychiatry<br>Oregon Health Sciences University |
| July 1998 - 1999 | Acting CMO, Eastern Oregon Psychiatric Center |

## PAST PROFESSIONAL ACTIVITIES

Director of Clinical Services, Department of Psychiatry, Oregon Health Sciences University
Vice Chairman, Department of Psychiatry, Oregon Health Sciences University
Attending Staff, Queen's Medical Center and St. Francis Hospital, Honolulu, Hawaii
Member, Professional Activities Review Committee, Queen's Medical Center, Honolulu, Hawaii
Hawaii Psychiatric Association

## OTHER ACTIVITIES

Book Reviewer, American Journal of Psychotherapy, Community Mental Health
Advisory Board and Consultant, Indochinese Health Care Projects
Sailing - Member, Rose City Yacht Club
Board of Directors, Chinese Social Service Center, 1983 to present

## AWARDS AND HONORS

Elected President of Associated Students, LaVerne College, 1958
Thesis Certificate in Psychiatry, University of Washington, 1963
Sol. Ginsberg Fellow, Group of Advancement of Psychiatry, 1967-1968
      (Research Committee)
Award for Meritorious Service, Mental Health Association of Oregon, 1983
Co-winner, APA Gold Achievement Award for the Indochinese Psychiatric, 1986
Teaching Award for Outstanding Service, Oregon Health Sciences University, Department of
      Psychiatry Residency Training Program, 1988
Certificate of Special Appreciation: Mental Health and Developmental Disability Services
      Division, State of Oregon, May 1990
American Psychiatric Association, Nancy C.A. Roeske, M.D. Certificate of Recognition for
      Excellence in Medical Student Education, 1992

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 265

## ORGANIZATIONS AND PROFESSIONAL ACTIVITIES

General Member, American Psychiatric Association, 1970
Fellow, American Psychiatric Association, 1977
Life Fellow, American Psychiatric Association, 2002
Member, Association for Advancement of Psychotherapy
Fellow, American Association of Social Psychiatry
Member, Oregon Psychiatric Association
Member, Executive Council, American Association of Directors of Psychiatric Residency
    Training Programs, 1979 - 1981
Member, Steering Committee, Society for Study of Psychiatry and Culture
Fellowship committee, Oregon Psychiatric Association, 1981 to present, chairman, 1982-85
Fellow, American Association of Social Psychiatry, Member, Physicians for Social
Responsibility
Member, Medical Board, University Hospital 1982 - 1985
Member, Medical Record Committee, 1982 - 1986
Executive Committee, Department of Psychiatry, 1981 to 1997
Member, American Psychiatric Association, Task Force on Psychiatric Aspects of Violence,1997
Member, National Institute of Mental Health, Task Force on Torture and Extreme Trauma, 1997
Elected Member, Steering Committee, Transcultural Section, World Psychiatric Association,
2003-2008
Fellow American College of Psychiatry, 2004

## CERTIFICATION

Diplomate, American Boards of Psychiatry and Neurology, April 1973
Examiner, American Board of Psychiatry and Neurology, 1983 – 1986
Associate Examiner, American Board of Psychiatry and Neurology, 1987 to present

## PUBLICATIONS

1.    Kinzie, J.D.: Malaysia Aborigine Medical Program, Letter to the Editor. *Journal of
    American Medical Association*, 197:163-164, 1966.

2.    Kinzie, J.D., Tyas, J., and Kinzie, K.: A Comparative Health Survey Among Various
    Malayan Aborigine Tribes. *Medical Journal of Malaya*, December, 1966.

3.    Kinzie, J.D. and Kinzie, K.: The Jahai Negritos: A Glimpse of a Culture in Transition.
    *Federation Museums Journal*, States of Malaya, Kuala Lumpur, 11, 1966.

4.    Kinzie, J.D., Shore, J.H., and Pattison, E.M.: Anatomy of Psychiatric Consultation to
    Rural Indians. *Community Mental Health Journal*, Aug;8(3):196-207, 1972.

12/18/2006    15:09    I    JYCH → 95033265524                               NO.309    P07

5.    Kinzie, J.D., Ryals, J., Cottington, F., and McDermott, J.F.:  Cross-Cultural Study of Depressive Symptoms in Hawaii.  *The International Journal of Social Psychiatry*, Spring;19(1):19-24, 1973.

6.    Marsella, J.A., Kinzie, J.D., and Gordon, P.:  Ethnic Variations in the Expressions of Depression. *Journal of Cross-Cultural Psychology*, 4:435-458, 1973.

7.    Teoh, J.I., Kinzie, J.D., and Tan, E.S.:  Referrals to a Psychiatric Clinic in West Malaysia. *The International Journal of Social Psychiatry*, Winter;18(4):301-307, 1973.

8.    Kinzie, J.D., Sushama, P.C., and Lee, M.:  Cross-Cultural Family Therapy - A Malaysian Experience. *Family Process*, 11:59-67, 1972.

9.    Kinzie, J.D.:  Cross-Cultural Psychotherapy:  the Malaysian experience:  An Open System Model. *American Journal of Psychotherapy*, Apr;26(2):220-231, 1972.

10.    Kinzie, J.D. and Simons, R.C.:  Outpatient Treatment of Psychotic Patients with a Long-Acting Phenothiazine: Fluphenazine Decanoate. *The Medical Journal of Malaya*, Dec;26(2):129-132, 1971.

11.    Kinzie, J.D., Teoh, J.I., and Tan, E.S.:  Native Healers in Malaysia.  In *Culture-Bound Syndromes, Ethnopsychiatry, and Alternate Therapies*. Honolulu, Hawaii: The University Press of Hawaii, Chapter 10, 1976.

12.    Shore, J.H., Kinzie, J.D., Hampson, J.L., and Pattison, E.M.:  Psychiatric Epidemiology of an Indian Village. *Psychiatry*, Feb;36(1):70-81, 1973.

13.    Kinzie, J.D. and Bolton, J.M.: Psychiatry with the Aborigines of West Malaysia. *The American Journal of Psychiatry*, Jul;130(7):769-773, 1973.

14.    Yutiao, M. and Kinzie, J.D.:  Consultation with the Filipino Boarding Home:  An After-Care Facility in Hawaii. *The International Journal of Social Psychiatry*, Summer;21(2):130-136, 1975.

15.    Young, B.B. and Kinzie, J.D.:  Psychiatric Consultation to a Filipino Community in Hawaii. *The American Journal of Psychiatry*, May;131(5):563-566, 1974.

16.    Kinzie, J.D., Teoh, J.I. and Tan, E.S.:  Community Psychiatry in Malaysia. *The American Journal of Psychiatry*, May;131:573-577, 1974.

17.    Markoff, R.A., Kinzie, J.D., Botticelli, M.G., and Bolian, G.C.:  A Simplified Guide to the Rational Use of Psychotropic Drugs. *Hawaii Medical Journal*, Jun;33(6): 201-206, 1974.

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 267

18.   McDermott, J.F., Maretzki, T.W., Hansen, M.J., Ponce, D.E., Tseng, W.S., and Kinzie, J.D.: American Psychiatry for Export: Special Training for Foreign Medical Graduates. *Journal of Medical Education*, May;49(5):431-437, 1974.

19.   Kinzie, J.D.: Psychiatric Epidemiology in Hawaii, in *A Review of the Literature in People and Culture in Hawaii: A Handbook for Mental Health Workers*. Department of Psychiatry, University of Hawaii. Pages 8-12, 1974.

20.   Kinzie, J.D. and Furakawa, E.: The Japanese of Hawaii, in *People and Culture in Hawaii: A Handbook for Mental Health Workers*, Department of Psychiatry, University of Hawaii. Pages 56-65, 1974.

21.   Kinzie, J.D. and Markoff, R.: A Systematic Approach to Sleep Disorders. Review and Treatment. *Hawaii Medical Journal*, Nov;33(11):412-417, 1974.

22.   Kinzie, J.D. and Tseng, W.S.: Cultural Aspects of Psychiatric Clinic Utilization A Cross-Cultural Study in Hawaii. *The International Journal of Social Psychiatry*, Autumn;24(3):177-188, 1978.

23.   Kinzie, J.D. and Jurgensen, R.A.: Modes of Experience and Psychiatric Education. *American Journal of Psychotherapy*, Apr;30(2):276-288, 1976.

24.   Kinzie, J.D.: Inter-Cultural Marriages - Problems and Challenges for Psychiatric Treatment. In *Adjustment in Intercultural Marriage*. Wen-Shing Tseng, John F. McDermott, and Thomas Maretzki [Eds.]. Honolulu: Department of Psychiatry, John A. Burns School of Medicine, University of Hawaii, 1977.

25.   Kinzie, J.D., Char, W.F., Markoff, R.A., and McDermott, J.F., Jr.: Objectives of Psychiatric Education in a Primary Care Curriculum. *Journal of Medical Education*, Aug;52(8):664-667, 1977.

26.   Shore, J.H., Kinzie, J.D., and Bloom, J.D.: Required Educational Objectives in Community Psychiatry. *The American Journal of Psychiatry*, Feb;136(2):193-195, 1979.

27.   Kinzie, J.D.: Lessons from Cross-Cultural Psychotherapy. *American Journal of Psychotherapy*, Oct;32(4):510-520, 1978.

28.   Sasser, M. and Kinzie, J.D.: Evaluation of Medical-Psychiatric Consultation. *International Journal of Psychiatry in Medicine*, 9(2):123-134, 1978-79.

29.   Bloom, J.D., Kinzie, J.D., and Shore, J.H.: Residency Curriculum in Forensic Psychiatry. *The American Journal of Psychiatry*, Jun;137(6):730-732, 1980.

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 268

12/18/2006    15:09    I    SYCH → 95033265524    NO.309    D09

30.  Kinzie, J.D., Tran, K.A., Breckenridge, A., and Bloom, J.D.: An Indochinese Refugee Psychiatric Clinic: Culturally Accepted Treatment Approaches. *The American Journal of Psychiatry*, Nov;137(11):1429-1432, 1980.

31.  Kinzie, J.D.: Evaluation and Psychotherapy of Indochinese Refugee Patients. *American Journal of Psychotherapy*, Apr;35(2):251-261, 1981.

32.  Kinzie, J.D., Manson, S.M., Vinh, D.T., Tolan, N.T., Anh, B., and Pho, T.N.: Development and Validation of a Vietnamese-Language Depression Rating Scale. *The American Journal of Psychiatry*, Oct;139(10):1276-1281, 1982.

33.  Kinzie, J.D.: The Establishment of Outpatient Mental Health Services for Southeast Asian Refugees. In *Refugee Mental Health in Resettlement Countries*, p. 217-230. Carolyn L. Williams and Joseph Westermeyer [Eds.], Washington DC: Hemisphere Publishing Corporation, p. 217-230, 1986.

34.  McFarland, B. and Kinzie, J.D.: Psychiatric Residents' Knowledge as a Function of Training Level. *Journal of Psychiatric Education*, 7:138-143, 1983.

35.  Faulkner, L.R., Rankin, R.M., Eaton, J.S. Jr., and Kinzie, J.D.: The State Hospital as a Setting for Resident Education. *Journal of Psychiatric Education*, 7:153-166, 1983.

36.  Neligh, G. and Kinzie, J.D.: Therapeutic Relationships with the Chronic Patient. In *New Directions in Mental Health Services, Effective Aftercare for the 80's*. David Cutler, [Ed.], San Francisco, CA: Jossey-Bass, 1983.

37.  Kinzie, J.D., Fredrickson, R.H., Ben, R., Fleck, J., and Karls, W.: Posttraumatic Stress Disorder Among Survivors of Cambodian Concentration Camps. *The American Journal of Psychiatry*, May;141(5):645-650, 1984.

38.  Kinzie, J.D. and Manson, S.M.: Five-Years' Experience with Indochinese Refugee Patients. *Journal of Operational Psychiatry*, 14(2):105-111, 1983.

39.  Kinzie, J.D.: The "Concentration-Camp Syndrome" among Cambodian Refugees. In a book on post-1975 Cambodia, *The Cambodian Agony.* David A. Ablin and Marlowe Hood, [Eds.]. Armonk, NY: M.E. Sharpe, 1987.

40.  Kinzie, J.D., Holmes, J.L., and Arent, J.: Patients' Release of Medical Records: Involuntary, Uninformed Consent? *Hospital and Community Psychiatry*, Aug;36(8):843-847, 1985. Reprinted in *Journal American Medical Record Association*.

41.   Kinzie, J.D.: Cultural Aspects of Psychiatric Treatment with Indochinese Refugees. *American Journal of Social Psychiatry*, 5(1):47-53, 1985.

42.   Kinzie, J.D.: Overview of Clinical Issues in the Treatment of Southeast Asian Refugees. In *Southeast Asian Mental Health-Treatment, Prevention, Services, Training and Research.* Tom Choken Owan, [Ed.]. Washington, DC: National Institute of Mental Health, p. 113-139, 1985.

43.   Boehnlein, J.K., Kinzie, J.D., Ben, R., and Fleck, J.: One-Year Follow-Up Study of Posttraumatic Stress Disorder Among Survivors of Cambodian Concentration Camps. *The American Journal of Psychiatry*, Aug;142(8):956-959, 1985.

44.   Bloom, J.D., Kinzie, J.D., and Manson, S.M.: Halfway Around the World to Prison, Vietnamese in Oregon's Criminal Justice System. *Medicine and Law*, 4(6):563-572, 1985.

45.   Faulkner, L.R., Kinzie, J.D., Angell, R., U'Ren, R., and Shore, J.H.: A Comprehensive Psychiatric Formulation Model. *Journal of Psychiatric Education*, 9(3):189-203, 1985.

46.   Kinzie, J.D., Sack, W.H., Angell, RH.., Manson, S.M., and Rath, B.: The Psychiatric Effects of Massive Trauma on Cambodian Children I. The Children. *Journal of American Academy of Child and Adolescent Psychiatry*, 25(3):370-376, 1986.

47.   Sack, W.H., Angell, R.H., Kinzie, J.D., and Rath, B.: The Psychiatric Effects of Massive Trauma on Cambodian Children II. The Family, the Home, and the School. *Journal of American Academy of Child and Adolescent Psychiatry*, 25(3):377-383, 1986.

48.   Kinzie, J.D., Lewinsohn, P., Maricle, R., and Teri, L.: The Relationship of Depression to Medical Illness in an Older Community Population. *Comphrensive Psychiatry*, May-Jun;27(3):241-246, 1986.

49.   Kinzie, J.D.: Severe Post-Traumatic Stress Syndrome Among Cambodian Refugees: Symptoms, Clinical Course and Treatment Approaches. In *Disaster Stress Studies: New Methods and Findings*, J.H. Shore (ed.), American Psychiatric Association Press, 1986, pages 123-139.

50.   Kinzie, J.D. and Manson, S.M.: The Use of Self-Rating Scales in Cross-Cultural Psychiatry. *Hospital and Community Psychiatry*, Feb;38(2):190-196, 1987.

51.   Kinzie, J.D. and Fleck, J.: Psychotherapy with Severely Traumatized Refugees. *American Journal of Psychotherapy*, Jan;41(1):82-94, 1987.

52.   Kinzie, J.D.: The Psychiatric Effects of Massive Trauma on Cambodian Refugees. In *Human Adaptation to Extreme Stress: From the Holocaust to Vietnam.* John P. Wilson, Zev Harel, Boaz Kahana [Eds.], New York: Plenum Publishing Corporation, 1988.

53.   Kinzie, J.D., Leung, P., Boehnlein, J.K., and Fleck, J.: Antidepressant Blood Levels in Southeast Asians: Clinical and Cultural Implications. *The Journal of Nervous and Mental Disease,* Aug;175(8):480-485, 1987.

54.   Kinzie, J.D.: Current Perspectives in Posttraumatic Stress Disorders. *Western Journal of Medicine,* 147:71, 1987.

55.   Kinzie, J.D., Leung, P., Bui, A., Ben, R., Keopraseuth, K.O., Riley, C., Fleck, J., and Ades, M.: Group Therapy with Southeast Asian Refugees. *Community Mental Health Journal,* Summer;24(2):157-166, 1988.

56.   Kinzie, J.D.: Therapeutic Approaches to Traumatized Cambodian Refugees. *Journal of Traumatic Stress,* 2,1:75-91, 1989.

57.   Maricle, R.A., Kinzie, J.D., and Lewinsohn, P.: Medication-Associated Depression: A Two-and One-half Year Follow-Up of a Community Sample. *International Journal of Psychiatry and Medicine,* 18(3):283-292, 1988.

58.   Kinzie, J.D.: Post Traumatic Stress Disorder. In *Comprehensive Textbook of Psychiatry,* Kaplan and Sadack (Eds.), 5th Edition, pp. 1000-1008, 1990.

59.   Kinzie, J.D. and Leung, P.: Clonidine in Cambodian Patients with Posttraumatic Stress Disorder. *The Journal of Nervous and Mental Disease,* Sept;177(9):546-550, 1989.

60.   Kinzie, J.D and Boehnlein, J.K.: Post-traumatic Psychosis Among Cambodian Refugees. *Journal of Traumatic Stress,* 2(2):185-198, 1989.

61.   Kinzie, J.D, Sack, W., Angell, R., Clarke, G., and Ben, R.: A Three-year Follow-up of Cambodian Young People Traumatized as Children. *Journal of American Academy of Child and Adolescent Psychiatry,* Jul;28(4):501-504, 1989.

62.   Kinzie, J.D. and Sack, W.: Severely Traumatized Cambodian Children: Research Findings and Clinical Implications. In *Refugee Children Traumatized by War,* F.L. Ahiam (Ed.), John Hopkins University Press, Baltimore, 1991.

63.   Kinzie, J.D.: Post-Traumatic Effects and their Treatment Among Southeast Asian Refugees. In *International Handbook of Traumatic Stress Syndromes.* John P. Wilson and Beverely Raphael [Eds.], New York: Plenum Press, p. 311-319, 1993.

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 271

64.  Kinzie, J.D., Boehnlein, J.K., Leung, P.K., Moore, L.J.., Riley, C, and Smith, D.:  The Prevalence of Posttraumatic Stress Disorder and its Clinical Significance Among Southeast Asian Refugees.  *The American Journal of Psychiatry*, Jul;147(7):913-917, 1990.

65.  Kinzie, J.D.:  Development, Staffing, and Structure of Psychiatric Clinics.  In *Mental Health Services for Refugees*, (DHHS Publication NO. [ADM] 91-1824), pp. 146-156. J. Westermeyer, C.L. Williams, & A.N. Nguyen (eds), Washington, D.C., US Government Printing Office.

66.  Kinzie, J.D. and Leung, P.:  Psychiatric Care of Indochinese Americans. In *Culture, Ethnicity, and Mental Illness*, Albert C. Gaw [Ed.], American Psychiatric Publishing, Inc., 1993.

67.  Kinzie, J.D., Leung, P.K., Boehnlein, J., Matsunaga, D., Johnson, R., Manson, S., Shore, J.H., Heinz, J., and Williams, M.:  Psychiatric Epidemiology of an Indian village.  A 19-Year Replication Study.  *The Journal of Nervous and Mental Disorder*, Jan;180(1):33-39, 1992.

68.  Kinzie, J.D.:  Counter-transference in the Treatment of Southeast Asian Refugees.  In *Beyond Empathy: Managing Affect and Counter-transference in Treatment of Post-traumatic Stress Disorder*, J.P. Wilson and J. Lindy (Eds.), Guilford Press, 1994.

69.  Kinzie, J.D., Maricle, R.A., Bloom, J.D., Leung, P.K., Goetz, R.R., Singer, C.M., and Hamilton, N.G.:  Improving Quality Assurance through Psychiatric Mortality and Morbidity Conferences in a University Hospital.  *Hospital and Community Psychiatry*, May;43(5):470-474, 1992.

70.  Boehnlein, J.K., Kinzie, J.D., Leung, P.K., Matsunaga D., Johnson R., and Shore J.H.:  The Natural History of Medical and Psychiatric Disorders in an American Indian Community.  *Cultural, Medicine and Psychiatry*, 16(4):543-554, 1992-93.

71.  Sack, W.H., Clarke, G., Him, C., Dickason, D, Goff, B., Lanham, K., and Kinzie, J.D.:  A Six-Year Follow-up Study of Cambodian Refugee Adolescents Traumatized as Children.  *Journal of the American Academy of Child and Adolescent Psychiatry*, Mar;32(2):431-437, 1993.

72.  Kinzie, J.D. and Boehnlein, J.:  Psychotherapy of the Victims of Massive Violence:  Countertransference and Ethical Issues.  *American Journal of Psychotherapy*, Winter;47(1):90-102, 1993..

73.  Buchwald, D., Manson, S.M., Dinges, N.G., Keane, E.M., and Kinzie, J.D.:  Prevalence of Depressive Symptoms Among Established Vietnamese Refugees in the United States:

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 272

12/18/2006    15:09    IF    YCH → 95033265524                                    NO.309    P13

Detection in a Primary Care Setting. *Journal of General Internal Medicine*, Feb;8(2):76-81, 1993.

74.    Boehnlein, J.K. and Kinzie, J.D.:  Commentary. DSM Diagnosis of Posttraumatic Stress Disorder and Cultural Sensitivity:  A Response. *The Journal of Nervous and Mental Disease,* Sept;180(9):597-599, 1992.

74b.    Buchwald, D., Manson, S.M., Brenneman, D.L., Dinges N.G., Keane, E.M. Beals, J., and Kinzie, J.D.:  Screening for depression among newly arrived Vietnamese refugees in primary care settings. *The Western Journal of Medicine*, Oct; 163(4):341-345, 1995.

75.    Jenkins, J.H. and Kinzie, J.D.:  Culture and the Diagnosis of Adjustment Disorders. In *Cultural Proposals and Supporting Papers for DSM-IV (3rd rev.)*, Mezzich, J.E., Kleinman, A., Fabrega, Jr., H., Good, B., Johnson-Powell, G., Lin, K-M., Manson, S., and Parron, D. (Eds.), 218-226, 1993.

76.    Somervell, P.D., Beals, J., Kinzie, J.D., Boehnlein, J., Leung, P., and Manson, S.M.: Criterion Validity of the Center for Epidemiologic Studies Depression Scale in a Population Sample from an American Indian Village. *Psychiatry Research*, Jun;47(3):255-266, 1993.

76b.    Somervell, P.D., Beals, J., Kinzie, J.D., Boehnlein, J., Leung, P.K., and Manson, S.M.: Use of the CES-D in an American Indian Village. *Cultural, Medicine and Psychiatry*, 16(4):503-517, 1992.

77.    Leung, P.K., Kinzie, J.D., Boehnlein, J.K., and Shore, J.H.:  A Prospective Study of the Natural Course of Alcoholism in a Native-American Village. *Journal of Studies on Alcohol*, Nov;54(6):733-738, 1993.

78.    Boehnlein, J.K., Kinzie, J.D., and Leung, P.K.:  Countertransference and Ethical Principles for Treatment of Torture Survivors. In *Caring for Victims of Torture.* James M. Jaranson and Michael K. Popkin [Eds.], Washington DC: American Psychiatric Press, Inc., p. 173-184, 1998.

79a.    Boehnlein, J.K., Leung, P.K, and Kinzie, J.D.:  Cambodian American Families. In *Working with Asian Americans: A Guide for Clinicians*, Evelyn Lee [Ed.], New York: The Guilford Press, p. 37-45, 1997.

79b.    Leung, P.K., Boehnlein J.K., and Kinzie, J.D.:  Vietnamese American Families. In *Working with Asian Americans:A Guide for Clinicians,* Evelyn Lee [Ed.], New York: The Guilford Press, p. 153-164, 1997.

Vitae: J. David Kinzie, M.D. - Page 13

80.  Kinzie, J.D., Leung, P.K., and Boehnlein, J.K.: Treatment of Depressive Disorders in Refugees. In *Working with Asian Americans: A Guide for Clinicians*, Evelyn Lee [Ed.], New York: The Guilford Press, p. 265-274, 1997.

81.  Boehnlein, J.K. and Kinzie, J.D.: Cultural Perspectives on Posttraumatic Stress Disorder. In *Stressful Life Events II*, T. Miller [Ed.], International Universities Press, 1997.

82.  Kinzie, J.D. and Sack W.: The Psychiatric Disorders Among Cambodian Adolescents: The Effects of Severe Trauma. In *Immigrant and Refugee Children and Their Families: Clinical, Research, and Training Issues*, Fern J. Cramer Azima and Natalie Grizenko [Eds.], Madison, CT : International Universities Press, Inc., p. 95-112, 2002.

83.  Kinzie, J.D., Sack, R.L., and Riley, C.M.: The Polysomnographic Effects of Clonidine on Sleep Disorders in Posttraumatic Stress Disorder: A Pilot Study with Cambodian Patients. *The Journal of Nervous and Mental Disease*, Oct;182(10):585-587, 1994.

84.  Kinzie, J.D.: Ethnicity and Psychopharmacology: The experience of Southeast Asians. In *Clinical Methods on Transcultural Psychiatry*, S. Okpaku [Ed.], APA Press, 1998.

85.  Kinzie, J.D. and Goetz, R.R.: A Century of Controversy Surrounding Posttraumatic Stress-Spectrum Syndromes: The Impact on DSM-III and DSM-IV. *Journal of Traumatic Stress*, Apr;9(2):159-179, 1996.

86.  Moffic, H.S. and Kinzie, J.D.: The History and Future of Cross-Cultural Psychiatric Services. *Community Mental Health Journal*, Dec;32(6):581-592,1996.

87.  Boehnlein, J.K. and Kinzie, J.D.: Refugee Trauma. *Transcultural Psychiatric Research Review*, 32:223-252, 1995.

88.  Kinzie, J.D., Boehnlein, J.K., and Sack, W.H.: The Effects of Massive Trauma on Cambodian Parents and Children. In *International Handbook of Multigenerational Legacies of Trauma*, Yael Danieli, [Ed.]. New York: Plenum Press, 1998.

89.  Kinzie, J.D.: Historical and Current Perspectives on Post-Traumatic Stress Disorder With Special Emphasis on Traumatized Refugees. *Malaysian Journal of Psychiatry*,

89.  Kinzie, J.D., Hancey, J., Wilson, W, and Harther, J.: Paroxetine and Offenders. A Pilot Study. In *International Journal of Offender Therapy and Comparative Criminology*, 40:285-292, 1996.

90.  Kinzie, J.D.: The Historical Relationship Between Psychiatry and the Major Religions. In *Psychiatry and Religion: The Convergence of Mind and Spirit*, James K. Boehnlein [Ed.]. American Psychiatric Association Press, Inc., 3-26, 2000.

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 274

91.   Kinzie, J.D.: The Question of Welfare Reform and Refugee Fo's Answer. *Community Mental Health Journal,* Apr;34(2):129-132. 1998.

92.   Kinzie, J.D., Denny, D., Riley, C., Boehnlein, J., McFarland, B., and Leung, P.: A Cross-Cultural Study of Reactivation of Posttraumatic Stress Disorder Symptoms: American and Cambodian Psychophysiological Response to Viewing Traumatic Video Scenes. *The Journal of Nervous and Mental Disease,* Nov;186(11):670-676, 1998.

93.   Kinzie, J.D. and Jaranson, J: Refugees and Asylum Seekers in Mental Health Consequences of Torture and Related Trauma, *Scientific Review Paper.* Guilford Press, ed by Keane, Gerrity and Tuma, 1998.

94.   Pynoos, R.S., Kinzie, J.D., and Gordon, M.: Children, Adolescents and Families Exposed to Torture and Related Trauma, *Scientific Review Paper.* Guilford Press, ed by Keane, Gerrity and Tuma, 1998.

95.   Silove, D. and Kinzie, J.D.: Survivors of War Trauma, Mass Violence and Civilian Terror: an overview, *Scientific Review Paper.* Guilford Press, ed by Keane, Gerrity and Tuma.

96.   Kinzie, J.D.: Professional Caregivers and Observers Issues. *Scientific Review Paper.* Guilford Press, ed by Keane, Gerrity and Tuma.

97.   Kinzie, J.D.: Cross-cultural Treatment of PTSD, In: *Core Approaches for the Treatment of PTSD,* ed by J.P. Wilson, M.F. Friedman and J. Lindy, 2000.

98.   Kinzie, J.D.: Concentration Camp Syndrome, In: *Encyclopedia of Stress,* ed by George Fink, Academic Press, 2000.

99.   Kinzie, J.D.: Refugees, Stress in, In: *Encyclopedia of Stress,* ed by George Fink, Academic Press, 2000.

100.  Kinzie, J.D.: The Southeast Asian Refugee: The Legacy of Severe Trauma, In: *Culture and Psychotherapy: A Guide to Clinical Practice.* Wen-Sheng Tseng, M.D. and Jon Stretzler, Washington D.C.: American Psychiatric Press, Inc., p. 173-192, 2001.

101.  Kluft, R.P., Bloom, S.L., and Kinzie, J.D.: Treating Traumatized Patients and Victims of Violence. In *Psychiatric Aspects of Violence: Issues in Prevention and Treatment.* Carl C. Bell [Ed.], San Francisco, CA: Jossey-Bass, New Directions for Mental Health Services, Summer; (86), p. 79-102, 2000.

102.  Kinzie, J.D. and Boehnlein, J.K.: A Behavioral Sciences Model in Education:

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 275

Recognition and Management of Violence and its Effects. *Annals of Behavioral Science Medical Education,* 7:97-101, 2001.

103.    Kinzie, J.D.: Psychotherapy for Massively Traumatized Refugees: The Therapist Variable. *American Journal of Psychotherapy,* 55(4):475-490, 2001.

104.    Kinzie, J.D., Boehnlein, J.K., Riley, C., and Sparr, L.: The Effects of September 11 on Traumatized Refugees: Reactivation of Posttraumatic Stress Disorder, *The Journal of Nervous and Mental Disease,* Jul;190(7):437-441, 2002.

105.    Kinzie, J.D. and Friedman, M.J.: Psychopharmacology for Refugee and Asylum-Seeker Patients. In Broken Spirits: The Treatment of Traumatized Asylum Seekers, Refugees, War and Torture Victims. John P. Wilson and Boris Drozdek [Eds.], New York: Brunner-Routledge, p. 579-600, 2004.

106.    Kinzie, J.D. and Leung, P.K.: Culture and Outpatient Psychiatry. In *Cultural Competence in Clinical Psychiatry.* Wen-Shing, M.D. Tseng and Jon, M.D. Streltzer, [Eds.]. American Psychiatric Association, 2004.

107.    Kinzie, J.D.: Cambodians and Massive Trauma: What We Have Learned after Twenty Years. In *Living With Terror, Working With Trauma: A Clinician's Handbook.* Danielle Knafo [Ed.]. Rowman & Littlefield Publishers, Inc., p. 119-134, 2004.

108.    Boehnlein, J.K., Kinzie, J.D., Sekiya U., Riley, C, Pou, K., and Rosborough, B.: A Ten-Year Treatment Outcome Study of Traumatized Cambodian Refugees. *The Journal of Nervous and Mental Disease,* Oct;192(10):658-663, 2004.

109.    Lustig, S.L., Kia-Keating, M., Knight, W.G., Geltman, P., Ellis, H., Kinzie, J.D., Keane, T., and Saxe, G.N.: Review of Child and Adolescent Refugee Mental Health. *Journal of the American Academy of Child and Adolescent Psychiatry,* Jan;43(1):24-36, 2004.

110.    Kinzie, J.D.: The Pain of the Tortured; What are we to think and what are we to feel. *Open Space,* Fall 2004.

111.    Kinzie, J.D.: Some of the Effects of Terrorism on Refugees. Chapters in *The Trauma of Terrorism Sharing Knowledge and Shared Care: An International Handbook.* U. Danieli, D. Brown and J Lills [Eds]. Haworth Maltreatment and Trauma Press, 2005.

112.    Hoffmann, C., McFarland, B.H., Kinzie, J.D., Bresler, L., Rakhlin, D., Wolf, S., and Kovas, A.E.: Psychometric Properties of a Russian Version of the SF-12 Health Survey in a Refugee Population. *Comprehensive Psychiatry,* Sep-Oct;46(5):390-397, 2005.

113.    Kinzie, J.D.: Evil: A Psychiatric Perspective on Forensic Psychology. *Influences of Evil*

ed. By Tom Mason, 2005.

114.   Kinzie, J.D.:  Personal Reflection on Treating Traumatized Refugees. *Handbook of International Psychology*.  Gilbert Reyes and Gerard Jacobs [Ed]. Praeger Perspectives, 3:101-114, 2006.

115.   Kinzie, J.D., Cheng, K., Tsai, J., Riley, C.:  Traumatized Refugee Children: The case of individualized diagnosis of treatment.   Journal of Nervous and Mental Diseases.  194: 534-7, 2006.

116.   Wheeler, G.H., Brandon, D., Clemons, A., Riley, C., Kendall, J., Loviaux, D.L., and Kinzie, J.D.: Cortisol production rate in posttraumatic stress disorder.  J Clin Endocrinal Metab, 91:3486-9, 2006.

117.   Kinzie, J.D.: Immigrants and Refugees: The Psychiatric Perspective.  Transcultural Psychiatry, pp 577-591, 2006.

## BOOK REVIEWS

1.   Jurgen Ruesch, <u>Knowledge in Action</u>. *American Journal of Psychotherapy*, 31:1, 1977.

2.   Milton V. Kline, Lester L. Coleman, Erika A. Wick (Eds.), <u>Obesity - Etiology, Treatment and Management</u>. *American Journal of Psychotherapy*, 32:1, 1978, pp. 138-139.

3.   Anne H. Rosenfeld, <u>Psychiatric Education:  Prologue to the 1980's</u>. *American Journal of Psychotherapy*, 34:2, pp. 274-276, 1980.

4.   Harriet P. Lefley and Paul B. Pedersen (Eds.), <u>Cross-cultural Training for Mental Health Professionals</u>. *American Journal of Psychotherapy*, 41:4, pp. 616-617, 1987.

5.   Mechanic, D., <u>Students Under Stress</u>. *American Journal of Psychotherapy*, 33:2, pp. 319-326, 1979.

6.   Jelek, W., Indian Healing: Shamanic Ceremonialism in the Pacific Northwest. *Journal of Operational Psychiatry*, 14:58-59, 1983.

7.   Pedersen, Paul (Ed.), Handbook of Cross Cultural Counseling and Therapy. In

*Transcultural Psychiatric Research Review*, Westport, Connecticut, Greenward Press, 23:305-307, 1986.

8.    Leon, J.R., Adler, W.N., Webb, W.L. (Eds.)  Modern Hospital Psychiatry. W.W. Norton, *American Journal of Psychotherapy*, 43, 304-305, 1989.

9.    Higgenbotham, H.N., West, S.G., and Forsyth, D.R.:  Psychotherapy and Behavior Change: Social, Cultural and Methodological Perspectives. New York, Pergamon Press, 1988, *Journal of Nervous and Mental Disease*, 178:213-214, 1990.

10.    Lidz, T. and Lidz, R.W.: Oedipus in Stone Age. *American Journal of Psychotherapy*, 44:304-305, 1990.

11.    Wadesm, H. Durkin, J. and Perach, D. (Ed): Advances in Art Therapy.  John Wiley and Son, New York, 1989, *Journal of Traumatic Stress*, 4:311-312, 1991.

12.    Comas-Diaz, L., and Griffith, E.E.H., (Eds.), Clinical Guidelines. In <u>Cross-Cultural Mental Health</u>, New York. John Wiley, 1988, *Journal of Nervous and Mental Disease*, 179:51-52, 1991.

13.    Thompson, A.: Guide to Ethical Principles in Psychotherapy. *American Journal of Psychotherapy*, 45:129-130., 1991.

14.    Wolf, M.E. and Mosnaim, A.D. (Eds.): Posttraumatic Stress Disorder: Etiology, Phenomenology, and Treatment. APPI, Washington, D.C., 1990. *Journal of Traumatic Stress,* 4:607-608, 1991.

15.    (with N.G. Hamilton) Smith, J.H.: Arguing with Lacan: Ego Psychology and Language. Yale University Press, New Haven, 1991. *American Journal of Psychotherapy*, 46:311-312, 1992.

16.    Wilson, P.H. (Ed.):  Principles and Practice of Relapse Prevention, The Guilford Press, New York, 1992, American Journal of Psychotherapy 48:316-317, 1994.

17.    Bøjholm, S., Foldspang, A., Juhler, M., Katstrup, M., Skylv, G., and Somnier, F. Monitoring the Health and Rehabilitation of Torture Survivors: A Management Information system for a Rehabilitation and Research Unit for Torture Victims, Rehabilitation and Research Centre for Torture Victims: Copenhagen, 1992, Journal of Traumatic Stress, 7(4):731-733, 1994.

18.    Szasz, Thomas: Cruel Compassion: Psychiatric Control of Society's Unwanted. John Wiley and Sons, New York, 1994, American Journal of Psychotherapy 49:460-461. 1995.

19.   Weiss, Joseph: How Psychotherapy Works, Process and Techniques, 1993, Community
      Mental Health Journal, December, 1996

20.   Tseng, Wen-Sheng and Streltzer, Jon (eds) Culture and Psychopathology: A Guide to
      Clinical Assessment, American Journal of Psychotherapy, 53:135-136, 1999.

Reviewer: I have peer reviewed articles for the Journal of Nervous and Mental Disease, Journal
of American Medical Association, Journal of Cross-Cultural Psychology, Journal of Traumatic
Stress, Human Organization Culture, Psychiatry and Medicine, American Indian and Alaska
Native Mental Health Research, Disease and Ethnicity, Pediatrics.

## SELECTED PRESENTATIONS:

1.   Kinzie, J.D., Shore, J.H. and Pattison, E.M.: Anatomy of Psychiatric Consultation to
     Rural Indians. American Psychiatric Association Annual Meeting, Honolulu, Hawaii,
     May 1970.

2.   Kinzie, J.D., Ryals, J., Cottington, F. and McDermott, J.F.: Cross- Cultural Study of
     Depressive Symptoms in Hawaii. American Psychiatric Association Annual Meeting,
     Honolulu, Hawaii, May 1970.

3.   Ryals, J.D., Kinzie, J.D., Cottington, F. and McDermott, J.F.: A Cross- Cultural Study of
     Suicide in Hawaii. American Psychiatric Association Annual Meeting, Honolulu,
     Hawaii, May 1970.

4.   Marsella, A. and Kinzie, J.D.: Depression Patterns Among College Students of Japanese,
     Chinese and Caucasian Ancestry: A Factor Analytical Study of Culture and Mental
     Disorders. Conference on Mental Health Research in Asia and the Pacific.

5.   Teoh, J.I., Kinzie, J.D. and Tan, E.S.: Why Patients Attend a Psychiatric Clinic: Breaking
     the Barrier. Proceedings of the Sixth Singapore-Malaysia Congress of Medicine, 1971.

6.   Kinzie, J.D., Kiet, A.T., Breckenridge, A., Sin, S. and Bloom, J.D.: Approaches to the
     Indochinese Refugee Patient. American Psychiatric Association Annual Meeting,
     Chicago, Illinois, May 1979.

7.   Kinzie, J.D., Manson, S.M., Vinh The Do, Ngoc-Pho Than and Tolan Thi Nguyen:
     Depression Among Vietnamese Refugees; Rating Scale. Presented Annual Meeting of
     the American Psychiatric Association, 1980.

8.   Kinzie, J.D.: Cross Cultural Psychotherapy. Presented at Annual Meeting of APA, Los
     Angeles, 1984..

9.    Kinzie, J.D.: Tricyclic Antidepressant Blood Levels in Indochinese Refugees Clinical Implication. Presented at American Psychiatric Association Meeting, Dallas, 1985.

10.    Kinzie, J.D., Sack, W., Angell, R., Manson, S., Rath, B.: The Psychiatric Effects of Massive Trauma on Cambodian Children. Presented at American Psychiatric Association Meeting, Dallas, 1985.

11.    Kinzie, J.D.: Depression Among Refugees. World Psychiatric Association - Transcultural Section. Bejing, People's Republic of China, August 1985.

12.    J.D. Kinzie: What We Learned About Psychiatric Disorders Among Refugees. Illinois Mental Health Conference, Chicago, April 15, 1988.

13.    J.D. Kinzie: An Overview of Psychiatric Disorders Among Refugees. Southern California Conference on Refugees, July 8, 1988.

14.    Kinzie, J.D.: Speaker and presenter, Vail Conference on Refugees, Vail, Colorado, September 7-9, 1988.

15.    J.D. Kinzie: Grand Rounds: PTSD Among Refugees, Department of Psychiatry, University of British Columbia, Vancouver, British Columbia, Canada, November 2, 1988.

16.    J.D. Kinzie: Grand Rounds: PTSD Across Cultures, Department of Psychiatry, University of Utah, Salt Lake City, November 16, 1988.

17.    J. D. Kinzie: Grand Rounds: PTSD Overview, Western Psychiatry Institute, Pittsburgh, March 31, 1989.

18.    J.D. Kinzie: Grand Rounds: New Treatment Issues with Indochinese Refugees, Department of Psychiatry, Harbor Medical Center, Los Angeles, March, 1993.

19.    J.D. Kinzie: Special presentation: Trauma Across the Ages: Follow-up Studies of Cambodian Children and their Families, Department of Child Psychiatry, McGill University, Montreal, April, 1993.

20.    J.D. Kinzie: The History of Cross-Cultural Psychiatric Services, presented at annual meeting of the Society for the Study of Culture and Society, Monterey, Calif., October, 1994.

21. J.D. Kinzie: The History of and Current Perspectives of PTSD on Victims of Massive Trauma, presented as Rounds, Department of Psychological Medicine, University of

Abdul Rahim Abdul Razak Al Ginco, ISN # 489
Page 280

Malaya, Kuala Lumpur, and Department of Psychiatry, University of Hong Kong, April 1995.

22. Multiple course and presentations at APA, WPA and Transcultural section of WPA and in Society for Study of Psychiatry and Culture.

23. Commencement address at University of South Carolina Colombia School of Medicine, May 2005.

## DEPARTMENT OF PSYCHIATRY GRAND ROUNDS:

1. Kinzie, J.D. and Robb, D.: Psychiatric Consultation with a Patient with Terminal Illness. October 1977.

2. Kinzie, J.D. and Sasser, M.: Evaluation of Consultation-Liaison Service or Why It Doesn't Work. May 1978.

3. Deale, S. and Kinzie, J.D.: A Case Presentation from Ward 5A - Evaluation of Mania. January 1979.

4. Kinzie, J.D.: The Indochinese Refugee. September 1979.

5. Kinzie, J.D.: The Psychiatric Formulation, 1981.

6. Kinzie, J.D.: Psychotherapy with the Indochinese Refugee Patient. September 1980.

7. Kinzie, J.D., and Sack, R.: Endocrine Tests in the Evaluation of Depression. Fall 1982.

8. Kinzie, J.D.: Treatment of Severe "Concentration-Camp Syndrome" Dramatic Response to Phenelzine, September 1983.

9. Kinzie, J.D.: Modern Evaluation and Treatment of Severe Depression. September 1984.

10. Kinzie, J.D.: Impressions of Chinese Psychiatry - Practice & Research. October 1985.

11. Leung, P. and Kinzie, J.D.: Medical Problems Among Psychiatric Inpatients, March 1986.

12. Kinzie, J.D.: What We Know and Don't Know About Reactions to Massive Psychological Trauma, September 1988.

13. Kinzie, J.D.: A 19-Year Follow-Up Study of an American Indian Village, October 1991.

12/18/2006    15:09    I' SYCH ÷ 95033265524                                    NO.309    P22

Vitae: J. David Kinzie, M.D. - Page 21

14.  Kinzie, J.D. and Goetz, R.: Psychological Impact of Massive Trauma: Sumarians to Cambodians, November 1992.

15.  Kinzie, J.D: 30 Years of Psychiatric Practice at OHSU, Aug 2006.