# Exhibit F

*Darius M. Rejali*

Address: Department of Political Science          Citizenship: USA
         Reed College                             Office: 503-517-7346
         Portland, OR 97202-8199                  Fax: 503-777-7776 or 503-777-7769
                                                  E-mail: Rejali@reed.edu

## Academic Appointments
Professor, Political Science, Reed College 2003-present
Associate Professor, 1994-2003; Assistant Professor, 1989-1994
Visiting Lecturer, Alumni College, São Paulo, Brazil, 1995
Visiting Assistant Professor, Union College, 1988-1989
Lecturer (1988), Teaching Assistant (1982-1985), McGill University

## Recent Honors
"Scholar of Vision," Carnegie Corporation of New York, ($100,000) 2003-2005 for
    *Approaches to Violence*

## Education
McGill University, Ph.D., Dean's Honor Roll (Political Science), 1987; M.A.
    (Political Science (1983); Advisers: Profs. Charles Taylor, James Tully, Sam
    Noumoff, Uner Turgay
Swarthmore College, B.A. (Philosophy), 1981

## Administrative Offices
Chair (elected position), Political Science, Reed College, 2005, 1996-2001, 1993-
    1995
Chair, Competitive Paid Leave Awards Committee, Reed College, 1999-2001
Chair, International and Comparative Policy Studies, Reed College, 2000-2001
Chair (elected position), Division of History and Social Sciences, Reed College,
    1996-98
Faculty Representative, Staff Merit Awards, Reed College, 1998
Chair, Ducey Student Summer Internships Committee, 1997-2000
Co-Chair, Hewlett Faculty/Student Grants in International and Policy Studies,
    1994-95

## Professional Offices
Member, Editorial Board, *Human Rights Review*, 2000-present
External Evaluator for Tenure: York University, Canada (Islamic Studies, 2000);
    Sarah Lawrence College, NY (Religion, 1997); University of California, San
    Diego (Sociology, 1995)
Co-Chair, Annual Conference, "Iran and the Region," Center for Iranian Research,
    1998
Fellow, Aspen Institute, Wye, Maryland July-August 1997
Member, Editorial Board, "Gender and Political Theory," Lynne Riener, 1994-1997

Grant Evaluator, Fund for the Improvement of Post-Secondary Education, 1994
Fellow, Center for Developing Area Studies, McGill University 1982-1985

**Languages:** Read, write and speak French, Persian, and Portuguese. Read German, Arabic, and Spanish

**Biography:** "Darius Rejali," *Contemporary Authors*, edited by Terrie Rooney and Jennifer Gariepy, (Detroit: Gale Research, 1997); Steve Carter, "A Reed Professor's Life's Work; Scholar studies torture, ancient and modern," *The Oregonian* (October 6, 2003)

## Publications

**Book:** *Torture, Technology and Democracy* (forthcoming Princeton University Press, 2006) Is torture compatible with modern democracies and, if so, how? I focus on new techniques designed to leave little evidence of brutality, techniques have an affinity for democracies, rather than dictatorships.

**Book:** *Approaches to Violence* (Forthcoming Princeton University Press, 2007) I present the main qualitative orientations to the study of violence and examine how these orientations shape the ways researchers fashion answers in the study of particular kinds of violence.

**Book:** *Torture and Modernity: Self, Society and State in Modern Iran* (Boulder, CO: Westview Press, 1994). Paperback, 1994. Selected for Questia E-Book, 2000; See *http://www.questia.com*. Reviewed by the *Times Literary Supplement, Middle East Journal, Journal of Contemporary Asia, The Historian, The American Anthropologist,* and *Contemporary Sociology.* Feature review in the Persian language *Irannameh,* which is the main intellectual journal in the Iranian diaspora; reprinted in two Persian language magazines with circulations of over 20,000 in Europe, North America and Australia. Portions translated into Farsi, Portuguese and Spanish. Reviews are available at the following URL: http://www.reed.edu/~rejali/

**Article:** "Torture Makes the Man," *South Central Review* 24.1 (Spring 2007). [Explores the perception implicit in much torture apology that "democracy makes us weak" and torture is the cure for such weakness.]

**Article:** "Friend and Enemy, East or West: Political Realism in the work of Usama bin Ladin, Carl Schmitt, Niccolo Machiavelli and Kai Ka'us ibn Iskandar" *Historical Reflections* 3 (2004) (forthcoming) [How does one choose one's friends and identify enemies? A critique of modern realists using classical realist thinkers.]

**Article:** "Torture as a Civic Marker: Solving a Global Anxiety with a New Political Technology" *Journal of Human Rights* 2:2 (June 2003): 153-171

**Article:** "Electric Torture: A Global History of a Torture Technology" *Connect: art.politics.theory.practice* (June 2001): 101-109

**Article:** "Studying a Practice: An Inquiry into Lapidation" *Critique: Journal of Middle Eastern Studies* (Spring 2001): 67-100 [Critical study of legal, cultural and religious explanations of stoning, offering an alternative explanation for its origins and persistence today]

**Article:** "Ordinary Betrayals: Conceptualizing Refugees Who Have Been Tortured in the Global Village" *Human Rights Review* (July-September 2000): 8-25. [Critical study of ways in which lawyers, psychologists, states and the United Nations conceptualize torture victims]

**Chapter in Book:** "Whom Do You Trust? What Do You Count On?" in *Nineteen Eight-Four: Orwell and Our Future* (Princeton University Press, 2005), 155-179 [Orwell and How to Resist Torture]

**Article and Book Chapter**: "After Feminist Analyses of Bosnian Violence" *Peace Review* (September, 1997). Republished in *The Women and War Reader.* Edited by Lois Ann Lorentzen and Jennifer Turpin. New York: New York University Press, 1998. (Paperback 1998) [Critically examines explanations of ethnic rape]

**Chapter in Book:** "How Not To Talk About Torture: Violence, Theory, and Problems of Explanation" in *Vigilantism and the State in Modern Latin America: Essays in Extralegal Violence*, ed. Martha K. Huggins (New York: Praeger: 1991), 127-144

## Short Articles and Entries

"Executions and Executioners," *Encyclopedia Iranica*, Edited by Ehsan Yarshater. Costa Mesa, CA : Mazda Publishers, 2001

"What's My Major?: Some Advice to Generation Xers" *The Future of Oregon: A Public Affairs Quarterly* (April 1997)

"Define Your Terms: Dictionaries, Medievals and Thinking about Concepts" *PS: Political Science and Politics* (September 1995)

"The Birth of Modern Torture," *Social Science Forum 1* (March 1983)

## Book Reviews

Ron, James, "Frontiers and Ghettos" *Journal of Palestine Studies* (2005)

Farzin Vahdat, "God and Juggernaut," *Iranian Studies* (2005)

Martha Huggins, Mika Haritos-Fatouros, and Philip Zimbardo, "Violence Workers" *Contemporary Psychology* (2004)

Olivier Razac, "Barbed Wire," 2:3 *Journal of Human Rights* (2003)

Tara Bahrampour, "To See and See Again," 33:3/4 *Iranian Studies* (2000)

Ervand Abrahamian, "Tortured Confessions," 33:1/2 *Iranian Studies* (2000)

Abbas Milani, "Tale of Two Cities," *Iranian Studies* 30:3/4 (1997)

Mehrzad Borujerdi, "Iranian Intellectuals and the West" *Center for Iranian Research Analysis Review* (1997)

4

**Magazine Articles**

"Torture's Dark Allure," "Does Torture Work?" and "On Human Bondage,"
    (*Salon.com*, June 18, 2004 and June 21, 2004)
"The Real Shame of Abu Ghraib" (Viewpoint, *Time.com*, May 20, 2004)
"What's My Major?: Some Advice to Generation Xers," *The Future of Oregon: A
    Public Affairs Quarterly* (April 1997)


**Newspaper Editorials and Interviews**
"Containing Torture: How Torture Begets More Torture," (*Slate.com*, October 27,
    2006)
"Nation Doesn't Need an AG who Cleared Path for Torture," (*Seattle Times*,
    December 17, 2004)
"A Long-Standing Trick of the Torturer's Art" (*Seattle Times*, May 14, 2004)
"Use of Torture in Iraq Damages US Ability to Gather Intelligence" (*The
    Oregonian*, May 6, 2004)
"Tortured Truth" (*Miami Herald*, February 10, 2002)
"Torturing Can't Be Defended" (*Oregonian*, April 16, 2002)
Interviews in *Newsweek, New York Times, Baltimore Sun, Philadelphia Inquirer,
    Christian Science Monitor, Svenska Dagbladet,* and *De Groene Amsterdamer*


**Television and Radio Appearances**
Interview, *ABC News*, (November 29, 2005)
Guest, *Radio Open Source*, Boston Public Radio (November 4, 2005)
Guest, *Radio Open Source*, Boston Public Radio (July 27, 2005)
Guest, *Odyssey*, Chicago Public Radio (June 30, 2005)
Guest, *Radio Open Source*, Boston Public Radio (June 23, 2005)
Guest, *In the Money*, CNN (June 2004)
Guest, *Reality Check*, Austrian National Public Radio (June 2004)
Guest, *The News Hour with Aaron Brown*, CNN (May 2004)
Guest, SBS Radio (Australia) in Persian (2003)
Special Consultant, Documentary on the History of Punishment and Torture,
    COURT TV (USA) and Channel 5 (UK), 2001
Interviews in Local Portland Media: KPTV-UPN (1999, 1998); KGWTV-NBC
    (2004), KPAM-AM (2006); KXL-FM (2004); KBOO FM (2002, 1999, 1997)


**Scholarly Activity**


**Lectures, Conference Papers, Seminars Since 1988**


**On *Torture and Democracy* (Forthcoming 2006)**
President's Panel on "Torture," American Sociological Association, Montreal,
    Canada (August 11-14, 2006)

Conference Paper, "Torture for Truth and Memory," Conference on "Codes of Violence in Medial Transformation," Humboldt University, Berlin (forthcoming April 29, 2006)

Working Paper Presentation, "Mapping Torture from NGO Data: Problems, Problems and More Problems," Reed College, Portland (April 6, 2006)

Guest Lecture, "Torture and Democracy," Oregon State University, Corvallis (March 2, 2006)

Guest Lecture, "Torture and Democracy," Webster College, St. Louis (February 17, 2006)

Keynote Lecture, Seminar on "Security and Development: Recent Trends in Social Science," Nexø, Bornholm, Denmark (October 28, 2005).

Panel Participant, "A Question of Torture," New York Public Library and Carnegie Council of Ethics (June 1, 2005)

Keynote Lecture: "Torture and Democracy," Presented at the Workshop on "Studies of Order, Violence and Exclusion," Danish Institute for International Studies, Research Network on Crime and Violence (Tisvilde, Denmark; September 23, 2004)

Conference Paper: "Torture, Democracy and War," Presented at the Workshop on "Techniques of Violence in Civil War," Peace Research Institute of Oslo (PRIO, Oslo, Norway, August 21, 2004)

Guest Lecture: "Torture and Democracy" University of San Diego, April 22, 2004.

Guest Lecture: "Torture, Democracy and the New Discourse on Terror," Presidential Session: Crime and Deviance Section; International Sociological Association, Brisbane, Aus., July 8, 2002

Seminar: "Three Models of Modern Torture," Institute for Central American Development Studies, San Jose, Costa Rica, January 2000

Guest Lecture: "Electric Torture: The Global History of a Torture Technology" presented at "Investigating and Combating Torture: Exploration of a New Human Rights Paradigm," Human Rights Program, University of Chicago, March 1999

Featured Conference Paper: "Electric Torture Technology, Diffusion between 1890-1945" Delivered at the International Sociological Association, 1998 at Montreal, Quebec, Canada. See coverage in Andre Pratt, "Les bourreau, des gens tout `a fait nourmaux." *La Presse* (Wednesday, 29 July 1998), A9 and Marie-Claude Ducas, "Profession: Tortionaire" *Le Devoir* (Wednesday, 29 July 1998)

**On *Approaches to Violence* (Forthcoming 2007)**

Expert in Residence, "Approaches to Violence" and "Speaking Frankly About Torture," ACS Cobham International School, London, England (forthcoming March 13-14, 2006)

Keynote Address, June 26 UN International Day in Support of Victims of Torture, Program for Torture Victims, UCLA, Los Angeles (June 26, 2005)

Guest Lecture: "After Abu Ghraib: Torture and Truth," Presented at the Center for the Rehabilitation of Torture Victims, Copenhagen, Denmark, September 27, 2004

Guest Lecture: "Speak Frankly About Torture" Presented at the Seminar, "Michel Foucault (1926-1984): Other Questions, New Paths," London School of Economics, September 16, 2004

Guest Lecture: "Resistance to Torture," Writers in Danger Program, Lewis and Clark College, 2000, World Affairs Council, Portland, OR, 2001

Guest Lecture: "Ordinary Betrayals: Conceptualizing Refugees Who Have Been Tortured" presented at "Practices of Violence and Postcolonial Modernities: The Case of Islamist and Hindutva Movements," Institute of International Studies, University of California, Berkeley, April 1999

Public Lecture: "Investigating a Violent Past: A Comparative Analysis of Purges, War Crimes Trials, Truth Commissions and Purges," Reed College, 1998

Seminar Paper: "The Global Human Rights Regime and the Rights of Sexual Minorities," Sociology Department, Union College, June 1996

Conference Paper: "Rape as a Political Weapon: The Case of Bosnia." Delivered at the International Sociological Association, Bielefeld, Germany, 1994; Western Political Science Association, Portland, Oregon, 1995

**On *Torture and Modernity* (1994)**

Guest Lecture: *"Torture and Modernity:* Critical Responses and Future Agendas," Middle East Center, St. Antony's College, Oxford University June 1999

Colloquium: *"Torture and Modernity"* Department of Political Science, University of Victoria, British Columbia, Canada, 1997

Featured Panel: "Author Meets the Critics: *Torture and Modernity* by Darius Rejali." Critics Panel. 14th Conference of the Center For Iranian Research and Analysis, Birmingham, England, 1996

Guest Lecture: *"Torture and Modernity,"* Department of Political Science, University of Edmonton, Alberta, Canada, 1994

Guest Lecture: *"Torture and Modernity,"* Department of Sociology, University of California, San Diego, April 1994

**On Iranian Politics**

Guest Lecture: "The Reformists and the Repressive Cycle in Iran, 1997-2002," Woodrow Wilson Center, May 14, 2002

Guest Lecture: "End of the Rule of Law Movement in Iran?" Middle East Center, University of Washington, May 4, 2002

Guest Lecture: "Iran beyond Tehran: Afghan Refugees and the New Civic Politics" Woodrow Wilson Center (October 18, 2001)

Public Lecture, "Structural Limits to Improved US-Iranian Relations," Iranian Professional Society of Oregon, October 2000

Public Lecture: "The Crisis in Iran," World Affairs Council of Portland, Governor's Hotel, August 1999

Keynote Lecturer: "Iran and the Caspian Basin," Great Decision Series Lectures, World Affairs Council of Oregon, Business School, Portland State University, March 1999

Public Lecture, "Torture and Human Rights in Iran," Portland State University, 1996. See "Northwest Groups Discuss Afghan, Iranian and Turkish Rights Violations" by Elaine Kelly. *Washington Report on Middle East Affairs* (March 1997):63-64

Guest Lecture: "Torture and Religion in Iran," delivered at the Conference on "Religion and Violence: Ideologies and Institutions," Centre for the Study of Religion, University of Toronto, Toronto, Canada, 1996

Conference Paper: "HIV-Testing in Comparative Perspective." Delivered at the Oregon Academy of Sciences, Lewis and Clark, Portland, 1995

## Other Presentations (Political Philosophy, Comparative Policy)

Guest Lecture: "Whom Do You Trust? What Do You Count On?" presented at "Orwell and Our Future," University of Chicago Law School, November 1999

Conference Paper: The Fox and the Lion: Machiavelli's Metaphor of Freedom" Canadian Political Science Association, Annual Meeting, 1997 at St. Johns, New Foundland, Canada)

Public Lecture: "Scholastic Vices," Paideia Program, Reed College, 1997

Conference Paper: "Fortune is a Man: Authority and the Subversion of Authority in the Thought of Christine de Pisan," delivered at the American Political Science Association, Atlanta, GA, 1989 and the Renaissance Society, Vancouver, British Columbia, 1991

Conference Paper: "How Not To Talk About Torture: Violence, Theory, and Problems of Explanation." Delivered: International Sociological Association, Madrid, Spain, 1990

Seminar Paper: "Torture, Critical Social Inquiry, and International Relations," delivered at the Yankee Conference of Political Theory, Williams College, Williamstown, MA, 1988

Guest Lecture: "Nietzsche's Critique of Punishment: From Applied Philosophy to Political Analysis" delivered at the University of Calgary, 1988

## Expert Testimony and Public Appearances since 1997

Manuscript Reviewer for Oxford University Press (2004), Princeton University Press (2003), Harvard University Press (2002), Harcourt College Publishers (2000), Institute for Policy Studies (1997), University of Texas Press (1996), State University of New York Press (1995), and University of Pennsylvania Press (1995)

Keynote Lecturer and Consultant, Workshop for Refugee Victims of Social Violence and Torture, Lutheran Family Counseling Services, Portland, OR January-February 1999

Invited Discussant," Lesbian and Gay Rights in a Global Context" at the American Philosophical Association Meetings, Washington DC, Winter 1998.

Chair, Symposium, "The Future of Jerusalem," featuring Keynote Lectures by Yossi Beilin, Labor Party of Israel and Faysal Hussaini, Palestinian Authority Minister for Jerusalem, World Affairs Council and the Oregon Interreligious Committee for Peace in the Middle East, Reed College, September 1998

Consultant, Research Directorate, Immigration and Refugee Board, Canada April-June 1998

Expert Witness and Consultant, "Ms. F.M. Ismail," Immigration and Refugee Board, Canada, March 31, 1998

Manuscript Reviewer, Entry for "Torture," *Encyclopedia of Violence Peace, and Conflict* (Academic Press: 1998), April 1997

Chair and Discussant, "Foucault and Liberalism," Canadian Political Science Association, at St. Johns, New Foundland, Canada1997

Public Lecture, "Alternatives to Standard Research Paper Assignments," Paideia, Reed College, 1997

Expert Witness and Consultant, "Mr. A.K. Eghbali" Immigration and Refugee Board, Canada, October, 1997

Expert Witness and Consultant, "Mr. Darvishi-Kohan" Immigration and Refugee Board, Canada, December 1996

Panel Discussant, "Love and the Computer: Thoughts on Good Teaching," Western Political Science Association, San Francisco, 1996

Seminar, "HIV Politics" Ministerio Publico (Attorney General's Office) of the State of Sao Paolo, Brazil, October 1995

Public Lecture, "The International Gay and Lesbian Human Rights Commission and the Rights of Sexual Minorities," Grupo Gay du Bahia, Salvador, Brazil, November 1995

Panel Discussant, Crime and Deviance Section, International Sociological Association (1994)

## Member of the Following Professional Associations
American Political Science Association, 1986-present
International Sociological Association, 1993-2002
Western Political Science Association, 1995-2001
Center for Iranian Research Analysis, 1995-2001
Oregon Academy of Sciences, 1995-1997
Canadian Political Science Association, 1987-1991; 1996-1998

## Courses

Syllabi on major articles, courses, and occasional pieces are available at the
following URL:
http://academic.reed.edu/poli_sci/faculty/rejali/rejali/index.html

### Chaired or Served on the Following Academic Search Committees
2005 Chair and Member, Tenure Track Searches in Political Science (Political
Theory and International Relations)
2001 Member, Tenure Track Search in Religion (Islamic Studies/Humanities)
2001 Member, Tenure Track Search and Visiting Search in Political Science
(International and Comparative Politics), 2001
1999 Chair, Tenure Track Search and Visiting Position Search in Political Science
(American Politics)
1999 Member, Tenure Track Search in Sociology (Economic Sociology)
1998, Chair, Tenure Track and Visiting Search in Political Science (International
and Comparative Politics)
1997 Chair, Visiting Searches in Political Science (Political Theory; American
Politics)
1995 Chair, Tenure Track Search in Political Science (International and
Comparative Politics)
1993, Member, Visiting Position Search in Political Science (Political Theory)

### College Offices (Member of the Following Committees)
Administration Committee (1997-98)
Admissions and Financial Aid Committee (1992-94)
Committee on College Writing (1993-94)
Community Affairs, Subcommittee on Drug Policy (1997-1998)
Computer Policy Committee (1998-2000)
Corbett/Goldhammer Summer Grants in Comparative Policy Studies (1997, 1999,
2002)
Domestic Partnerships Committee (1990)
Faculty Adviser for Multicultural Resource Center, (1995)
Hewlett Faculty/Student Grants in International and Comparative Policy Studies
(1993-95)
International and Comparative Policy Studies (1994-2001, 2006-07)
Library Board (2005-2007)
Orientation Committee (1996-97)
Paid Leave Committee (2006-07)

Exhibit G

**ғEDERAL PUBLIC DEFENDEʀ**
DISTRICT OF OREGON

STEVEN T. WAX
  Federal Public Defender
STEPHEN R. SADY
  Chief Deputy Defender
Steven Jacobson
Bryan E. Lessley ▲
Nancy Bergeson
Christopher J. Schatz
Ellen C. Pitcher
Craig Weinerman ▲
Mark Bennett Weintraub ▲
Gerald M. Needham
Thomas J. Hester
Ruben L. Iñiguez
Anthony D. Bornstein
Donnal S. Mixon+

101 SW Main Street, Suite 1700
Portland OR 97204
503-326-2123 / Fax 503-326-5524

Branch Offices:

151 W Seventh, Suite 510
Eugene OR 97401
541-465-6937
Fax 541-465-6975

15 Newtown Street
Medford OR 97501
541-776-3630
Fax 541-776-3624

Lisa Hay
Tonia L. Moro+
Susan Russell
Patrick J. Ehlers
Francesca Freccero
C. Renée Manes
Amy Baggio
Matthew M. Rubenstein
Caroline Davidson
Nell Brown
Lynn Deffebach★
Kristina Hellman★
Michelle Sweet★

▲ Eugene Office
+ Medford Office
★ Research/Writing Attorney

November 13, 2006

Darius Rejali
Professor of Political Science
Reed College, 404 Eliot Hall
3203 SE Woodstock Blvd.
Portland, OR 97202-8199

Dear Professor Rejali:

This letter is to confirm our request for an evaluation of the reported torture received by our client, Abdul Rahim Abdul Razak Al Janko. I advised you that, from early 2000 until December 2001, Abdul Rahim reports being in the custody of the Taliban in Kandahar in Afghanistan. During the first several months of his incarceration, he reports terrible mistreatment and a number of specific tortures. As an expert in the sociology of torture, I was hoping that you would be able to provide an opinion on the degree to which his reports coincide with the literature of torture.

Because of the difficulties in maintaining communication with detainees in Guantánamo Bay, these descriptions are necessarily limited in scope and have not been reviewed with Abdul Rahim. Our client has described a wide array of mistreatment at the hands of his captors. He generally described blindfolding, loud noises, beatings, including with rifle butts, threats to kill and putting a gun to his head, starvation, extremes of temperature, untreated sickness, sleep deprivation, and cigarette burns among his sufferings. For the first three months of his confinement, Abdul Rahim was held by himself and suffered the most intense torments. For about six months thereafter he was kept in a cell with two other individuals. After that, he was released into the general population of political prisoners.

Abdul Rahim provided detailed accounts of several tortures:

- While he was blindfolded, the torturers subjected him to electric shocks. He heard what sounded like a crank being turned to generate the electric charge. The torturers attached wires to his little toes and to the lobes of his ears. He described the pain as being excruciating and that he had difficulty with his thinking afterwards.

Professor Darius Rejali
November 13, 2006
Page 2

- Abdul Rahim also described being repeatedly placed at the edge of drowning by being dunked in a bucket of icy water. On one occasion, while his hands were tied behind his back, a torturer grabbed him by the back of his long hair and submerged his head until he felt he was drowning in an oil drum filled with filthy water. He described his throat as straining painfully for air and having the sensation that his hands were trying to open his throat even though he knew they were tied behind him. He thinks he fainted because he remembers seeing red and that it seemed as if ghosts were walking around. He awoke on the ground. He was then dragged by his hair to a new location for interrogation. He recalls there being water in his system and having diarrhea.

- Abdul Rahim was hung from the ceiling for long times by his wrists, sometimes with his feet just touching the ground. The torturers treated him as if he were a punching bag for martial arts, punching and kicking him. He also described being beaten from his lower back downwards with a wire that had a ball or knot at the end with filaments extending from the insulation. The wire beatings caused welts that became infected. Being hung for long periods caused spasms then complete numbness or lack of sensation on his sides and under his arms, and pain in his shoulders. The guards would hit him in the shoulders with their rifle butts to wake him up.

- Abdul Rahim described the torturers beating of the soles of his feet with clubs. His torturers would place his feet between the receiver of an AK-47 and its strap. They would then twist the strap until the rifle held his feet securely, parallel and about three feet off the ground, while he was on his back with his buttocks just off the floor. He would be held that way, on his back with his feet exposed, while his torturers beat on the bottoms of his feet, which was extremely painful. He described that the bottoms of his feet turned black after each such treatment, which would follow having been hung from the ceiling and beaten. For nearly a month thereafter, walking would be very painful; even now, he reports that if he stands too long, he feels the sensation of pins and needles around the sides and heel of his feet and needs to get off his feet.

Throughout his confinement, he suffered great deprivations. He was limited to one piece of bread during a 24-hour period during much of the time, as a consequence of which he lost a lot of weight. His jailors did not provide medical treatment, although on one occasion the Red Cross assisted him, providing treatment for an infection from one of the beatings. The conditions in the prison were extremely crowded and unsanitary. During the first three months, his torturers required him to clean filthy toilet areas without protection. During the time of his custody in the prison, over 100 of the other prisoners died of various sicknesses and from the deprivations of prison.

Abdul Rahim reports that he has had the same nightmares since his torture by the Taliban that include the torturers involved in his mistreatment. He also reports a great fear and vulnerability to being tortured anew.

Professor Darius Rejali
November 13, 2006
Page 3


Thank you for agreeing to review this material along with the summary judgment exhibits that I have previously provided. I look forward to your evaluation.

Sincerely,

Stephen R. Sady
Chief Deputy Federal Public Defender


SRS:lmp:jll