**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Patrick J. Ehlers**
**Assistant Federal Public Defender**
patrick_ehlers@fd.org
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:    503-326-2123**
**Fax:   503-326-5524**

**Attorneys for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                              Petitioner,<br><br>         v.<br><br>GEORGE W. BUSH, et al.,<br><br>                              Respondents. | CV 05-1310-RJL<br><br>NOTICE OF FILING |

The petitioner, through undersigned counsel, hereby gives notice that on February 20, 2007, he submitted for review to Court Security Officer Jennifer Campbell a Reply to Respondent's

**Page 1.    NOTICE OF FILING**

Opposition to Emergency Motion for Hearing Regarding Stay. Upon notification of clearance from the CSO, this document will be filed with the Court.

RESPECTFULLY SUBMITTED February 21, 2007.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender

**Page 2.    NOTICE OF FILING**