**Steven T. Wax, OSB #85012**
**Federal Public Defender**
**steve_wax@fd.org**
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
**steve_sady@fd.org**
**Patrick J. Ehlers**
**Assistant Federal Public Defender**
**patrick_ehlers@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:    503-326-2123**
**Fax:    503-326-5524**

**Attorneys for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,** | **CV 05-1310-RJL** |
| **Petitioner,** | **NOTICE OF FILING** |
| **v.** | |
| **GEORGE W. BUSH, et al.,** | |
| **Respondents.** | |

The petitioner, through undersigned counsel, hereby gives notice that on April 9, 2007, he

submitted for review to Court Security Officer Jennifer Campbell a Notice of Intention to File DTA

Petition in the Circuit Court of Appeals and Motion for Stay-and-Abey Order.  Upon notification of clearance from the CSO, this document will be filed with the Court.

RESPECTFULLY SUBMITTED April 9, 2007.

 /s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

 /s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

 /s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender