**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Patrick J. Ehlers**
**Assistant Federal Public Defender**
patrick_ehlers@fd.org
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:     503-326-2123**
**Fax:    503-326-5524**

**Attorneys for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,**<br><br>                                  **Petitioner,**<br><br>              v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>                                  **Respondents.** | CV 05-1310-RJL<br><br>NOTICE OF FILING |

       The petitioner, through undersigned counsel, hereby gives notice that on April 12, 2007, he submitted for review to Court Security Officer Jennifer Campbell a Notice of Filing Petition for Immediate Release and Other Relief Under the Detainee Treatment Act of 2005 in the Circuit Court

**Page 1     NOTICE OF FILING**

of Appeals and attached Petition. Upon notification of clearance from the CSO, these documents will be filed with the Court.

  RESPECTFULLY SUBMITTED April 13, 2007.

            /s/ Steven T. Wax
            Steven T. Wax
            Federal Public Defender

            /s/ Stephen R. Sady
            Stephen R. Sady
            Chief Deputy Federal Public Defender

            /s/ Patrick J. Ehlers
            Patrick J. Ehlers
            Assistant Federal Public Defender