Steven T. Wax, OSB #85012  
Federal Public Defender  
steve_wax@fd.org  
Stephen R. Sady  
Chief Deputy Federal Public Defender  
steve_sady@fd.org  
Patrick J. Ehlers  
Assistant Federal Public Defender  
patrick_ehlers@fd.org  
101 SW Main Street, Suite 1700  
Portland, Oregon  97204  
Tel:    503-326-2123  
Fax:    503-326-5524  

**Attorneys for Petitioner**

PREVIOUSLY FILED WITH CSO AND  
CLEARED FOR PUBLIC FILING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,**<br><br>                                    Petitioner,<br><br>             v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>                                    Respondents. | CV 05-1310-RJL<br><br>NOTICE OF FILING |

The petitioner, through undersigned counsel, hereby gives notice that on April 12, 2007, he submitted for review to Court Security Officer Jennifer Campbell a Notice of Filing Petition for Immediate Release and Other Relief Under the Detainee Treatment Act of 2005 in the Circuit Court

of Appeals and attached Petition. Upon notification of clearance from the CSO, these documents will be filed with the Court.

     RESPECTFULLY SUBMITTED April 13, 2007.

    /s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

    /s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

    /s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender