**Steven T. Wax, OSB #85012**
**Federal Public Defender**
**steve_wax@fd.org**
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
**steve_sady@fd.org**
**Patrick J. Ehlers**
**Assistant Federal Public Defender**
**patrick_ehlers@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:   503-326-2123**
**Fax:   503-326-5524**

**Attorneys for Petitioner**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,**<br><br>                              **Petitioner,**<br><br>        v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>                              **Respondents.** | CV 05-1310-RJL<br><br>NOTICE OF FILING |

The petitioner, through undersigned counsel, hereby gives notice that on April 30, 2007, he sent an Opposition to Motion to Dismiss via Federal Express to Court Security

**Page 1     NOTICE OF FILING**

Officer Jennifer Campbell that was delivered to the Court Security Office on May 1, 2007.

Upon notification of clearance from the CSO, this document will be filed with the Court.

    RESPECTFULLY SUBMITTED May 1, 2007.

        /s/ Steven T. Wax
        Steven T. Wax
        Federal Public Defender

        /s/ Stephen R. Sady
        Stephen R. Sady
        Chief Deputy Federal Public Defender

        /s/ Patrick J. Ehlers
        Patrick J. Ehlers
        Assistant Federal Public Defender