Steven T. Wax, OSB #85012
Federal Public Defender
steve_wax@fd.org
Stephen R. Sady
Chief Deputy Federal Public Defender
steve_sady@fd.org
Patrick J. Ehlers
Assistant Federal Public Defender
patrick_ehlers@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:   503-326-5524

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                     Petitioner,<br><br>      v.<br><br>GEORGE W. BUSH, et al.,<br><br>                Respondents. | CV 05-1310-RJL<br><br>ERRATA NOTICE |

The petitioner, through undersigned counsel, hereby gives notice that on May 2, 2007,

he electronically filed an Opposition to Motion to Dismiss (CR 63), but due to an oversight

failed to attach Exhibit A.

Attached to this filing is Exhibit A to document number 63 which was previously

cleared by the CSO for filing.

RESPECTFULLY SUBMITTED May 3, 2007.


/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender