**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:   503-326-2123**
**Fax:  503-326-5524**

**Attorneys for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                              Petitioner,<br><br>            v.<br><br>GEORGE W. BUSH, et al.,<br><br>                              Respondents. | CV 05-1310-RJL<br><br>NOTICE OF FILING |

The petitioner, through undersigned counsel, hereby gives notice that on June 12, 2008, he sent a Motion to Lift Stay and Schedule Expedited Hearing on Pending Motion for Summary Judgment - Emergency Status Conference Requested to Court Security Officer

Charline DaSilva that was delivered to the Court Security Office on June 13, 2007. Upon notification of clearance from the CSO, this document will be filed with the Court.

Respectfully submitted this 13th day of June, 2008.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender