**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:   503-326-5524

**Attorneys for Petitioner**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO,<br><br>                        Petitioner,<br><br>     v.<br><br>GEORGE W. BUSH, et al.,<br><br>                      Respondents. | CV 05-1310-RJL<br><br>NOTICE OF FILING |

The petitioner, through undersigned counsel, hereby gives notice that on July 3, 2008, he sent a Motion to Participate in Status Conference by Telephone and Request for Individual Status Conference with Counsel to Court Security Officer Charline DaSilva that was

delivered to the Court Security Office on July 7, 2007. Upon notification of clearance from the CSO, this document will be filed with the Court.

Respectfully submitted this 7th day of July, 2008.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender