IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO, <br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.,* <br><br> Respondents. | Civil Action No. 1:05CV1310 (RJL) |

## NOTICE OF APPEARANCE

Undersigned counsel, Edward J. Martin, hereby enters his appearance as one of the counsel for the respondents in the above-captioned case.

Dated: July 18, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

 /s/Edward J. Martin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
EDWARD J. MARTIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel: (202) 305-0449
Fax: (202) 616-8470

Attorneys for Respondents