**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:   503-326-2123**
**Fax:   503-326-5524**
**Attorneys for Petitioner**

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,**<br><br>                                         **Petitioner,**<br>                   v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>                                         **Respondents.** | **05-CV-1310-RJL**<br><br>**MOTION TO AMEND PETITIONER'S STATUS REPORT** |

The petitioner, through his attorneys Federal Public Defender Steven T. Wax and Chief Deputy Federal Public Defender Stephen R. Sady, respectfully moves to amend his status report filed on July 18, 2008 (CR 82).  Amendment is necessary to correct the dates provided in section 7.B.  Pursuant to L.Cv.R. 15.1, the status report as amended is attached.

Respectfully submitted this 22nd day of July, 2008.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender