**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BOUMEDIENE, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 04-cv-1166 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| SLITI, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0429 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| KABIR, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0431 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| MAMMAR, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0573 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| AL KAHAIY, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-1239 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |

|  |  |  |
|---|---|---|
| Respondents | ) | |
| | ) | |
| | ) | |
| AL GINCO, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 05-cv-1310 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |
| AL BIHANI, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 05-cv-1312 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |
| GHAZY, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 05-cv-2223 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |
| RUMI, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 06-cv-0619 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |
| OBAYDULLAH, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 08-cv-1173 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |

_____)

**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Government's Motion for Leave to File Excess Pages is hereby GRANTED. Respondents are hereby granted an additional five pages, for a total of 50 pages, for Government's Brief Regarding Preliminary and Procedural Framework Issues, and that document is deemed filed as of August 12, 2008.

Dated:

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE