# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOUMEDIENE v. BUSH | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | Civil Case No. 05-0573 (RJL) |
| AL-KHAIY v. BUSH | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | Civil Case No. 08-1173 (RJL) |

## PETITIONERS' MOTION FOR LEAVE TO FILE EXCESS PAGES

Petitioners hereby move the Court for leave to file Petitioners' Joint Reply Memorandum Regarding Habeas Procedures in excess of the twenty-five-page limit provided by Local Civil Rule 7(e).

Petitioners' brief is 30 pages long – five pages over the 25-page limit. Petitioners required additional pages to adequately address the issues enumerated in the Respondent's Brief Regarding Preliminary and Procedural Framework Issues, filed August 12, 2008, which also exceeded the page limit by five pages.

Petitioners conferred with counsel for Respondents by e-mail prior to filing this motion. Respondents did not respond to Petitioners' request seeking consent to file additional pages.

A proposed order is attached.

Dated: August 19, 2008.

        Respectfully submitted,

/s/ Richard A. Grigg  
Richard A. Grigg  
Spivey & Grigg  
48 East Avenue  
Austin, TX 78701  
(512) 474-6061  

*Counsel for Petitioner Obaydullah in No. 08-1173*

/s/ Ramzi Kassem  
Ramzi Kassem  
Michael J. Wishnie  
  *Supervising Attorneys*  
Jennifer Hojaiban  
Brian K. Mahanna  
Joseph A. Pace  
  *Law Student Interns*  
Allard K. Lowenstein International Human Rights Clinic  
National Litigation Project  
Yale Law School  
127 Wall Street  
New Haven, CT 06511  
(203) 432-0138  

*Counsel for Petitioner Ameur in No. 05-573*

/s/ Billy H. Nolas  
Billy H. Nolas, Assistant Federal Defender (*admitted*)  
Maureen Rowley, Chief Federal Defender  
Matthew Lawry  
Shawn Nolan  
Mark Wilson  
Brett Sweitzer  
Assistant Federal Defenders  
Federal Community Defender Office for The Eastern District of Pennsylvania  
601 Walnut Street, Suite 545 West  
Philadelphia, PA 19106  
(215) 928-0520  
*Counsel for Petitioner Rumi* in No. 06-619

/s/ Allyson J. Portney  
Stephen H. Oleskey (*admitted pro hac vice*)  
Robert C. Kirsch (*admitted pro hac vice*)  
Mark C. Fleming (*admitted pro hac vice*)  
Gregory P. Teran (*admitted pro hac vice*)  
Allyson J. Portney (*admitted pro hac vice* )  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA  02109  
(617) 526-6000  

Seth P. Waxman (*admitted*)  
Paul Wolfson (*admitted*)  
Wilmer Cutler Pickering Hale and Dorr LLP  
1875 Pennsylvania Avenue NW  
Washington, DC 20006  
(202) 663-6800  

Douglas F. Curtis (*admitted*)  
Paul M. Winke (*admitted pro hac vice*)  
Wilmer Cutler Pickering Hale and Dorr LLP  
399 Park Avenue  
New York, NY  10022  
(212) 230-8800  

*Counsel for Petitioners Boumediene, et al., in No. 04-1166*

/s/ Julia C. Symon  
Julia C. Symon (DC Bar No. 456828)  
Clifford Chance US LLP  
2001 K Street NW  
Washington, DC  20006  
(202) 912-5000  

James M. Hosking  
Clifford Chance US LLP  
31 West 52nd Street  
New York, NY 10019  
(212) 878-8000  

*Counsel for Petitioners Ghazy, et al. in No. 05-2223*

| | |
|---|---|
| /s/ Stephen R. Sady<br>Stephen R. Sady<br>Chief Deputy Federal Public Defender<br>101 SW Main Street  Suite 1700<br>Portland, Oregon  97204<br>503-326-2123<br><br>*Counsel for Petitioner Al Ginco in No. 05-1310* | /s/ Zachary Katzenlson<br>Zachary Katznelson<br>Reprieve<br>PO Box 52742<br>London EC4P 4WS<br>United Kingdom<br>011 44 207 353 4640<br><br>*Counsel for Petitioners  Sliti et al. in No. 05-429 and Petitioner Al Shurafa in Kabir in No. 05-0431* |
| /s/ Shereen J. Charlick<br>Shereen J. Charlick<br>Steven F. Hubachek<br>Ellis M. Johnston, III<br>Stephen D. Demik<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900<br>San Diego, California  92101-5008<br>(619) 234-8467<br><br>*Counsel for Petitioner Al Bihani in No. 05-1312* | /s/ Brian Mendelsohn<br>Brian Mendelsohn (Pursuant to LcvR 83.2)<br>Matthew Dodge<br>Federal Defender Program, Inc.<br>Suite 1700, The Equitable Building<br>100 Peachtree Street, N.W.<br>Atlanta, Georgia  30303<br>(404) 688-7530<br><br>*Counsel for Petitioner Al-Khaiy in No. 05-1239* |

August 19, 2008