**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:    503-326-5524

**Attorneys for Petitioner**

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULRAHIM ABDUL RAZAK AL GINCO,** | 05-CV-1310-RJL |
| Petitioner, | **MOTION TO PERMIT LATE FILING** |
| v. | |
| **GEORGE W. BUSH, et al.,** | |
| Respondents. | |

The petitioner, through counsel, Stephen R. Sady, respectfully moves the Court to allow late filing of the Petitioner's Opposition to Government's Motion to Dismiss Improper Respondents submitted August 28, 2008.  This request is based on a calendaring error

Page 1   MOTION TO PERMIT LATE FILING

regarding the due date. The Government, through Civil Division Attorney Edward J. Martin, does not object to this motion.

    Respectfully submitted this 2d day of September, 2008.

                                            */s/ Steven T. Wax*
                                            Steven T. Wax
                                            Federal Public Defender

                                            */s/ Stephen R. Sady*
                                            Stephen R. Sady
                                            Chief Deputy Federal Public Defender