UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-1310 (RJL) |

### ORDER
(December 23, 2008)

Before the Court are petitioner's Motion to Strike Exhibit Numbers 19, 20, 67, and 68 as Cumulative, Irrelevant, and Unduly Interfering with the Petitioner's Attorney-Client Relationship ("Motion to Strike"), oral motion for production of audio recordings of petitioner's Combatant Status Review Tribunal proceedings ("Fourth Discovery Motion"), Motion for Production of Unredacted Copies of the Petitioner's Statements ("Fifth Discovery Motion"), and Motion to Compel Access to Classified Material by Petitioner's Experts ("Motion to Compel Access"). Upon consideration of the petitioner's motions, the respondents' oppositions thereto, and the oral arguments at the hearings held December 15, 2008 and December 22, 2008, it is hereby

**ORDERED** that petitioner's Motion to Strike is DENIED; it is further

**ORDERED** that petitioner shall file a status report on or before January 30, 2009 notifying the Court whether petitioner's present counsel will continue to represent petitioner in connection with his habeas petition; it is further

**ORDERED** that petitioner's traverse deadline of December 26, 2008 and the habeas hearing scheduled in this case for January 9, 2009 are CONTINUED to dates to be set by the Court following the filing of petitioner's aforementioned status report; it is further

**ORDERED** that petitioner's Fourth and Fifth Discovery Motions are DENIED; and it is further

**ORDERED** that petitioner's Motion to Compel Access is DENIED without prejudice.

**SO ORDERED.**

_____/s/_____
RICHARD J. LEON
United States District Judge