UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-1310 (RJL) |
| BARACK OBAMA, *et al.*, | ) ) ) | |
| Respondents. | ) | |

## ORDER
(February 27, 2009)

Upon consideration of the representations to the Court by petitioner's counsel regarding the appropriateness of their continued representation of petitioner, it is hereby

**ORDERED** that petitioner shall file no later than March 16, 2009 either a copy of the parties' agreed-upon Declaration Of Abdul Rahim Abdul Razak Al Janko Regarding Continued Representation By The Oregon Federal Public Defender's Office executed by petitioner, or a status report explaining why petitioner will not be doing so; and it is further

**ORDERED** that contingent upon petitioner filing the aforementioned declaration on or before March 16, 2009, the following schedule will apply in this case:

Petitioner's Traverse due by:                                  March 16, 2009

1

2

| | |
|---|---|
| Petitioner's Supplemental Traverse due by: | March 26, 2009 |
| Prehearing Conference: | April 6, 2009, 11:00 am |
| Habeas Hearing: | April 9, 2009, 10:00 am |

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

2