UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULRAHIM ABDUL RAZAK AL GINCO, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 05-1310 (RJL) ) |
| BARACK OBAMA, *et al.*, | ) ) |
| Respondents. | ) |

## ORDER
(March 1*?*, 2009) [#s 37, 38]

In light of petitioner's initial Traverse, filed March 16, 2009 through the Court Security Office, and for the purpose of judicial efficiency, it is hereby

**ORDERED** that petitioner's Motion for Partial Summary Judgment or, in the Alternative, an Order to Show Cause is DENIED without prejudice; it is further

**ORDERED** that petitioner shall be granted leave to file a supplemental Traverse advancing any legal arguments included in the aforementioned motion that petitioner did not include in his initial Traverse and upon which he intends to rely in support of his petition for writ of habeas corpus.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

1